Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **BCBG MAX AZRIA GLOBAL HOLDINGS, LLC,** *et al.,*[1] | : | **Case No. 17-10466 (SCC)** |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| **BCBG MAX AZRIA GROUP, LLC** | : | **Adv. Proc. No. 17-01101 (SCC)** |
| **Plaintiff,** | : | |
| vs. | : | |
| **NYAM LLC,** | : | |
| **Defendant.** | : | |

------------------------------------------------------------x

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854).

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that David MacGreevey, in his capacity as plan administrator (the "Plan Administrator") acting on behalf of BCBG Max Azria Global Holdings, LLC and its affiliated post-effective date debtors (collectively, the "Post-Effective Date Debtors"),[2] hereby appears by his counsel, Pachulski Stang Ziehl & Jones LLP ("Counsel"), in the above-captioned adversary proceeding (the "Proceeding").  Counsel hereby enters its appearance pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Counsel hereby requests that all notices given or required to be given in connection with the Proceeding, and all papers served or required to be served in connection therewith, be given and served upon:

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Steven W. Golden, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017-2024
Telephone:  (212) 561-7700
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
sgolden@pszjlaw.com

-and-

Malhar S. Pagay, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email: mpagay@pszjlaw.com

---

[2] Pursuant to Article IV.E of the *Amended Joint Plan of Reorganization of BCBG Max Azria Global Holdings, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Exhibit 1 to Docket No. 591], the Plan Administrator is "the sole representative of, and shall act for, the Post-Effective Date Debtors."

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the Proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, email, telecopy, or otherwise

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Plan Administrator, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable herein or in any case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Plan Administrator may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   September 7, 2017

PACHULSKI STANG ZIEHL & JONES LLP

   */s/Robert J. Feinstein*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*