Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plaintiff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                                : **Chapter 11**
:
**BCBG MAX AZRIA GLOBAL**                                : **Case No. 17-10466 (SCC)**
**HOLDINGS, LLC, et al.,**[1]                            :
:                                                          **Jointly Administered**
:
**Debtors.**                                             :
------------------------------------------------------------x
:
**BCBG MAX AZRIA GROUP, LLC,**                           : **Adv. Pro. No. 17-01101 (SCC)**
:
**Plaintiff,**                                           :
:
vs.                                                      :
:
**NYAM, LLC,**                                           :
:
**Defendant.**                                           :
------------------------------------------------------------x

**NOTICE OF CONTINUANCE**

**PLEASE TAKE NOTICE** that the Pre-Trial Conference scheduled before the

Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District

of New York (the "Court"), in Room 623, One Bowling Green, New York, New York 10004-

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854).

1408 on **September 28, 2017 at 10:00 a.m. (prevailing Eastern Time)** is continued to **October 23, 2017 at 11:00 a.m. (prevailing Eastern Time)**.

Dated: September 21, 2017

                              PACHULSKI STANG ZIEHL & JONES LLP

                              */s/ Robert J. Feinstein*
                              Robert J. Feinstein, Esq.
                              Bradford J. Sandler, Esq.
                              780 Third Avenue, 34th Floor
                              New York, NY 10017
                              Telephone:  (212) 561-7700
                              Facsimile:  (212) 561-7777

                              *Counsel to the Plaintiff*