Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

|  |  |
|---|---|
| In re | Chapter 11 |
| **BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, et al.,[1]** | **Case No. 17-10466 (SCC)** |
|  | **Jointly Administered** |
| **Debtors.** |  |

--------------------------------------------------------------x

|  |  |
|---|---|
| **BCBG MAX AZRIA GROUP, LLC,** | **Adv. Pro. No. 17-01101 (SCC)** |
| **Plaintiff,** |  |
| vs. |  |
| **NYAM, LLC,** |  |
| **Defendant.** |  |

--------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax  identification number include:  BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854).

STATE OF CALIFORNIA            )
                              )
CITY OF SAN FRANCISCO          )

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California  94111-4500.

On September 21, 2017, I caused to be served: **Notice of Continuance** [Docket 5] via electronic mail upon the parties set forth in Exhibit 1 and via First Class US Mail upon the parties set forth on Exhibit 2 attached hereto.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 21, 2017 at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

**EXHIBIT 1**

**Service by email on Master Service List**

| | | |
|---|---|---|
| WHITEFORD, TAYLOR & PRESTON LLC CSAMIS@WTPLAW.COM; KGOOD@WTPLAW.COM; SGERALD@WTPLAW.COM | BALLARD SPAHR LLP HEILMANL@BALLARDSPAHR.COM; MCCLAMBC@BALLARDSPAHR.COM | |
| 1450 BROADWAY, LLC bobby@zargroupny.com | A & FENG FASHION LTD JAN@FENGFASHION.COM | ALARCON & SAENZ PLLC AALARCON@SBCGLOBAL.NET |
| ANDARI FASHION INC WEILING.KAZUNO@ANDARI.COM | ANDREW S CONWAY ACONWAY@TAUBMAN.COM | APTOS, INC. NROY@APTOS.COM |
| ARLINGTON ISD, CROWLEY ISD ECOBB@PBFCM.COM | BALLARD SPAHR LLP BRANCHD@BALLARDSPAHR.COM | BALLARD SPAHR LLP POLLACK@BALLARDSPAHR.COM |
| BEST SILK LIMITED SHIPMENT@JIAJUAN.COM | BIALSON BERGEN & SCHWAB, A PROF CORP KLAW@BBSLAW.COM | BLANK ROME LLP IHERMAN@BLANKROME.COM; EZUCKER@BLANKROME.COM |
| BROWN & CONNERY LLP JMONTGOMERY@BROWNCONNERY.COM | BUCHALTER, A PROFESSIONAL CORPORATION SCHRISTIANSON@BUCHALTER.COM | BUCHANAN INGERSOLL & ROONEY PC TANYA.BOSI@BIPC.COM |
| CARTER LEDYARD & MILBURN LLP BANKRUPTCY@CLM.COM | CENTURY LINK MARCY.HERONIMUS@CENTURYLINK.COM | CHIESA SHAHINIAN & GIANTOMASI PC MCARUSO@CSGLAW.COM |
| CITY OF VERNON HPATEL@CI.VERNON.CA.US; BBYUN@CI.VERNON.CA.US | CODDY GLOBAL LTD ANGELA_LEE@CODDY.COM.TW; SHERRY_TSAI@CODDY.COM.TW | CRITEO CORP. J.WU@CRITEO.COM |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP CGIGLIO@CURTIS.COM | CURTIS MALLET-PREVOST COLT & MOSLE LLP JDREW@CURTIS.COM | CURTIS MALLET-PREVOST COLT & MOSLE LLP SREISMAN@CURTIS.COM |
| DADA TRADING CO LTD alex@dadatex.co.kr | DAEJEE METAL CO. LTD SUNNY@DAEJEE.NET | DAVE FOSTER BUILDERS, INC. DAVE@DAVEFOSTERBUILDERS.COM |
| ERNST & YOUNG LLP LESLIE.DEHOFF@EY.COM | FCI GROUPS, INC. LENTEFCI@GMAIL.COM | FEDEX BELINDA.NOLTE@FEDEX.COM |
| FORMENTINI SRL GIOVANNI@FORMENTINI.IT | FOX ROTHSCHILD LLP MHALL@FOXROTHSCHILD.COM | FREEBORN & PETERS LLP DEGGERT@FREEBORN.COM |
| FREEBORN & PETERS LLP EJANCZAK@FREEBORN.COM | FROST BROWN TODD LLC RGOLD@FBTLAW.COM | GAFLANA INDUSTRY LIMITED KIMSHEK@GAFLANA.COM |
| GALO SHOES, INC. FXG396@GMAIL.COM | GOULSTON & STORRS PC VMOODY@GOULSTONSTORRS.COM | GREENBERG TRAURIG LLP KUSHNICKH@GTLAW.COM |
| HING SHING LOOPING | HUGE WELL (HONG KONG) LTD | IRON MOUNTAIN |

