**GRIFFIN HAMERSKY LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile:  (646) 998-8284
Scott A. Griffin
Michael D. Hamersky

Attorneys for NYAM LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
                                                                     :
In re:                                                               :   Chapter 11
                                                                     :   Case No. 17-10466 (SCC)
BCBG MAX AZRIA GLOBAL HOLDINGS, LLC,                                 :   (Jointly Administered)
*et al.*,[1]                                                         :
                                                                     :
                        Debtors.                                     :
                                                                     :
---------------------------------------------------------------------x
                                                                     :   Adv. Pro. No. 17-01101(SCC)
                                                                     :
BCBG MAX AZRIA GROUP, LLC,                                           :
                                                                     :
                                                                     :
                                                                     :
                        Plaintiff,                                   :
            vs.                                                      :
                                                                     :
NYAM LLC,                                                            :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of

NYAM LLC, and, pursuant to section 1109(b) of title 11 of the United States Code (the

"Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854). The location of the Debtors' service address is: 2761 Fruitland Avenue, Vernon, California 90058.

Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this adversary proceeding be given and served upon:

>GRIFFIN HAMERSKY LLP
>420 Lexington Avenue, Suite 400
>New York, New York 10170
>Telephone:    (646) 998-5580
>Facsimile:    (646) 998-8284
>Attention:    Scott A. Griffin, Esq.
>              Michael D. Hamersky, Esq.
>Email: sgriffin@grifflegal.com
>              mhamersky@grifflegal.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions set forth above, but also includes, without limitation, orders and notices of, <u>any</u> application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

Dated:    New York, New York
          September 26, 2017

>Respectfully submitted,
>
>GRIFFIN HAMERSKY LLP
>*Counsel to NYAM LLC*
>By:
>
>/s/ Michael D. Hamersky
>Scott A. Griffin
>Michael D. Hamersky
>420 Lexington Avenue, Suite 400
>New York, New York 10170
>Telephone: (646) 998-5580
>Facsimile: (646) 998-8284