UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                            :
In re:                                      :   Chapter 11
                                            :   Case No. 17-10466 (SCC)
BCBG MAX AZRIA GLOBAL HOLDINGS, LLC,        :   (Jointly Administered)
*et al.*,[1]                                :
                                            :
            Debtors.                        :
                                            :
------------------------------------------------------------------x
                                            :
BCBG MAX AZRIA GROUP, LLC,                  :
                                            :   Adv. Pro. No. 17-01101(SCC)
                                            :
                                            :
                       Plaintiff,           :
          vs.                               :
                                            :
NYAM LLC,                                   :
                                            :
                                            :
            Defendant.                      :
                                            :
------------------------------------------------------------------x

## NOTICE AND STIPULATION FOR SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Griffin Hamersky LLP, Scott A. Griffin and Michael D. Hamersky shall be substituted in place of Whiteford, Taylor & Preston LLC, Christopher M. Samis, Esq., L. Katherine Good, Esq., and Stephen B. Gerald, Esq., as counsel of record for defendant NYAM LLC in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings and other papers should be served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854). The location of the Debtors' service address is: 2761 Fruitland Avenue, Vernon, California 90058.

                    GRIFFIN HAMERSKY LLP
                    420 Lexington Avenue, Suite 400
                    New York, New York 10170
Telephone:  (646) 998-5580
Facsimile:  (646) 998-8284
Attention:  Scott A. Griffin, Esq.
            Michael D. Hamersky, Esq.
Email: sgriffin@grifflegal.com
        mhamersky@grifflegal.com

Dated:  New York, New York
         September 27, 2017

GRIFFIN HAMERSKY LLP
*Incoming Counsel*
By:

/s/ Michael D. Hamersky
Scott A. Griffin
Michael D. Hamersky
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284

WHITEFORD, TAYLOR & PRESTON LLC
*Outgoing Counsel*
By:

/s/ Christopher M. Samis
Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Stephen B. Gerald, Esq.
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950