**GRIFFIN HAMERSKY LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile:  (646) 998-8284
Scott A. Griffin
Michael D. Hamersky

Attorneys for NYAM LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 17-10466 (SCC) |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------------x

| | |
|---|---|
| | Adv. Pro. No. 17-01101(SCC) |
| BCBG MAX AZRIA GROUP, LLC, | |
| Plaintiff, | |
| vs. | |
| NYAM LLC, | |
| Defendant. | |

---------------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF (I) NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS;
AND (II) NOTICE AND STIPULATION FOR SUBSTITUTION OF COUNSEL**

I hereby certify that on September 26, 2017, I caused a true and correct copy of the Notice of Appearance and Request for Service of Notices and Other Documents [Docket No. 7] to be served on the parties listed on Exhibit "A", by First Class Mail.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854). The location of the Debtors' service address is: 2761 Fruitland Avenue, Vernon, California 90058.

I further certify that on September 27, 2017, I caused a true and correct copy of the Notice and Stipulation for Substitution of Counsel [Docket No. 8] to be served on the parties listed on Exhibit "A", by First Class Mail.

DATED:   New York, New York
         September 28, 2017

                                                Respectfully submitted,

                                                GRIFFIN HAMERSKY LLP
                                                *Attorneys for NYAM LLC*
                                                By:

                                                /s/ Sophia Hepheastou
                                                MICHAEL D. HAMERSKY
                                                SOPHIA HEPHEASTOU
                                                420 Lexington Ave., Suite 400
                                                New York, New York 10170
                                                Telephone: (646) 998-5578
                                                Facsimile: (646) 998-5574