Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Maria A. Bove, Esq.
Steven W. Golden, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| **RUNWAY LIQUIDATION HOLDINGS, LLC, et al.,**[1] | Case No. 17-10466 (SCC) |
|  | **Jointly Administered** |
| Debtors. |  |
| **RUNWAY LIQUIDATION HOLDINGS, LLC,** |  |
|  | **Adv. Pro. No. 17-01101 (SCC)** |
| Plaintiff, |  |
| vs. |  |
| **NYAM, LLC,** |  |
| Defendant. |  |

## NOTICE OF CONTINUANCE

**PLEASE TAKE NOTICE** that the hearing scheduled before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York (the

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include:  Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

DOCS_SF:96538.1

"Court"), in Room 623, One Bowling Green, New York, New York 10004-1408 on **May 7, 2018 at 10:00 a.m. (prevailing Eastern Time)** is continued to **May 22, 2018 at 10:00 a.m. (prevailing Eastern Time)** with respect to the following matters:

- Pretrial conference in *BCBG Max Azria Global Holdings, LLC v. NYAM, LLC*, Adv. Pro. No. 17-1101.

Dated: April 13, 2018

PACHULSKI STANG ZIEHL & JONES LLP

  */s/ Maria A. Bove*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Maria A. Bove, Esq.
Steven W. Golden, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*