Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Maria A. Bove, Esq.
Steven W. Golden, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **RUNWAY LIQUIDATION** | : | **Case No. 17-10466 (SCC)** |
| **HOLDINGS, LLC, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| **RUNWAY LIQUIDATION** | : | |
| **HOLDINGS, LLC,** | : | |
| | : | **Adv. Pro. No. 17-01101 (SCC)** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **NYAM, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

------------------------------------------------------------x

## <u>CORRECTED NOTICE OF CONTINUANCE</u>

**PLEASE TAKE NOTICE** that the hearing scheduled before the Honorable Shelley C.

Chapman of the United States Bankruptcy Court for the Southern District of New York (the

---

[1]    A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax  identification number include:  Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

"Court"), in Room 623, One Bowling Green, New York, New York 10004-1408 on **May 7, 2018**

**at 10:00 a.m. (prevailing Eastern Time)** is continued to <u>**May 23, 2018**</u> **at 10:00 a.m.**

**(prevailing Eastern Time)** with respect to the following matters:

- Pretrial conference in *BCBG Max Azria Global Holdings, LLC v. NYAM, LLC*, Adv. Pro. No. 17-1101.

    Dated:        April 16, 2018

PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Maria A. Bove*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Maria A. Bove, Esq.
Steven W. Golden, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*