Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Maria A. Bove, Esq.
Steven W. Golden, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re** : **Chapter 11**
:
**RUNWAY LIQUIDATION** : **Case No. 17-10466 (SCC)**
**HOLDINGS, LLC, et al.,**[1] :
: **Jointly Administered**
Debtors. :
---------------------------------------------------------------x
:
**RUNWAY LIQUIDATION** :
**HOLDINGS, LLC,** :
:
: **Adv. Pro. No. 17-01101 (SCC)**
Plaintiff, :
:
vs. :
:
**NYAM, LLC,** :
:
Defendant. :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax  identification number include:  Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

DOCS_SF:96539.1 08467/001

STATE OF CALIFORNIA        )
                           )
CITY OF SAN FRANCISCO      )

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California  94111-4500.

On April 16, 2018, I caused to be served: **Corrected Notice of Continuance** [Docket 12] via electronic mail upon the following parties:

| Katherine Good<br>kgood@wtplaw.com<br>clano@wtplaw.com | Michael D. Hamersky<br>mhamersky@grifflegal.com<br>kwarren@grifflegal.com | Joshua Sussberg<br>jsussberg@kirkland.com<br>john.luze@kirkland.com |
|---|---|---|

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 16, 2018 at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries