Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Maria A. Bove, Esq.
Steven W. Golden, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11**
                                                               :
**RUNWAY LIQUIDATION**                                         :    **Case No. 17-10466 (SCC)**
**HOLDINGS, LLC, et al.,**[1]                                  :
                                                               :    **Jointly Administered**
        **Debtors.**                                           :
---------------------------------------------------------------x
                                                               :
**RUNWAY LIQUIDATION**                                         :
**HOLDINGS, LLC,**                                             :
                                                               :    **Adv. Pro. No. 17-01101 (SCC)**
        **Plaintiff,**                                         :
                                                               :
        vs.                                                    :
                                                               :
**NYAM, LLC,**                                                 :
                                                               :
        **Defendant.**                                         :
---------------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD**
**MAY 23, 2018, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   May 23, 2018, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:        The Honorable Judge Shelley C. Chapman
                            United States Bankruptcy Court for the Southern District of New York
                            Alexander Hamilton Custom House

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

|  |  |
|---|---|
| Copies of Documents: | One Bowling Green, Courtroom No. 623<br>New York, New York 10004<br>A copy of each document can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Donlin, Recano & Company, Inc., at https://www.donlinrecano.com/bcbg. Further information may be obtained via email at bcbginfo@donlinrecano.com, or by calling toll free at 866-406-2290, or internationally at 212-771-1128. |

### I.    PRE-TRIAL CONFERENCE

1. ***BCBG v. NYAM Pre-trial Conference.*** Pre-trial Conference in the Adversary Proceeding Styled *BCBG Max Azria Group, LLC v. NYAM, LLC*, Adv. Pro. No. 17- 01101 (SCC).

    **Relevant Pleadings**:

    - *Complaint Against NYAM LLC* [Adversary Dkt. No. 1]

    - *Answer to Complaint* [Adversary Dkt. No. 3]

    **Status**:  This matter is going forward.

Dated:    May 21, 2018

                                          PACHULSKI STANG ZIEHL & JONES LLP

                                          */s/ Steven W. Golden*
                                          Robert J. Feinstein, Esq.
                                          Bradford J. Sandler, Esq.
                                          Maria A. Bove, Esq.
                                          Steven W. Golden, Esq.
                                          780 Third Avenue, 34th Floor
                                          New York, NY 10017
                                          Telephone:  (212) 561-7700
                                          Facsimile:  (212) 561-7777

                                          *Counsel to the Plan Administrator*

2