Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, et al.,[1] | Case No. 17-10466 (SCC) |
| | Jointly Administered |
| Debtors. | |
| BCBG MAX AZRIA GROUP, LLC, | Adv. Pro. No. 17-01101 (SCC) |
| Plaintiff, | |
| vs. | |
| NYAM, LLC, | |
| Defendant. | |

**NOTICE OF PLAINTIFF NAME CHANGE**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854).

On July 28, 2017, BCBG Max Azria Group, LLC (the "Debtor"), a debtor and debtor in the above-captioned cases under chapter 11 of Title 11 of the United states Code, filed the instant adversary proceeding.

On June 23, 2017, the Debtors filed the *Amended Joint Plan of Reorganization of BCBG Max Azria Global Holdings, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 461] (the "Plan").

On July 26, 2017, the Bankruptcy Court entered its Order (the "Confirmation Order") [Docket No. 591] confirming the Plan.

The Effective Date (as defined in the Plan) of the Plan occurred on July 31, 2017.

As of the Effective Date, pursuant to the Confirmation Order and the Plan, David MacGreevey was appointed as the Plan Administrator (each term as defined in the Plan).

As of the Effective Date, in accordance with and pursuant to Article IV.E of the Plan, the Plan Administrator is "the sole representative of, and shall act for, the Post-Effective Date Debtors."

Therefore, the named plaintiff in the caption of this adversary proceeding should be changed from "BCBG MAX AZRIA GROUP, LLC" to "**David MacGreevey, in his capacity**

**as Plan Administrator**."

| | |
|---|---|
| Dated: May 29, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Beth E. Levine*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
blevine@pszjlaw.com

*Counsel for the Plaintiff*