UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11
: 
**RUNWAY LIQUIDATION** : Case No. 17-10466 (SCC)
**HOLDINGS, LLC, et al.,**[1] :
: Jointly Administered
Debtors. :
------------------------------------------------------------x
:
**DAVID MACGREEVEY, in his capacity as** :
**PLAN ADMINISTRATOR,** :
: Adv. Pro. No. 17-01101 (SCC)
Plaintiff, :
:
vs. :
:
**NYAM, LLC,** :
:
Defendant. :
------------------------------------------------------------x

## AMENDED INITIAL PRETRIAL ORDER

Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) were completed on or before June 14, 2018.

Fact discovery shall be completed on or before October 31, 2018.

Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than November 29, 2018. Any Party's expert report intended to rebut any other expert report, including any other expert reports that may be filed earlier than the deadlines, established in this subparagraph, shall be provided no later than December 27, 2018. All reports shall provide the information required

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

by Fed.R.Civ.P. 26(a)(2)(B).  All expert discovery shall be completed no later than January 24, 2019.

| Dated:  August 29, 2018 | Dated:  August 29, 2018 |
|---|---|
| **GRIFFIN HAMERSKY LLP** | *PACHULSKI STANG ZIEHL & JONES LLP* |
| */s/ Michael D. Hamersky* | */s/ Beth E. Levine* |
| Scott A. Griffin<br>Michael D. Hamersky<br>420 Lexington Avenue, Suite 400<br>New York, NY 10170<br>Telephone: (646) 998-5580<br>Facsimile: (646) 998-8284<br>Email:  sgriffin@grifflegal.com<br>           mhamersky@grifflegal.com<br><br>*Counsel to NYAM LLC* | Robert J. Feinstein<br>Bradford J. Sandler<br>Beth E. Levine<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  rfeinstein@pszjlaw.com<br>           bsandler@pszjlaw.com<br>           blevine@psjlaw.com<br><br>*Counsel to the Plan Administrator* |

**SO ORDERED:**

August 30, 2018

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE