

## PACHULSKI
## STANG
## ZIEHL
## JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: **212/561 7700**
FACSIMILE: 212/561 7777

Beth E. Levine

September 18, 2018

212.561.7720
blevine@pszjlaw.com

**BY EMAIL AND ECF FILING**

The Honorable Judge Shelley C. Chapman
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

     Re:    **MacGreevey v. NYAM LLC, Adv. Pro. No. 17-
01101 (SCC)**

Dear Judge Chapman:

     We represent David MacGreevey, in his capacity as Plan
Administrator of Runway Liquidation Holdings, LLC and its related
debtors (the "Plaintiff"), the plaintiff in the above-referenced
adversary proceeding (the "Adversary Proceeding"). We write
pursuant to Bankruptcy Local Rule 7056-1(a) to request a pre-
motion conference prior to the filing of a motion for partial
summary judgment dismissing the defendant's second affirmative
defense (the "Second Affirmative Defense") asserted by NYAM
LLC ("NYAM") in the Adversary Proceeding.

### Issue to Be Presented

     Is NYAM's Second Affirmative Defense valid such that
NYAM will be entitled to setoff its alleged unsecured claim against
any judgment rendered against it in this Adversary Proceeding?

### Grounds for Relief

     Because NYAM assigned the invoices underlying its proof
of claim to a third party, its factor, Hana Financial, Inc., there is no
mutuality between those amounts and the royalty payments owed by
NYAM to BCBG. Accordingly, Plaintiff respectfully submits that
this Court should grant summary judgment dismissing the Second
Affirmative Defense in its entirety.

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

TELEPHONE: **310/277 6910**
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: **415/263 7000**
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: **302/652 4100**
FACSIMILE: 302/652 4400

WEB: www.pszjlaw.com

DOCS_NY:38083.4 08467/001

**PACHULSKI**

**STANG**

**ZIEHL**

**JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Judge Shelley C. Chapman
September 18, 2018
Page 2


      We believe that the proposed partial summary judgment motion can be heard by this Court without further discovery. We are available to answer any questions the Court may have.

                  Respectfully submitted,

                  Beth E. Levine

BEL

cc: Michael Hamersky, Esq. (by email)

DOCS_NY:38083.4 08467/001