**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **RUNWAY LIQUIDATION** | : | **Case No. 17-10466 (SCC)** |
| **HOLDINGS, LLC, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| **DAVID MACGREEVEY, in his capacity as** | : | |
| **PLAN ADMINISTRATOR,** | : | |
| | : | **Adv. Pro. No. 17-01101 (SCC)** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **NYAM, LLC,** | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

**SCHEDULING STIPULATION RELATING**
**TO MOTIONS FOR SUMMARY JUDGMENT**

This Scheduling Stipulation is entered into by and between plaintiff, David MacGreevey, solely in his capacity as plan administrator in the above-captioned chapter 11 cases ("Plaintiff") and Defendant NYAM, LLC ("Defendant").

WHEREAS, on November 13, 2018, the United State Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") held a pre-motion conference (the "Conference") regarding Plaintiff's proposed motion for summary judgment; and

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include:  Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

DOCS_NY:37772.3

WHEREAS, at the Conference, the Court authorized Plaintiff to file a motion for summary judgment and directed the parties to stipulate to a briefing schedule:

IT IS HEREBY STIPULATED AND AGREED THAT

1. Plaintiff shall file and serve its motion for partial summary judgment on or before November 20, 2018.

2. Defendant shall file and serve its opposition to Plaintiff's motion and its cross-motion for summary judgment, if any, on or before December 18, 2018.

3. Plaintiff shall file and serve its reply in support of its motion and its opposition to any cross-motion of Defendant on or before January 4, 2019.

4. Defendant shall file its reply in support of its motion, if any, on or before January 14, 2019.

5. A hearing on Plaintiff's motion for summary judgment and any cross-motion of

Defendant shall take place before the Bankruptcy Court on January 17, 2019 at 2:00 p.m.

Dated: November 15, 2018          Dated: November 15, 2018

**GRIFFIN HAMERSKY LLP**          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Hamersky*          */s/ Beth E. Levine*

Scott A. Griffin          Robert J. Feinstein
Michael D. Hamersky          Bradford J. Sandler
420 Lexington Avenue, Suite 400          Beth E. Levine
New York, NY 10170          780 Third Avenue, 34th Floor
Telephone: (646) 998-5580          New York, NY 10017
Facsimile: (646) 998-8284          Telephone: (212) 561-7700
Email: sgriffin@grifflegal.com          Facsimile: (212) 561-7777
       mhamersky@grifflegal.com          Email: rfeinstein@pszjlaw.com
                                                                                 bsandler@pszjlaw.com

*Counsel to NYAM LLC*          blevine@pszjlaw.com

                                                  *Counsel to the Plan Administrator*

**SO ORDERED:**

November 19, 2018

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE