**Hearing Date and Time: January 17, 2019, at 2:00 p.m. (prevailing Eastern Time)**
**Response Deadline: December 18, 2018, at 4:00 p.m. (prevailing Eastern Time)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
|                                                             :
In re                                                         :    Chapter 11
                                                              :
BCBG MAX AZRIA GLOBAL                                         :    Case No. 17-10466 (SCC)
HOLDINGS, LLC, et al.,                                        :
                                                              :    Jointly Administered
                                                              :
        Debtors.                                              :
-------------------------------------------------------------x
                                                              :
DAVID MACGREEVEY, in his capacity as                          :
PLAN ADMINISTRATOR,                                           :    Adv. Pro. No. 17-01101 (SCC)
                                                              :
        Plaintiff,                                            :
                                                              :
    vs.                                                       :
                                                              :
NYAM, LLC,                                                    :
                                                              :
        Defendant.                                            :
-------------------------------------------------------------x

### NOTICE OF HEARING ON PLAINTIFF'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the *Statement Pursuant to Local Rule 7056-1 Of Material Facts As To Which There Are No Genuine Issues to Be Tried*, the *Memorandum of Law in Support of Plaintiff's Motion For Partial Summary Judgment*, and the *Declaration of Beth Levine in Support of Plaintiff's Motion For Partial Summary Judgment*, all of which are dated November 20, 2018, David MacGreevey (the "Plaintiff"), solely in his capacity as plan administrator, shall move this Court for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 7056-1 of the Local Bankruptcy Rules, granting Plaintiff's motion for partial summary judgment and granting such other relief as the Court deems just and proper. A hearing on this motion will be

held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Room 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on January 17, 2019 at 2:00 p.m. (Eastern Time), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought by this motion must be made in writing, with a hard copy to chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and be filed with the Court and served in accordance with the *Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 90] so as to be actually received by the parties on the Master Service List, including the undersigned counsel to the Plaintiff, not later than December 18, 2018 at 4:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to this motion, the relief requested by this motion may be granted without a hearing.

Dated: November 20, 2018    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Beth E. Levine*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Beth E. Levine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        blevine@pszjlaw.com

*Counsel to the Plaintiff*

2