# EXHIBIT H



**Hana Financial**

FACTORING  EQUIPMENT LEASING  PURCHASE ORDER & TRADE FINANCE

1000 Wilshire Blvd., 20th Floor.  Los Angeles, CA 90017
1410 Broadway, Suite 1102.  New York, NY 10018

**FAX: 213-228-3333 (ASSIGNMENT ONLY)**

# ASSIGNMENT

Client No.  2154

Date.  12/19/2016

For value received, the undersigned (herein called "Assignor") hereby sells, assigns, transfers and sets over to HANA FINANCIAL (herein called "HANA FINANCIAL") and its successors and assigns the accounts receivable described in the attached copies of invoices numbered consecutively from

1617601, 1618301-1618315, 1617701-1617721

, and all proceeds and collections thereof, with all guaranties and security therefor and all rights, title and interest of Assignor in the merchandise giving rise thereto together or returned in connection therewith, including all of Assignor's rights of stoppage in transit and all other rights which Assignor may have as an unpaid seller (herein collectively called the "Accounts").

This assignment is made pursuant to and is subject to the provisions of the Factoring Agreement (herein called the "Factoring Agreement") heretofore entered into by Assignor and HANA FINANCIAL which is hereby made a part hereof by this reference thereto. Assignor hereby makes, as of the date hereof, all of the same warranties, representations, agreements and undertakings as are made by it in the Factoring Agreement with respect to the Accounts and all other matters mentioned therein with the same force and effect as though the same were fully set out herein.

Total Amount of Accounts..................................$ 475,699.60

Less Amount of All Credit Memos.....................$ 0.00

Net Amount of Accounts...................................$ 475,699.60

| FOR OFFICIAL USE ONLY | | |
|---|---|---|
| Schedule Checked By | | |
| Reason for being held | | |
| Invoice | Amount | Reason |
| | | |
| | | |
| | | |
| | | |
| | | |

※Total Number of Pages
Including this Page...................
(Please limit it to around 50 pages)

_____
(Assignor)

_____
(Title)

Electronically Submitted
_____
(Signature)

NOTE / COMMENT (If you have any note or comment,  use this space)

Rev. 04.07  HANA FINANCIAL INC.

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617601 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50346A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,476 | MGD61I44 | KNITTED EVENING DRESS | 23.58 | 34,804.08 |

| | **Total** | $34,804.08 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618301 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50317A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 368 | MSZ61L06 | KNITTED EVENING DRESS "DAYSHA" | 47.05 | 17,314.40 |

| | **Total** | $17,314.40 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618302 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50317B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 54 | MSZ61L06 | KNITTED EVENING DRESS "DAYSHA" | 47.05 | 2,540.70 |

| | **Total** | $2,540.70 |
|--|-----------|-----------|

NYAM_000483

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618303 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50317C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 400 | MSZ61L06 | KNITTED EVENING DRESS "DAYSHA" | 47.05 | 18,820.00 |

| | **Total** | $18,820.00 |
|---|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618304 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-------------------|------------|
| 50264A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 150 | IVQ69K14 | WOVEN CASUAL DRESS "ANI" | 23.14 | 3,471.00 |

| | **Total** | $3,471.00 |
|--|-----------|-----------|

NYAM_000485

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618305 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50264B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,347 | IVQ69K14 | WOVEN CASUAL DRESS "ANI" | 23.14 | 31,169.58 |

| | **Total** | $31,169.58 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618306 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50264D | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 160 | IVQ69K14 | WOVEN CASUAL DRESS "ANI" | 23.14 | 3,702.40 |

| | **Total** | $3,702.40 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618307 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50294A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | SAA1Y328 | WOVEN SPTWR TOP "AUDRENNA" | 20.73 | 995.04 |

| | **Total** | $995.04 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618308 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-------------------|------------|
| 50294B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 909 | SAA1Y328 | WOVEN SPTWR TOP "AUDRENNA" | 20.73 | 18,843.57 |

| | **Total** | $18,843.57 |
|---|-----------|-----------|

NYAM_000489

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618309 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                         Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 50273A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | IVQ1T540 | WOVEN SPTWR TOP "SUZAN" | 21.77 | 1,088.50 |

