UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11
: 
RUNWAY LIQUIDATION : Case No. 17-10466 (SCC)
HOLDINGS, LLC, et al.,[1] :
: Jointly Administered
Debtors. :
------------------------------------------------------------x
:
DAVID MACGREEVEY, in his capacity as :
PLAN ADMINISTRATOR, :
: Adv. Pro. No. 17-01101 (SCC)
Plaintiff, :
:
vs. :
:
NYAM, LLC, :
:
Defendant. :
------------------------------------------------------------x

**AMENDED SCHEDULING STIPULATION**
**RELATING TO MOTIONS FOR SUMMARY JUDGMENT**

This Amended Scheduling Stipulation is entered into by and between plaintiff, David MacGreevey, solely in his capacity as plan administrator in the above-captioned chapter 11 cases ("Plaintiff") and Defendant NYAM, LLC ("Defendant").

WHEREAS, on November 13, 2018, the United State Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") held a pre-motion conference (the "Conference") regarding Plaintiff's proposed motion for summary judgment; and

WHEREAS, at the Conference, the Court authorized Plaintiff to file a motion for summary judgment and directed the parties to stipulate to a briefing schedule:

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

IT IS HEREBY STIPULATED AND AGREED THAT

1. Plaintiff shall file and serve its motion for partial summary judgment on or before November 20, 2018.

2. Defendant shall file and serve its opposition to Plaintiff's motion and its cross-motion for summary judgment, if any, on or before December 28, 2018.

3. Plaintiff shall file and serve its reply in support of its motion and its opposition to any cross-motion of Defendant on or before January 18, 2019.

4. Defendant shall file its reply in support of its motion, if any, on or before February 1, 2019.

5. A hearing on Plaintiff's motion for summary judgment and any cross-motion of Defendant shall take place before the Bankruptcy Court on March 5, 2019 at 2:00 p.m.

| Dated: December 12, 2018 | Dated: December 12, 2018 |
|---|---|
| **GRIFFIN HAMERSKY LLP** | *PACHULSKI STANG ZIEHL & JONES LLP* |
| */s/ Michael D. Hamersky* | */s/ Beth E. Levine* |
| Scott A. Griffin<br>Michael D. Hamersky<br>420 Lexington Avenue, Suite 400<br>New York, NY 10170<br>Telephone: (646) 998-5580<br>Facsimile: (646) 998-8284<br>Email: sgriffin@grifflegal.com<br>        mhamersky@grifflegal.com | Robert J. Feinstein<br>Bradford J. Sandler<br>Beth E. Levine<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: rfeinstein@pszjlaw.com<br>        bsandler@pszjlaw.com<br>        blevine@pszjlaw.com |
| *Counsel to NYAM LLC* | *Counsel to the Plan Administrator* |

**SO ORDERED:**

December 12, 2018


/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE