Response Deadline: January 18, 2019 at 10:59 p.m.
Reply Deadline: February 1, 2019 at 11:59 p.m.
Hearing Date: March 5, 2019 at 2:00 p.m.

**GRIFFIN HAMERSKY LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284
Michael D. Hamersky
Scott A. Griffin
Richard K. Milin

*Counsel for Defendant, NYAM, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
In re : Chapter 11
:
BCBG MAX AZRIA GLOBAL : Case No. 17-10466 (SCC)
HOLDINGS, LLC, et al., :
: Jointly Administered
:
Debtors. :
------------------------------------------------------------x
:
DAVID MACGREEVEY, in his capacity as :
PLAN ADMINISTRATOR, : Adv. Pro. No. 17-01101 (SCC)
:
Plaintiff, :
:
vs. :
:
NYAM, LLC, :
:
Defendant. :
------------------------------------------------------------x

**NOTICE OF DEFENDANT NYAM, LLC'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the accompanying: (1) Declaration of Michael D. Hamersky, dated December 28, 2018, together with the exhibits annexed thereto; (2) Defendant's Memorandum Of Law In Opposition To Plaintiff's Motion For Partial Summary Judgment And In Support Of Its Cross-Motion For Summary Judgment; and (3) Defendant's Response to Plaintiff's Statement Pursuant to Local Rule 7056-1 of Material Facts as to Which There Are No Genuine

Issues to Be Tried and Statement Pursuant to Local rule 7056-1 Of Material Facts as to Which There Are No Genuine Issues to Be Tried In Support of Defendant's Cross-Motion For Summary Judgment, by and through their respective counsel, Defendant moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure (as incorporated into Rule 7056 of the Federal Rules of Bankruptcy Procedure) for an order granting Defendant's Cross-Motion for Summary Judgment against Plaintiff David Macgreevey in his capacity as Plan Administrator (the "Summary Judgment Cross-Motion") and for further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that a hearing on the Summary Judgment Cross-Motion will be held at a date and time to be determined, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Room 623.

Dated: New York, New York
December 28, 2018

                                              GRIFFIN HAMERSKY LLP

                                              By: /s/ Michael D. Hamersky
                                              Michael D. Hamersky
                                              Scott A. Griffin
                                              Richard K. Milin
                                              420 Lexington Ave, Suite 400
                                              New York, New York 10170
                                              Telephone: (646) 998-5580
                                              Facsimile: (646) 998-5574

                                              *Counsel for Defendant, NYAM, LLC*