B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| <u>Runway Liquidation Holdings, LLC,</u> | ) | |
| <u>et al.</u> | ) | Case No. 17-B-10466 (SCC) |
| *Debtor* | ) | |
| | ) | |
| <u>Runway Liquidation, LLC and David</u> | ) | |
| <u>MacGreevey, in his capacity as Plan</u> | ) | Chapter 11 |
| <u>Administrator</u> | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 17-1101 (SCC) |
| | ) | |
| <u>NYAM LLC</u> | ) | |
| *Defendant* | ) | BC 19,0013 |

**JUDGMENT IN AN ADVERSARY PROCEEDING**

The court has ordered*:*

Judgment is entered against NYAM in the amount of $675,000.00 plus interest at the federal judgment rate from the date when such judgment becomes final and non-appealable, until paid in full.


Date:  <u>March 14, 2019</u>                                                                 <u>Vito Genna</u>
                                                                                                              Clerk of Court


                                                                                                              /s/ Anatin Rouzeau
                                                                                                                  Deputy Clerk