| MANUFACTURING CO. LTD YEE.WONG@HINGSHING.COM | CHERRYWANG@GENERALORIENTLTD.COM | INFORMATION MANAGEMENT LLC BANKRUPTCY2@IRONMOUNTAIN.COM |
|---|---|---|
| IVANA GARBOWSKI, P.C. IVANA@MARTIER.COM | JAFFE, ROSS & LIGHT LLP BROSS@JRLLAW.COM | KELLEY DRYE & WARREN LLP KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;RLEHANE@KELLEYDRYE.COM |
| KIATERRY TEXTILE CORP. LTD LINDA@KIATERRY.COM.CN | KIRKLAND & ELLIS LLP BENJAMIN.RHODE@KIRKLAND.COM; JOHN.LUZE@KIRKLAND.COM | KIRKLAND & ELLIS LLP CHRISTOPHER.MARCUS@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP JAMES.SPRAYREGEN@KIRKLAND.COM | KIRKLAND & ELLIS LLP JOSHUA.SUSSBERG@KIRKLAND.COM | KLEE TUCHIN ET AL. TPATTERSON@KTBSLAW.COM; RPFISTER@KTBSLAW.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP TKLESTADT@KLESTADT.COM | KRAMER LEVIN NAFTALIS & FRANKEL LLP RSCHMIDT@KRAMERLEVIN.COM | KRISTEN N PATE GGPBK@GGP.COM |
| KUCKER & BRUH LLP AZELMAN@KBLLP.COM | KURTZMAN STEADY LLC KURTZMAN@KURTZMANSTEADY.COM | KYSAZOZE LIMITED FIONA@KYSAZOZE.COM |
| LAVELY & SINGER P.C. MDSINGER@LAVELYSINGER.COM; TEAGAN@LAVELYSINGER.COM | LEAP SHEEN LIMITED JANNAC@MAXGREAT.COM | LECLAIRRYAN, A PROFESSIONAL CORP ILAN.MARKUS@LECLAIRRYAN.COM;NICLAS.FERLAND@LECLAIRRYAN.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP HOUSTON_BANKRUPTCY@PUBLICANS.COM | LINEBARGER GOGGAN ET AL. DALLAS.BANKRUPTCY@PUBLICANS.COM | LINEBARGER GOGGAN ET AL. SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LUBBOCK CENTRAL APPRAISAL DISTRICT MIDLAND COUNTY LMBKR@PBFCM.COM | MALFITANO PARTNERS JM@MALFITANOPARTNERS.COM | MEGA LINK INTERNATIONAL HOLDINGS SALLY.C@MEGALINK.COM.HK; JEFF.W@MEGALINK.COM.HK |
| MENTER RUDIN & TRIVELPIECE PC KNEWMAN@MENTERLAW.COM | MIAMI-DADE COUNTY TAX COLL. ALEXISG@MIAMIDADE.GOV; MDTCBKC@miamidade.gov | MISSISSIPPI DEPT OF REVENUE SYLVIE.ROBINSON@DOR.MS.GOV |
| MISSOURI DEPARTMENT OF REVENUE SDNYECF@DOR.MO.GOV | MORGAN LEWIS & BOCKIUS LLP MARC.LEDUC@MORGANLEWIS.COM;MATTHEW.FURLONG@MORGANLEWIS.COM | MORGAN, LEWIS & BOCKIUS LLP JULIA.FROST-DAVIES@MORGANLEWIS.COM; CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP ROBERT.BARRY@MORGANLEWIS.COM; MATTHEW.ZIEGLER@MORGAN | MORINDA INTERNATIONAL CORPOR morinda@morinda-cn.com | MYSTIC INC MPATEL@HERMANKAY.COM |