| | **Total** | $1,088.50 |
|---|---|---|

NYAM_000490

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618310 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50273B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | IVQ1T540 | WOVEN SPTWR TOP "SUZAN" | 21.77 | 2,177.00 |

| | **Total** | $2,177.00 |
|---|---|---|

NYAM_000491

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618311 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50273C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 498 | IVQ1T540 | WOVEN SPTWR TOP "SUZAN" | 21.77 | 10,841.46 |

| | **Total** | $10,841.46 |
|--|-----------|------------|

NYAM_000492

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618312 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50274A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | IVQ1Y221 | WOVEN SPTWR TOP "TAMSIN" | 17.61 | 880.50 |

| | **Total** | $880.50 |
|--|-----------|---------|

NYAM_000493

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618313 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50274B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 150 | IVQ1Y221 | WOVEN SPTWR TOP "TAMSIN" | 17.61 | 2,641.50 |

| | **Total** | $2,641.50 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618314 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50274C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 809 | IVQ1Y221 | WOVEN SPTWR TOP "TAMSIN" | 17.61 | 14,246.49 |

| | **Total** | $14,246.49 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618315 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50274E | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 359 | IVQ1Y221 | WOVEN SPTWR TOP "TAMSIN" | 17.61 | 6,321.99 |

| | **Total** | $6,321.99 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617701 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50580A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 72 | OEO66G67 | WOVEN CKTL DRESS | 14.44 | 1,039.68 |

| | **Total** | $1,039.68 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617702 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50580B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,901 | OEO66G67 | WOVEN CKTL DRESS | 14.74 | 28,020.74 |

| | **Total** | $28,020.74 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 12/19/2016 | 1617703 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 50275A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 20 | TSW1Y221 | TSW1Y221 | 15.93 | 318.60 |

| | **Total** | $318.60 |
|---|---|---|

NYAM_000499

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617704 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50275B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | TSW1Y221 | WOVEN SPTWR TOP "TAMSIN" | 15.93 | 1,593.00 |

| | **Total** | $1,593.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617705 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50275C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,200 | TSW1Y221 | WOVEN SPTWR TOP "TAMSIN" | 15.93 | 19,116.00 |

| | **Total** | $19,116.00 |
|---|---|---|

NYAM_000501

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617706 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 32 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 1,044.48 |

| | **Total** | $1,044.48 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617707 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 6,528.00 |

| | **Total** | $6,528.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617708 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060F | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 577 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 18,833.28 |

| | **Total** | $18,833.28 |
|--|-----------|------------|

NYAM_000504

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617709 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060P | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 60 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 1,958.40 |

| | **Total** | $1,958.40 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617710 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
             Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
             Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060Q | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 144 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 4,700.16 |

| | **Total** | $4,700.16 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617711 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50202A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | QVV8B552 | KNITTED JACKET | 29.05 | 10,167.50 |

| | **Total** | $10,167.50 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617712 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50208A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 175 | WQR1S928 | WOVEN SPORTSWEAR TOP | 18.79 | 3,288.25 |

| | **Total** | $3,288.25 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617713 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50208D | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 504 | WQR1S928 | WOVEN SPORTSWEAR TOP | 18.79 | 9,470.16 |

| | **Total** | $9,470.16 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617714 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50268A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20 | ZBA4J494 | WOVEN SPORTSWEAR VEST | 20.52 | 410.40 |

| | **Total** | $410.40 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617715 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50268B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 355 | ZBA4J494 | WOVEN SPORTSWEAR VEST | 20.52 | 7,284.60 |

| | **Total** | $7,284.60 |
|--|-----------|-----------|

# Invoice

NYAM, LLC

8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617716 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

| Sold To | Ship To |
|---------|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 | BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Ship Date | Bill of Lading # | Via | Approval # |
|-------------|-------|-----------|------------------|-----|------------|
| 50268C | Net 30 | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,612 | ZBA4J494 | WOVEN SPORTSWEAR VEST | 20.52 | 53,598.24 |

| | **Total** | $53,598.24 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617717 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50268E | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 167 | ZBA4J494 | WOVEN SPORTSWEAR VEST | 20.52 | 3,426.84 |