| | | |
|---|---|---|
| LEWIS.COM | | |
| NOLD MUCHINSKY PLLC DNOLD@NOLDMUCHLAW.COM ;NUDDIN@NOLDMUCHLAW.CO M;MFOLSOM@NOLDMUCHLAW .COM | NYS- DEPARTMENT OF TAXATION & FINANCE ENID.STUART@AG.NY.GOV | PACHULSKI STANG ZIEHL & JONES LLP MPAGAY@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP RFEINSTEIN@PSZJLAW.COM;BS ANDLER@PSZJLAW.COM | PEPPER HAMILTON LLP JAFFEH@PEPPERLAW.COM | PEPPER HAMILTON LLP KOVSKYD@PEPPERLAW.COM |
| PEPPERJAM, LLC. JAWEIDNER@PEPPERJAM.COM | PERDUE BRANDON FIELDER COLLINS & MOTT LLP OSONIK@PBFCM.COM | PERF STAR GLOBAL LIMITED LANDY_LEE@WINTEX.COM.TW |
| PETER M LEVINE, ESQ CHIEF@PMLEVINELAW.COM | PLAZA LAS AMERICAS INC JIM.ROLLINS@HKLAW.COM | PLAZA LAS AMERICAS, INC. AND PLAZA DEL CARIBE, S.E. JJALEMANY@HKLAW.COM |
| PLAZA LAS AMERICAS, INC. AND PLAZA DEL CARIBE, S.E. JOSE.CASAL@HKLAW.COM | POLARIS HANDELSGESELL SCHAFT BLICHTENBERGER@POLARISF AMILY.COM | PRIME APPAREL, INC. IRENEM@PRIMEAPPARELINC.C OM |
| PRIORITY FULFILLMENT SERVICES, INC. MPRADA@PFSWEB.COM | RACHEL R OBALDO RACHEL.OBALDO@OAG.TEXAS .GOV | RENAISSANCE FASHION LTD idy.siu@ren-fashion.com |
| RL CRISS CROSS INC realineus@aol.com | ROBINSON BROG LEINWAND GREENE ET AL AMG@ROBINSONBROG.COM | RODEO COLLECTION LTD BAHADOR@DMANAGE.COM; HEDI@DMANAGE.COM; KMAHBOUBI@MAC.COM |
| SAMMONS FINANCIAL GROUP MEMBER COMPANIES BHANSEN@SFGMEMBERS.COM | SAP INDUSTRIES INC MATT.LAUKAITIS@SAP.COM | SEARS HOLDINGS CORPORATION MICHAEL.DUNNE@SEARSHC.C OM |
| SHANGHAI SHENDA PAN@PANFAME.COM | SILVEREED (HONG KONG) LIMITED HoKaKi@GMRHK.com; OnurGur@lfcredit.com.sg | SIMON PROPERTY GROUP INC RTUCKER@SIMON.COM |
| SIMON PROPERTY GROUP, INC. DSEABAUGH@SIMON.COM | SINOSKY CORPORATION LTD SHELLYJIANG@SINOSKYCORP. COM | SPECTOR & JOHNSON PLLC HSPECTOR@SPECTORJOHNSON .COM |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC EOBRIEN@SBCHLAW.COM | T1 ATELIER COMPANY LTD. KIMCHUN.KH@T1ATELIER.CO M | THE COUNTY OF LOUDOUN, VA BELKYS.ESCOBAR@LOUDOUN. GOV;STEVE.JACKSON@LOUDO UN.GOV |
| TN- DEPT OF REVENUE AGBANKNEWYORK@AG.TN.GO V | TRADE HARVEST INDUSTRIAL LIMITED CLIMAS@HANGLUEN.COM.HK | TRAVIS COUNTY ATTORNEY KAY.BROCK@TRAVISCOUNTY TX.GOV |
| TWITTER, INC. JOANJUAN@TWITTER.COM | US CUSTOMS SERVICE KANDACE.NIEMI@APEXGLOBE .COM | VCS GROUP LLC CHRIS.DELIA@CAMUTOGROUP. COM |

| VELOCITY TECHNOLOGY SOLUTION THERESA.PREWETT@VELOCITYCLOUD.COM | WEIL GOTSHAL & MANGES LLP MATT.BARR@WEIL.COM | WEIL GOTSHAL & MANGES LLP MATT.BARR@WEIL.COM; ALEXANDER.CONDON@WEIL.COM |
|---|---|---|
| WEST COAST DISTRIBUTION (CON ALEXF@WCDISTRIBUTION.COM | WESTIN ST FRANCIS HOTEL MARCELO.INFANTE@WESTIN.COM | WHITEFORD TAYLOR & PRESTON LLC CSAMIS@WTPLAW.COM;KGOOD@WTPLAW.COM;KSHAW@WTPLAW.COM |
| WILES & WILES LLP BANKRUPTCY@EVICT.NET | WILLIAMS LEGAL ADVISORY GROUP AWILLIAMS@WILLIAMSADVISORS.COM | WINSTON & STRAWN LLP DWEBB@WINSTON.COM |
| WINSTON & STRAWN LLP JTRAISTER@WINSTON.COM | | |