| | **Total** | $3,426.84 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617718 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060G | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 185 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 6,038.40 |

| | **Total** | $6,038.40 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617719 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                  Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50202B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,983 | QVV8B552 | KNITTED JACKET | 29.05 | 57,606.15 |

| | **Total** | $57,606.15 |
|---|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617720 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50208B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,629 | WQR1S928 | WOVEN SPORTSWEAR TOP | 18.79 | 49,398.91 |

| | **Total** | **$49,398.91** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617721 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50255A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 840 | LHO6W419 | WOVEN CASUAL DRESS | 26.19 | 21,999.60 |

| | **Total** | $21,999.60 |
|---|---|---|



**Hana Financial**

FACTORING  EQUIPMENT LEASING  PURCHASE ORDER & TRADE FINANCE

1000 Wilshire Blvd., 20th Floor.  Los Angeles, CA 90017
1410 Broadway, Suite 1102.  New York, NY 10018

**FAX: 213-228-3333 (ASSIGNMENT ONLY)**

# ASSIGNMENT

Client No. __2154__

Date. __11/28/2016__

For value received, the undersigned (herein called "Assignor") hereby sells, assigns, transfers and sets over to HANA FINANCIAL (herein called "HANA FINANCIAL") and its successors and assigns the accounts receivable described in the attached copies of invoices numbered consecutively from _____

~~1608001-1608012~~

_____ , and all proceeds and collections thereof, with all guaranties and security therefor and all rights, title and interest of Assignor in the merchandise giving rise thereto together or returned in connection therewith, including all of Assignor's rights of stoppage in transit and all other rights which Assignor may have as an unpaid seller (herein collectively called the "Accounts").

This assignment is made pursuant to and is subject to the provisions of the Factoring Agreement (herein called the "Factoring Agreement") heretofore entered into by Assignor and HANA FINANCIAL which is hereby made a part hereof by this reference thereto. Assignor hereby makes, as of the date hereof, all of the same warranties, representations, agreements and undertakings as are made by it in the Factoring Agreement with respect to the Accounts and all other matters mentioned therein with the same force and effect as though the same were fully set out herein.

Total Amount of Accounts.................................$ __137,403.58__

Less Amount of All Credit Memos.....................$ __0.00__

Net Amount of Accounts...................................$ __137,403.58__

| FOR OFFICIAL USE ONLY | |
|---|---|
| Schedule Checked By | |
| Reason for being held | |
| Invoice | Amount | Reason |
| | | |

※Total Number of Pages
Including this Page................... _____
(Please limit it to around 50 pages)

_____
(Assignor)

_____
(Title)

Electronically Submitted
_____
(Signature)

NOTE / COMMENT (If you have any note or comment, use this space)

Rev. 04.07  HANA FINANCIAL INC.

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608001 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50070C | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | SKW1X766 | KNITTED SPORTWEAR TOP "ANAIS" | 16.00 | 4,800.00 |

| | **Total** | $4,800.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608002 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50070E | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,257 | SKW1X766 | KNITTED SPORTWEAR TOP "ANAIS" | 16.00 | 20,112.00 |

| | **Total** | $20,112.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608003 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49643K | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 14 | CEP1E924 | KNITTED SPORTSWEAR TOP "JAN" | 11.41 | 159.74 |

| | **Total** | $159.74 |
|--|-----------|---------|

NYAM_000521

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608004 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49703L | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 14 | AQA1X767 | KNITTED TOP | 10.71 | 149.94 |

| | **Total** | $149.94 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608005 |

| Bill To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792C | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 450 | AVR1X780 | KNITTED TOP | 23.72 | 10,674.00 |

| | **Total** | $10,674.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608006 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792D | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 32 | AVR1X780 | KNITTED TOP | 23.72 | 759.04 |

| | **Total** | $759.04 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608007 |