**EXHIBIT 2**

**Service by First Class U.S. Mail on Master Service List**

| | | |
|---|---|---|
| DOUGLAS T. TABACHNIK<br>LAW OFFICES OF DOUGLAS T.<br>TABACHNIK, P.C.<br>63 WEST MAIN STREET, SUITE C<br>FREEHOLD, NJ 07728 | JOHN A. BERANBAUM<br>BERANBAUM MENKEN LLP<br>80 PINE STREET, 33RD FLOOR<br>NEW YORK, NEW YORK 10005 | |
| AZ6, LLC<br>ATTENTION: GENERAL<br>COUNSEL AND MAX AZRIA<br>8619 W SUNSET BOULEVARD<br>WEST HOLLYWOOD CA 90069 | AZRIA ENTERPRISES, INC.<br>ATTENTION: GENERAL<br>COUNSEL AND MAX AZRIA<br>8619 W SUNSET BOULEVARD<br>WEST HOLLYWOOD CA 90069 | BCBG MAX AZRIA GLOBAL<br>HOLDINGS, LLC<br>ERICA ALTERWITZ MEIERHANS,<br>CRO<br>CHIEF RESTRUCTURING<br>OFFICER<br>2761 FRUITLAND AVE<br>VERNON CA 90058 |
| BEST SILK LIMITED<br>DAVID HE WEI<br>UNIT 503, 5F, SILVERCORD<br>TOWER 2<br>30 CANADANTON RD.,<br>TSIMSHATSUI<br>KOWLOON<br>HONG KONG | CALIFORNIA FRANCHISE TAX<br>BOARD<br>BANKRUPTCY SECTION MS A<br>340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | COLLECTION 18<br>VINCENT ZHENG<br>1370 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10018 |
| DEMANDWARE, INC.<br>PAULA DIBARTOLOMEO<br>5 WALL STREET<br>BURLINGTON MA 01803 | DESIGNER APPAREL DUAL<br>HOLDINGS BLOCKERCO, LLC<br>330 MADISON AVENUE, 10TH<br>FLOOR<br>NEW YORK NY 10017 | DESIGNER APPAREL DUAL<br>HOLDINGS, LLC<br>330 MADISON AVENUE, 10TH<br>FLOOR<br>NEW YORK NY 10017 |
| FASHION FUNDING II, LLC<br>330 MADISON AVENUE<br>18TH FLOOR<br>NEW YORK NY 10017 | FASHION FUNDING II, LLC<br>C/O GUGGENHEIM CAPITAL,<br>LLC<br>227 WEST MONROE STREET<br>SUITE 4900<br>CHICAGO IL 60606 | FASHION FUNDING III, LLC<br>330 MADISON AVENUE<br>18TH FLOOR<br>NEW YORK NY 10017 |
| FASHION FUNDING III, LLC<br>C/O GUGGENHEIM CAPITAL,<br>LLC<br>227 WEST MONROE STREET<br>SUITE 4900<br>CHICAGO IL 60606 | FASHION FUNDING, LLC<br>330 MADISON AVENUE<br>18TH FLOOR<br>NEW YORK NY 10017 | FASHION FUNDING, LLC<br>C/O GUGGENHEIM CAPITAL,<br>LLC<br>227 WEST MONROE STREET<br>SUITE 4900<br>CHICAGO IL 60606 |
| INTERNAL REVENUE SVCS<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SVCS<br>MARIA I VALERIO<br>INSOLVENCY GROUP 7 MGR<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | LAW OFFICES OF CHARLES A<br>GRUEN<br>CHARLES A GRUEN<br>381 BROADWAY STE 300<br>WESTWOOD NJ 07675 |
| MCCABE WEISBERG &<br>CONWAY PC | MEYERS RODBELL &<br>ROSENBAUM PA | MICHIGAN DEPT OF TREASURY<br>TAX POLICY DIVISION |