### Bill To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

### Ship To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792G | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,119 | AVR1X780 | KNITTED TOP | 23.72 | 50,262.68 |

| | **Total** | $50,262.68 |
|--|--|--|

NYAM_000525

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608008 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792H | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,447 | AVR1X780 | KNITTED TOP | 23.72 | 34,322.84 |

| | **Total** | $34,322.84 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608009 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792K | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 9 | AVR1X780 | KNITTED TOP | 23.72 | 213.48 |

| | **Total** | $213.48 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608010 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792P | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 430 | AVR1X780 | KNITTED TOP | 23.72 | 10,199.60 |

| | **Total** | $10,199.60 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608011 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792O | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 143 | AVR1X780 | KNITTED TOP | 23.72 | 3,391.96 |

| | **Total** | $3,391.96 |
|--|-----------|-----------|

NYAM_000529

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608012 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019O | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 210 | FPL1H514 | KNITTED TOP | 11.23 | 2,358.30 |

| | **Total** | $2,358.30 |
|--|-----------|-----------|



**Hana Financial**

FACTORING  EQUIPMENT LEASING  PURCHASE ORDER & TRADE FINANCE

1000 Wilshire Blvd., 20th Floor.  Los Angeles, CA 90017
1410 Broadway, Suite 1102.  New York, NY 10018

**FAX: 213-228-3333 (ASSIGNMENT ONLY)**

# ASSIGNMENT

Client No.  2154

Date.  12/8/2016

For value received, the undersigned (herein called "Assignor") hereby sells, assigns, transfers and sets over to HANA FINANCIAL (herein called "HANA FINANCIAL") and its successors and assigns the accounts receivable described in the attached copies of invoices numbered consecutively from _____

~~1619801-1619812~~ _____

_____

_____ , and all proceeds and collections thereof, with all guaranties and security therefor and all rights, title and interest of Assignor in the merchandise giving rise thereto together or returned in connection therewith, including all of Assignor's rights of stoppage in transit and all other rights which Assignor may have as an unpaid seller (herein collectively called the "Accounts").

This assignment is made pursuant to and is subject to the provisions of the Factoring Agreement (herein called the "Factoring Agreement") heretofore entered into by Assignor and HANA FINANCIAL which is hereby made a part hereof by this reference thereto. Assignor hereby makes, as of the date hereof, all of the same warranties, representations, agreements and undertakings as are made by it in the Factoring Agreement with respect to the Accounts and all other matters mentioned therein with the same force and effect as though the same were fully set out herein.

Total Amount of Accounts.............................$ 164,268.18 _____

Less Amount of All Credit Memos.....................$ 0.00 _____

Net Amount of Accounts................................$ 164,268.18 _____

| FOR OFFICIAL USE ONLY | | |
|---|---|---|
| Schedule Checked By | | |
| Reason for being held | | |
| Invoice | Amount | Reason |
| | | |
| | | |
| | | |
| | | |
| | | |

※Total Number of Pages
Including this Page................... _____
(Please limit it to around 50 pages)

_____
(Assignor)

_____
(Title)

Electronically Submitted
_____
(Signature)

NOTE / COMMENT (If you have any note or comment,  use this space)

Rev. 04.07  HANA FINANCIAL INC.

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619801 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072C | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | RIQ1X511 | KNITTED TOP | 20.30 | 7,105.00 |

| | Total | $7,105.00 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619802 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072D | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 28 | RIQ1X511 | KNITTED TOP | 20.30 | 568.40 |

| | **Total** | **$568.40** |
|--|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619803 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072G | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,263 | RIQ1X511 | KNITTED TOP | 20.30 | 45,938.90 |

| | **Total** | $45,938.90 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 12/8/2016 | 1619804 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 49072H | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2,180 | RIQ1X511 | KNITTED TOP | 20.30 | 44,254.00 |

| | | | | **Total** | $44,254.00 |
|---|---|---|---|---|---|

NYAM_000537

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619805 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072M | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | RIQ1X511 | KNITTED TOP | 20.30 | 365.40 |

| | Total | $365.40 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
| --- | --- |
| 12/8/2016 | 1619806 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
           Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
           Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
| --- | --- | --- | --- | --- | --- | --- |
| 49072P | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 44 | RIQ1X511 | KNITTED TOP | 20.30 | 893.20 |

| | **Total** | $893.20 |
| --- | --- | --- |

NYAM_000539

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619807 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072R | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 84 | RIQ1X511 | KNITTED TOP | 20.30 | 1,705.20 |