| | | |
|---|---|---|
| MELISSA DICERBO<br>145 HUGUENOT ST STE 210<br>NEW ROCHELLE NY 10801 | M EVAN MEYERS<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE MD 20737- 1385 | LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 |
| MIDLAND NATIONAL LIFE<br>INSURANCE COMPANY<br>(BOLI-GEN)<br>330 MADISON AVENUE, 10TH<br>FLOOR<br>NEW YORK NY 10017 | MIDLAND NATIONAL LIFE<br>INSURANCE COMPANY<br>(MAIN)<br>330 MADISON AVENUE, 10TH<br>FLOOR<br>NEW YORK NY 10017 | NORTH AMERICAN CO FOR LIFE<br>AND<br>HEALTH INSURANCE<br>(ANNUITY)<br>330 MADISON AVENUE, 10TH<br>FLOOR<br>NEW YORK NY 10017 |
| NORTH AMERICAN CO FOR LIFE<br>AND<br>HEALTH INSURANCE (MAIN)<br>330 MADISON AVENUE, 10TH<br>FLOOR<br>NEW YORK NY 10017 | NYC DEPT OF FINANCE<br>DEVORA COHN LEGAL AFFAIRS<br>345 ADAMS ST<br>3RD FL<br>BROOKLYN NY 11201 | NYS DEPT OF TAXATION AND<br>FINANCE<br>OFFICE OF COUNSEL<br>15 METROTECH CENTER<br>BROOKLYN NY 11201-3827 |
| NYS DEPT TAXATION AND<br>FINANCE<br>BANKRUPTCY/SPECIAL<br>PROCEDURES SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | NYS UNEMPLOYMENT<br>INSURANCE FUND<br>PO BOX 551<br>ALBANY NY 12201 | OFFICE OF THE UNITED STATES<br>TRUSTEE<br>BRIAN MASUMOTO, ESQ.<br>US FEDERAL OFFICE BLDG<br>201 VARICK ST STE 1006<br>NEW YORK NY 10014 |
| ORPHEUS HOLDINGS LLC<br>330 MADISON AVENUE, 10TH<br>FLOOR<br>NEW YORK NY 10017 | PARKING VIOLATIONS BUREAU<br>210 JORALEMON AVE<br>BROOKLYN NY 11201 | SBC FUNDING, LLC<br>330 MADISON AVENUE, 10TH<br>FLOOR<br>NEW YORK NY 10017 |
| SECURITIES AND EXCHANGE<br>COMMISSION<br>JOHN MURRAY<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BLDG<br>233 BROADWAY<br>NEW YORK NY 10279 | SECURITIES AND EXCHANGE<br>COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ANDREW CALAMARI<br>REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY ST STE 400<br>NEW YORK NY 10281 | SECURITY BENEFIT LIFE<br>INSURANCE (SUR)<br>330 MADISON AVENUE, 10TH<br>FLOOR<br>NEW YORK NY 10017 |
| SOCIAL SECURITY<br>ADMINISTRATION<br>OFFICE OF THE REGIONAL<br>CHIEF COUNSEL<br>26 FEDERAL PLAZA RM 3904<br>NEW YORK NY 10278 | STIMPERT & FORD LLP<br>DANIEL P STIMPERT<br>8500 WILSHIRE BLVD STE 640<br>BEVERLY HILLS CA 90211-3120 | UNITED STATES ATTORNEY<br>CLAIMS UNIT<br>ONE ST ANDREWS PLAZA<br>RM 417<br>NEW YORK NY 10007 |
| UNITED STATES ATTORNEY<br>TAX AND BANKRUPTCY UNIT<br>86 CHAMBERS ST<br>3RD FL<br>NEW YORK NY 10007 | UNITED STATES BANKRUPTCY<br>COURT SDNY<br>HON. SHELLEY C. CHAPMAN<br>ONE BOWLING GREEN<br>NEW YORK NY 10004-1408 | US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 |
| US DEPT OF HEALTH AND<br>HUMAN SVCS<br>OFFICE OF THE GENERAL<br>COUNSEL | US DEPT OF HOUSING AND<br>URBAN DEV<br>JOHN CAHILL ESQ<br>26 FEDERAL PLAZA | US ENVIRONMENTAL PROT<br>AGENCY<br>ROBERT ROBERTS<br>1200 PENNSYLVANIA AVE NW |

| 26 FEDERAL PLAZA RM 3908<br>NEW YORK NY 10278 | RM 3500<br>NEW YORK NY 10278-0068 | MAIL CODE 2272A<br>WASHINGTON DC 20004-2004 |
| --- | --- | --- |