| | **Total** | $1,705.20 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619808 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072S | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 305 | RIQ1X511 | KNITTED TOP | 20.30 | 6,191.50 |

| | Total | $6,191.50 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619809 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 49992E | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 25 | WQR1Y030 | WOVEN SPTWR TANK TO | 18.77 | 469.25 |

| | **Total** | $469.25 |
|---|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619810 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
               Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                 Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49966B | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,812 | EYK64F95 | KNITTED CASUAL DRESS "AYANA" | 23.61 | 42,781.32 |

| | Total | $42,781.32 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619811 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50350A | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | YDM69G48 | KNITTED CASUAL DRESS | 11.17 | 1,117.00 |

| | **Total** | $1,117.00 |
|--|-----------|-----------|

NYAM_000544

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619812 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50350B | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,153 | YDM69G48 | KNITTED CASUAL DRESS | 11.17 | 12,879.01 |

| | **Total** | **$12,879.01** |
|--|-----------|----------------|



**Hana Financial**

FACTORING EQUIPMENT LEASING PURCHASE ORDER & TRADE FINANCE

1000 Wilshire Blvd., 20th Floor.  Los Angeles, CA 90017
1410 Broadway, Suite 1102.  New York, NY 10018

**FAX: 213-228-3333 (ASSIGNMENT ONLY)**

# ASSIGNMENT

Client No. <u>2154</u>

Date. <u>1/30/2017</u>

   For value received, the undersigned (herein called "Assignor") hereby sells, assigns, transfers and sets over to HANA FINANCIAL (herein called "HANA FINANCIAL") and its successors and assigns the accounts receivable described in the attached copies of invoices numbered consecutively from _____

<u>1618801-1618810, 1618401-1618410, 1619101-1619122, 1619501-1619517,
1622201-1622217, 1624501, 1619601-1619610</u>

_____ , and all proceeds and collections thereof, with all guaranties and security therefor and all rights, title and interest of Assignor in the merchandise giving rise thereto together or returned in connection therewith, including all of Assignor's rights of stoppage in transit and all other rights which Assignor may have as an unpaid seller (herein collectively called the "Accounts").

   This assignment is made pursuant to and is subject to the provisions of the Factoring Agreement (herein called the "Factoring Agreement") heretofore entered into by Assignor and HANA FINANCIAL which is hereby made a part hereof by this reference thereto. Assignor hereby makes, as of the date hereof, all of the same warranties, representations, agreements and undertakings as are made by it in the Factoring Agreement with respect to the Accounts and all other matters mentioned therein with the same force and effect as though the same were fully set out herein.

Total Amount of Accounts................................$ <u>787,961.14</u>

Less Amount of All Credit Memos.....................$ <u>0.00</u>

Net Amount of Accounts..................................$ <u>787,961.14</u>

| FOR OFFICIAL USE ONLY | |
|---|---|
| Schedule Checked By | |
| Reason for being held | |
| Invoice | Amount | Reason |
| | | |

※Total Number of Pages
Including this Page................... _____
(Please limit it to around 50 pages)

_____
(Assignor)

_____
(Title)

**Electronically Submitted**
_____
(Signature)

NOTE / COMMENT (If you have any note or comment,  use this space)

Rev. 04.07  HANA FINANCIAL INC.

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618801 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019H | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,243 | FPL1H514 | KNITTED TOP | 10.73 | 13,337.39 |

| | **Total** | $13,337.39 |
|--|-----------|------------|

NYAM_000629

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618802 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50197C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 914 | LCS1T584 | KNITTED TOP | 13.50 | 12,339.00 |

| | **Total** | $12,339.00 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618803 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 101 | AVR1X780 | KNITTED TOP | 21.17 | 2,138.17 |

| | **Total** | $2,138.17 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618804 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 76 | FPL1H514 | KNITTED TOP | 10.73 | 815.48 |

| | **Total** | $815.48 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618805 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | FPL1H514 | KNITTED TOP | 10.73 | 3,219.00 |

| | **Total** | $3,219.00 |
|---|---|---|

NYAM, LLC

# Invoice

8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618806 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

| Sold To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| P.O. Number | Terms | Ship Date | Bill of Lading # | Via | Approval # |
|-------------|-------|-----------|------------------|-----|------------|
| 50019G | Net 30 | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,254 | FPL1H514 | KNITTED TOP | 10.73 | 13,455.42 |

| | **Total** | $13,455.42 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618807 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 24 | FPL1H514 | KNITTED TOP | 10.73 | 257.52 |

| | **Total** | $257.52 |
|--|-----------|---------|

NYAM_000635

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618808 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 101 | FPL1H514 | KNITTED TOP | 10.73 | 1,083.73 |

| | **Total** | $1,083.73 |
|--|-----------|-----------|

NYAM_000636

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618809 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50197A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 80 | LCS1T584 | KNITTED TOP | 13.50 | 1,080.00 |

| | **Total** | $1,080.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618810 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50197B | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20 | LCS1T584 | KNITTED TOP | 13.50 | 270.00 |

| **Total** | $270.00 |
|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618401 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49208F | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 71 | PBH65J30 | KNITTED EVENING DRESS "VEIRA" | 98.89 | 7,021.19 |

| | **Total** | $7,021.19 |
|--|-----------|-----------|

NYAM_000639

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618402 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49208K | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | PBH65J30 | KNITTED EVENING DRESS "VEIRA" | 98.89 | 1,780.02 |

| | **Total** | $1,780.02 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618403 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 3,405.00 |

| | **Total** | $3,405.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618404 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 136.20 |

| | **Total** | $136.20 |
|--|-----------|---------|

NYAM_000642

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618405 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,686 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 19,136.10 |

| | **Total** | $19,136.10 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618406 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 227.00 |

| | **Total** | $227.00 |
|---|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618407 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 38 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 431.30 |

| | **Total** | $431.30 |
|--|-----------|---------|

NYAM_000645

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618408 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328O | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 261 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 2,962.35 |

| | **Total** | $2,962.35 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618409 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328H | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,710 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 19,408.50 |

| | **Total** | $19,408.50 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618410 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50278C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 686 | ONW2G773 | KNITTED PANTS | 18.91 | 12,972.26 |

| | **Total** | $12,972.26 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619101 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49348N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 94 | MSY1X597 | WOVEN SPORTSWEAR TOP "RAQUELLE" | 23.08 | 2,169.52 |

| | **Total** | $2,169.52 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619102 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49791L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 28 | MHF1X728 | WOVEN SPORTSWEAR TOP | 22.22 | 622.16 |

| | **Total** | $622.16 |
|--|-----------|---------|

NYAM_000650

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619103 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49988J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | RND68K17 | WOVEN CKTL DRESS "CARY" | 45.65 | 547.80 |

| | **Total** | $547.80 |
|---|---|---|

NYAM_000651

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619104 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50024C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 68 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 4,311.88 |

| | **Total** | $4,311.88 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619105 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50024D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 760.92 |

| | **Total** | $760.92 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619106 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                                  Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                     Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50024E | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,048 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 66,453.68 |

| | **Total** | $66,453.68 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619107 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50024J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 31 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 1,965.71 |

| | **Total** | $1,965.71 |
|--|-----------|-----------|

NYAM_000655

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619108 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50098E | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 9 | RND4J509 | WOVEN SPTWR JKT "TARIK" | 48.29 | 434.61 |

| | **Total** | $434.61 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619109 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 50225C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 82 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 5,199.62 |

| | **Total** | $5,199.62 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619110 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                                  Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 4,350.00 |

| | **Total** | $4,350.00 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619111 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 217.50 |

| | **Total** | $217.50 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619112 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,002 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 43,543.50 |

| | **Total** | $43,543.50 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619113 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374P | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 65 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 1,413.75 |

| | **Total** | $1,413.75 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619114 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374Q | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 441 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 9,591.75 |

| | **Total** | $9,591.75 |
|--|-----------|-----------|

NYAM_000662

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619115 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50426C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 250 | RPY3G419 | KNIT SKIRT FX LEATHER "KANYA" | 20.70 | 5,175.00 |

| | **Total** | $5,175.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619116 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50426F | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,572 | RPY3G419 | KNIT SKIRT FX LEATHER "KANYA" | 20.70 | 32,540.40 |

| | **Total** | $32,540.40 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619117 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50426N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 56 | RPY3G419 | KNIT SKIRT FX LEATHER "KANYA" | 20.70 | 1,159.20 |

| | **Total** | $1,159.20 |
|--|-----------|-----------|

NYAM_000665

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619118 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50426O | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 460 | RPY3G419 | KNIT SKIRT FX LEATHER "KANYA" | 20.70 | 9,522.00 |

| | **Total** | $9,522.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619119 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
               Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
               Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 50549A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 627 | IPT4G396 | KNITTED JACKET | 45.80 | 28,716.60 |

| | **Total** | $28,716.60 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619120 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 50576A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | UDH2G736 | WOVEN SPTWR PANT "CALLEN" | 75.10 | 751.00 |

| | **Total** | $751.00 |
|--|-----------|---------|

NYAM_000668

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619121 |

| Bill To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-------------------|------------|
| 50576C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 70 | UDH2G736 | WOVEN SPTWR PANT "CALLEN" | 75.10 | 5,257.00 |

| | **Total** | $5,257.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619122 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50576E | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2 | UDH2G736 | WOVEN SPTWR PANT "CALLEN" | 75.10 | 150.20 |

| | **Total** | $150.20 |
|---|---|---|

NYAM_000670

# Invoice

**NYAM, LLC**

8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619501 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

| Sold To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| P.O. Number | Terms | Ship Date | Bill of Lading # | Via | Approval # |
|-------------|-------|-----------|------------------|-----|------------|
| 50266A | Net 30 | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,200 | IZD4G546 | WOVEN SPORTSWEAR JACKET | 44.82 | 53,784.00 |

| | **Total** | $53,784.00 |
|--|-----------|-----------|

NYAM_000671

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619502 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                  Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 3,735.00 |

| | **Total** | $3,735.00 |
|--|-----------|-----------|

NYAM_000672

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619503 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 1,867.50 |

| | **Total** | $1,867.50 |
|--|-----------|-----------|

NYAM_000673

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619504 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,184 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 44,222.40 |

| | **Total** | $44,222.40 |
|--|-----------|-----------|

NYAM_000674

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619505 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 21 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 784.35 |

| | **Total** | $784.35 |
|--|-----------|---------|

NYAM_000675

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619506 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331O | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 7,470.00 |

| | **Total** | $7,470.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619507 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 3,932.00 |

| | **Total** | $3,932.00 |
|---|---|---|

NYAM_000677

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619508 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 707.76 |

| | **Total** | $707.76 |
|---|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619509 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 250 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 9,830.00 |

| | **Total** | $9,830.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619510 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355H | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 112 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 4,403.84 |

| | Total | $4,403.84 |
|--|-------|-----------|

NYAM_000680

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619511 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355P | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 22 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 865.04 |

| | **Total** | $865.04 |
|--|-----------|---------|

NYAM_000681

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619512 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355Q | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 55 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 2,162.60 |

| | **Total** | $2,162.60 |
|---|-----------|-----------|

NYAM_000682

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619513 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50428C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 3,536.00 |

| | **Total** | $3,536.00 |
|---|-----------|-----------|

NYAM_000683

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619514 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 50428E | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 497 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 17,573.92 |

| | **Total** | | | $17,573.92 |

NYAM_000684

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619515 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50428F | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 970 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 34,299.20 |

| | **Total** | $34,299.20 |
|---|-----------|-----------|

NYAM_000685

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619516 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50428I | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 212.16 |

| | **Total** | $212.16 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619517 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50428J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 15 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 530.40 |

| | **Total** | $530.40 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622201 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 530 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 10,843.80 |

| | **Total** | $10,843.80 |
|---|---|---|

NYAM_000688

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622202 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　 Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　　 Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 49018D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 52 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 1,063.92 |

| | **Total** | $1,063.92 |
|---|---|---|

NYAM_000689

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622203 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3,106 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 63,548.76 |

| | **Total** | **$63,548.76** |
|--|-----------|----------------|

NYAM_000690

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 1/30/2017 | 1622204 |

| Bill To |
|---|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 49018H | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3,038 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 62,157.48 |

| | **Total** | $62,157.48 |
|---|---|---|

NYAM_000691

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622205 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 110 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 2,250.60 |

| | **Total** | $2,250.60 |
|--|-----------|-----------|

NYAM_000692

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622206 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 17 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 347.82 |

| | **Total** | $347.82 |
|---|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622207 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                                  Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                  Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018M | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 24 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 491.04 |

| | **Total** | $491.04 |
|---|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622208 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 245.52 |

| | **Total** | $245.52 |
|---|---|---|

NYAM_000695

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622209 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-----------------|-----------|
| 49018Q | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 368.28 |

| | **Total** | $368.28 |
|--|-----------|---------|

NYAM_000696

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622210 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018S | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 67 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 1,370.82 |

| | **Total** | $1,370.82 |
|---|-----------|-----------|

NYAM_000697

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622211 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018T | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 400 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 8,184.00 |

| | **Total** | $8,184.00 |
|---|---|---|

NYAM_000698

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622212 |

### Bill To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

### Ship To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 49543A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | YDM69J78 | KNIT CKTL DRESS | 11.94 | 573.12 |

| | **Total** | $573.12 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622213 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49543C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 601 | YDM69J78 | KNIT CKTL DRESS | 12.24 | 7,356.24 |

| | **Total** | $7,356.24 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622214 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50058A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | YDM60G72 | KNIT CASUAL DRESS | 12.05 | 1,205.00 |

| | **Total** | $1,205.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622215 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50058B | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 145 | YDM60G72 | KNIT CASUAL DRESS | 12.05 | 1,747.25 |

| | **Total** | $1,747.25 |
|--|-----------|-----------|

NYAM_000702

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622216 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50058C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 955 | YDM60G72 | KNIT CASUAL DRESS | 12.05 | 11,507.75 |

| | **Total** | $11,507.75 |
|--|-----------|------------|

NYAM_000703

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622217 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50058D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 484 | YDM60G72 | KNIT CASUAL DRESS | 12.35 | 5,977.40 |

| | **Total** | $5,977.40 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1624501 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50910C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 180 | IBA67L49 | KNITTED EVENING DRESS "JOELA" | 70.68 | 12,722.40 |

| | **Total** | $12,722.40 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619601 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50293C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | FYB2G763 | WOVEN SPTWR PANT "SUTTON" | 24.73 | 2,473.00 |

| | **Total** | $2,473.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619602 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50293F | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 954 | FYB2G763 | WOVEN SPTWR PANT "SUTTON" | 24.73 | 23,592.42 |

| | **Total** | $23,592.42 |
|--|-----------|------------|

NYAM_000707

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619603 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50293K | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 26 | FYB2G763 | WOVEN SPTWR PANT "SUTTON" | 24.73 | 642.98 |

| | **Total** | $642.98 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619604 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331K | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 224.10 |

| | **Total** | $224.10 |
|--|-----------|---------|

NYAM_000709

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619605 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 235.92 |

| | **Total** | $235.92 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619606 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50638C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,000 | RNE2G853 | WOVEN SPTWR PANT "ETHEN" | 23.26 | 23,260.00 |

| | **Total** | $23,260.00 |
|---|-----------|------------|

NYAM_000711

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619607 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50649A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | RNE2G770 | WOVEN SPTWR PANT "SUTTON" | 22.02 | 2,202.00 |

| | **Total** | $2,202.00 |
|---|-----------|-----------|

NYAM_000712

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619608 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
    DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50649C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 525 | RNE2G770 | WOVEN SPTWR PANT "SUTTON" | 22.02 | 11,560.50 |

| | Total | $11,560.50 |
|---|-------|-----------|

NYAM_000713

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619609 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50649I | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 11 | RNE2G770 | WOVEN SPTWR PANT "SUTTON" | 22.02 | 242.22 |

| | **Total** | $242.22 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619610 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50649J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 60 | RNE2G770 | WOVEN SPTWR PANT "SUTTON" | 22.02 | 1,321.20 |

| | **Total** | $1,321.20 |
|--|-----------|-----------|

NYAM_000715