**GRIFFIN HAMERSKY LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284
Scott A. Griffin
Michael D. Hamersky
Richard K. Milin

*Counsel for NYAM, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, *et al.,* | : |
| | : Case No. 17-10466 (SCC) |
| Debtors. | : |
| | : (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:

| | |
|---|---|
| | : |
| DAVID MACGREEVEY, in his capacity as | : |
| PLAN ADMINISTRATOR, | : Adv. Pro. No. 17-01101 (SCC) |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NYAM, LLC, | : |
| | : |
| Defendant | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPELLANT'S STATEMENT OF ISSUES AND**
**DESIGNATION OF RECORD ON APPEAL PURSUANT**
**TO RULE 8009 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

NYAM, LLC ("NYAM" or "Appellant") hereby respectfully files its (i) statement of

issues to be presented on appeal and (ii) designation of the items to be included in the record on

appeal, in support of its appeal from the Order Granting Plaintiff's Motion for Partial Summary

Judgment (the "Order") entered by the United States Bankruptcy Court for the Southern District

of New York (the "Bankruptcy Court") on March 13, 2019.

## I.    **Statement of Issues on Appeal**

1. Whether the Bankruptcy Court erred in granting a summary judgment dismissing NYAM's affirmative defense of setoff.

2. Whether the Bankruptcy Court erred in denying Defendant's cross-motion for a summary judgment holding that NYAM's affirmative defense of setoff is a valid affirmative defense meriting dismissal of plaintiff's claims against NYAM.

3. Whether the Bankruptcy Court erred in holding that there were no genuine issues of material fact so that Plaintiff was entitled to a judgment denying NYAM its affirmative defense of setoff as a matter of law.

4. Whether the Bankruptcy Court erred as a matter of law in determining that the invoices Defendant relies on as a basis for its setoff defense were automatically assigned to Defendant's factor even though Defendant's factor did not consent to accept the assignments.

5. Whether the Bankruptcy Court erred in determining that the invoices which Defendant relies on a basis for its setoff defense were assigned to Defendant's factor even though Defendant's factor declined to accept the assignments and agrees that they were not assigned.

6. Whether the Bankruptcy Court erred in concluding that the invoices Defendant relies on as a basis for its setoff defense were validly assigned to Defendant's factor even though the factor provided no consideration for the invoices.

7. Whether the Bankruptcy Court erred in declining to consider additional documents in addition to the factoring agreement in granting summary judgment dismissing NYAM's affirmative defense of setoff.

8. Whether the Bankruptcy Court erred in declining to give any weight to the declarations of Defendant and its factor which Defendant submitted in support of its cross-motion.

9. Whether the Bankruptcy Court erred by substituting the Court's understanding of the agreements between Defendant and its factor for the joint understanding of the parties themselves.

10. Whether the Bankruptcy Court erred by interpreting the agreements between Defendant and its factor based on the Court's interpretation of the written agreement between Defendant and its factor without considering the declarations or testimony of the parties as to how their agreements operated in practice.

11. Whether the Bankruptcy Court erred in granting summary judgment dismissing NYAM's affirmative defense of setoff while third party discovery was not yet complete.

12. Whether the Bankruptcy Court erred in relying on certain representations of Plaintiff's counsel as if they were facts.

NYAM hereby reserves the right to supplement this Statement of Issues.

## II.    Designation of Record

This designation is in addition to any items designated for the record by other parties to this appeal including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto. NYAM reserves its right to designate additional items for inclusion in the record and/or restate issues presented on appeal, including without limitation, the right to designate additional items or restate issues if any relief is granted or denied subsequent to the filing of this designation that affects the Order and/or related documents. For items designated, the designation includes all documents related thereto, including, without limitation, all statements, appendices, exhibits, attachments, declarations and affidavits. NYAM designates the following documents filed in the case captioned above for inclusion in the record on appeal:

**Documents filed in In re: BCBG Max Azria Global Holdings,
LLC, et al., Case No. 17-10466 (SCC)/Adv. Pro. Case No 17-01101**

| Designation No. | Filing Date | Adv. Pro . Docket No. | Description (Docket Text) |
|---|---|---|---|
| 1. | 7/28/17 | 1 | Complaint against NYAM, LLC |
| 2. | 8/1/17 | 2. | Summons with Notice of Pre-Trial Conference |
| 3. | 8/31/17 | 3. | NYAM, LLC's Answer to Complaint |
| 4. | 5/24/18 | 15. | Transcript of May 23, 2018 Hearing |
| 5. | 5/31/18 | 17. | Initial Pre-Trial Order |
| 6. | 8/30/18 | 18. | Amended Initial Pre-Trial Order |

| 7 | 9/18/18 | 19. | Letter Requesting Pre-Motion Conference Pursuant to Local Rule 7056-1(a) from David MacGreevey as Plan Administrator |
| 8. | 9/27/18 | 20. | Letter Responding to Letter Requesting Pre-Motion Conference Pursuant to Local Rule 7056-1(a) by Michael Hamersky, Esq. |
| 9. | 11/5/18 | 21. | Letter Supplement to Letter Requesting a Pre-Motion Conference and in Response to Letter Responding to Request for a Pre-Motion Conference by David MacGreevey as Plan Administrator |
| 10. | 11/7/18 | 22. | Memorandum Endorsed Order Granting Plaintiff's Request for a Pre-Motion Conference at 2:00 p.m. on November 13, 2018 |
| 11. | 11/19/18 | 23. | Order Scheduling Stipulation Relating to Motions for Summary Judgment |
| 12. | 11/20/18 | 24. | Notice of Hearing on Plaintiff's Motion for Partial Summary Judgment |
| 13. | 11/20/18 | 25. | Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment |

| 14. | 11/20/18 | 26. | Plaintiff's Statement Pursuant to Local Rule 7056-1 of Material Facts as to Which There Are No Genuine Issues to Be Tried |
| 15. | 11/20/18 | 27. | Declaration of Beth Levine in Support of Plaintiff's Motion for Partial Summary Judgment |
| 16. | 12/13/18 | 29. | Ordered Amended Scheduling Stipulation Related to Motions for Summary Judgment |
| 17. | 12/28/18 | 30. | NYAM, LLC's Response to Plaintiff's Motion for Partial Summary Judgment including Notice of NYAM, LLC's Cross-Motion for Summary Judgment; Declaration of Michael Hamersky in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of Its Cross-Motion for Summary Judgment with Supporting Exhibits; NYAM, LLC's Response to Plaintiff's Statement Pursuant to Local Rule 7056-1 of Material Facts and Statements Pursuant to Local Rule 7056-1 in Support of Defendant's Cross-Motion for Summary Judgment |
| 18. | 1/18/19 | 31. | Memorandum of Law in Further Support of Plaintiff's Motion for |

| | | | |
|---|---|---|---|
| | | | Partial Summary Judgment and in Opposition to Defendant's Cross-Motion for Summary Judgment |
| 19. | 1/18/19 | 32. | Plaintiff's Response to Defendant's Statement Pursuant to Local Rule 7056-1 of Material Facts as to Which There are No Genuine Issues to be Tried in Support of Its Cross-Motion for Summary Judgment |
| 20. | 1/18/19 | 33. | Declaration of Beth Levine in Further Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant's Cross-Motion for Summary Judgment |
| 21. | 1/31/19 | 35. | NYAM, LLC'S Reply Memorandum of Law in Further Support of NYAM, LLC's Cross-Motion for Summary Judgment |
| 22. | 3/13/19 | 37. | Order Granting Plaintiff's Motion for Partial Summary Judgment |
| 23 | 3/14/19 | 38. | Judgment Signed on 3/14/19 |
| 24. | 3/14/19 | 39. | Notice of Judgment |
| 25. | 3/6/19 | 40. | Transcript of March 5, 2019 Hearing |
| 26. | 3/26/19 | 41 | Notice of Appeal Regarding Order Granting Plaintiff's Motion for Partial Summary Judgment |

**Additional Materials**

| Designation No. | Filing Date | Description (Docket Text) |
|:---:|:---:|:---:|
| 27. | 8/11/17 | NYAM Proof of Claim, Claim No. 01070 |
| 28. | 8/11/17 | HANA Proof of Claim, Claim No. 01069 |

Dated:   New York, New York
         April 9, 2019

**GRIFFIN HAMERSKY LLP**

By: /s/ Michael D. Hamersky
Michael D. Hamersky
Scott A. Griffin
Richard K. Milin
420 Lexington Ave, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-5574

*Counsel for Defendant, NYAM, LLC*

# Designation No 27.
# NYAM Proof of Claim,
# Claim No. 01070

Fill in this information to identify the case:

In re: BCBG Max Azria Global Holdings, LLC, et al.

Debtor name: BCBG Max Azria Group, LLC

United States Bankruptcy Court for the Southern District of New York

Case number: 17-10466

**Proof of Claim** — Your claim is scheduled by the Debtor as:

RECEIVED

2017 AUG 11 PM 1:07

US BANKRUPTCY COURT/DRC

# Proof of Claim
04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense other than a claim arising under section 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim
*39173*

| | |
|---|---|
| **1. Who is the current creditor? Name and address of the creditor.** | Name and address of creditor (the person or entity to be paid for this claim): <br><br> NYAM LLC <br> c/o Christopher M. Samis, Esquire <br> Whiteford, Taylor & Preston LLC <br> 405 N. King Street, Suite 500 <br> Wilmington, DE 19801-3700 <br><br> SOUTHERN DISTRICT OF NEW YORK <br> BCBG MAX AZRIA GLOBAL HOLDINGS <br> CHAPTER 11 CASE NO. 17-10466 (SCC) <br> CLAIM NUMBER: **01070** <br><br> Other names the creditor used with the debtor: |
| **2. Has this claim been acquired from someone else?** | ☒ No  ☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g). | **Where should notices to the creditor be sent?** <br><br> Name: Christopher M. Samis, Esq. <br> Whiteford, Taylor & Preston LLC <br> Address: 405 North King Street, Suite 500 <br><br> City: Wilmington  State: DE  Zip: 19801-3700 <br><br> Phone: (302) 353-4144 <br><br> Email: csamis@wtplaw.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): ___ | **Where should payments to the creditor be sent? (if different)** <br><br> Name: _____ <br><br> Address: _____ <br><br> City: _____  State: ___  Zip: _____ <br><br> Phone: _____ <br><br> Email: _____ |
| **4. Does this claim amend one already filed?** | ☐ No  ☒ Yes. Claim number on court claims registry (if known): 751  Filed on (MM/DD/YYYY): 6/07/2017 |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No  ☐ Yes. Who made the earlier filing? |

## Part 2: Give Information About the Claim as of the Date the Case was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☒ No  ☐ Yes. Last 4 digits of the debtor's account or any identification number used: _____ |
| **7. How much is the claim?** | $ 1,754,149.50  **Does this amount include interest or other charges?** <br> ☒ No  ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. | Goods sold. |

| 9. Is all or part of the claim secured? | ☐ No<br>☐ Yes. The claim is secured by a lien on property. | **Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. | ☐ Motor vehicle<br>☐ Other (describe): |
|---|---|---|---|

**Basis for perfection:** _____ See attached.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____    **Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured** (the sum of the secured and unsecured amounts should match the amount In line 7):    $_____

| **Amount necessary to cure any default as of the date of the petition:** $_____ | **Annual interest rate** (when case was filed):_____% | ☐ Fixed<br>☐ Variable |
|---|---|---|

| 10. Is this claim based on a lease? | ☒ No    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
|---|---|

| 11. Is this claim subject to a right of setoff? | ☐ No    ☒ Yes. **Identify the property:**    See attached. |
|---|---|

| 12. Is all or part of the claim entitled to: (i) priority under 11 U.S.C. § 507(a), or (ii) administrative expense under 11 U.S.C. § 503(b)(9)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | ☒ No    ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | ☐ Value of goods received by the debtor within 20 days before the date of commencement of the case. 11 U.S.C. § 503(b)(9). | $_____ |

## Part 3: Sign Below

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br>☒ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date (MM/DD/YYYY): 8/ 9 /2017

Signature: _____

**Print the name of the person who is completing and signing this claim:**

First name: Brian _____ Middle: _____ Last: Fleming

Title: Chief Financial Officer

Company (identify the corporate servicer as the company if the authorized agent is a servicer): NYAM LLC

Address: 8527 Melrose Avenue

City: West Hollywood    State: CA    Zip: 90069

Phone: 213-215-2211    Email: brian.fleming@nyamusa.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| BCBG MAX AZRIA GLOBAL HOLDINGS, | )   Chapter 11 |
| LLC, *et al.*,[1] | ) |
| | )   Case No.: 17-10466 (SCC) |
| Debtors. | ) |

     NYAM LLC ("NYAM") asserts a claim against BCBG Max Azria Group, LLC (the "Debtor") for NYAM's prepetition sale of goods ("Goods") to the Debtor. The amount due for Goods shipped to the Debtor prepetition is $1,754,149.50.[2] Attached hereto as **Exhibit A** is a schedule identifying the outstanding invoices comprising NYAM's general unsecured claim. Attached as **Exhibit B** hereto are copies of NYAM and Hana Financial, Inc. ("Hana") invoices identifying the Goods delivered by NYAM to the Debtor prepetition. Attached as **Exhibit C** hereto are corresponding Mega-Link International Holdings Ltd. invoices identifying the same goods delivered by NYAM. NYAM is providing both sets of invoices to ensure that the Debtor is able to identify the Goods delivered that comprise NYAM's claim. NYAM asserts that a portion of its claim is secured by virtue of its right to offset royalty payments totaling $675,000 that may be due and owing by NYAM to the Debtor.

     **Amendment: On August 9, 2017, the Court entered an order [D.I. 618] reclassifying NYAM's claim from an administrative claim pursuant to § 503(b)(9) of the Bankruptcy Code to a general unsecured claim. The Court's reclassification of NYAM's claim deems the invoices attached to NYAM's original claim as paid. As a consequence, older invoices, which Hana and NYAM had previously treated as paid, are now unpaid and due and owing. The amendment to NYAM's claim is intended to attach the appropriate open invoices and adjust the amount of NYAM's claim accordingly.**

     **Amendment: To the extent that the Court determines that NYAM does not have a direct legal claim against the Debtor because it lacks privity of contract, and/or because the respective invoices were assigned to Hana, NYAM alternatively asserts a claim against the Debtor based on equitable principles including, but not limited to, unjust enrichment under applicable law. *See Melchior v. New Line Productions, Inc.*, 106 Cal. App. 4th 779, 793 (Cal. Ct. App. 2003) (holding that unjust enrichment occurs where there is receipt of a benefit coupled with a failure to compensate the other party for the benefit received).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854). The location of the Debtor's service address is: 2761 Fruitland Avenue, Vernon, California 90058.

[2] Contemporaneously with the submission of this amended Proof of Claim, Hana Financial, Inc. is submitting an amended proof of claim for amounts owed it in connection with NYAM invoices that it factored. NYAM reserves the right to amend this Proof of Claim to seek NYAM related amounts asserted in the Hana proof of claim to the extent the Debtors challenge the NYAM related portions of the Hana proof of claim.

The remainder of this Proof of Claim consists of:

(a)   any and all claims, rights and/or remedies NYAM may have, including, but not limited to, claims for indemnification, contribution, rescission, breach of contract, fraud, specific performance, misrepresentation, and reimbursement and/or subrogation, fees, costs, statutory damages, attorneys' fees and expenses, related to or arising from the parties' relationship; and

(b)(i) under applicable law or equity; and/or (ii) arising in, in connection with and/or related to any and all transactions and/or transfers between or involving NYAM and the Debtor, including, but not limited to, any and all written or oral contract, pledge, security interest, lease, guaranty, indemnity, contribution, fiduciary obligation, trust, quasi-contract, property, replevin, conversion, misrepresentation, set off or fraud.

Note:  The type and full extent of certain claims made herein are undetermined at this time.  NYAM reserves the right to amend and/or supplement this Proof of Claim at any time and in any manner, and to file additional proofs of claim for additional claims which may be based on the relationship described herein or the same events and circumstances described herein.  In addition, NYAM reserves the right to attach or bring forth additional documents supporting this Proof of Claim and additional documents that may become available after further investigation and discovery.  NYAM further reserves the right to file proofs of claim for administrative expenses, other claims entitled to priority status and proofs of claim against other parties, including but not limited to affiliated debtors.

Note: NYAM is currently investigating the elements of this Proof of Claim.  Accordingly, this Proof of Claim is a protective proof of claim and is filed to protect NYAM from potential forfeiture of any and all rights against the Debtor.  The filing of this Proof of Claim shall not constitute:  (a) a waiver or release of the rights of NYAM against the Debtor or any other person or property; (b) a waiver of NYAM to contest the jurisdiction of this Court with respect to the subject matter of the Claim, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving NYAM; (c) a waiver of rights regarding dispute resolution or (d) an election of remedies or choice of law.

# EXHIBIT A

*Approved* (handwritten)

**Client Invoice Aging List**
( As of Date : 02/15/2017 )
( Approval Type : All )
( Sorted By : Customer ID and Invoice No. )

Client: 2154 NYAM, LLC

| Name | Inv No | AT | LT | Off opt InvAmt | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1612101 | 21 | N | O | 49841C | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 23,325.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612102 | 21 | N | O | 49841D | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,244.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612103 | 21 | N | O | 49841 G | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 36,931.25 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612104 | 21 | N | O | 49841 N | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 388.75 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612106 | 21 | N | O | 49593A | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,752.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612107 | 21 | N | O | 49593B | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,752.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612108 | 21 | N | O | 49593D | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 530.40 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612109 | 21 | N | O | 49593H | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 8,444.64 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612110 | 21 | N | O | 49593L | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 350.40 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612111 | 21 | N | O | 49581 | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 7,388.40 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612112 | 21 | N | O | 49749J | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 3,886.76 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612113 | 21 | N | O | 49791C | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,961.40 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612114 | 21 | N | O | 49791F | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 4,444.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612115 | 21 | N | O | 49791 Q | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 222.20 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612116 | 21 | N | O | 49791 R | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 222.20 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612117 | 21 | N | O | 49576G | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 26,419.98 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612303 | 21 | N | O | 49576H | 11/14/2016 | 12/14/2016 | 63 | - | - | - | 2,866.38 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612304 | 21 | N | O | 49822H | 11/14/2016 | 12/14/2016 | 63 | - | - | - | 5,732.76 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612305 | 21 | N | O | 49220D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 17,229.32 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612306 | 21 | N | O | 49220F | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 26,143.50 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612307 | 21 | N | O | 49227C | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 36,594.76 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612908 | 21 | N | O | 49227D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 6,437.76 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612909 | 21 | N | O | 49228H | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 2,960.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612910 | 21 | N | O | 49220BC | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,480.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612911 | 21 | N | O | 49228G | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 35,421.72 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612912 | 21 | N | O | 49228BG | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,480.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612913 | 21 | N | O | 49288L | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 357.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612914 | 21 | N | O | 49349H | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 9,175.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612915 | 21 | N | O | 49376E | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 734.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612916 | 21 | N | O | 49376C | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 2,532.26 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612917 | 21 | N | O | 49531B | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 2,960.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612918 | 21 | N | O | 49531 D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,110.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612919 | 21 | N | O | 49531 H | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 5,250.60 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612920 | 21 | N | O | 49576B | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 8,756.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612921 | 21 | N | O | 49576F | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 786.04 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612922 | 21 | N | O | 49576L | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 437.80 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612923 | 21 | N | O | 49576M | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 5,259.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612924 | 21 | N | O | 49576L | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 525.90 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612925 | 21 | N | O | 49576M | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 22,976.65 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612926 | 21 | N | O | 49620C | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 736.26 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612927 | 21 | N | O | 49620D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,577.70 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612928 | 21 | N | O | 49620C | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 11,000.00 | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1612929 | 21 | N | O | 49620D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,071.00 | - | MAM |

Client: 2154  WAM, LLC

**Client Invoice Aging List**
(As of Date : 02/15/2017 )
( Approval Type - All )
( Sorted By : Customer ID and Invoice No )

| Name | Inv No | AT | D | R | P | V | SR | LT | Off gn T V A nil | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1612928 | 21 | | | | | | N | O | 0 | 4995PG | 11/14/2016 | 12/14/2016 | 63 | | | | | | 56,227.50 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612929 | 21 | | | | | | N | O | 0 | 4996GL | 11/14/2016 | 12/14/2016 | 63 | | | | | | 357.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612930 | 21 | | | | | | N | O | 0 | 4919PC | 11/14/2016 | 12/14/2016 | 63 | | | | | | 31,164.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612931 | 21 | | | | | | N | O | 0 | 4919BJ | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,272.53 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612932 | 21 | | | | | | N | O | 0 | 4922BB | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,398.50 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612933 | 21 | | | | | | N | O | 0 | 4922PC | 11/14/2016 | 12/14/2016 | 63 | | | | | | 335.64 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612934 | 21 | | | | | | N | O | 0 | 4923DC | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,437.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612935 | 21 | | | | | | N | O | 0 | 4923DE | 11/14/2016 | 12/14/2016 | 63 | | | | | | 488.58 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612936 | 21 | | | | | | N | O | 0 | 4923ND | 11/14/2016 | 12/14/2016 | 63 | | | | | | 6,697.50 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612937 | 21 | | | | | | N | O | 0 | 4923DL | 11/14/2016 | 12/14/2016 | 63 | | | | | | 948.42 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612938 | 21 | | | | | | N | O | 0 | 4923DL | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,724.40 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612939 | 21 | | | | | | N | O | 0 | 4923GB | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,569.14 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612940 | 21 | | | | | | N | O | 0 | 4928HC | 11/14/2016 | 12/14/2016 | 63 | | | | | | 374.72 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612941 | 21 | | | | | | N | O | 0 | 4928HK | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,077.32 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612942 | 21 | | | | | | N | O | 0 | 4928HL | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,755.50 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612943 | 21 | | | | | | N | O | 0 | 5285C | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,648.80 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612944 | 21 | | | | | | N | O | 0 | 4285D | 11/14/2016 | 12/14/2016 | 63 | | | | | | 439.68 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612945 | 21 | | | | | | N | O | 0 | 4285SG | 11/14/2016 | 12/14/2016 | 63 | | | | | | 27,480.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612946 | 21 | | | | | | N | O | 0 | 4285RM | 11/14/2016 | 12/14/2016 | 63 | | | | | | 604.56 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612947 | 21 | | | | | | N | O | 0 | 4928RM | 11/14/2016 | 12/14/2016 | 63 | | | | | | 2,748.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612948 | 21 | | | | | | N | O | 0 | 4934PC | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,716.80 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612949 | 21 | | | | | | N | O | 0 | 4934PD | 11/14/2016 | 12/14/2016 | 63 | | | | | | 214.80 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612950 | 21 | | | | | | N | O | 0 | 4934PG | 11/14/2016 | 12/14/2016 | 63 | | | | | | 23,606.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612951 | 21 | | | | | | N | O | 0 | 4934PD | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,073.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612952 | 21 | | | | | | N | O | 0 | 4936SC | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,808.80 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612953 | 21 | | | | | | N | O | 0 | 4955BE | 11/14/2016 | 12/14/2016 | 63 | | | | | | 20,340.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612954 | 21 | | | | | | N | O | 0 | 4955BJ | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,107.89 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612955 | 21 | | | | | | N | O | 0 | 4955BK | 11/14/2016 | 12/14/2016 | 63 | | | | | | 2,826.25 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612956 | 21 | | | | | | N | O | 0 | 4957SB | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,980.70 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612957 | 21 | | | | | | N | O | 0 | 4957SC | 11/14/2016 | 12/14/2016 | 63 | | | | | | 280.10 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612958 | 21 | | | | | | N | O | 0 | 4957SF | 11/14/2016 | 12/14/2016 | 63 | | | | | | 10,871.81 | WAM |
| BCBG MAX AZRIA GROUP INC | 1612959 | 21 | | | | | | N | O | 0 | 4957SM | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,735.42 | WAM |
| BCBG MAX AZRIA GROUP INC | 1654101 | 21 | | | | | | N | O | 0 | 4944TA | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,120.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1654102 | 21 | | | | | | N | O | 0 | 4944TD | 11/14/2016 | 12/14/2016 | 63 | | | | | | 4,266.00 | WAM |
| BCBG MAX AZRIA GROUP INC | 1654103 | 21 | | | | | | N | O | 0 | 5081C | 11/14/2016 | 12/14/2016 | 63 | | | | | | 5,922.75 | WAM |
| BCBG MAX AZRIA GROUP INC | 1654104 | 21 | | | | | | N | O | 0 | 5081F | 11/14/2016 | 12/14/2016 | 63 | | | | | | 33,904.95 | WAM |
| BCBG MAX AZRIA GROUP INC | 1654105 | 21 | | | | | | N | O | 0 | 5081G | 11/14/2016 | 12/14/2016 | 63 | | | | | | 22,238.25 | WAM |
| BCBG MAX AZRIA GROUP INC | 1654106 | 21 | | | | | | N | O | 0 | 5081N | 11/14/2016 | 12/14/2016 | 63 | | | | | | 2,146.60 | WAM |
| BCBG MAX AZRIA GROUP INC | 1654107 | 21 | | | | | | N | O | 0 | 5081O | 11/14/2016 | 12/14/2016 | 63 | | | | | | 7,643.70 | WAM |
| BCBG MAX AZRIA GROUP INC | 1654108 | 21 | | | | | | N | O | 0 | 4936SA | 11/14/2016 | 12/14/2016 | 63 | | | | | | 1,137.65 | WAM |
| BCBG MAX AZRIA GROUP INC | 1654109 | 21 | | | | | | N | O | 0 | 4936SC | 11/14/2016 | 12/14/2016 | 63 | | | | | | 8,418.81 | WAM |

OGS BO 03 - Client Fund Availability > Client Invoice Aging List

ITMG420EJ Client Invoice Aging List

Client: 2154  NYAM, LLC

**Client Invoice Aging List**
(As of Date : 02/15/2017 )
( Approval Type - All )
( Sorted By : Customer ID and Invoice No )

| Name | Inv No | AT | D | R | P | V | SR | LT | Orgn Iv Amt | Dis Pat(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1614110 | 21 | | | | | N | 0 | | 0 | 49527B | 1/14/2016 | 12/14/2016 | 63 | | | | | 5,635.40 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614111 | 21 | | | | | N | 0 | | 0 | 49527C | 1/14/2016 | 12/14/2016 | 63 | | | | | 805.20 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614112 | 21 | | | | | N | 0 | | 0 | 49527E | 1/14/2016 | 12/14/2016 | 63 | | | | | 26,249.52 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614113 | 21 | | | | | N | 0 | | 0 | 49527J | 1/14/2016 | 12/14/2016 | 63 | | | | | 241.55 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614114 | 21 | | | | | N | 0 | | 0 | 49527K | 1/14/2016 | 12/14/2016 | 63 | | | | | 2,415.50 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614115 | 21 | | | | | N | 0 | | 0 | 49773H | 1/14/2016 | 12/14/2016 | 63 | | | | | 1,764.28 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614116 | 21 | | | | | N | 0 | | 0 | 49773J | 1/14/2016 | 12/14/2016 | 63 | | | | | 19,848.15 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614401 | 21 | | | | | N | 0 | | 0 | 49941A | 1/14/2016 | 12/14/2016 | 63 | | | | | 32,661.79 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614402 | 21 | | | | | N | 0 | | 0 | 49442C | 1/14/2016 | 12/14/2016 | 63 | | | | | 71,990.35 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614403 | 21 | | | | | N | 0 | | 0 | 49951C | 1/14/2016 | 12/14/2016 | 63 | | | | | 99,156.75 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614404 | 21 | | | | | N | 0 | | 0 | 49993C | 1/14/2016 | 12/14/2016 | 63 | | | | | 23,238.30 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614405 | 21 | | | | | N | 0 | | 0 | 49942A | 1/14/2016 | 12/14/2016 | 63 | | | | | 3,394.95 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614406 | 21 | | | | | N | 0 | | 0 | 49942B | 1/14/2016 | 12/14/2016 | 63 | | | | | 383.02 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614407 | 21 | | | | | N | 0 | | 0 | 49942D | 1/14/2016 | 12/14/2016 | 63 | | | | | 15,024.83 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614408 | 21 | | | | | N | 0 | | 0 | 4995_LA | 1/14/2016 | 12/14/2016 | 63 | | | | | 9,868.50 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614409 | 21 | | | | | N | 0 | | 0 | 49951B | 1/14/2016 | 12/14/2016 | 63 | | | | | 964.92 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614410 | 21 | | | | | N | 0 | | 0 | 49951E | 1/14/2016 | 12/14/2016 | 63 | | | | | 5,219.34 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614411 | 21 | | | | | N | 0 | | 0 | 49990A | 1/14/2016 | 12/14/2016 | 63 | | | | | 5,335.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614412 | 21 | | | | | N | 0 | | 0 | 49990B | 1/14/2016 | 12/14/2016 | 63 | | | | | 639.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614413 | 21 | | | | | N | 0 | | 0 | 49993E | 1/14/2016 | 12/14/2016 | 63 | | | | | 4,302.60 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614414 | 21 | | | | | N | 0 | | 0 | 50000B | 1/14/2016 | 12/14/2016 | 63 | | | | | 584.98 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614415 | 21 | | | | | N | 0 | | 0 | 50000C | 1/14/2016 | 12/14/2016 | 63 | | | | | 2,659.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614416 | 21 | | | | | N | 0 | | 0 | 50000F | 1/14/2016 | 12/14/2016 | 63 | | | | | 17,896.07 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614417 | 21 | | | | | N | 0 | | 0 | 50000J | 1/15/2016 | 12/15/2016 | 62 | | | | | 425.44 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614701 | 21 | | | | | N | 0 | | 0 | 49302B | 1/16/2016 | 12/16/2016 | 61 | | | | | 2,152.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614702 | 21 | | | | | N | 0 | | 0 | 49302D | 1/16/2016 | 12/16/2016 | 61 | | | | | 18,023.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614703 | 21 | | | | | N | 0 | | 0 | 49325J | 1/10/2016 | 12/16/2016 | 61 | | | | | 150.64 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614704 | 21 | | | | | N | 0 | | 0 | 49328K | 1/15/2016 | 12/15/2016 | 61 | | | | | 9,207.64 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614705 | 21 | | | | | N | 0 | | 0 | 49930A | 1/15/2016 | 12/15/2016 | 61 | | | | | 8,963.08 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614706 | 21 | | | | | N | 0 | | 0 | 49933A | 1/15/2016 | 12/15/2016 | 61 | | | | | 3,219.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614707 | 21 | | | | | N | 0 | | 0 | 49934A | 1/15/2016 | 12/15/2016 | 61 | | | | | 2,862.50 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614708 | 21 | | | | | N | 0 | | 0 | 49341B | 1/15/2016 | 12/15/2016 | 61 | | | | | 21,552.92 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615001 | 21 | | | | | N | 0 | | 0 | 49922A | 1/14/2016 | 12/14/2016 | 63 | | | | | 35,005.40 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615002 | 21 | | | | | N | 0 | | 0 | 49708M | 1/14/2016 | 12/14/2016 | 63 | | | | | 804.76 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615003 | 21 | | | | | N | 0 | | 0 | 49707L | 1/14/2016 | 12/14/2016 | 63 | | | | | 822.74 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615004 | 21 | | | | | N | 0 | | 0 | 49323K | 1/14/2016 | 12/14/2016 | 63 | | | | | 46,024.32 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615202 | 21 | | | | | N | 0 | | 0 | 50222D | 12/08/2016 | 12/08/2016 | 69 | | | | | 888.60 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615205 | 21 | | | | | N | 0 | | 0 | 48075A | 11/08/2016 | 12/08/2016 | 69 | | | | | 8,249.17 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615211 | 21 | | | | | N | 0 | | 0 | 48075D | 11/08/2016 | 12/08/2016 | 69 | | | | | 726.62 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615212 | 21 | | | | | N | 0 | | 0 | 48403D | 11/08/2016 | 12/08/2016 | 69 | | | | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615801 | 21 | | | | | N | 0 | | 0 | 49939C | 11/12/2016 | 12/21/2016 | 56 | | | | 14,751.66 | 10,909.81 | | MAM |

Client: 2154  HY AM, LLC

**Client Invoice Aging List**
( As of Date : 02/15/2017 )
( Approval Type : All )
( Sorted By : Customer ID and Invoice No )

| Name | Inv No | AT | D | R | P | V | SR | LT | On Hold | Dis Pat(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1615902 | 21 | | | | | | N | | 0 | 0491923 | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 10,507.73 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615903 | 21 | | | | | | N | | 0 | 0492194 | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 39,254.40 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615904 | 21 | | | | | | N | | 0 | 04928AA | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 2,122.20 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615905 | 21 | | | | | | N | | 0 | 04929AC | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 2,122.20 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615906 | 21 | | | | | | N | | 0 | 04929AD | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 1,791.00 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615907 | 21 | | | | | | N | | 0 | 04929AD | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 14,855.40 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615908 | 21 | | | | | | N | | 0 | 04939A | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 3,399.00 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615909 | 21 | | | | | | N | | 0 | 04939B | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 453.20 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615810 | 21 | | | | | | N | | 0 | 04919ZA | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 2,599.60 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615811 | 21 | | | | | | N | | 0 | 04919ZA | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 326.72 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615812 | 21 | | | | | | N | | 0 | 05005B | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 189.42 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615813 | 21 | | | | | | N | | 0 | 05005C | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 1,700.98 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615814 | 21 | | | | | | N | | 0 | 05005F | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 2,510.18 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1615815 | 21 | | | | | | N | | 0 | 5003n | 11/21/2016 | 12/21/2016 | 56 | - | - | - | 1,304.82 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616501 | 21 | | | | | | N | | 0 | 04944E | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 319.90 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616502 | 21 | | | | | | N | | 0 | 04970DB | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 26,305.97 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616503 | 21 | | | | | | N | | 0 | 04970E | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 2,774.00 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616504 | 21 | | | | | | N | | 0 | 04970F | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 332.08 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616505 | 21 | | | | | | N | | 0 | 04970zn | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 32,039.70 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616506 | 21 | | | | | | N | | 0 | 04970ZN | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 790.59 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616507 | 21 | | | | | | N | | 0 | 04862n | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 3,467.50 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616508 | 21 | | | | | | N | | 0 | 04863B | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 13,800.65 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616509 | 21 | | | | | | N | | 0 | 0482A0 | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,711.50 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616510 | 21 | | | | | | N | | 0 | 0482A0 | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 159.74 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616511 | 21 | | | | | | N | | 0 | 0482AD | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 16,395.17 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616512 | 21 | | | | | | N | | 0 | 04863H | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 21,268.24 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616513 | 21 | | | | | | N | | 0 | 04843M | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 136.92 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616514 | 21 | | | | | | N | | 0 | 04943M | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,711.50 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616515 | 21 | | | | | | N | | 0 | 04937RD | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 13,145.86 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616516 | 21 | | | | | | N | | 0 | 04919ZD | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 4,823.68 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616517 | 21 | | | | | | N | | 0 | 04937A | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 9,241.50 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616518 | 21 | | | | | | N | | 0 | 04937B | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 28,006.65 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616519 | 21 | | | | | | N | | 0 | 04970DC | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 2,004.90 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616520 | 21 | | | | | | N | | 0 | 04970DD | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 328.52 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616521 | 21 | | | | | | N | | 0 | 04970DD | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 12,552.12 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616522 | 21 | | | | | | N | | 0 | 04703H | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 15,816.67 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616523 | 21 | | | | | | N | | 0 | 0497D3P | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 7,690.27 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616524 | 21 | | | | | | N | | 0 | 04964A | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 24,134.03 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616525 | 21 | | | | | | N | | 0 | 04920A | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 2,133.00 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616526 | 21 | | | | | | N | | 0 | 04964C | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 2,607.00 | - | - | WAM |
| BCBG MAX AZRIA GROUP INC | 1616528 | 21 | | | | | | N | | 0 | 04964E | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,820.00 | - | - | WAM |

**Client Invoice Aging List**
(As of Date : 02/15/2017)
(Approval Type : All)
(Sorted By : Customer ID and Invoice No.)

Client: 2154 - NYAM, LLC

| Name | Inv No | AT | LT | Dis Pat(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1616529 | 21 | N 0 | | 0 49544F | 11/17/2016 | 12/17/2016 | 80 | | | | 2,448.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616530 | 21 | N 0 | | 0 49506A | 11/17/2016 | 12/17/2016 | 80 | | | | 45,504.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616531 | 21 | N 0 | | 0 49451A | 11/17/2016 | 12/17/2016 | 80 | | | | 1,113.84 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616532 | 21 | N 0 | | 0 49451B | 11/17/2016 | 12/17/2016 | 80 | | | | 773.50 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616534 | 21 | N 0 | | 0 49451E | 11/17/2016 | 12/17/2016 | 80 | | | | | 5,109.00 | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616538 | 21 | N 0 | | 0 49449G | 11/17/2016 | 12/17/2016 | 80 | | | | 4,641.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616539 | 21 | N 0 | | 0 49449H | 11/17/2016 | 12/17/2016 | 80 | | | | 8,837.22 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173401 | 21 | N 0 | | 0 49207B | 11/16/2016 | 12/16/2016 | 60 | | | | 156.74 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173402 | 21 | N 0 | | 0 49207C | 11/16/2016 | 12/16/2016 | 61 | | | | | 612.00 | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173403 | 21 | N 0 | | 0 49207F | 11/16/2016 | 12/16/2016 | 61 | | | | | 41,820.00 | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173404 | 21 | N 0 | | 0 49207I | 11/16/2016 | 12/16/2016 | 61 | | | | | 510.00 | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173405 | 21 | N 0 | | 0 49207G | 11/16/2016 | 12/16/2016 | 61 | | | | | 20,040.00 | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173406 | 21 | N 0 | | 0 50059A | 11/16/2016 | 12/16/2016 | 61 | | | | | 1,305.20 | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173407 | 21 | N 0 | | 0 50059B | 11/16/2016 | 12/16/2016 | 61 | | | | | 1,305.20 | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173408 | 21 | N 0 | | 0 50059C | 11/16/2016 | 12/16/2016 | 61 | | | | | 14,586.12 | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173801 | 21 | N 0 | | 0 48817R | 11/17/2016 | 12/17/2016 | 60 | | | | 6,200.96 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173802 | 21 | N 0 | | 0 48817S | 11/17/2016 | 12/17/2016 | 60 | | | | 8,047.76 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173803 | 21 | N 0 | | 0 49523A | 11/17/2016 | 12/17/2016 | 60 | | | | 5,152.56 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173804 | 21 | N 0 | | 0 49523C | 11/17/2016 | 12/17/2016 | 60 | | | | 13,805.76 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173805 | 21 | N 0 | | 0 50054A | 11/17/2016 | 12/17/2016 | 60 | | | | 286.44 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173806 | 21 | N 0 | | 0 50054J | 11/17/2016 | 12/17/2016 | 60 | | | | 1,608.56 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173807 | 21 | N 0 | | 0 50054J | 11/17/2016 | 12/17/2016 | 60 | | | | 948.30 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173808 | 21 | N 0 | | 0 50054K | 11/17/2016 | 12/17/2016 | 60 | | | | 429.95 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173809 | 21 | N 0 | | 0 48672A | 11/17/2016 | 12/17/2016 | 60 | | | | 2,580.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173810 | 21 | N 0 | | 0 48672C | 11/17/2016 | 12/17/2016 | 60 | | | | 1,788.80 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173811 | 21 | N 0 | | 0 48672O | 11/17/2016 | 12/17/2016 | 60 | | | | 9,350.80 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173812 | 21 | N 0 | | 0 48672O | 11/17/2016 | 12/17/2016 | 60 | | | | 12,160.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173813 | 21 | N 0 | | 0 49177A | 11/17/2016 | 12/17/2016 | 60 | | | | 1,300.50 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173814 | 21 | N 0 | | 0 49177C | 11/17/2016 | 12/17/2016 | 60 | | | | 1,503.95 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173815 | 21 | N 0 | | 0 49177O | 11/17/2016 | 12/17/2016 | 60 | | | | 7,844.05 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 16173816 | 21 | N 0 | | 0 49177O | 11/17/2016 | 12/17/2016 | 60 | | | | 4,053.50 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617501 | 21 | N 0 | | 0 49616B | 11/17/2016 | 12/17/2016 | 60 | | | | 4,109.90 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617502 | 21 | N 0 | | 0 49655B | 11/17/2016 | 12/17/2016 | 60 | | | | 2,054.75 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617503 | 21 | N 0 | | 0 49655C | 11/17/2016 | 12/17/2016 | 60 | | | | 14,088.58 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617504 | 21 | N 0 | | 0 49655F | 11/17/2016 | 12/17/2016 | 60 | | | | 3,780.74 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617505 | 21 | N 0 | | 0 49551 | 11/17/2016 | 12/17/2016 | 60 | | | | 7,105.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617506 | 21 | N 0 | | 0 49551J | 11/17/2016 | 12/17/2016 | 60 | | | | 1,843.80 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1619801 | 21 | N 0 | | 0 49072C | 12/09/2016 | 01/07/2017 | 39 | | | | 568.40 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1619802 | 21 | N 0 | | 0 49072C | 12/09/2016 | 01/07/2017 | 39 | | | | 45,938.90 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1619803 | 21 | N D | | 0 49072G | 12/09/2016 | 01/07/2017 | 39 | | | | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1619804 | 21 | N D | | 0 49072H | 12/09/2016 | 01/07/2017 | 39 | | | | 44,234.00 | | | NYAM |

(PROGRESS) Client Invoice Agng List

**Client Invoice Aging List**
( As of Date : 02/15/2017 )
( Approval Type : All )
( Sorted By : Customer ID and Invoice No. )

Client: 2154 - NYAM, LLC

| Name | Inv No | AT | O | R | P | V | SR | LT | Ord Gmt Inv Avl md | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1619805 | 21 | | | | | | N | 0 | 0 | 490723A | 12/08/2016 | 01/07/2017 | 39 | - | - | - | - | - | - | N/A/M |
| BCBG MAX AZRIA GROUP INC | 1619806 | 21 | | | | | | N | 0 | 0 | 490722P | 12/08/2016 | 01/07/2017 | 39 | - | - | - | 365.40 | - | - | N/A/M |
| BCBG MAX AZRIA GROUP INC | 1619807 | 21 | | | | | | N | 0 | 0 | 490728 | 12/08/2016 | 01/07/2017 | 39 | - | - | - | 893.20 | - | - | N/A/M |
| BCBG MAX AZRIA GROUP INC | 1619808 | 21 | | | | | | N | 0 | 0 | 490725 | 12/08/2016 | 01/07/2017 | 39 | - | - | - | 1,705.20 | - | - | N/A/M |
| BCBG MAX AZRIA GROUP INC | 1619809 | 21 | | | | | | N | 0 | 0 | 49992E | 12/08/2016 | 01/07/2017 | 39 | - | - | - | 6,191.50 | - | - | N/A/M |
| BCBG MAX AZRIA GROUP INC | 1619810 | 21 | | | | | | N | 0 | 0 | 49996S | 12/08/2016 | 01/07/2017 | 39 | - | - | - | 469.25 | - | - | N/A/M |
| BCBG MAX AZRIA GROUP INC | 1619811 | 21 | | | | | | N | 0 | 0 | 50290A | 12/08/2016 | 01/07/2017 | 39 | - | - | - | 15,917.14 | - | - | N/A/M |
| BCBG MAX AZRIA GROUP INC | 1619812 | 21 | | | | | | N | 0 | 0 | 50250B | 12/08/2016 | 01/07/2017 | 39 | - | - | - | 1,117.00 | - | - | N/A/M |
| | | | | | | | | | | | | | | | - | - | - | 12,879.01 | - | - | |
| Total Fee | | | | | | | | | | | | | | | | | | 766,950.96 | 1,097,423.33 | | |
| | | | | | | | | | | | | | | | | | | 1,893,923.99 | | | |

Recourse

**Client Invoice Aging List**
(As of Date : 02/15/2017)
(Approval Type : All)
(Sorted By : Customer ID and Invoice No.)

Client: 2154 NYAM, LLC

| Name | Inv No | AT | D | P | V | SR | LT | Orgm Inv Amt | Dis Prd(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|------|--------|----|----|----|----|----|----|----|----|-------|--------|--------|------|---------|---------|----------|----------|----------|---------|------|
| BCBG MAX AZRIA GROUP INC | 1608001 | 90 | | | | | | N | 0 | 5001KC | 11/28/2016 | 12/28/2016 | 49 | | | | 4,860.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608002 | 90 | | | | | | N | 0 | 5001RE | 11/23/2016 | 12/28/2016 | 49 | | | | 20,112.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608003 | 90 | | | | | | N | 0 | 4994SK | 11/29/2016 | 12/26/2016 | 49 | | | | 159.74 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608004 | 90 | | | | | | N | 0 | 4970JL | 11/28/2016 | 12/28/2016 | 49 | | | | 149.94 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608005 | 90 | | | | | | N | 0 | 4970ZC | 11/28/2016 | 12/28/2016 | 49 | | | | 10,674.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608006 | 90 | | | | | | N | 0 | 4970ZC | 11/28/2016 | 12/28/2016 | 49 | | | | 759.04 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608007 | 90 | | | | | | N | 0 | 4970XS | 11/28/2016 | 12/28/2016 | 49 | | | | 50,262.08 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608008 | 90 | | | | | | N | 0 | 4970XS | 11/28/2016 | 12/28/2016 | 49 | | | | 34,322.84 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608009 | 90 | | | | | | N | 0 | 4970KK | 11/28/2016 | 12/28/2016 | 49 | | | | 213.48 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608010 | 90 | | | | | | N | 0 | 4970QP | 11/28/2016 | 12/28/2016 | 49 | | | | 10,199.60 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608011 | 90 | | | | | | N | 0 | 4970QP | 11/28/2016 | 12/28/2016 | 49 | | | | 3,391.56 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1608012 | 90 | | | | | | N | 0 | 5001TO | 11/28/2016 | 12/28/2016 | 49 | | | | 2,958.30 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1612105 | 90 | | | | | | N | 0 | 4964110 | 11/17/2016 | 12/17/2016 | 60 | | | | 27,212.50 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616837 | 80 | | | | | | N | 0 | 4954KD | 11/17/2016 | 12/17/2016 | 60 | | | | 19,908.00 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616855 | 80 | | | | | | N | 0 | 4954C | 11/17/2016 | 12/17/2016 | 60 | | | | 10,055.50 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616856 | 80 | | | | | | N | 0 | 4954RA | 11/17/2016 | 12/17/2016 | 60 | | | | 2,788.80 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1616857 | 80 | | | | | | N | 0 | 4954RC | 11/17/2016 | 12/17/2016 | 60 | | | | 1,892.20 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617001 | 90 | | | | | | N | 0 | 4954RD | 11/17/2016 | 12/17/2016 | 60 | | | | 7,064.98 | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617701 | 90 | | | | | | N | 0 | 5034AA | 12/19/2016 | 01/18/2017 | 28 | | | 34,864.08 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617702 | 90 | | | | | | N | 0 | 5056DA | 12/19/2016 | 01/18/2017 | 28 | | | 1,039.68 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617703 | 90 | | | | | | N | 0 | 5056OB | 12/19/2016 | 01/18/2017 | 28 | | | 28,020.74 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617704 | 90 | | | | | | N | 0 | 5027SA | 12/19/2016 | 01/18/2017 | 28 | | | 318.60 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617705 | 90 | | | | | | N | 0 | 5027SB | 12/19/2016 | 01/18/2017 | 28 | | | 1,593.00 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617706 | 90 | | | | | | N | 0 | 5027SC | 12/19/2016 | 01/18/2017 | 28 | | | 19,110.00 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617707 | 90 | | | | | | N | 0 | 5006GB | 12/19/2016 | 01/18/2017 | 28 | | | 1,044.46 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617708 | 90 | | | | | | N | 0 | 5006GC | 12/19/2016 | 01/18/2017 | 28 | | | 5,520.00 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617709 | 90 | | | | | | N | 0 | 5006GF | 12/19/2016 | 01/18/2017 | 28 | | | 18,533.26 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617710 | 90 | | | | | | N | 0 | 5006GP | 12/19/2016 | 01/18/2017 | 28 | | | 2,426.84 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617711 | 90 | | | | | | N | 0 | 5006GQ | 12/19/2016 | 01/18/2017 | 28 | | | 1,958.40 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617712 | 90 | | | | | | N | 0 | 5020DA | 12/19/2016 | 01/18/2017 | 28 | | | 4,700.16 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617713 | 90 | | | | | | N | 0 | 5020DA | 12/19/2016 | 01/18/2017 | 28 | | | 10,167.00 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617714 | 90 | | | | | | N | 0 | 5020DD | 12/19/2016 | 01/18/2017 | 28 | | | 3,288.25 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617715 | 90 | | | | | | N | 0 | 5026BA | 12/19/2016 | 01/18/2017 | 28 | | | 9,470.16 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617716 | 90 | | | | | | N | 0 | 5026BB | 12/19/2016 | 01/18/2017 | 28 | | | 410.40 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617717 | 90 | | | | | | N | 0 | 5026BC | 12/19/2016 | 01/18/2017 | 28 | | | 7,284.60 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617718 | 90 | | | | | | N | 0 | 5026BE | 12/19/2016 | 01/18/2017 | 28 | | | 53,586.24 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617719 | 90 | | | | | | N | 0 | 5026ME | 12/19/2016 | 01/18/2017 | 28 | | | 2,426.84 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617720 | 90 | | | | | | N | 0 | 5006OG | 12/19/2016 | 01/18/2017 | 28 | | | 6,038.40 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617721 | 90 | | | | | | N | 0 | 5020DB | 12/19/2016 | 01/18/2017 | 28 | | | 87,605.15 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1617722 | 90 | | | | | | N | 0 | 50255A | 12/19/2016 | 01/18/2017 | 28 | | | 49,399.51 | | | | NYAM |
| BCBG MAX AZRIA GROUP INC | 1618201 | 90 | | | | | | N | 0 | 50317A | 12/19/2016 | 01/18/2017 | 28 | | | 21,959.80 | | | | NYAM |

## Client Invoice Aging List
( As of Date : 02/15/2017 )
( Approval Type : All )
( Sorted By : Customer ID and Invoice No )

Client: 2154 - NYAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | nsf | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 35 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1618302 | 90 | | | | | | N | 0 | 0 | 50317D | 12/19/2016 | 01/18/2017 | 28 | | | 2,540.70 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618303 | 90 | | | | | | N | 0 | 0 | 50337C | 12/19/2016 | 01/18/2017 | 28 | | | 16,820.00 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618304 | 90 | | | | | | N | 0 | 0 | 50264A | 12/19/2016 | 01/18/2017 | 28 | | | 3,471.00 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618305 | 90 | | | | | | N | 0 | 0 | 50264B | 12/19/2016 | 01/18/2017 | 28 | | | 31,169.18 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618306 | 90 | | | | | | N | 0 | 0 | 50264D | 12/19/2016 | 01/18/2017 | 28 | | | 3,700.40 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618307 | 90 | | | | | | N | 0 | 0 | 50284A | 12/19/2016 | 01/18/2017 | 28 | | | 995.04 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618308 | 90 | | | | | | N | 0 | 0 | 50284B | 12/19/2016 | 01/18/2017 | 28 | | | 16,843.57 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618309 | 90 | | | | | | N | 0 | 0 | 50273A | 12/19/2016 | 01/18/2017 | 28 | | | 1,089.50 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618310 | 90 | | | | | | N | 0 | 0 | 50273D | 12/19/2016 | 01/18/2017 | 28 | | | 2,177.00 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618311 | 90 | | | | | | N | 0 | 0 | 50273C | 12/19/2016 | 01/18/2017 | 28 | | | 10,841.46 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618312 | 90 | | | | | | N | 0 | 0 | 50274A | 12/19/2016 | 01/18/2017 | 28 | | | 880.50 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618313 | 90 | | | | | | N | 0 | 0 | 50274B | 12/19/2016 | 01/18/2017 | 28 | | | 2,841.50 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618314 | 90 | | | | | | N | 0 | 0 | 50274C | 12/19/2016 | 01/18/2017 | 28 | | | 14,246.49 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618315 | 90 | | | | | | N | 0 | 0 | 50227E | 12/19/2016 | 01/18/2017 | 28 | | | 6,321.99 | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618401 | 90 | | | | | | N | 0 | 0 | 49208F | 01/20/2017 | 03/01/2017 | -14 | 7,021.19 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618402 | 90 | | | | | | N | 0 | 0 | 49208K | 01/20/2017 | 03/01/2017 | -14 | 1,786.02 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618403 | 90 | | | | | | N | 0 | 0 | 50326C | 01/20/2017 | 03/01/2017 | -14 | 3,405.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618404 | 90 | | | | | | N | 0 | 0 | 50326D | 01/20/2017 | 03/01/2017 | -14 | 136.20 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618405 | 90 | | | | | | N | 0 | 0 | 50326G | 01/20/2017 | 03/01/2017 | -14 | 19,186.10 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618406 | 90 | | | | | | N | 0 | 0 | 50328L | 01/20/2017 | 03/01/2017 | -14 | 227.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618407 | 90 | | | | | | N | 0 | 0 | 50302N | 01/20/2017 | 03/01/2017 | -14 | 431.30 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618408 | 90 | | | | | | N | 0 | 0 | 50302B | 01/20/2017 | 03/01/2017 | -14 | 2,862.35 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618409 | 90 | | | | | | N | 0 | 0 | 50328H | 01/20/2017 | 03/01/2017 | -14 | 19,408.50 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618410 | 90 | | | | | | N | 0 | 0 | 50272C | 01/20/2017 | 03/01/2017 | -14 | 12,372.28 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618501 | 90 | | | | | | N | 0 | 0 | 49955A | 11/29/2016 | 12/29/2016 | 48 | | | | 13,520.85 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618502 | 90 | | | | | | N | 0 | 0 | 49208B | 11/29/2016 | 12/29/2016 | 48 | | | | 7,506.75 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618503 | 90 | | | | | | N | 0 | 0 | 49208C | 11/29/2016 | 12/29/2016 | 48 | | | | 1,000.90 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618504 | 90 | | | | | | N | 0 | 0 | 49351A | 11/29/2016 | 12/29/2016 | 48 | | | | 32,546.74 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618505 | 90 | | | | | | N | 0 | 0 | 50018D | 11/29/2016 | 12/29/2016 | 48 | | | | 5,917.50 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618506 | 90 | | | | | | N | 0 | 0 | 50018 | 11/29/2016 | 12/29/2016 | 48 | | | | 2,461.68 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618507 | 90 | | | | | | N | 0 | 0 | 50018A | 11/29/2016 | 12/29/2016 | 48 | | | | 2,717.00 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618508 | 90 | | | | | | N | 0 | 0 | 50018C | 11/29/2016 | 12/29/2016 | 48 | | | | 15,190.14 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618509 | 90 | | | | | | N | 0 | 0 | 50201N | 11/29/2016 | 12/29/2016 | 48 | | | | 10,135.02 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618510 | 90 | | | | | | N | 0 | 0 | 50201M | 11/29/2016 | 12/29/2016 | 48 | | | | 716.62 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618511 | 90 | | | | | | N | 0 | 0 | 50201J | 11/29/2016 | 12/29/2016 | 48 | | | | 5,748.96 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618512 | 90 | | | | | | N | 0 | 0 | 50219J | 11/29/2016 | 12/29/2016 | 48 | | | | 797.22 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618513 | 90 | | | | | | N | 0 | 0 | 50220N | 11/29/2016 | 12/29/2016 | 48 | | | | 3,337.20 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618514 | 90 | | | | | | N | 0 | 0 | 50220 | 11/29/2016 | 12/29/2016 | 48 | | | | 985.28 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618515 | 90 | | | | | | N | 0 | 0 | 50278A | 11/29/2016 | 12/29/2016 | 48 | | | | 2,513.75 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618516 | 90 | | | | | | N | 0 | 0 | 50278E | 11/29/2016 | 12/29/2016 | 48 | | | | 1,940.45 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618517 | 90 | | | | | | N | 0 | 0 | 50025A | 11/29/2016 | 12/29/2016 | 48 | | | | 1,483.20 | | | MAAI |

**Client Invoice Aging List**
(As of Date: 02/15/2017)
(Approval Type: All)
(Sorted By: Customer ID and Invoice No)

Client: 2154  NYAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | Prpgn | On Evt Aymt | Dis Pet(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1616818 | 90 | | | | | | N | | O | 0 | 502358 | 11/29/2016 | 12/29/2016 | 48 | - | | | 165.40 | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616819 | 90 | | | | | | N | | O | 0 | 502358J | 11/29/2016 | 12/29/2016 | 48 | - | | | 222.48 | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616801 | 90 | | | | | | N | | O | 0 | 50019H | 01/09/2017 | 03/01/2017 | -14 | 13,337.39 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616802 | 90 | | | | | | N | | O | 0 | 50197C | 01/09/2017 | 03/01/2017 | -14 | 12,339.60 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616803 | 90 | | | | | | N | | O | 0 | 49792N | 01/09/2017 | 03/01/2017 | -14 | 2,138.17 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616804 | 90 | | | | | | N | | O | 0 | 50019C | 01/09/2017 | 03/01/2017 | -14 | 815.48 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616805 | 90 | | | | | | N | | O | 0 | 50019D | 01/09/2017 | 03/01/2017 | -14 | 3,219.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616806 | 90 | | | | | | N | | O | 0 | 50019E | 01/09/2017 | 03/01/2017 | -14 | 13,465.42 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616807 | 90 | | | | | | N | | O | 0 | 50019B | 01/09/2017 | 03/01/2017 | -14 | 257.52 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616808 | 90 | | | | | | N | | O | 0 | 50197A | 01/09/2017 | 03/01/2017 | -14 | 1,063.73 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616809 | 90 | | | | | | N | | O | 0 | 50197B | 01/09/2017 | 03/01/2017 | -14 | 1,080.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1616810 | 90 | | | | | | N | | O | 0 | 49348N | 01/09/2017 | 03/01/2017 | -14 | 270.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619101 | 90 | | | | | | N | | O | 0 | 49791L | 01/01/2017 | 03/01/2017 | -14 | 2,169.52 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619102 | 90 | | | | | | N | | O | 0 | 49798J | 01/01/2017 | 03/01/2017 | -14 | 622.16 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619103 | 90 | | | | | | N | | O | 0 | 49989J | 01/02/2017 | 03/01/2017 | -14 | 547.80 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619104 | 90 | | | | | | N | | O | 0 | 50020C | 01/02/2017 | 03/01/2017 | -14 | 4,231.86 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619105 | 90 | | | | | | N | | O | 0 | 50020D | 01/02/2017 | 03/01/2017 | -14 | 760.92 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619106 | 90 | | | | | | N | | O | 0 | 50020E | 01/02/2017 | 03/01/2017 | -14 | 60,453.68 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619107 | 90 | | | | | | N | | O | 0 | 50024J | 01/02/2017 | 03/01/2017 | -14 | 1,965.71 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619108 | 90 | | | | | | N | | O | 0 | 50098B | 01/02/2017 | 03/01/2017 | -14 | 424.61 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619109 | 90 | | | | | | N | | O | 0 | 50025C | 01/02/2017 | 03/01/2017 | -14 | 5,199.62 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619110 | 90 | | | | | | N | | O | 0 | 50374C | 01/02/2017 | 03/01/2017 | -14 | 4,350.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619111 | 90 | | | | | | N | | O | 0 | 50374D | 01/02/2017 | 03/01/2017 | -14 | 217.50 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619112 | 90 | | | | | | N | | O | 0 | 50374G | 01/02/2017 | 03/01/2017 | -14 | 43,543.50 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619113 | 90 | | | | | | N | | O | 0 | 50374P | 01/02/2017 | 03/01/2017 | -14 | 1,413.76 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619114 | 90 | | | | | | N | | O | 0 | 50374D | 01/02/2017 | 03/01/2017 | -14 | 9,591.75 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619115 | 90 | | | | | | N | | O | 0 | 50426C | 01/02/2017 | 03/01/2017 | -14 | 5,175.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619116 | 90 | | | | | | N | | O | 0 | 50426F | 01/02/2017 | 03/01/2017 | -14 | 32,546.40 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619117 | 90 | | | | | | N | | O | 0 | 50426N | 01/02/2017 | 03/01/2017 | -14 | 1,159.20 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619118 | 90 | | | | | | N | | O | 0 | 50426D | 01/02/2017 | 03/01/2017 | -14 | 9,522.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619119 | 90 | | | | | | N | | O | 0 | 50676A | 01/02/2017 | 03/01/2017 | -14 | 28,716.60 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619120 | 90 | | | | | | N | | O | 0 | 50576C | 01/02/2017 | 03/01/2017 | -14 | 751.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619121 | 90 | | | | | | N | | O | 0 | 50576E | 01/02/2017 | 03/01/2017 | -14 | 5,257.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619122 | 90 | | | | | | N | | O | 0 | 50266A | 01/02/2017 | 03/01/2017 | -14 | 150.20 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619901 | 90 | | | | | | N | | O | 0 | 50331C | 01/02/2017 | 03/01/2017 | -14 | 53,784.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619902 | 90 | | | | | | N | | O | 0 | 50331 D | 01/02/2017 | 03/01/2017 | -14 | 1,607.50 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619903 | 90 | | | | | | N | | O | 0 | 50331 G | 01/02/2017 | 03/01/2017 | -14 | 3,736.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619904 | 90 | | | | | | N | | O | 0 | 50331 N | 01/02/2017 | 03/01/2017 | -14 | 44,222.40 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619905 | 90 | | | | | | N | | O | 0 | 50331G | 01/02/2017 | 03/01/2017 | -14 | 784.35 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619906 | 90 | | | | | | N | | O | 0 | 50310 | 01/02/2017 | 03/01/2017 | -14 | 7,470.00 | | | - | - | - | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619907 | 90 | | | | | | N | | O | 0 | 50355C | 01/02/2017 | 03/01/2017 | -14 | 3,932.00 | | | - | - | - | MAAI |

**Client Invoice Aging List**
(As of Date : 02/15/2017)
(Approval Type : All)
(Sorted By : Customer ID and Invoice No)

Client: 2154  NYAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | On ph v A net | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1619508 | 90 | | | | | | N | 0 | 0 | 50355G | 01/30/2017 | 03/01/2017 | -14 | 707.76 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619509 | 90 | | | | | | N | 0 | 0 | 50355G | 01/30/2017 | 03/01/2017 | -14 | 9,830.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619510 | 90 | | | | | | N | 0 | 0 | 50355H | 01/30/2017 | 03/01/2017 | -14 | 4,463.84 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619511 | 90 | | | | | | N | 0 | 0 | 50355F | 01/30/2017 | 03/01/2017 | -14 | 665.04 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619512 | 90 | | | | | | N | 0 | 0 | 50355G | 01/30/2017 | 03/01/2017 | -14 | 2,162.60 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619513 | 90 | | | | | | N | 0 | 0 | 504286 | 01/30/2017 | 03/01/2017 | -14 | 3,636.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619514 | 90 | | | | | | N | 0 | 0 | 504286 | 01/30/2017 | 03/01/2017 | -14 | 17,573.92 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619515 | 90 | | | | | | N | 0 | 0 | 504281 | 01/30/2017 | 03/01/2017 | -14 | 34,299.20 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619516 | 90 | | | | | | N | 0 | 0 | 504281 | 01/30/2017 | 03/01/2017 | -14 | 212.16 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619517 | 90 | | | | | | N | 0 | 0 | 504281 | 01/30/2017 | 03/01/2017 | -14 | 532.40 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619601 | 90 | | | | | | N | 0 | 0 | 50203C | 01/30/2017 | 03/01/2017 | -14 | 2,473.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619602 | 90 | | | | | | N | 0 | 0 | 50203F | 01/30/2017 | 03/01/2017 | -14 | 23,592.42 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619603 | 90 | | | | | | N | 0 | 0 | 50203R | 01/30/2017 | 03/01/2017 | -14 | 642.98 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619604 | 90 | | | | | | N | 0 | 0 | 50331K | 01/30/2017 | 03/01/2017 | -14 | 224.10 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619605 | 90 | | | | | | N | 0 | 0 | 50355L | 01/30/2017 | 03/01/2017 | -14 | 235.92 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619606 | 90 | | | | | | N | 0 | 0 | 50538C | 01/30/2017 | 03/01/2017 | -14 | 23,260.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619607 | 90 | | | | | | N | 0 | 0 | 50649A | 01/30/2017 | 03/01/2017 | -14 | 2,202.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619608 | 90 | | | | | | N | 0 | 0 | 50649C | 01/30/2017 | 03/01/2017 | -14 | 11,560.50 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619609 | 90 | | | | | | N | 0 | 0 | 506491 | 01/30/2017 | 03/01/2017 | -14 | 242.22 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619701 | 90 | | | | | | N | 0 | 0 | 49806C | 12/14/2016 | 01/13/2017 | 33 | | | | 8,493.00 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619702 | 90 | | | | | | N | 0 | 0 | 49806F | 12/14/2016 | 01/13/2017 | 33 | | | | 30,173.60 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619703 | 90 | | | | | | N | 0 | 0 | 49806G | 12/14/2016 | 01/13/2017 | 33 | | | | 47,956.80 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619704 | 80 | | | | | | N | 0 | 0 | 49805I | 12/14/2016 | 01/13/2017 | 33 | | | | 4,604.10 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619705 | 90 | | | | | | N | 0 | 0 | 49805M | 12/14/2016 | 01/13/2017 | 33 | | | | 11,353.80 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619706 | 90 | | | | | | N | 0 | 0 | 50260B | 12/14/2016 | 01/13/2017 | 33 | | | | 1,656.24 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619707 | 90 | | | | | | N | 0 | 0 | 50260C | 12/14/2016 | 01/13/2017 | 33 | | | | 5,175.75 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619708 | 90 | | | | | | N | 0 | 0 | 50260F | 12/14/2016 | 01/13/2017 | 33 | | | | 9,601.40 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619709 | 90 | | | | | | N | 0 | 0 | 50260L | 12/14/2016 | 01/13/2017 | 33 | | | | 592.08 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619710 | 90 | | | | | | N | 0 | 0 | 50002AK | 12/14/2016 | 01/13/2017 | 33 | | | | 20,222.93 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622201 | 90 | | | | | | N | 0 | 0 | 49818C | 01/30/2017 | 03/01/2017 | -14 | 10,843.80 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622202 | 90 | | | | | | N | 0 | 0 | 49818G | 01/30/2017 | 03/01/2017 | -14 | 1,063.92 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622203 | 90 | | | | | | N | 0 | 0 | 49818G | 01/30/2017 | 03/01/2017 | -14 | 63,546.76 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622204 | 90 | | | | | | N | 0 | 0 | 49818H | 01/30/2017 | 03/01/2017 | -14 | 62,157.49 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622205 | 90 | | | | | | N | 0 | 0 | 49818J | 01/30/2017 | 03/01/2017 | -14 | 2,259.60 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622206 | 90 | | | | | | N | 0 | 0 | 49818L | 01/30/2017 | 03/01/2017 | -14 | 347.82 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622207 | 90 | | | | | | N | 0 | 0 | 49818N | 01/30/2017 | 03/01/2017 | -14 | 491.04 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622208 | 90 | | | | | | N | 0 | 0 | 49818N | 01/30/2017 | 03/01/2017 | -14 | 246.52 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622209 | 90 | | | | | | N | 0 | 0 | 49818S | 01/30/2017 | 03/01/2017 | -14 | 368.28 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622210 | 90 | | | | | | N | 0 | 0 | 49818S | 01/30/2017 | 03/01/2017 | -14 | 1,379.82 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622211 | 90 | | | | | | N | 0 | 0 | 49818T | 01/30/2017 | 03/01/2017 | -14 | 8,184.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1622212 | 90 | | | | | | N | 0 | 0 | 49543A | 01/30/2017 | 03/01/2017 | -14 | 573.12 | | | | | | MAAI |

## Client Invoice Aging List
(As of Date : 02/15/2017)
(Approval Type : All)
(Sorted By : Customer ID and Invoice No)

Client: 3154  NYAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | Orgn Inv Amt | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1622213 | 90 | | | | | | N | 0 | 0 | 4954SC | 01/09/2017 | 03/01/2017 | -14 | 7,358.24 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1622214 | 90 | | | | | | N | 0 | 0 | 5005RA | 01/09/2017 | 03/01/2017 | -14 | 1,295.00 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1622215 | 90 | | | | | | N | 0 | 0 | 5005RB | 01/09/2017 | 03/01/2017 | -14 | 1,747.25 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1622216 | 90 | | | | | | N | 0 | 0 | 5005BC | 01/09/2017 | 03/01/2017 | -14 | 11,507.75 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1622217 | 90 | | | | | | N | 0 | 0 | 5005BD | 01/09/2017 | 03/01/2017 | -14 | 5,977.40 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1624501 | 90 | | | | | | N | 0 | 0 | 5091 0C | 01/09/2017 | 03/01/2017 | -14 | 12,732.40 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1619610 | 90 | | | | | | N | 0 | 0 | 5064RJ | 01/09/2017 | 03/01/2017 | -14 | 1,371.20 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1619810-NA | 90 | | | | | | N | 0 | 0 | 499666 | 12/09/2016 | 01/07/2017 | 36 | - | - | - | 26,864.18 | - | - | MAM |
| | | | | | | | | | | | | | | 36 | 787,961.14 | | 475,699.62 | 26,864.18 | | | |

Total File 480,498.76

1,754,149.50

# EXHIBIT B

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608001 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50070C | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | SKW1X766 | KNITTED SPORTWEAR TOP "ANAIS" | 16.00 | 4,800.00 |

| | **Total** | $4,800.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608002 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50070E | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,257 | SKWJX766 | KNITTED SPORTWEAR TOP "ANAIS" | 16.00 | 20,112.00 |

| | **Total** | $20,112.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608003 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49643K | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 14 | CEP1E924 | KNITTED SPORTSWEAR TOP "JAN" | 11.41 | 159.74 |

| | Total | $159.74 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608004 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49703L | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 14 | AQA1X767 | KNITTED TOP | 10.71 | 149.94 |

| | | | **Total** | $149.94 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608005 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792C | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 450 | AVR1X780 | KNITTED TOP | 23.72 | 10,674.00 |

| | Total | $10,674.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608006 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792D | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 32 | AVR1X780 | KNITTED TOP | 23.72 | 759.04 |

| | Total | $759.04 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608007 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792G | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,119 | AVR1X780 | KNITTED TOP | 23.72 | 50,262.68 |

| | **Total** | $50,262.68 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608008 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792H | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,447 | AVR1X780 | KNITTED TOP | 23.72 | 34,322.84 |

| | Total | $34,322.84 |
|--|-------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608009 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                               Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                   Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792K | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 9 | AVR1X780 | KNITTED TOP | 23.72 | 213.48 |

| | **Total** | $213.48 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608010 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792P | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 430 | AVR1X780 | KNITTED TOP | 23.72 | 10,199.60 |

|  |  |  | **Total** | $10,199.60 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608011 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792O | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 143 | AVR1X780 | KNITTED TOP | 23.72 | 3,391.96 |

| | **Total** | $3,391.96 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/28/2016 | 1608012 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019O | Net 30 | | 11/23/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 210 | FPL1H514 | KNITTED TOP | 11.23 | 2,358.30 |

| | | | **Total** | $2,358.30 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612105 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49411O | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | RND61K16 | WOVEN EVENING DRESS | 77.75 | 27,212.50 |

| | **Total** | $27,212.50 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616527 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49544D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 840 | MGD61I44 | KNITTED EVENING DRESS | 23.70 | 19,908.00 |

| | **Total** | $19,908.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616533 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49451C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 650 | PGZ9D564 | KNITTED SPORTSWEAR JUMPER | 15.47 | 10,055.50 |

| | Total | $10,055.50 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616535 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49449A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 240 | YDM68J07 | KNITTED COCKTAIL DRESS | 11.62 | 2,788.80 |

| | **Total** | $2,788.80 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616536 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49449C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 160 | YDM68J07 | KNITTED COCKTAIL DRESS | 11.62 | 1,859.20 |

**Total** $1,859.20

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616537 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49449D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 608 | YDM68J07 | KNITTED COCKTAIL DRESS | 11.62 | 7,064.96 |

| | **Total** | $7,064.96 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617701 |

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
   DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50580A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | OEO66G67 | WOVEN CKTL DRESS | 14.44 | 1,039.68 |

| | **Total** | $1,039.68 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617702 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50580B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,901 | OEO66G67 | WOVEN CKTL DRESS | 14.74 | 28,020.74 |

| | | | **Total** | $28,020.74 |
|---|---|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 12/19/2016 | 1617703 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 50275A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 20 | TSW1Y221 | TSW1Y221 | 15.93 | 318.60 |

| | **Total** | $318.60 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617704 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50275B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | TSW1Y221 | WOVEN SPTWR TOP "TAMSIN" | 15.93 | 1,593.00 |

| | **Total** | **$1,593.00** |
|---|-----------|---------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617705 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50275C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,200 | TSW1Y221 | WOVEN SPTWR TOP "TAMSIN" | 15.93 | 19,116.00 |

| | Total | $19,116.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617706 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
        DEPT LA 24406
        PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 50060B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 32 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 1,044.48 |

| | Total | $1,044.48 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617707 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
　　HANA FINANCIAL, INC.
　　　DEPT LA 24406
　　PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 6,528.00 |

| | **Total** | $6,528.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617708 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060F | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 577 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 18,833.28 |

| | **Total** | **$18,833.28** |
|--|-----------|----------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617709 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060P | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 60 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 1,958.40 |

| | **Total** | **$1,958.40** |
|--|-----------|---------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617710 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060Q | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 144 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 4,700.16 |

| | **Total** | **$4,700.16** |
|--|-----------|---------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617711 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50202A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | QVV8B552 | KNITTED JACKET | 29.05 | 10,167.50 |

| | **Total** | $10,167.50 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617712 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50208A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 175 | WQR1S928 | WOVEN SPORTSWEAR TOP | 18.79 | 3,288.25 |

| | **Total** | $3,288.25 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617713 |

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
    DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50208D | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 504 | WQR1S928 | WOVEN SPORTSWEAR TOP | 18.79 | 9,470.16 |

| | **Total** | **$9,470.16** |
|--|-----------|---------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617714 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50268A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20 | ZBA4J494 | WOVEN SPORTSWEAR VEST | 20.52 | 410.40 |

| | **Total** | $410.40 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617715 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
             Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
             Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50268B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 355 | ZBA4J494 | WOVEN SPORTSWEAR VEST | 20.52 | 7,284.60 |

| | Total | $7,284.60 |
|---|---|---|

# Invoice

NYAM, LLC

8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617716 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

| Sold To | Ship To |
|---------|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 | BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Ship Date | Bill of Lading # | Via | Approval # |
|-------------|-------|-----------|------------------|-----|------------|
| 50268C | Net 30 | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,612 | ZBA4J494 | WOVEN SPORTSWEAR VEST | 20.52 | 53,598.24 |

| | Total | $53,598.24 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617717 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
**DEPT LA 24406**
**PASADENA, CA 91185-4406**
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50268E | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 167 | ZBA4J494 | WOVEN SPORTSWEAR VEST | 20.52 | 3,426.84 |

| | **Total** | $3,426.84 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617718 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50060G | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 185 | DUR2G719 | WOVEN SPORTSWEAR PANTS | 32.64 | 6,038.40 |

| | **Total** | $6,038.40 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617719 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50202B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,983 | QVV8B552 | KNITTED JACKET | 29.05 | 57,606.15 |

| | **Total** | $57,606.15 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617720 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50208B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,629 | WQR1S928 | WOVEN SPORTSWEAR TOP | 18.79 | 49,398.91 |

| | **Total** | $49,398.91 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1617721 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50255A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 840 | LHO6W419 | WOVEN CASUAL DRESS | 26.19 | 21,999.60 |

| | **Total** | $21,999.60 |
|--|-----------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618301 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50317A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 368 | MSZ61L06 | KNITTED EVENING DRESS "DAYSHA" | 47.05 | 17,314.40 |

| | **Total** | $17,314.40 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618302 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50317B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 54 | MSZ61L06 | KNITTED EVENING DRESS "DAYSHA" | 47.05 | 2,540.70 |

| | **Total** | $2,540.70 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618303 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50317C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 400 | MSZ61L06 | KNITTED EVENING DRESS "DAYSHA" | 47.05 | 18,820.00 |

| | Total | $18,820.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618304 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50264A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 150 | IVQ69K14 | WOVEN CASUAL DRESS "ANI" | 23.14 | 3,471.00 |

| | **Total** | $3,471.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618305 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50264B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,347 | IVQ69K14 | WOVEN CASUAL DRESS "ANI" | 23.14 | 31,169.58 |

| | **Total** | **$31,169.58** |
|--|-----------|----------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618306 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50264D | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 160 | 1VQ69K14 | WOVEN CASUAL DRESS "ANI" | 23.14 | 3,702.40 |

| | **Total** | $3,702.40 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618307 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50294A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | SAA1Y328 | WOVEN SPTWR TOP "AUDRENNA" | 20.73 | 995.04 |

| | **Total** | **$995.04** |
|--|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618308 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
      DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                           Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50294B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 909 | SAA1Y328 | WOVEN SPTWR TOP "AUDRENNA" | 20.73 | 18,843.57 |

| | Total | $18,843.57 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618309 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50273A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | IVQ1T540 | WOVEN SPTWR TOP "SUZAN" | 21.77 | 1,088.50 |

| | Total | $1,088.50 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618310 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50273B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | IVQ1T540 | WOVEN SPTWR TOP "SUZAN" | 21.77 | 2,177.00 |

| | **Total** | $2,177.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618311 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
               Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
               Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50273C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 498 | IVQ1T540 | WOVEN SPTWR TOP "SUZAN" | 21.77 | 10,841.46 |

| | **Total** | $10,841.46 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618312 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50274A | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | IVQ1Y221 | WOVEN SPTWR TOP "TAMSIN" | 17.61 | 880.50 |

| | **Total** | $880.50 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618313 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50274B | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 150 | IVQ1Y221 | WOVEN SPTWR TOP "TAMSIN" | 17.61 | 2,641.50 |

| | Total | $2,641.50 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618314 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50274C | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 809 | IVQ1Y221 | WOVEN SPTWR TOP "TAMSIN" | 17.61 | 14,246.49 |

| | Total | $14,246.49 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/19/2016 | 1618315 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50274E | Net 30 | | 12/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 359 | IVQ1Y221 | WOVEN SPTWR TOP "TAMSIN" | 17.61 | 6,321.99 |

| | Total | $6,321.99 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
| --- | --- |
| 1/30/2017 | 1618401 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                 Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
| --- | --- | --- | --- | --- | --- | --- |
| 49208F | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 71 | PBH65J30 | KNITTED EVENING DRESS "VEIRA" | 98.89 | 7,021.19 |

| | **Total** | $7,021.19 |
| --- | --- | --- |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618402 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49208K | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | PBH65J30 | KNITTED EVENING DRESS "VEIRA" | 98.89 | 1,780.02 |

| | Total | $1,780.02 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618403 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 3,405.00 |

| | Total | $3,405.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618404 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
. Bank Routing# (Domestic): 322-070-381
  Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 136.20 |

| | Total | $136.20 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618405 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,686 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 19,136.10 |

| | Total | $19,136.10 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618406 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 227.00 |

| | **Total** | $227.00 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618407 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
      Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
      Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 38 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 431.30 |

| | **Total** | $431.30 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618408 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 503280 | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 261 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 2,962.35 |

| | Total | $2,962.35 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618409 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50328H | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,710 | NXX1E924 | KNIT SPTWR TOP "JANN" | 11.35 | 19,408.50 |

| | **Total** | $19,408.50 |
|--|----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618410 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
        DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50278C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 686 | ONW2G773 | KNITTED PANTS | 18.91 | 12,972.26 |

| | Total | $12,972.26 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618501 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49955A | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 815 | EYK6Y570 | KNITTED CASUAL DRESS "JEANNA" | 16.59 | 13,520.85 |

| | **Total** | $13,520.85 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618502 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49208b | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 75 | PBH65J30 | KNITTED EVENING DRESS "VEIRA" | 100.09 | 7,506.75 |

| | Total | $7,506.75 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618503 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-----------------|------------|
| 49208c | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | PBH65J30 | KNITTED EVENING DRESS "VEIRA" | 100.09 | 1,000.90 |

| | **Total** | $1,000.90 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618504 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49351A | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,733 | RPY2F162 | KNITTED PANTS | 18.78 | 32,545.74 |

| | Total | $32,545.74 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618505 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50218B | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 250 | KDX67K21 | KNITTED DRESS | 23.67 | 5,917.50 |

| | **Total** | $5,917.50 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618506 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
      DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
         Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
         Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50218 | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 104 | KDX67K21 | KNITTED DRESS | 23.67 | 2,461.68 |

| | Total | $2,461.68 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618507 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50219A | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 150 | KDX68K46 | KNITTED DRESS | 24.78 | 3,717.00 |

| | **Total** | $3,717.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618508 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50219C | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 613 | KDX68K46 | KNITTED DRESS | 24.78 | 15,190.14 |

| | Total | $15,190.14 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618509 |

### Bill To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

### Ship To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50219D | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 409 | KDX68K46 | KNITTED DRESS | 24.78 | 10,135.02 |

| | **Total** | $10,135.02 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618510 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 502191 | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 29 | KDX68K46 | KNITTED DRESS | 24.78 | 718.62 |

| | **Total** | $718.62 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618511 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50219J | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 232 | KDX68K46 | KNITTED DRESS | 24.78 | 5,748.96 |

| | **Total** | $5,748.96 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618512 |

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
      DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
      Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
      Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50235N | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 43 | KDX1X977 | KNITTED TOP | 18.54 | 797.22 |

| | **Total** | $797.22 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618513 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50235O | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 180 | KDX1X977 | KNITTED TOP | 18.54 | 3,337.20 |

| | **Total** | $3,337.20 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618514 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50278A | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | ONW2G773 | KNITTED PANTS | 20.11 | 965.28 |

| | **Total** | **$965.28** |
|---|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618515 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50278B | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 125 | ONW2G773 | KNITTED PANTS | 20.11 | 2,513.75 |

| | Total | $2,513.75 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618516 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50278e | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 95 | ONW2G773 | KNITTED PANTS | 20.11 | 1,910.45 |

| | **Total** | $1,910.45 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618517 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50235a | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 80 | KDX1X977 | KNITTED TOP | 18.54 | 1,483.20 |

| | **Total** | $1,483.20 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618518 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50235B | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | KDX1X977 | KNITTED TOP | 18.54 | 185.40 |

| | Total | $185.40 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/29/2016 | 1618519 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50235J | Net 30 | | 11/29/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 12 | KDX1X977 | KNITTED TOP | 18.54 | 222.48 |

| | **Total** | $222.48 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618801 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                  Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019H | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,243 | FPL1H514 | KNITTED TOP | 10.73 | 13,337.39 |

| | Total | $13,337.39 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618802 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50197C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 914 | LCS1T584 | KNITTED TOP | 13.50 | 12,339.00 |

| | **Total** | $12,339.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618803 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49792N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 101 | AVR1X780 | KNITTED TOP | 21.17 | 2,138.17 |

| | **Total** | $2,138.17 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618804 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 76 | FPL1H514 | KNITTED TOP | 10.73 | 815.48 |

| | **Total** | $815.48 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618805 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | FPL1H514 | KNITTED TOP | 10.73 | 3,219.00 |

| | Total | $3,219.00 |
|--|-------|-----------|

NYAM, LLC

8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618806 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

| Sold To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| P.O. Number | Terms | Ship Date | Bill of Lading # | Via | Approval # |
|-------------|-------|-----------|------------------|-----|------------|
| 50019G | Net 30 | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,254 | FPL1H514 | KNITTED TOP | 10.73 | 13,455.42 |

| | Total | $13,455.42 |
|--|-------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618807 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 24 | FPL1H514 | KNITTED TOP | 10.73 | 257.52 |

| | **Total** | $257.52 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619107 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 50024J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 31 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 1,965.71 |

| | **Total** | $1,965.71 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618808 |

| Bill To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50019N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 101 | FPL1H514 | KNITTED TOP | 10.73 | 1,083.73 |

| | **Total** | $1,083.73 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618809 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
       Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50197A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 80 | LCS1T584 | KNITTED TOP | 13.50 | 1,080.00 |

| | | **Total** | | $1,080.00 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1618810 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50197B | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20 | LCS1T584 | KNITTED TOP | 13.50 | 270.00 |

| | **Total** | $270.00 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619101 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49348N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 94 | MSY1X597 | WOVEN SPORTSWEAR TOP "RAQUELLE" | 23.08 | 2,169.52 |

| | **Total** | $2,169.52 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619102 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49791L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 28 | MHF1X728 | WOVEN SPORTSWEAR TOP | 22.22 | 622.16 |

| | Total | $622.16 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619103 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49988J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | RND68K17 | WOVEN CKTL DRESS "CARY" | 45.65 | 547.80 |

| | Total | $547.80 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619104 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50024C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 68 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 4,311.88 |

| | | **Total** | | $4,311.88 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619105 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50024D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 760.92 |

| | **Total** | $760.92 |
|---|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619106 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50024E | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,048 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 66,453.68 |

| | Total | $66,453.68 |
|--|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619108 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
         Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
         Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50098E | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 9 | RND4J509 | WOVEN SPTWR JKT "TARIK" | 48.29 | 434.61 |

| | Total | $434.61 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619109 |

### Bill To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

### Ship To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50225C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 82 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 63.41 | 5,199.62 |

| | |
|---|---|
| **Total** | $5,199.62 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619110 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 4,350.00 |

| | **Total** | $4,350.00 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619111 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 217.50 |

| | Total | $217.50 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619112 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,002 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 43,543.50 |

| | **Total** | $43,543.50 |
|--|-----------|------------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619113 |

### Bill To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

### Ship To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374P | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 65 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 1,413.75 |

| | **Total** | $1,413.75 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619114 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50374Q | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 441 | QVV1X224 | KNIT TOP FX SUEDE "CLADIANA" | 21.75 | 9,591.75 |

| | **Total** | $9,591.75 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619115 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50426C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 250 | RPY3G419 | KNIT SKIRT FX LEATHER "KANYA" | 20.70 | 5,175.00 |

| | Total | $5,175.00 |
|--|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619116 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50426F | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,572 | RPY3G419 | KNIT SKIRT FX LEATHER "KANYA" | 20.70 | 32,540.40 |

| | **Total** | $32,540.40 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619117 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50426N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 56 | RPY3G419 | KNIT SKIRT FX LEATHER "KANYA" | 20.70 | 1,159.20 |

| | Total | $1,159.20 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619118 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50426O | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 460 | RPY3G419 | KNIT SKIRT FX LEATHER "KANYA" | 20.70 | 9,522.00 |

| | Total | $9,522.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619119 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50549A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 627 | IPT4G396 | KNITTED JACKET | 45.80 | 28,716.60 |

| | Total | $28,716.60 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619120 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50576A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | UDH2G736 | WOVEN SPTWR PANT "CALLEN" | 75.10 | 751.00 |

| | **Total** | $751.00 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619121 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
           Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
           Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50576C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 70 | UDH2G736 | WOVEN SPTWR PANT "CALLEN" | 75.10 | 5,257.00 |

| | **Total** | $5,257.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619122 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50576E | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2 | UDH2G736 | WOVEN SPTWR PANT "CALLEN" | 75.10 | 150.20 |

| | **Total** | $150.20 |
|--|-----------|---------|

# Invoice

NYAM, LLC

8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619501 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

| Sold To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| P.O. Number | Terms | Ship Date | Bill of Lading # | Via | Approval # |
|-------------|-------|-----------|------------------|-----|------------|
| 50266A | Net 30 | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,200 | 1ZD4G546 | WOVEN SPORTSWEAR JACKET | 44.82 | 53,784.00 |

| | **Total** | $53,784.00 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619502 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 3,735.00 |

| | Total | $3,735.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619503 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 1,867.50 |

| | **Total** | $1,867.50 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619504 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,184 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 44,222.40 |

| | Total | $44,222.40 |
|---|-------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619505 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 21 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 784.35 |

| | **Total** | **$784.35** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619506 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331O | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 200 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 7,470.00 |

| | Total | $7,470.00 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619507 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
**DEPT LA 24406**
**PASADENA, CA 91185-4406**
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 3,932.00 |

| | **Total** | $3,932.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619508 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Bill To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 707.76 |

| | Total | $707.76 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619509 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
         Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
         Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 250 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 9,830.00 |

| | Total | $9,830.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619510 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355H | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 112 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 4,403.84 |

| | **Total** | **$4,403.84** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619511 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355P | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 22 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 865.04 |

| | **Total** | **$865.04** |
|--|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619512 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355Q | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 55 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 2,162.60 |

| | **Total** | $2,162.60 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619513 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50428C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 3,536.00 |

| | **Total** | $3,536.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619514 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
      DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50428E | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 497 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 17,573.92 |

| | Total | $17,573.92 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619515 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50428F | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 970 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 34,299.20 |

| | **Total** | $34,299.20 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619516 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 50428I | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 212.16 |

| | **Total** | $212.16 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619517 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50428J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 15 | RNE4J602 | WOVEN SPTWR JKT "THEODORE" | 35.36 | 530.40 |

| | **Total** | $530.40 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619601 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50293C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | FYB2G763 | WOVEN SPTWR PANT "SUTTON" | 24.73 | 2,473.00 |

| | **Total** | $2,473.00 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619602 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50293F | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 954 | FYB2G763 | WOVEN SPTWR PANT "SUTTON" | 24.73 | 23,592.42 |

| | Total | $23,592.42 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619603 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50293K | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 26 | FYB2G763 | WOVEN SPTWR PANT "SUTTON" | 24.73 | 642.98 |

| | **Total** | **$642.98** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619604 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50331K | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | KCY4J504 | WOVEN SPORTSWEAR JACKET "GERALD" | 37.35 | 224.10 |

| | **Total** | $224.10 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619605 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50355L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | WXV4J504 | WOVEN SPTWR JKT | 39.32 | 235.92 |

| | Total | $235.92 |
|---|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619606 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50638C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,000 | RNE2G853 | WOVEN SPTWR PANT "ETHEN" | 23.26 | 23,260.00 |

| | **Total** | $23,260.00 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619607 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50649A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | RNE2G770 | WOVEN SPTWR PANT "SUTTON" | 22.02 | 2,202.00 |

| | Total | $2,202.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619608 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-------------------|------------|
| 50649C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 525 | RNE2G770 | WOVEN SPTWR PANT "SUTTON" | 22.02 | 11,560.50 |

| | | | **Total** | $11,560.50 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619609 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 506491 | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 11 | RNE2G770 | WOVEN SPTWR PANT "SUTTON" | 22.02 | 242.22 |

| | | | **Total** | $242.22 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619701 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49806C | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 190 | IBK1X782 | KNITTED SPORTSWEAR TOP | 44.70 | 8,493.00 |

| | **Total** | $8,493.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619702 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49806F | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 854 | IBK1X782 | KNITTED SPORTSWEAR TOP | 44.70 | 38,173.80 |

| | **Total** | $38,173.80 |
|---|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619703 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49806G | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,064 | IBK1X782 | KNITTED SPORTSWEAR TOP | 44.70 | 47,560.80 |

| | **Total** | $47,560.80 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619704 |

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
    DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 498061 | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 103 | IBK1X782 | KNITTED SPORTSWEAR TOP | 44.70 | 4,604.10 |

| | | | **Total** | $4,604.10 |

# INVOICE

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619705 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-----------------|-----------|
| 49806m | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 254 | 1BK1X782 | KNITTED SPORTSWEAR TOP | 44.70 | 11,353.80 |

| | **Total** | $11,353.80 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619706 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
             Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
             Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50240b | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 24 | BYM60J91 | WOVEN EVENING DRESS | 69.01 | 1,656.24 |

| | | | **Total** | $1,656.24 |
|--|--|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619707 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50240C | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 75 | BYM60J91 | WOVEN EVENING DRESS | 69.01 | 5,175.75 |

| | **Total** | $5,175.75 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619708 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Bill To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50240F | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 140 | BYM60J91 | WOVEN EVENING DRESS | 69.01 | 9,661.40 |

| | Total | $9,661.40 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619709 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50240L | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 8 | BYM60J91 | WOVEN EVENING DRESS | 69.01 | 552.08 |

| | | | | **Total** | $552.08 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 1619710 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50024K | Net 30 | | 12/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 313 | PUF4J465 | WOVEN SPORTSWEAR JACKET | 64.61 | 20,222.93 |

| | **Total** | $20,222.93 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622201 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 530 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 10,843.80 |

| | **Total** | $10,843.80 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622202 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 52 | RJQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 1,063.92 |

| | Total | $1,063.92 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622203 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
   DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018G | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3,106 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 63,548.76 |

| | **Total** | **$63,548.76** |
|--|-----------|-----------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622204 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018H | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3,038 | RJQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 62,157.48 |

| | **Total** | $62,157.48 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622205 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 110 | RJQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 2,250.60 |

|  |  | **Total** | | $2,250.60 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622206 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018L | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 17 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 347.82 |

| | **Total** | $347.82 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622207 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
    DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                 Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                 Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018M | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 24 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 491.04 |

| | Total | $491.04 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622208 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018N | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 245.52 |

| | Total | $245.52 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622209 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018Q | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 368.28 |

| | Total | $368.28 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622210 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018S | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 67 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 1,370.82 |

| | **Total** | $1,370.82 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622211 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49018T | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 400 | RIQ1X419 | KNIT SPTWR TOP "DENNA" | 20.46 | 8,184.00 |

| | Total | $8,184.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 1/30/2017 | 1622212 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 49543A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 48 | YDM69J78 | KNIT CKTL DRESS | 11.94 | 573.12 |

| | Total | $573.12 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622213 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49543C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 601 | YDM69J78 | KNIT CKTL DRESS | 12.24 | 7,356.24 |

| | Total | $7,356.24 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622214 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
         Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
         Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50058A | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | YDM60G72 | KNIT CASUAL DRESS | 12.05 | 1,205.00 |

| | **Total** | $1,205.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622215 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50058B | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 145 | YDM60G72 | KNIT CASUAL DRESS | 12.05 | 1,747.25 |

| | **Total** | $1,747.25 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622216 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50058C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 955 | YDM60G72 | KNIT CASUAL DRESS | 12.05 | 11,507.75 |

| | | **Total** | $11,507.75 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1622217 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50058D | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 484 | YDM60G72 | KNIT CASUAL DRESS | 12.35 | 5,977.40 |

| | Total | $5,977.40 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1624501 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50910C | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 180 | IBA67L49 | KNITTED EVENING DRESS "JOELA" | 70.68 | 12,722.40 |

| | Total | $12,722.40 |
|--|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/30/2017 | 1619610 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50649J | Net 30 | | 1/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 60 | RNE2G770 | WOVEN SPTWR PANT "SUTTON" | 22.02 | 1,321.20 |

| | **Total** | $1,321.20 |
|---|---|---|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619810 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
           Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
           Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49966B | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,812 | EYK64F95 | KNITTED CASUAL DRESS "AYANA" | 23.61 | 42,781.32 |

| | Total | $42,781.32 |
|---|-------|-----------|

# EXHIBIT C

Unpaid BCBG Invoices from Megalink/NYAM
Not Approved By Hana Financial and Recourse to NYAM LLC

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | NYAM Claim $ |
|---|---|---|---|---|---|---|---|
| MN16110011 | $ 25,072 | 1608001 | $ 4,800 | 50070C | NYAM | 11/28/16 | $ 4,800 |
| | | 1608002 | 20,112 | 50070E | NYAM | 11/28/16 | 20,112 |
| | | 1608003 | 160 | 49643K | NYAM | 11/28/16 | 160 |
| | | | 25,072 | | | | |
| MN16110018 | 112,287 | 1608004 | 150 | 49703L | NYAM | 11/28/16 | 150 |
| | | 1608005 | 10,674 | 49792C | NYAM | 11/28/16 | 10,674 |
| | | 1608006 | 759 | 49792D | NYAM | 11/28/16 | 759 |
| | | 1608007 | 50,263 | 49792G | NYAM | 11/28/16 | 50,263 |
| | | 1608008 | 34,323 | 49792H | NYAM | 11/28/16 | 34,323 |
| | | 1608009 | 213 | 49492K | NYAM | 11/28/16 | 213 |
| | | 1608010 | 10,200 | 49792P | NYAM | 11/28/16 | 10,200 |
| | | 1608011 | 3,392 | 49792O | NYAM | 11/28/16 | 3,392 |
| | | 1608012 | 2,358 | 50019O | NYAM | 11/28/16 | 2,358 |
| | | | 112,332 | | | | |
| MN16090015 | 27,213 | 1612105 | 27,213 | 49411O | NYAM | 11/17/16 | 27,213 |
| MN16110004 | 41,677 | 1616527 | 19,908 | 49544D | NYAM | 11/17/16 | 19,908 |
| | | 1616533 | 10,056 | 49451C | NYAM | 11/17/16 | 10,056 |
| | | 1616535 | 2,789 | 49449A | NYAM | 11/17/16 | 2,789 |
| | | 1616536 | 1,859 | 49449C | NYAM | 11/17/16 | 1,859 |
| | | 1616537 | 7,065 | 49449D | NYAM | 11/17/16 | 7,065 |
| | | | 41,677 | | | | |

**JANUARY 30, 2017 DELIVERY**

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | NYAM Claim $ |
|---|---|---|---|---|---|---|---|
| MN16110019 | $ 25,676 | 1618801 | 13,337 | 50019H | NYAM | 1/30/17 | 13,337 |
| | | 1618802 | 12,339 | 50197C | NYAM | 1/30/17 | 12,339 |
| | | | 25,676 | | | | |
| MN16110020 | 22,319 | 1618803 | 2,138 | 49792N | NYAM | 1/30/17 | 2,138 |
| | | 1618804 | 815 | 50019C | NYAM | 1/30/17 | 815 |
| | | 1618805 | 3,219 | 50019D | NYAM | 1/30/17 | 3,219 |
| | | 1618806 | 13,455 | 50019G | NYAM | 1/30/17 | 13,455 |
| | | 1618807 | 258 | 50019L | NYAM | 1/30/17 | 258 |
| | | 1618808 | 1,084 | 50019N | NYAM | 1/30/17 | 1,084 |
| | | 1618809 | 1,080 | 50197A | NYAM | 1/30/17 | 1,080 |
| | | 1618810 | 270 | 50197B | NYAM | 1/30/17 | 270 |
| | | | 22,319 | | | | |
| MN16110022 | 8,801 | 1618401 | 7,021 | 49208F | NYAM | 1/30/17 | 7,021 |
| | | 1618402 | 1,780 | 49208K | NYAM | 1/30/17 | 1,780 |
| | | | 8,801 | | | | |

Unpaid BCBG Invoices from Megalink/NYAM
Not Approved By Hana Financial and Recourse to NYAM LLC

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | NYAM Claim $ |
|---|---|---|---|---|---|---|---|
| MN16110025 | 45,706 | 1618403 | 3,405 | 50328C | NYAM | 1/30/17 | 3,405 |
| | | 1618404 | 136 | 50328D | NYAM | 1/30/17 | 136 |
| | | 1618405 | 19,136 | 50328G | NYAM | 1/30/17 | 19,136 |
| | | 1618406 | 227 | 50328L | NYAM | 1/30/17 | 227 |
| | | 1618407 | 431 | 50328N | NYAM | 1/30/17 | 431 |
| | | 1618408 | 2,962 | 50328O | NYAM | 1/30/17 | 2,962 |
| | | 1618409 | 19,409 | 50328H | NYAM | 1/30/17 | 19,409 |
| | | | 45,706 | | | | |
| | | | | | | | |
| MN16110027 | 12,972 | 1618410 | 12,972 | 50278C | NYAM | 1/30/17 | 12,972 |
| | | | | | | | |
| MN16110035 | 224,854 | 1619101 | 2,170 | 49348N | NYAM | 1/30/17 | 2,170 |
| | | 1619102 | 622 | 49791L | NYAM | 1/30/17 | 622 |
| | | 1619103 | 548 | 49988J | NYAM | 1/30/17 | 548 |
| | | 1619104 | 4,312 | 50024C | NYAM | 1/30/17 | 4,312 |
| | | 1619105 | 761 | 50024D | NYAM | 1/30/17 | 761 |
| | | 1619106 | 66,454 | 50024E | NYAM | 1/30/17 | 66,454 |
| | | 1619107 | 1,965 | 50024J | NYAM | 1/30/17 | 1,965 |
| | | 1619108 | 435 | 50098E | NYAM | 1/30/17 | 435 |
| | | 1619109 | 5,200 | 50225C | NYAM | 1/30/17 | 5,200 |
| | | 1619110 | 4,350 | 50374C | NYAM | 1/30/17 | 4,350 |
| | | 1619111 | 217 | 50374D | NYAM | 1/30/17 | 217 |
| | | 1619112 | 43,543 | 50374G | NYAM | 1/30/17 | 43,543 |
| | | 1619113 | 1,414 | 50374P | NYAM | 1/30/17 | 1,414 |
| | | 1619114 | 9,592 | 50374Q | NYAM | 1/30/17 | 9,592 |
| | | 1619115 | 5,175 | 50426C | NYAM | 1/30/17 | 5,175 |
| | | 1619116 | 32,540 | 50426F | NYAM | 1/30/17 | 32,540 |
| | | 1619117 | 1,159 | 50426N | NYAM | 1/30/17 | 1,159 |
| | | 1619118 | 9,522 | 50426O | NYAM | 1/30/17 | 9,522 |
| | | 1619119 | 28,717 | 50549A | NYAM | 1/30/17 | 28,717 |
| | | 1619120 | 751 | 50576A | NYAM | 1/30/17 | 751 |
| | | 1619121 | 5,257 | 50576C | NYAM | 1/30/17 | 5,257 |
| | | 1619122 | 150 | 50576E | NYAM | 1/30/17 | 150 |
| | | | 224,854 | | | | |
| | | | | | | | |
| MN16110038 | 189,916 | 1619501 | 53,784 | 50266A | NYAM | 1/30/17 | 53,784 |
| | | 1619502 | 3,735 | 50331C | NYAM | 1/30/17 | 3,735 |
| | | 1619503 | 1,868 | 50331D | NYAM | 1/30/17 | 1,868 |
| | | 1619504 | 44,222 | 50331G | NYAM | 1/30/17 | 44,222 |
| | | 1619505 | 784 | 50331N | NYAM | 1/30/17 | 784 |
| | | 1619506 | 7,470 | 50331O | NYAM | 1/30/17 | 7,470 |
| | | 1619507 | 3,932 | 50355C | NYAM | 1/30/17 | 3,932 |
| | | 1619508 | 708 | 50355D | NYAM | 1/30/17 | 708 |

Unpaid BCBG Invoices from Megalink/NYAM
Not Approved By Hana Financial and Recourse to NYAM LLC

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | NYAM Claim $ |
|---|---|---|---|---|---|---|---|
| | | 1619509 | 9,830 | 50355G | NYAM | 1/30/17 | 9,830 |
| | | 1619510 | 4,404 | 50355H | NYAM | 1/30/17 | 4,404 |
| | | 1619511 | 865 | 50355P | NYAM | 1/30/17 | 865 |
| | | 1619512 | 2,163 | 50355Q | NYAM | 1/30/17 | 2,163 |
| | | 1619513 | 3,536 | 50428C | NYAM | 1/30/17 | 3,536 |
| | | 1619514 | 17,574 | 50428E | NYAM | 1/30/17 | 17,574 |
| | | 1619515 | 34,299 | 50428F | NYAM | 1/30/17 | 34,299 |
| | | 1619516 | 212 | 50428I | NYAM | 1/30/17 | 212 |
| | | 1619517 | 530 | 50428J | NYAM | 1/30/17 | 530 |
| | | | 189,916 | | | | |
| | | | | | | | |
| MN1611037 | 65,754 | 1619601 | 2,473 | 50293C | NYAM | 1/30/17 | 2,473 |
| | | 1619602 | 23,592 | 50293F | NYAM | 1/30/17 | 23,592 |
| | | 1619603 | 643 | 50293K | NYAM | 1/30/17 | 643 |
| | | 1619604 | 224 | 50331K | NYAM | 1/30/17 | 224 |
| | | 1619605 | 236 | 50355L | NYAM | 1/30/17 | 236 |
| | | 1619606 | 23,260 | 50638C | NYAM | 1/30/17 | 23,260 |
| | | 1619607 | 2,202 | 50649A | NYAM | 1/30/17 | 2,202 |
| | | 1619608 | 11,561 | 50649C | NYAM | 1/30/17 | 11,561 |
| | | 1619609 | 242 | 50649I | NYAM | 1/30/17 | 242 |
| | | 1619610 | 1,321 | 50649J | NYAM | 1/30/17 | 1,321 |
| | | | 65,754 | | | | |
| | | | | | | | |
| MN16120009 | 179,239 | 1622201 | 10,844 | 49018C | NYAM | 1/30/17 | 10,844 |
| | | 1622202 | 1,064 | 49018D | NYAM | 1/30/17 | 1,064 |
| | | 1622203 | 63,549 | 49018G | NYAM | 1/30/17 | 63,549 |
| | | 1622204 | 62,157 | 49018H | NYAM | 1/30/17 | 62,157 |
| | | 1622205 | 2,251 | 49018J | NYAM | 1/30/17 | 2,251 |
| | | 1622206 | 348 | 49018L | NYAM | 1/30/17 | 348 |
| | | 1622207 | 491 | 49018M | NYAM | 1/30/17 | 491 |
| | | 1622208 | 245 | 49018N | NYAM | 1/30/17 | 245 |
| | | 1622209 | 368 | 49018Q | NYAM | 1/30/17 | 368 |
| | | 1622210 | 1,371 | 49018S | NYAM | 1/30/17 | 1,371 |
| | | 1622211 | 8,184 | 49018T | NYAM | 1/30/17 | 8,184 |
| | | 1622212 | 573 | 49543A | NYAM | 1/30/17 | 573 |
| | | 1622213 | 7,356 | 49543C | NYAM | 1/30/17 | 7,356 |
| | | 1622214 | 1,205 | 50058A | NYAM | 1/30/17 | 1,205 |
| | | 1622215 | 1,747 | 50058B | NYAM | 1/30/17 | 1,747 |
| | | 1622216 | 11,508 | 50058C | NYAM | 1/30/17 | 11,508 |
| | | 1622217 | 5,978 | 50058D | NYAM | 1/30/17 | 5,978 |
| | | | 179,239 | | | | |
| | | | | | | | |
| MN16120016 | 12,722 | 1624501 | 12,722 | 50910c | NYAM | 1/30/17 | 12,722 |

Unpaid BCBG Invoices from Megalink/NYAM

Not Approved By Hana Financial and Recourse to NYAM LLC

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | NYAM Claim $ |
|---|---|---|---|---|---|---|---|
| **DECEMBER 19, 2016 DELIVERY** | | | | | | | |
| MN16110013 | 34,804 | | 34,804 | 50346A | NYAM | 12/19/16 | 34,804 |
| MN16110009 | 21,028 | 1617703 | 319 | 50275A | NYAM | 12/19/16 | 319 |
| | | 1617704 | 1,593 | 50275B | NYAM | 12/19/16 | 1,593 |
| | | 1617705 | 19,116 | 50275C | NYAM | 12/19/16 | 19,116 |
| | | | 21,028 | | | | |
| MN16110010 | 29,060 | 1617701 | 1,039 | 50580A | NYAM | 12/19/16 | 1,039 |
| | | 1617702 | 28,021 | 50580B | NYAM | 12/19/16 | 28,021 |
| | | | 29,060 | | | | |
| MN16110014 | 199,763 | 1617714 | 410 | 50268A | NYAM | 12/19/16 | 410 |
| | | 1617715 | 7,285 | 50268B | NYAM | 12/19/16 | 7,285 |
| | | 1617716 | 53,598 | 50268C | NYAM | 12/19/16 | 53,598 |
| | | 1617717 | 3,427 | 50268E | NYAM | 12/19/16 | 3,427 |
| | | 1617718 | 6,039 | 50060G | NYAM | 12/19/16 | 6,039 |
| | | 1617719 | 57,606 | 50202B | NYAM | 12/19/16 | 57,606 |
| | | 1617720 | 49,399 | 50208B | NYAM | 12/19/16 | 49,399 |
| | | 1617721 | 21,999 | 50255A | NYAM | 12/19/16 | 21,999 |
| | | | 199,763 | | | | |
| MN16110015 | $ 55,990 | 1617706 | 1,045 | 50060B | NYAM | 12/19/16 | 1,045 |
| | | 1617707 | 6,528 | 50060C | NYAM | 12/19/16 | 6,528 |
| | | 1617708 | 18,833 | 50060F | NYAM | 12/19/16 | 18,833 |
| | | 1617709 | 1,958 | 50060P | NYAM | 12/19/16 | 1,958 |
| | | 1617710 | 4,700 | 50060Q | NYAM | 12/19/16 | 4,700 |
| | | 1617711 | 10,168 | 50202A | NYAM | 12/19/16 | 10,168 |
| | | 1617712 | 3,288 | 50208A | NYAM | 12/19/16 | 3,288 |
| | | 1617713 | 9,470 | 50208D | NYAM | 12/19/16 | 9,470 |
| | | | 55,990 | | | | |
| MN16110021 | 135,054 | 1618301 | 17,314 | 50317A | NYAM | 12/19/16 | 17,314 |
| | | 1618302 | 2,541 | 50317B | NYAM | 12/19/16 | 2,541 |
| | | 1618303 | 18,820 | 50317C | NYAM | 12/19/16 | 18,820 |
| | | 1618304 | 3,471 | 50264A | NYAM | 12/19/16 | 3,471 |
| | | 1618305 | 31,170 | 50264B | NYAM | 12/19/16 | 31,170 |
| | | 1618306 | 3,702 | 50264D | NYAM | 12/19/16 | 3,702 |
| | | 1618307 | 995 | 50294A | NYAM | 12/19/16 | 995 |
| | | 1618308 | 18,844 | 50294B | NYAM | 12/19/16 | 18,844 |
| | | 1618309 | 1,088 | 50273A | NYAM | 12/19/16 | 1,088 |

Unpaid BCBG Invoices from Megalink/NYAM

Not Approved By Hana Financial and Recourse to NYAM LLC

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | NYAM Claim $ |
|---|---|---|---|---|---|---|---|
| MN16110021 | Continued | 1618310 | 2,177 | 50273B | NYAM | 12/19/16 | 2,177 |
| | | 1618311 | 10,841 | 50273C | NYAM | 12/19/16 | 10,841 |
| | | 1618312 | 881 | 50274A | NYAM | 12/19/16 | 881 |
| | | 1618313 | 2,641 | 50274B | NYAM | 12/19/16 | 2,641 |
| | | 1618314 | 14,247 | 50274C | NYAM | 12/19/16 | 14,247 |
| | | 1618315 | 6,322 | 50274E | NYAM | 12/19/16 | 6,322 |
| | | | 135,054 | | | | |

### DECEMBER 8, 2016 DELIVERY

| | | 1619810-NA | 27,003 | 49966B | NYAM | 12/8/16 | 27,003 |
|---|---|---|---|---|---|---|---|

### NOVEMBER 29, 2016 DELIVERY

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | NYAM Claim $ |
|---|---|---|---|---|---|---|---|
| MN16110023 | 8,507 | 1618502 | 7,507 | 49208B | NYAM | 11/29/16 | 7,507 |
| | | 1618503 | 1,001 | 49208C | NYAM | 11/29/16 | 1,001 |
| | | | 8,508 | | | | |
| MN16110024 | 13,521 | 1618501 | 13,521 | 49955A | NYAM | 11/29/16 | 13,521 |
| MN16110026 | 87,850 | 1618504 | 32,546 | 49351A | NYAM | 11/29/16 | 32,546 |
| | | 1618505 | 5,918 | 50218B | NYAM | 11/29/16 | 5,918 |
| | | 1618506 | 2,462 | 50218D | NYAM | 11/29/16 | 2,462 |
| | | 1618507 | 3,717 | 50219A | NYAM | 11/29/16 | 3,717 |
| | | 1618508 | 15,190 | 50219C | NYAM | 11/29/16 | 15,190 |
| | | 1618509 | 10,135 | 50219D | NYAM | 11/29/16 | 10,135 |
| | | 1618510 | 719 | 50219I | NYAM | 11/29/16 | 719 |
| | | 1618511 | 5,749 | 50219J | NYAM | 11/29/16 | 5,749 |
| | | 1618512 | 797 | 50235N | NYAM | 11/29/16 | 797 |
| | | 1618513 | 3,337 | 50235O | NYAM | 11/29/16 | 3,337 |
| | | 1618514 | 965 | 50278A | NYAM | 11/29/16 | 965 |
| | | 1618515 | 2,514 | 50278B | NYAM | 11/29/16 | 2,514 |
| | | 1618516 | 1,910 | 50278E | NYAM | 11/29/16 | 1,910 |
| | | 1618517 | 1,483 | 50235A | NYAM | 11/29/16 | 1,483 |
| | | 1618518 | 185 | 50235B | NYAM | 11/29/16 | 185 |
| | | 1618519 | 223 | 50235J | NYAM | 11/29/16 | 223 |
| | | | 87,850 | | | | |

Unpaid BCBG Invoices from Megalink/NYAM
Not Approved By Hana Financial and Recourse to NYAM LLC

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | NYAM Claim $ |
|---|---|---|---|---|---|---|---|
| **DECEMBER 14, 2016 DELIVERY** | | | | | | | |
| MN16110028 | $  20,223 | 1619710 | 20,223 | 50024K | NYAM | 12/24/16 | 20,223 |
| MN16110029 | 127,093 | 1619701 | 8,493 | 49806C | NYAM | 12/24/16 | 8,493 |
| | | 1619702 | 38,174 | 49806F | NYAM | 12/24/16 | 38,174 |
| | | 1619703 | 47,561 | 49806G | NYAM | 12/24/16 | 47,561 |
| | | 1619704 | 4,604 | 49806L | NYAM | 12/24/16 | 4,604 |
| | | 1619705 | 11,354 | 49806M | NYAM | 12/24/16 | 11,354 |
| | | 1619706 | 1,518 | 50240B | NYAM | 12/24/16 | 1,518 |
| | | 1619707 | 5,176 | 50240C | NYAM | 12/24/16 | 5,176 |
| | | 1619708 | 9,661 | 50240F | NYAM | 12/24/16 | 9,661 |
| | | 1619709 | 552 | 50240L | NYAM | 12/24/16 | 552 |
| | | | 127,093 | | | | |

**Total Amount Due to NYAM**     $   1,754,150

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

Date : 17-Nov-2016

Invoice No. : MN16110011

INVOICE of     LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.     BY AIR

From   HONG KONG To USA

Sailing On/About : 19-Nov-2016

L/C No.

Payment     NET 30 days

Cargo Rec. Date : 17-Nov-2016

Estimated DDP Delivery : 26-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 22 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : U.S.A. | LADIES' 55% ACRYLIC 35% RAYON 10% WOOL KNIT SPTWR TOP "ANAIS" P/O : 50070C Style No. : SKW1X766 | 300 | 16.00 | 4,800.00 |
| | LADIES' 55% ACRYLIC 35% RAYON 10% WOOL KNIT SPTWR TOP "ANAIS" P/O : 50070E Style No. : SKW1X766 | 1,257 | 16.00 | 20,112.00 |
| | LADIES' 95%TENCEL 5%SPANDEX KNIT SPTWR TOP "JAN" P/O : 49643K Style No. : CEP1E924 | 14 | 11.41 | 159.74 |
| | TOTAL | 1,571 PCS | | 25,071.74 |

SAY TOTAL US DOLLARS TWENTY FIVE THOUSAND SEVENTY ONE AND CENTS
SEVENTY FOUR ONLY ***

COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:

HANA FINANCIAL, INC.

DEPT LA 24406

PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial

Beneficiary Account#: 80880-10577

Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017

Receiving Bank Name: East West Bank

Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101

Bank Routing# (Domestic): 322-070-381

Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
         2761 FRUITLAND AVE VERNON
         CALIFORNIA 90058, USA.

Date : 18-Nov-2016
Invoice No. : MN16110018

INVOICE of      LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    BY AIR
From   HONG KONG To USA
L/C No.
Payment        NET 30 days

Sailing On/About : 19-Nov-2016

Cargo Rec. Date : 18-Nov-2016
Estimated DDP Delivery : 22-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 104 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 86% NYLON 8% METALLIC 6% SPANDEX KNITTED TOP P/O : 49703L Style No. : AQA1X767 | 14 | 7.50 | 105.00 |
| | LADIES' 83% NYLON 17% SPANDEX KNITTED TOP P/O : 49792C Style No. : AVR1X780 | 450 | 23.72 | 10,674.00 |
| | LADIES' 83% NYLON 17% SPANDEX KNITTED TOP P/O : 49792D Style No. : AVR1X780 | 32 | 23.72 | 759.04 |
| | LADIES' 83% NYLON 17% SPANDEX KNITTED TOP P/O : 49792G Style No. : AVR1X780 | 2,119 | 23.72 | 50,262.68 |
| | LADIES' 83% NYLON 17% SPANDEX KNITTED TOP P/O : 49792H Style No. : AVR1X780 | 1,447 | 23.72 | 34,322.84 |
| | LADIES' 83% NYLON 17% SPANDEX KNITTED TOP P/O : 49792K Style No. : AVR1X780 | 9 | 23.72 | 213.48 |
| | LADIES' 83% NYLON 17% SPANDEX KNITTED TOP P/O : 49792P Style No. : AVR1X780 | 430 | 23.72 | 10,199.60 |
| | LADIES' 83% NYLON 17% SPANDEX KNITTED TOP P/O : 49792O Style No. : AVR1X780 | 143 | 23.72 | 3,391.96 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED TOP P/O : 50019O Style No. : FPL1H514 | 210 | 11.23 | 2,358.30 |
| | TOTAL | 4,854 PCS | | 112,286.90 |

SAY TOTAL US DOLLARS ONE HUNDRED TWELVE THOUSAND TWO HUNDRED EIGHTY
SIX AND CENTS NINETY ONLY ***
    COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**                                              Date    : 21-Sep-2016
                          2761 FRUITLAND AVE VERNON                                        Invoice No. :  MN16090015
                          CALIFORNIA 90058, USA.
INVOICE of                **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.          BY SEA
From    HONG KONG To USA                                                        Sailing On/About  :26-Sep-2016
L/C No.
Payment                   NET 30 days                                           Cargo Rec. Date    : 21-Sep-2016
                                                                       Estimated DDP Delivery  : 18-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 1771 PIECES OF HANGING GARMENTS FOR PO#4941 1C/D/G/N/O, 49593A/B/D/H/I, 497491/J AND 51 CARTONS FOR PO#49791C/D/F/Q/R | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| NO MARK HANGING GARMENTS | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411C Style No. : RND61K16 | 300 | 77.75 | 23,325.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411D Style No. : RND61K16 | 16 | 77.75 | 1,244.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411G Style No. : RND61K16 | 475 | 77.75 | 36,931.25 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411N Style No. : RND61K16 | 5 | 77.75 | 388.75 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411O Style No. : RND61K16 | 350 | 77.75 | 27,212.50 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593A Style No. : OJZ3G358 | 50 | 35.04 | 1,752.00 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593B Style No. : OJZ3G358 | 10 | 35.04 | 350.40 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593D Style No. : OJZ3G358 | 241 | 35.04 | 8,444.64 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593H Style No. : OJZ3G358 | 10 | 35.04 | 350.40 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593I Style No. : OJZ3G358 | 210 | 35.04 | 7,358.40 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC     8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC  
                    2761 FRUITLAND AVE VERNON  
                    CALIFORNIA 90058, USA.

Date : 21-Sep-2016  
Invoice No. : MN16090015

INVOICE of         LADIES WEARING APPAREL MERCHANDISE  
Shipped Per s.s.     BY SEA  
From   HONG KONG To USA  
L/C No.  
Payment           NET 30 days

Sailing On/About : 26-Sep-2016

Cargo Rec. Date : 21-Sep-2016  
Estimated DDP Delivery : 18-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN COCKTAIL DRESS P/O : 49749I Style No. : MHF61K38 | 69 | 56.04 | 3,866.76 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN COCKTAIL DRESS P/O : 49749J Style No. : MHF61K38 | 35 | 56.04 | 1,961.40 |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791C Style No. : MHF1X728 | 200 | 22.22 | 4,444.00 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791D Style No. : MHF1X728 | 10 | 22.22 | 222.20 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791F Style No. : MHF1X728 | 1,279 | 22.22 | 28,419.38 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791Q Style No. : MHF1X728 | 129 | 22.22 | 2,866.38 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791R Style No. : MHF1X728 | 258 | 22.22 | 5,732.76 |
| | **TOTAL** | 3,647 PCS | | 154,870.22 |

SAY TOTAL US DOLLARS ONE HUNDRED FIFTY FOUR THOUSAND EIGHT HUNDRED SEVENTY AND CENTS TWENTY TWO ONLY ***  
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:  
  HANA FINANCIAL, INC.  
  DEPT LA 24406  
  PASADENA, CA 91185-4406  
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:  
Beneficiary Name: Hana Financial  
Beneficiary Account#: 80880-10577  
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017  
Receiving Bank Name: East West Bank  
Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101  
Bank Routing# (Domestic): 322-070-381

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC                     Date  : 5-Nov-2016
2761 FRUITLAND AVE VERNON                                                        Invoice No. :  MN16110004
CALIFORNIA 90058, USA.
INVOICE of          LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    BY AIR                                                        Sailing On/About :7-Nov-2016
From   HONG KONG To USA
L/C No.                                                                          Cargo Rec. Date   :5-Nov-2016
Payment              NET 30 days                                                 Estimated DDP Delivery  : 12-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 174 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544A Style No. : MGD61I44 | 90 | 23.70 | 2,133.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544C Style No. : MGD61I44 | 110 | 23.70 | 2,607.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544D Style No. : MGD61I44 | 840 | 23.70 | 19,908.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544E Style No. : MGD61I44 | 75 | 24.00 | 1,800.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544F Style No. : MGD61I44 | 102 | 24.00 | 2,448.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49506A Style No. : MGD61I44 | 1,920 | 23.70 | 45,504.00 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED SPORTSWEAR JUMPER P/O : 49451A Style No. : PGZ9D564 | 72 | 15.47 | 1,113.84 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT SPTWR JUMPER P/O : 49451B Style No. : PGZ9D564 | 50 | 15.47 | 773.50 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED SPORTSWEAR JUMPER P/O : 49451C Style No. : PGZ9D564 | 650 | 15.47 | 10,055.50 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT SPTWR JUMPER P/O : 49451E Style No. : PGZ9D564 | 300 | 15.47 | 4,641.00 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED COCKTAIL DRESS P/O : 49449A Style No. : YDM68J07 | 240 | 11.62 | 2,788.80 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC   8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
    2761 FRUITLAND AVE VERNON
    CALIFORNIA 90058, USA.

Date  : 5-Nov-2016
Invoice No. :  MN16110004

INVOICE of    LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    BY AIR
From   HONG KONG To USA
L/C No.
Payment    NET 30 days

Sailing On/About :7-Nov-2016

Cargo Rec. Date   :5-Nov-2016
Estimated DDP Delivery  :12-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED COCKTAIL DRESS P/O : 49449C Style No. : YDM68J07 | 160 | 11.62 | 1,859.20 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED COCKTAIL DRESS P/O : 49449D Style No. : YDM68J07 | 608 | 11.62 | 7,064.96 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CKTL DRESS P/O : 49449G Style No. : YDM68J07 | 742 | 11.91 | 8,837.22 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CKTL DRESS P/O : 49449H Style No. : YDM68J07 | 14 | 11.91 | 166.74 |
| | TOTAL | 5,973 PCS | | 111,700.76 |

SAY TOTAL US DOLLARS ONE HUNDRED ELEVEN THOUSAND SEVEN HUNDRED AND
CENTS SEVENTY SIX ONLY ***
COUNTRY OF ORIGIN  : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK INTERNATIONAL HOLDINGS LTD.

Room 2201-7, 22/F, CEO Tower, 77 Wing Hong Street,
Cheung Sha Wan, Kowloon.

Tel: (852) 2370 8033    Fax: (852) 2370 0643
E-MAIL: info@megalink.com.hk

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
    2761 FRUITLAND AVE VERNON
    CALIFORNIA 90058, USA.

Date : 18-Nov-2016
Invoice No.: MN16110019

INVOICE of     LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    BY SEA
From   HONG KONG To USA

Sailing On/About :21-Nov-2016

L/C No.

Payment      NET 30 days

Cargo Rec. Date :18-Nov-2016
Estimated DDP Delivery :13-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 21 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 95% TENCEL 5% SPANDEX KNITTED TOP P/O : 50019H Style No. : FPL1H514 | 1,243 | 10.73 | 13,337.39 |
| | LADIES' 95% MODAL 5% SPANDEX KNITTED TOP P/O : 50197C Style No. : LCS1T584 | 914 | 13.50 | 12,339.00 |
| | TOTAL | 2,157 PCS | | 25,676.39 |

SAY TOTAL US DOLLARS TWENTY FIVE THOUSAND SIX HUNDRED SEVENTY SIX AND
CENTS THIRTY NINE ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date  : 18-Nov-2016
Invoice No. :  MN16110020

**INVOICE of**    LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    BY SEA
From   HONG KONG To USA
L/C No.
Payment    NET 30 days

Sailing On/About  :21-Nov-2016

Cargo Rec. Date  :18-Nov-2016
Estimated DDP Delivery  :13-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 25 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 83% NYLON 17% SPANDEX KNITTED TOP P/O : 49792N Style No. : AVR1X780 | 101 | 21.17 | 2,138.17 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED TOP P/O : 50019C Style No. : FPL1H514 | 76 | 10.73 | 815.48 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED TOP P/O : 50019D Style No. : FPL1H514 | 300 | 10.73 | 3,219.00 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED TOP P/O : 50019G Style No. : FPL1H514 | 1,254 | 10.73 | 13,455.42 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED TOP P/O : 50019L Style No. : FPL1H514 | 24 | 10.73 | 257.52 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED TOP P/O : 50019N Style No. : FPL1H514 | 101 | 10.73 | 1,083.73 |
| | LADIES' 95% MODAL 5% SPANDEX KNITTED TOP P/O : 50197A Style No. : LCS1T584 | 80 | 13.50 | 1,080.00 |
| | LADIES' 95% MODAL 5% SPANDEX KNITTED TOP P/O : 50197B Style No. : LCS1T584 | 20 | 13.50 | 270.00 |
| | TOTAL | 1,956 PCS | | 22,319.32 |

SAY TOTAL US DOLLARS TWENTY TWO THOUSAND THREE HUNDRED NINETEEN AND
CENTS THIRTY TWO ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
   DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave
West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**
            2761 FRUITLAND AVE VERNON
            CALIFORNIA 90058, USA.
INVOICE of        LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    BY SEA
From   HONG KONG To USA
L/C No.
Payment        NET 30 days

Date    :  18-Nov-2016
Invoice No. :  MN16110020

Sailing On/About  : 21-Nov-2016

Cargo Rec. Date    : 18-Nov-2016
Estimated DDP Delivery  : 13-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | Beneficiary Name: Hana Financial | | | |
| | Beneficiary Account#: 80880-10577 | | | |
| | Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017 | | | |
| | Receiving Bank Name: East West Bank | | | |
| | Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101 | | | |
| | Bank Routing# (Domestic): 322-070-381 | | | |
| | Bank Swift Code (International): EWBKUS66XXX | | | |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC        Date : 23-Nov-2016
     2761 FRUITLAND AVE VERNON        Invoice No.: MN16110022
     CALIFORNIA 90058, USA.        Rev. : 01 - 25-Nov-2016
INVOICE of      LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.      BY SEA        Sailing On/About :28-Nov-2016
From   HONG KONG To USA
L/C No.        Cargo Rec. Date : 23-Nov-2016
Payment      NET 30 days        Estimated DDP Delivery : 20-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 3 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 100%NYLON KNIT EVENING DRESS "VEIRA" P/O : 49208F Style No. : PBH65J30 | 71 | 98.89 | 7,021.19 |
| | LADIES' 100%NYLON KNIT EVENING DRESS "VEIRA" P/O : 49208K Style No. : PBH65J30 | 18 | 98.89 | 1,780.02 |
| | TOTAL | 89 PCS | | 8,801.21 |

SAY TOTAL US DOLLARS EIGHT THOUSAND EIGHT HUNDRED ONE AND CENTS
TWENTY ONE ONLY ***
COUNTRY OF ORIGIN     : CHINA

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
   DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

**8527 Melrose Ave**

**West Hollywood, CA 90069**

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date   : 24-Nov-2016
Invoice No. : MN16110025

**INVOICE of**      LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.      A VESSEL
From   HONG KONG To USA
L/C No.
Payment           NET 30 days

Sailing On/About  :28-Nov-2016

Cargo Rec. Date  :24-Nov-2016
Estimated DDP Delivery  :20-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 36 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 95%TENCEL 5%SPANDEX KNIT SPTWR TOP "JANN" P/O : 50328C Style No. : NXX1E924 | 300 | 11.35 | 3,405.00 |
| | LADIES' 95%TENCEL 5%SPANDEX KNIT SPTWR TOP "JANN" P/O : 50328D Style No. : NXX1E924 | 12 | 11.35 | 136.20 |
| | LADIES' 95%TENCEL 5%SPANDEX KNIT SPTWR TOP "JANN" P/O : 50328G Style No. : NXX1E924 | 1,686 | 11.35 | 19,136.10 |
| | LADIES' 95%TENCEL 5%SPANDEX KNIT SPTWR TOP "JANN" P/O : 50328L Style No. : NXX1E924 | 20 | 11.35 | 227.00 |
| | LADIES' 95%TENCEL 5%SPANDEX KNIT SPTWR TOP "JANN" P/O : 50328N Style No. : NXX1E924 | 38 | 11.35 | 431.30 |
| | LADIES' 95%TENCEL 5%SPANDEX KNIT SPTWR TOP "JANN" P/O : 50328O Style No. : NXX1E924 | 261 | 11.35 | 2,962.35 |
| | LADIES' 95%TENCEL 5%SPANDEX KNIT SPTWR TOP "JANN" P/O : 50328H Style No. : NXX1E924 | 1,710 | 11.35 | 19,408.50 |
| | TOTAL | 4,027 PCS | | 45,706.45 |

SAY TOTAL US DOLLARS FORTY FIVE THOUSAND SEVEN HUNDRED SIX AND CENTS
FORTY FIVE ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC                    Date   :  23-Nov-2016
                      2761 FRUITLAND AVE VERNON                    Invoice No. :  MN16110027
                      CALIFORNIA 90058, USA.

**INVOICE of**           LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.        BY SEA

From   HONG KONG To USA              Sailing On/About  :28-Nov-2016

L/C No.

Payment           NET 30 days           Cargo Rec. Date   :23-Nov-2016
                          Estimated DDP Delivery  :20-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 23 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED PANTS P/O : 50278C Style No. : ONW2G773 | 686 | 18.91 | 12,972.26 |
| | TOTAL | 686 PCS | | 12,972.26 |
| | SAY TOTAL US DOLLARS TWELVE THOUSAND NINE HUNDRED SEVENTY TWO AND CENTS TWENTY SIX ONLY *** COUNTRY OF ORIGIN     : CHINA | | | |

This invoice is assigned to, owned by, and payable only to:

  HANA FINANCIAL, INC.

  DEPT LA 24406

  PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial

Beneficiary Account#: 80880-10577

Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017

Receiving Bank Name: East West Bank

Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101

Bank Routing# (Domestic): 322-070-381

Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC   8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

Date : 29-Nov-2016

Invoice No. : MN16110035

INVOICE of          LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.      BY SEA

From   HONG KONG To USA

L/C No.

Payment             NET 30 days

Sailing On/About :4-Dec-2016

Cargo Rec. Date   :29-Nov-2016

Estimated DDP Delivery :27-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 53% RAYON 47% COTTON WOVEN SPTWR PANT "CALLEN" P/O : 50576A Style No. : UDH2G736 | 10 | 75.10 | 751.00 |
| | LADIES' 53% RAYON 47% COTTON WOVEN SPTWR PANT "CALLEN" P/O : 50576C Style No. : UDH2G736 | 70 | 75.10 | 5,257.00 |
| | LADIES' 53% RAYON 47% COTTON WOVEN SPTWR PANT "CALLEN" P/O : 50576E Style No. : UDH2G736 | 2 | 75.10 | 150.20 |
| | TOTAL | 7,149 PCS | | 224,853.80 |

SAY TOTAL US DOLLARS TWO HUNDRED TWENTY FOUR THOUSAND EIGHT HUNDRED FIFTY THREE AND CENTS EIGHTY ONLY ***

COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:

**HANA FINANCIAL, INC.**

**DEPT LA 24406**

**PASADENA, CA 91185-4406**

To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial

Beneficiary Account#: 80880-10577

Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017

Receiving Bank Name: East West Bank

Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101

Bank Routing# (Domestic): 322-070-381

Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

**8527 Melrose Ave**

**West Hollywood, CA 90069**

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date   : 30-Nov-2016
Invoice No.: MN16110038

INVOICE of       LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.   BY SEA
From   DALIAN, CHINA To USA

Sailing On/About  : 6-Dec-2016

L/C No.
Payment        NET 30 days

Cargo Rec. Date  : 30-Nov-2016
Estimated DDP Delivery : 30-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 4900 PIECES OF HANGING GARMENTS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| NO MARK HANGING GARMENTS | LADIES' 63%POLYESTER 32%VISCOSE 5%SPANDEX WOVEN SPTWR JKT "ABREE" P/O : 50266A Style No. : IZD4G546 | 1,200 | 44.82 | 53,784.00 |
| | LADIES' 100% COTTON WOVEN SPORTSWEAR JACKET "GERALD" P/O : 50331C Style No. : KCY4J504 | 100 | 37.35 | 3,735.00 |
| | LADIES' 100% COTTON WOVEN SPORTSWEAR JACKET "GERALD" P/O : 50331D Style No. : KCY4J504 | 50 | 37.35 | 1,867.50 |
| | LADIES' 100% COTTON WOVEN SPORTSWEAR JACKET "GERALD" P/O : 50331G Style No. : KCY4J504 | 1,184 | 37.35 | 44,222.40 |
| | LADIES' 100% COTTON WOVEN SPORTSWEAR JACKET "GERALD" P/O : 50331N Style No. : KCY4J504 | 21 | 37.35 | 784.35 |
| | LADIES' 100% COTTON WOVEN SPTWR JKT "GERALD" P/O : 50331O Style No. : KCY4J504 | 200 | 37.35 | 7,470.00 |
| | LADIES' 81%POLY 15%RAYON 4%SPANDEX WOVEN SPTWR JKT P/O : 50355C Style No. : WXV4J504 | 100 | 39.32 | 3,932.00 |
| | LADIES' 81%POLY 15%RAYON 4%SPANDEX WOVEN SPTWR JKT P/O : 50355D Style No. : WXV4J504 | 18 | 39.32 | 707.76 |
| | LADIES' 81%POLY 15%RAYON 4%SPANDEX WOVEN SPTWR JKT P/O : 50355G Style No. : WXV4J504 | 250 | 39.32 | 9,830.00 |
| | LADIES' 81%POLY 15%RAYON 4%SPANDEX WOVEN SPTWR JKT P/O : 50355H Style No. : WXV4J504 | 112 | 39.32 | 4,403.84 |
| | LADIES' 81%POLY 15%RAYON 4%SPANDEX WOVEN SPTWR JKT P/O : 50355P Style No. : WXV4J504 | 22 | 39.32 | 865.04 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

**For account and Risk of : BCBG MAX AZRIA GROUP, LLC**
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date  : 30-Nov-2016
Invoice No. : MN16110038

**INVOICE of**        LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.      BY SEA                                          Sailing On/About : 6-Dec-2016
From  DALIAN, CHINA To USA
L/C No.                                                              Cargo Rec. Date  : 30-Nov-2016
Payment              NET 30 days                                     Estimated DDP Delivery : 30-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 81%POLY 15%RAYON 4%SPANDEX WOVEN SPTWR JKT P/O : 50355Q Style No. : WXV4J504 | 55 | 39.32 | 2,162.60 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR JKT "THEODORE" P/O : 50428C Style No. : RNE4J602 | 100 | 35.36 | 3,536.00 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR JKT "THEODORE" P/O : 50428E Style No. : RNE4J602 | 497 | 35.36 | 17,573.92 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR JKT "THEODORE" P/O : 50428F Style No. : RNE4J602 | 970 | 35.36 | 34,299.20 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR JKT "THEODORE" P/O : 50428I Style No. : RNE4J602 | 6 | 35.36 | 212.16 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR JKT "THEODORE" P/O : 50428J Style No. : RNE4J602 | 15 | 35.36 | 530.40 |
| | TOTAL | 4,900 PCS | | 189,916.17 |

SAY TOTAL US DOLLARS ONE HUNDRED EIGHTY NINE THOUSAND NINE HUNDRED SIXTEEN AND CENTS SEVENTEEN ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

Date  : 30-Nov-2016

2761 FRUITLAND AVE VERNON

Invoice No. :  MN16110037

CALIFORNIA 90058, USA.

INVOICE of          LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.      BY SEA

Sailing On/About :4-Dec-2016

From   DALIAN, CHINA To USA

L/C No.

Cargo Rec. Date  : 30-Nov-2016

Payment           NET 30 days

Estimated DDP Delivery : 30-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 96 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 100%COTTON WOVEN SPTWR PANT "SUTTON" P/O : 50293C Style No. : FYB2G763 | 100 | 24.73 | 2,473.00 |
| | LADIES' 100%COTTON WOVEN SPTWR PANT "SUTTON" P/O : 50293F Style No. : FYB2G763 | 954 | 24.73 | 23,592.42 |
| | LADIES' 100%COTTON WOVEN SPTWR PANT "SUTTON" P/O : 50293K Style No. : FYB2G763 | 26 | 24.73 | 642.98 |
| | LADIES' 100% COTTON WOVEN SPTWR JKT "GERALD" P/O : 50331K Style No. : KCY4J504 | 6 | 37.35 | 224.10 |
| | LADIES' 81%POLY 15%RAYON 4%SPANDEX WOVEN SPTWR JKT P/O : 50355L Style No. : WXV4J504 | 6 | 39.32 | 235.92 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR PANT "ETHEN" P/O : 50638C Style No. : RNE2G853 | 1,000 | 23.26 | 23,260.00 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR PANT "SUTTON" P/O : 50649A Style No. : RNE2G770 | 100 | 22.02 | 2,202.00 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR PANT "SUTTON" P/O : 50649C Style No. : RNE2G770 | 525 | 22.02 | 11,560.50 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR PANT "SUTTON" P/O : 50649I Style No. : RNE2G770 | 11 | 22.02 | 242.22 |
| | LADIES' 98%COTTON 2%SPANDEX WOVEN SPTWR PANT "SUTTON" P/O : 50649J Style No. : RNE2G770 | 60 | 22.02 | 1,321.20 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**  
2761 FRUITLAND AVE VERNON  
CALIFORNIA 90058, USA.

Date    : 30-Nov-2016  
Invoice No. :  MN16110037

**INVOICE of**        LADIES WEARING APPAREL MERCHANDISE  
Shipped Per s.s.        BY SEA  
From    DALIAN, CHINA To USA

Sailing On/About  :4-Dec-2016

L/C No.  
Payment                NET 30 days

Cargo Rec. Date    :30-Nov-2016  
Estimated DDP Delivery  :30-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL | 2,788 PCS | | 65,754.34 |

**SAY TOTAL US DOLLARS SIXTY FIVE THOUSAND SEVEN HUNDRED FIFTY FOUR AND CENTS THIRTY FOUR ONLY ***
COUNTRY OF ORIGIN      : CHINA**

This invoice is assigned to, owned by, and payable only to:  
HANA FINANCIAL, INC.  
DEPT LA 24406  
PASADENA, CA 91185-4406  
To whom prompt notice must be given of any objections to  
payment. Payment made to any other party does not  
constitute valid payment. collection@hanafinancial.com

Wire Instruction:  
Beneficiary Name: Hana Financial  
Beneficiary Account#: 80880-10577  
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los  
Angeles, CA 90017  
Receiving Bank Name: East West Bank  
Receiving Bank Address: 135 N. Robles Ave, Suite 600,  
Pasadena, CA 91101  
Bank Routing# (Domestic): 322-070-381  
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

## West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date : 16-Dec-2016
Invoice No. : MN16120009

INVOICE of          LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    AIR
From   HONG KONG To USA                          Sailing On/About : 18-Dec-2016
L/C No.
Payment             NET 30 days                  Cargo Rec. Date : 16-Dec-2016
Estimated DDP Delivery : 23-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 240 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018C Style No. : RIQ1X419 | 530 | 20.46 | 10,843.80 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018D Style No. : RIQ1X419 | 52 | 20.46 | 1,063.92 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018G Style No. : RIQ1X419 | 3,106 | 20.46 | 63,548.76 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018H Style No. : RIQ1X419 | 3,038 | 20.46 | 62,157.48 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018J Style No. : RIQ1X419 | 110 | 20.46 | 2,250.60 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018L Style No. : RIQ1X419 | 17 | 20.46 | 347.82 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018M Style No. : RIQ1X419 | 24 | 20.46 | 491.04 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018N Style No. : RIQ1X419 | 12 | 20.46 | 245.52 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018Q Style No. : RIQ1X419 | 18 | 20.46 | 368.28 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018S Style No. : RIQ1X419 | 67 | 20.46 | 1,370.82 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "DENNA" P/O : 49018T Style No. : RIQ1X419 | 400 | 20.46 | 8,184.00 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of**   LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.   AIR
From   HONG KONG To USA
L/C No.
Payment   NET 30 days

Date   : 16-Dec-2016
Invoice No. : MN16120009

Sailing On/About : 18-Dec-2016

Cargo Rec. Date : 16-Dec-2016
Estimated DDP Delivery : 23-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CKTL DRESS P/O : 49543A Style No. : YDM69J78 | 48 | 11.94 | 573.12 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CKTL DRESS P/O : 49543C Style No. : YDM69J78 | 601 | 12.24 | 7,356.24 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CASUAL DRESS P/O : 50058A Style No. : YDM60G72 | 100 | 12.05 | 1,205.00 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CASUAL DRESS P/O : 50058B Style No. : YDM60G72 | 145 | 12.05 | 1,747.25 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CASUAL DRESS P/O : 50058C Style No. : YDM60G72 | 955 | 12.05 | 11,507.75 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CASUAL DRESS P/O : 50058D Style No. : YDM60G72 | 484 | 12.35 | 5,977.40 |
| | TOTAL | 9,707 PCS | | 179,238.80 |

SAY TOTAL US DOLLARS ONE HUNDRED SEVENTY NINE THOUSAND TWO HUNDRED
THIRTY EIGHT AND CENTS EIGHTY ONLY ***
COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
　　　　　　　　2761 FRUITLAND AVE VERNON
　　　　　　　　CALIFORNIA 90058. USA.

Date : 28-Dec-2016
Invoice No. : MN16120016

**INVOICE of**　　　LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.　　BY AIR
From　SHANGHAI, CHINA To USA
L/C No.
Payment　　　　NET 30 days

Sailing On/About : 29-Dec-2016

Cargo Rec. Date : 28-Dec-2016
Estimated DDP Delivery : 3-Jan-2017

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 8 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 100% POLYESTER KNITTED EVENING DRESS "JOELA" P/O : 50910C Style No. : IBA67L49 | 180 | 70.68 | 12,722.40 |
| | TOTAL | 180 PCS | | 12,722.40 |

SAY TOTAL US DOLLARS TWELVE THOUSAND SEVEN HUNDRED TWENTY TWO AND
CENTS FORTY ONLY ***
COUNTRY OF ORIGIN　　　: CHINA

This invoice is assigned to, owned by, and payable only to:
　　HANA FINANCIAL, INC.
　　DEPT LA 24406
　　PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
           2761 FRUITLAND AVE VERNON
           CALIFORNIA 90058, USA.

INVOICE of       LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.      A VESSEL
From  CHINA To USA
L/C No.
Payment       NET 30 days

Date :  18-Nov-2016
Invoice No.:  MN16110013

Sailing On/About :20-Nov-2016

Cargo Rec. Date  :18-Nov-2016
Estimated DDP Delivery  :11-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 42 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : U.S.A. | LADIES' 52% RAYON 27% COTTON 21% NYLON KNITTED EVENING DRESS P/O : 50346A Style No. : MGD61J44 | 1,476 | 23.58 | 34,804.08 |
| | TOTAL | 1,476 PCS | | 34,804.08 |

SAY TOTAL US DOLLARS THIRTY FOUR THOUSAND EIGHT HUNDRED FOUR AND
CENTS EIGHT ONLY ***
COUNTRY OF ORIGIN : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

**West Hollywood, CA 90069**

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
    2761 FRUITLAND AVE VERNON
    CALIFORNIA 90058, USA.

Date    : 13-Nov-2016
Invoice No. : MN16110009

**INVOICE of**    LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    A VESSEL
From    SHANGHAI, CHINA To USA
L/C No.
Payment    NET 30 days

Sailing On/About : 18-Nov-2016

Cargo Rec. Date    : 13-Nov-2016
Estimated DDP Delivery : 8-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 27 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 100%COTTON WOVEN SPTWR TOP "TAMSIN" P/O : 50275A Style No. : TSW1Y221 | 20 | 15.93 | 318.60 |
| | LADIES' 100%COTTON WOVEN SPTWR TOP "TAMSIN" P/O : 50275B Style No. : TSW1Y221 | 100 | 15.93 | 1,593.00 |
| | LADIES' 100%COTTON WOVEN SPTWR TOP "TAMSIN" P/O : 50275C Style No. : TSW1Y221 | 1,200 | 15.93 | 19,116.00 |
| | TOTAL | 1,320 PCS | | 21,027.60 |

SAY TOTAL US DOLLARS TWENTY ONE THOUSAND TWENTY SEVEN AND CENTS SIXTY ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
    DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

Date   :  15-Nov-2016

2761 FRUITLAND AVE VERNON

Invoice No. :  MN16110010

CALIFORNIA 90058, USA.

**INVOICE of**   LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.   A VESSEL

Sailing On/About  :18-Nov-2016

From   SHANGHAI, CHINA To USA

L/C No.

Cargo Rec. Date   :15-Nov-2016

Payment   NET 30 days

Estimated DDP Delivery  :8-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 50 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 100%POLYESTER WOVEN CKTL DRESS P/O : 50580A Style No. : OEO66G67 | 72 | 14.44 | 1,039.68 |
| | LADIES' 100%POLYESTER WOVEN CKTL DRESS P/O : 50580B Style No. : OEO66G67 | 1,901 | 14.74 | 28,020.74 |
| | TOTAL | 1,973 PCS | | 29,060.42 |

SAY TOTAL US DOLLARS TWENTY NINE THOUSAND SIXTY AND CENTS FORTY TWO ONLY ***

COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date : 15-Nov-2016
Invoice No. : MN16110014

INVOICE of        LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.        BY SEA

From    SHANGHAI, CHINA To USA

L/C No.

Payment            NET 30 days

Sailing On/About : 18-Nov-2016

Cargo Rec. Date : 15-Nov-2016
Estimated DDP Delivery : 7-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 3154 PIECES OF HANGING GARMENTS FOR PO#50268A/B/C/E & 177 CARTONS FOR PO#50060G, 50202B, 50208B, 50255A | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| NO MARK HANGING GARMENTS | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR VEST P/O : 50268A Style No. : ZBA4J494 | 20 | 20.52 | 410.40 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR VEST P/O : 50268B Style No. : ZBA4J494 | 355 | 20.52 | 7,284.60 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR VEST P/O : 50268C Style No. : ZBA4J494 | 2,612 | 20.52 | 53,598.24 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR VEST P/O : 50268E Style No. : ZBA4J494 | 167 | 20.52 | 3,426.84 |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 88% POLYESTER 12% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50060G Style No. : DUR2G719 | 185 | 32.64 | 6,038.40 |
| | LADIES' 94% POLYESTER 6% SPANDEX KNITTED JACKET P/O : 50202B Style No. : QVV8B552 | 1,983 | 29.05 | 57,606.15 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TOP P/O : 50208B Style No. : WQR1S928 | 2,629 | 18.79 | 49,398.91 |
| | LADIES' 63% LYOCELL 37% COTTON WOVEN CASUAL DRESS P/O : 50255A Style No. : LHO6W419 | 840 | 26.19 | 21,999.60 |
| | TOTAL | 8,791 PCS | | 199,763.14 |

SAY TOTAL US DOLLARS ONE HUNDRED NINETY NINE THOUSAND SEVEN HUNDRED SIXTY THREE AND CENTS FOURTEEN ONLY ***

COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:

**HANA FINANCIAL, INC.**
**DEPT LA 24406**
**PASADENA, CA 91185-4406**

To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

Date   : 15-Nov-2016

Invoice No. :   MN16110015

INVOICE of         LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.        BY SEA

From   SHANGHAI, CHINA To USA

L/C No.

Payment          NET 30 days

Sailing On/About : 18-Nov-2016

Cargo Rec. Date  : 15-Nov-2016

Estimated DDP Delivery : 7-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 73 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 88% POLYESTER 12% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50060B Style No. : DUR2G719 | 32 | 32.64 | 1,044.48 |
| | LADIES' 88% POLYESTER 12% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50060C Style No. : DUR2G719 | 200 | 32.64 | 6,528.00 |
| | LADIES' 88% POLYESTER 12% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50060F Style No. : DUR2G719 | 577 | 32.64 | 18,833.28 |
| | LADIES' 88% POLYESTER 12% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50060P Style No. : DUR2G719 | 60 | 32.64 | 1,958.40 |
| | LADIES' 88% POLYESTER 12% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50060Q Style No. : DUR2G719 | 144 | 32.64 | 4,700.16 |
| | LADIES' 94% POLYESTER 6% SPANDEX KNITTED JACKET P/O : 50202A Style No. : QVV8B552 | 350 | 29.05 | 10,167.50 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TOP P/O : 50208A Style No. : WQR1S928 | 175 | 18.79 | 3,288.25 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TOP P/O : 50208D Style No. : WQR1S928 | 504 | 18.79 | 9,470.16 |
| | TOTAL | 2,042 PCS | | 55,990.23 |

SAY TOTAL US DOLLARS FIFTY FIVE THOUSAND NINE HUNDRED NINETY AND CENTS
TWENTY THREE ONLY ***

COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:

HANA FINANCIAL, INC.

DEPT LA 24406

PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

**8527 Melrose Ave**

**West Hollywood, CA 90069**

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date : 22-Nov-2016
Invoice No. : MN16110021

**INVOICE of**       **LADIES WEARING APPAREL MERCHANDISE**

Shipped Per s.s.       BY SEA

From   SHANGHAI, CHINA To USA

L/C No.

Payment            NET 30 days

Sailing On/About : 25-Nov-2016

Cargo Rec. Date : 22-Nov-2016
Estimated DDP Delivery : 15-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 131 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 62%POLYESTER 38%NYLON KNIT EVENING DRESS "DAYSHA" P/O : 50317A Style No. : MSZ61L06 | 368 | 47.05 | 17,314.40 |
| | LADIES' 62%POLYESTER 38%NYLON KNIT EVENING DRESS "DAYSHA" P/O : 50317B Style No. : MSZ61L06 | 54 | 47.05 | 2,540.70 |
| | LADIES' 62%POLYESTER 38%NYLON KNIT EVENING DRESS "DAYSHA" P/O : 50317C Style No. : MSZ61L06 | 400 | 47.05 | 18,820.00 |
| | LADIES' 100%COTTON WOVEN CASUAL DRESS "ANI" P/O : 50264A Style No. : IVQ69K14 | 150 | 23.14 | 3,471.00 |
| | LADIES' 100%COTTON WOVEN CASUAL DRESS "ANI" P/O : 50264B Style No. : IVQ69K14 | 1,347 | 23.14 | 31,169.58 |
| | LADIES' 100%COTTON WOVEN CASUAL DRESS "ANI" P/O : 50264D Style No. : IVQ69K14 | 160 | 23.14 | 3,702.40 |
| | LADIES' 100% COTTON WOVEN SPTWR TOP "AUDRENNA" P/O : 50294A Style No. : SAA1Y328 | 48 | 20.73 | 995.04 |
| | LADIES' 100% COTTON WOVEN SPTWR TOP "AUDRENNA" P/O : 50294B Style No. : SAA1Y328 | 909 | 20.73 | 18,843.57 |
| | LADIES' 100%COTTON WOVEN SPTWR TOP "SUZAN" P/O : 50273A Style No. : IVQ1T540 | 50 | 21.77 | 1,088.50 |
| | LADIES' 100%COTTON WOVEN SPTWR TOP "SUZAN" P/O : 50273B Style No. : IVQ1T540 | 100 | 21.77 | 2,177.00 |
| | LADIES' 100%COTTON WOVEN SPTWR TOP "SUZAN" P/O : 50273C Style No. : IVQ1T540 | 498 | 21.77 | 10,841.46 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**

        2761 FRUITLAND AVE VERNON

        CALIFORNIA 90058, USA.

**INVOICE of**        **LADIES WEARING APPAREL MERCHANDISE**

Shipped Per s.s.      **BY SEA**

From    SHANGHAI, CHINA To USA

L/C No.

Payment          NET 30 days

Date  :  22-Nov-2016

Invoice No. :  MN16110021

Sailing On/About :25-Nov-2016

Cargo Rec. Date  :22-Nov-2016

Estimated DDP Delivery  : 15-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 100%COTTON WOVEN SPTWR TOP "TAMSIN" P/O : 50274A Style No. : IVQ1Y221 | 50 | 17.61 | 880.50 |
| | LADIES' 100%COTTON WOVEN SPTWR TOP "TAMSIN" P/O : 50274B Style No. : IVQ1Y221 | 150 | 17.61 | 2,641.50 |
| | LADIES' 100%COTTON WOVEN SPTWR TOP "TAMSIN" P/O : 50274C Style No. : IVQ1Y221 | 809 | 17.61 | 14,246.49 |
| | LADIES' 100%COTTON WOVEN SPTWR TOP "TAMSIN" P/O : 50274E Style No. : IVQ1Y221 | 359 | 17.61 | 6,321.99 |
| | TOTAL | 5,452 PCS | | 135,054.13 |

**SAY TOTAL US DOLLARS ONE HUNDRED THIRTY FIVE THOUSAND FIFTY FOUR AND CENTS THIRTEEN ONLY ***

COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:

**HANA FINANCIAL, INC.**

**DEPT LA 24406**

**PASADENA, CA 91185-4406**

To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial

Beneficiary Account#: 80880-10577

Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017

Receiving Bank Name: East West Bank

Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101

Bank Routing# (Domestic): 322-070-381

Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
    2761 FRUITLAND AVE VERNON
    CALIFORNIA 90058, USA.

Date  : 23-Nov-2016
Invoice No.: MN16110023

INVOICE of           LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.        BY AIR
From  HONG KONG To USA

Sailing On/About :27-Nov-2016

L/C No.
Payment           NET 30 days

Cargo Rec. Date  : 23-Nov-2016
Estimated DDP Delivery :2-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 3 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 100%NYLON KNIT EVENING DRESS "VEIRA" P/O : 49208B Style No. : PBH65J30 | 75 | 100.09 | 7,506.75 |
| | LADIES' 100%NYLON KNIT EVENING DRESS "VEIRA" P/O : 49208C Style No. : PBH65J30 | 10 | 100.09 | 1,000.90 |
| | TOTAL | 85 PCS | | 8,507.65 |

SAY TOTAL US DOLLARS EIGHT THOUSAND FIVE HUNDRED SEVEN AND CENTS SIXTY
FIVE ONLY ***
COUNTRY OF ORIGIN  : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
    2761 FRUITLAND AVE VERNON
    CALIFORNIA 90058, USA.

**INVOICE of**
Shipped Per s.s.
From  HONG KONG To USA
L/C No.
Payment        NET 30 days

Date  : 23-Nov-2016
Invoice No.: MN16110024

LADIES WEARING APPAREL MERCHANDISE
BY AIR

Sailing On/About : 27-Nov-2016

Cargo Rec. Date  :23-Nov-2016
Estimated DDP Delivery :2-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 13 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| A23, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 92% VISCOSE 8% ELASTANE KNIT CASUAL DRESS "JEANNA" P/O : 49955A Style No. : EYK6Y570 | 815 | 16.59 | 13,520.85 |
| | TOTAL | 815 PCS | | 13,520.85 |

SAY TOTAL US DOLLARS THIRTEEN THOUSAND FIVE HUNDRED TWENTY AND CENTS
EIGHTY FIVE ONLY ***
    COUNTRY OF ORIGIN  : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

INVOICE of          LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.      BY AIR

From   HONG KONG To USA

L/C No.

Payment          NET 30 days

Date   : 23-Nov-2016
Invoice No.: MN16110026

Sailing On/About :27-Nov-2016

Cargo Rec. Date   : 23-Nov-2016
Estimated DDP Delivery  :30-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED  PANTS P/O : 50278B Style No. : ONW2G773 | 125 | 20.11 | 2,513.75 |
| | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED PANTS P/O : 50278E Style No. : ONW2G773 | 95 | 20.11 | 1,910.45 |
| | LADIES' 75% RAYON  21% POLYESTER 4% SPANDEX KNITTED TOP P/O : 50235A Style No. : KDX1X977 | 80 | 18.54 | 1,483.20 |
| | LADIES' 75% RAYON  21% POLYESTER 4% SPANDEX KNITTED TOP P/O : 50235B Style No. : KDX1X977 | 10 | 18.54 | 185.40 |
| | LADIES' 75% RAYON  21% POLYESTER 4% SPANDEX KNITTED TOP P/O : 50235J Style No. : KDX1X977 | 12 | 18.54 | 222.48 |
| | TOTAL | 4,113 PCS | | 87,849.64 |

SAY TOTAL US DOLLARS EIGHTY SEVEN THOUSAND EIGHT HUNDRED FORTY NINE
AND CENTS SIXTY FOUR ONLY ***

COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:

HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date : 28-Nov-2016
Invoice No. : MN16110028

**INVOICE of**    LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    BY AIR
From    HONG KONG To USA
L/C No.
Payment    NET 30 days

Sailing On/About : 29-Nov-2016

Cargo Rec. Date : 28-Nov-2016
Estimated DDP Delivery : 7-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 20 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' FACE 100% POLYURETHANE 100% RAYON BACKING WOVEN SPORTSWEAR JACKET P/O : 50024K Style No. : PUF4J465 | 313 | 64.61 | 20,222.93 |
| | **TOTAL** | 313 PCS | | 20,222.93 |

SAY TOTAL US DOLLARS TWENTY THOUSAND TWO HUNDRED TWENTY TWO AND
CENTS NINETY THREE ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of** LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s. BY AIR
From HONG KONG To USA
L/C No.
Payment NET 30 days

Date : 28-Nov-2016
Invoice No.: MN16110029

Sailing On/About : 29-Nov-2016

Cargo Rec. Date : 28-Nov-2016
Estimated DDP Delivery : 7-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 57 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 72%COTTON 28%NYLON KNITTED SPORTSWEAR TOP P/O : 49806C Style No. : IBK1X782 | 190 | 44.70 | 8,493.00 |
| | LADIES' 72%COTTON 28%NYLON KNITTED SPORTSWEAR TOP P/O : 49806F Style No. : IBK1X782 | 854 | 44.70 | 38,173.80 |
| | LADIES' 72%COTTON 28%NYLON KNITTED SPORTSWEAR TOP P/O : 49806G Style No. : IBK1X782 | 1,064 | 44.70 | 47,560.80 |
| | LADIES' 72%COTTON 28%NYLON KNITTED SPORTSWEAR TOP P/O : 49806L Style No. : IBK1X782 | 103 | 44.70 | 4,604.10 |
| | LADIES' 72%COTTON 28%NYLON KNITTED SPORTSWEAR TOP P/O : 49806M Style No. : IBK1X782 | 254 | 44.70 | 11,353.80 |
| | LADIES' 90% POLYESTER 10% SPANDEX WOVEN EVENING DRESS P/O : 50240B Style No. : BYM60J91 | 22 | 69.01 | 1,518.22 |
| | LADIES' 90% POLYESTER 10% SPANDEX WOVEN EVENING DRESS P/O : 50240C Style No. : BYM60J91 | 75 | 69.01 | 5,175.75 |
| | LADIES' 90% POLYESTER 10% SPANDEX WOVEN EVENING DRESS P/O : 50240F Style No. : BYM60J91 | 140 | 69.01 | 9,661.40 |
| | LADIES' 90% POLYESTER 10% SPANDEX WOVEN EVENING DRESS P/O : 50240L Style No. : BYM60J91 | 8 | 69.01 | 552.08 |
| | **TOTAL** | **2,710 PCS** | | **127,092.95** |

SAY TOTAL US DOLLARS ONE HUNDRED TWENTY SEVEN THOUSAND NINETY TWO
AND CENTS NINETY FIVE ONLY ***
COUNTRY OF ORIGIN : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not

"This shipment does not contains any solid wood packing material"

## WHITEFORD, TAYLOR & PRESTON L.L.P.

THE RENAISSANCE CENTRE, SUITE 500
405 NORTH KING STREET
WILMINGTON, DE 19801-3700

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302) 661-7950

STEPHEN B. GERALD
DIRECT LINE (302) 357-3282
DIRECT FAX (410) 223-4178
SGerald@wtplaw.com

BALTIMORE, MD
BETHANY BEACH, DE*
BETHESDA, MD
COLUMBIA, MD
DEARBORN, MI
FALLS CHURCH, VA
LEXINGTON, KY
ROANOKE, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

August 10, 2017

**Via: Federal Express**

Donlin, Recano & Company, Inc.
Re: BCBG Max Azria Global Holdings, LLC, et al.
6201 15th Avenue
Brooklyn, NY 11219

> **Re:    In re: BCBG Max Azria Global Holding, LLC, et al.;**
> **Case No.: 17-10466**

Dear Sir/Madam:

  Enclosed for filing, please find an original and one copy of the Amended Proof of Claim for NYAM LLC with regard to the above-captioned case. Please date stamp the copy and return same to the undersigned in the enclosed, self-addressed envelope.

  Thank you for your assistance with this filing.

Very truly yours,

Stephen B. Gerald

SBG/cl

Enclosures



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# Designation No 28.
# Hana Proof of Claim, Claim No. 01069

**Fill in this information to identify the case:**

In re: BCBG Max Azria Global Holdings, LLC, et al.

Debtor name: BCBG Max Azria Group, LLC

United States Bankruptcy Court for the Southern District of New York

Case number: 17-10466

**Proof of Claim**

Your claim is scheduled by the Debtor as:

RECEIVED

2017 AUG 11 PM 1:08

US BANKRUPTCY COURT/DRC

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense other than a claim arising under section 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

396944

| | |
|---|---|
| **1. Who is the current creditor? Name and address of the creditor.** | Name and address of creditor (the person or entity to be paid for this claim):<br><br>Hana Financial, Inc.<br>c/o Christopher M. Samis, Esquire<br>Whiteford, Taylor & Preston LLC<br>405 N. King Street, Suite 500<br>Wilmington, DE 19801-3700<br><br>SOUTHERN DISTRICT OF NEW YORK<br>BCBG MAX AZRIA GLOBAL HOLDINGS<br>CHAPTER 11 CASE NO. 17-10466 (SCC)<br>CLAIM NUMBER:   **01069**<br><br>Other names the creditor used with the debtor: |
| **2. Has this claim been acquired from someone else?** | ☒ No   ☐ Yes.<br>From whom? |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g). | Where should notices to the creditor be sent?<br><br>Name: Christopher M. Samis, Esq.<br>Whiteford, Taylor & Preston LLC<br>Address: 405 North King Street, Suite 500<br><br>City: Wilmington   State: DE   Zip: 19801-3700<br><br>Phone: (302) 353-4144<br><br>Email: csamis@wtplaw.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | Where should payments to the creditor be sent? (if different)<br><br>Name: _____<br><br>Address: _____<br><br>City: ____ State: ___ Zip: ____<br><br>Phone: _____<br><br>Email: _____ |
| **4. Does this claim amend one already filed?** | ☐ No   ☒ Yes. Claim number on court claims registry (if known): 753   Filed on (MM/DD/YYYY): 6/07/2017 |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No   ☐ Yes.<br>Who made the earlier filing? |

## Part 2:   Give Information About the Claim as of the Date the Case was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☒ No   ☐ Yes. Last 4 digits of the debtor's account or any identification number used: |
| **7. How much is the claim?** | $ $1,883,923.99   Does this amount include interest or other charges?<br>☒ No   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.   Goods sold |

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle
☐ Other (describe): _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____     Amount of the claim that is secured: $_____

Amount of the claim that is unsecured (the sum of the secured and unsecured amounts should match the amount in line 7):     $_____

Amount necessary to cure any default as of the date of the petition:     $_____

Annual interest rate (when case was filed): _____%     ☐ Fixed     ☐ Variable

**10. Is this claim based on a lease?**

☒ No     ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☒ No     ☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to: (i) priority under 11 U.S.C. § 507(a), or (ii) administrative expense under 11 U.S.C. § 503(b)(9)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

☒ No     ☐ Yes. *Check all that apply:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

☐ Value of goods received by the debtor within 20 days before the date of commencement of the case. 11 U.S.C. § 503(b)(9).

**Amount entitled to priority**

$_____
$_____
$_____
$_____
$_____
$_____

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (MM/DD/YYYY):   8/09/2017

Signature: _____

Print the name of the person who is completing and signing this claim:

First name:  Kevin          Middle:  C          Last:  Thomas

Title:  SVP & Customer Credit Manager

Company (identify the corporate servicer as the company if the authorized agent is a servicer):   Hana Financial, Inc.

Address:  1000 Wilshire Blvd.

City:  Los Angeles          State:  CA          Zip:  90017-2407

Phone:  213-977-7232          Email:  kevin.thomas@hanafinancial.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| BCBG MAX AZRIA GLOBAL HOLDINGS, | ) |
| LLC, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) |

Chapter 11

Case No.: 17-10466 (SCC)

Hana Financial, Inc. ("Hana") asserts a claim against BCBG Max Azria Group, LLC (the "Debtor") for Hana's factoring of invoices for goods ("Goods") sold to the Debtor by NYAM, LLC ("NYAM"), Mega Link International Holdings Ltd. ("Mega-Link"), and Prime Apparel Inc. ("Prime").[2] The amount due for the factored invoices is $1,883,923.99. Attached hereto as **Exhibit A** is a schedule identifying the outstanding invoices comprising Hana's general unsecured claim. Attached as **Exhibit B** hereto are copies of Hana and NYAM invoices identifying the Goods delivered to the Debtor prepetition. Attached as **Exhibit C** hereto are corresponding Mega-Link invoices identifying the same goods. Hana is providing both sets of invoices to ensure that the Debtor is able to identify the Goods delivered that comprise Hana's claim. Attached as **Exhibit D** hereto are copies of the Prime invoices identifying the Goods sold to the Debtor by Prime, which Hana factored.

**Amendment: On August 9, 2017, the Court entered an order [D.I. 616] reclassifying Hana's claim from an administrative claim pursuant to § 503(b)(9) of the Bankruptcy Code to a general unsecured claim. The Court's reclassification of Hana's claim deems the invoices attached to Hana's original claim as paid. As a consequence, older invoices, which Hana and NYAM had previously treated as paid, are now unpaid and due and owing. The amendment to Hana's claim is intended to attach the appropriate open invoices and adjust the amount of Hana's claim accordingly.**

The remainder of this Proof of Claim consists of:

(a)     any and all claims, rights and/or remedies Hana may have, including, but not limited to, claims for indemnification, contribution, rescission, breach of contract, fraud, specific performance, misrepresentation, and reimbursement and/or subrogation, fees, costs, statutory damages, attorneys' fees and expenses, related to or arising from the parties' relationship; and

(b)(i) under applicable law or equity; and/or (ii) arising in, in connection with and/or related to any and all transactions and/or transfers between or involving Hana and the Debtor, including, but not limited to, any and all written or oral contract, pledge, security interest, lease,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854). The location of the Debtor's service address is: 2761 Fruitland Avenue, Vernon, California 90058.

[2] Hana reserves the right to seek the amounts asserted herein through proofs of claim asserted by NYAM, Mega-Link, and Prime, to the extent this Proof of Claim is challenged by the Debtors.

guaranty, indemnity, contribution, fiduciary obligation, trust, quasi-contract, property, replevin, conversion, misrepresentation, set off or fraud.

Note:  The type and full extent of certain claims made herein are undetermined at this time.  Hana reserves the right to amend and/or supplement this Proof of Claim at any time and in any manner, and to file additional proofs of claim for additional claims which may be based on the relationship described herein or the same events and circumstances described herein.  In addition, Hana reserves the right to attach or bring forth additional documents supporting this Proof of Claim and additional documents that may become available after further investigation and discovery.  Hana further reserves the right to file proofs of claim for administrative expenses, other claims entitled to priority status and proofs of claim against other parties, including but not limited to affiliated debtors.

Note:  Hana is currently investigating the elements of this Proof of Claim.  Accordingly, this Proof of Claim is a protective proof of claim and is filed to protect Hana from potential forfeiture of any and all rights against the Debtor.  The filing of this Proof of Claim shall not constitute:  (a) a waiver or release of the rights of Hana against the Debtor or any other person or property; (b) a waiver of Hana to contest the jurisdiction of this Court with respect to the subject matter of the Claim, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving Hana; (c) a waiver of rights regarding dispute resolution or (d) an election of remedies or choice of law.

# EXHIBIT A

*Approved*

**Client Invoice Aging List**
(As of Date: 02/15/2017)
(Approval Type: All)
(Sorted By: Customer ID and Invoice No)

Client: 2154  NYAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | Cr pm Inv Amt | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBS MAX AZRIA GROUP INC | 1612101 | 21 | | | | | | N | O | 0 | 494111C | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 23,325.00 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612102 | 21 | | | | | | N | O | 0 | 494111D | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,244.00 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612103 | 21 | | | | | | N | O | 0 | 494111G | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 36,531.25 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612104 | 21 | | | | | | N | O | 0 | 494111N | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 386.75 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612105 | 21 | | | | | | N | O | 0 | 49593A | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,752.00 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612107 | 21 | | | | | | N | O | 0 | 49593B | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 350.40 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612108 | 21 | | | | | | N | O | 0 | 49593D | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 8,444.64 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612109 | 21 | | | | | | N | O | 0 | 49593H | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 350.40 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612110 | 21 | | | | | | N | O | 0 | 49593I | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 3,866.76 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612111 | 21 | | | | | | N | O | 0 | 49748I | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,358.40 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612112 | 21 | | | | | | N | O | 0 | 49748J | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,961.40 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612113 | 21 | | | | | | N | O | 0 | 49781C | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 4,444.00 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612114 | 21 | | | | | | N | O | 0 | 49781D | 11/12/2016 | 12/17/2016 | 60 | - | - | - | 222.20 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612115 | 21 | | | | | | N | O | 0 | 49781F | 11/12/2016 | 12/17/2016 | 60 | - | - | - | 28,419.38 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612116 | 21 | | | | | | N | O | 0 | 49781Q | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 2,866.38 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612117 | 21 | | | | | | N | O | 0 | 49781R | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 5,732.76 | - | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612303 | 21 | | | | | | N | O | 0 | 49576G | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 17,228.32 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612304 | 21 | | | | | | N | O | 0 | 49629H | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 28,143.90 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612305 | 21 | | | | | | N | O | 0 | 49229D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 36,564.76 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612306 | 21 | | | | | | N | O | 0 | 49229F | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 6,437.76 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612307 | 21 | | | | | | N | O | 0 | 49272C | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 2,960.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612308 | 21 | | | | | | N | O | 0 | 49272D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,460.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612309 | 21 | | | | | | N | O | 0 | 49285H | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 375,421.72 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612310 | 21 | | | | | | N | O | 0 | 49286C | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,460.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612911 | 21 | | | | | | N | O | 0 | 49286D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 167.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612912 | 21 | | | | | | N | O | 0 | 49286G | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 9,175.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612913 | 21 | | | | | | N | O | 0 | 49286L | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 724.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612914 | 21 | | | | | | N | O | 0 | 49349H | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 2,533.28 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612915 | 21 | | | | | | N | O | 0 | 49376B | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 2,980.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612916 | 21 | | | | | | N | O | 0 | 49376C | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,110.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612917 | 21 | | | | | | N | O | 0 | 49531B | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 5,253.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612918 | 21 | | | | | | N | O | 0 | 49531H | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 8,756.90 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612919 | 21 | | | | | | N | O | 0 | 49531I | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 788.04 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612920 | 21 | | | | | | N | O | 0 | 49576B | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 437.80 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612921 | 21 | | | | | | N | O | 0 | 49576B | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 5,259.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612922 | 21 | | | | | | N | O | 0 | 49576F | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 525.90 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612923 | 21 | | | | | | N | O | 0 | 49576L | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 22,876.66 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612924 | 21 | | | | | | N | O | 0 | 49576M | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 736.26 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612925 | 21 | | | | | | N | O | 0 | 49629C | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,577.70 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612926 | 21 | | | | | | N | O | 0 | 49629D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 11,900.00 | - | MAM |
| BCBS MAX AZRIA GROUP INC | 1612927 | 21 | | | | | | N | O | 0 | 49629D | 11/14/2016 | 12/14/2016 | 63 | - | - | - | - | 1,071.00 | - | MAM |

**Client Invoice Aging List**
(As of Date : 02/15/2017)
(Approval Type : All)
(Sorted By : Customer ID and Invoice No.)

Client: 2154  NYAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | Org mt Inv AA m | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 5 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1612929 | 21 | | | | | | N | O | | 498293 | 11/14/2016 | 12/14/2016 | 63 | | | | | 56,227.50 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612930 | 21 | | | | | | N | O | | 49829L | 11/14/2016 | 12/14/2016 | 63 | | | | | 357.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612930 | 21 | | | | | | N | O | | 49189C | 11/14/2016 | 12/14/2016 | 63 | | | | | 31,164.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612931 | 21 | | | | | | N | O | | 49189J | 11/14/2016 | 12/14/2016 | 63 | | | | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612932 | 21 | | | | | | N | O | | 49229B | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,272.53 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612933 | 21 | | | | | | N | O | | 49229C | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,398.50 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612934 | 21 | | | | | | N | O | | 49230C | 11/14/2016 | 12/14/2016 | 63 | | | | | 335.64 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612935 | 21 | | | | | | N | O | | 49230D | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,437.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612936 | 21 | | | | | | N | O | | 49230E | 11/14/2016 | 12/14/2016 | 63 | | | | | 488.58 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612937 | 21 | | | | | | N | O | | 49230K | 11/14/2016 | 12/14/2016 | 63 | | | | | 6,897.60 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612938 | 21 | | | | | | N | O | | 49230L | 11/14/2016 | 12/14/2016 | 63 | | | | | 948.42 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612939 | 21 | | | | | | N | O | | 49230_ | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,724.40 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612940 | 21 | | | | | | N | O | | 49284C | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,589.14 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612941 | 21 | | | | | | N | O | | 49284K | 11/14/2016 | 12/14/2016 | 63 | | | | | 374.72 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612942 | 21 | | | | | | N | O | | 49284L | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,077.32 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612943 | 21 | | | | | | N | O | | 49284_ | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,755.50 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612944 | 21 | | | | | | N | O | | 49285C | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,648.80 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612945 | 21 | | | | | | N | O | | 49285D | 11/14/2016 | 12/14/2016 | 63 | | | | | 439.68 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612946 | 21 | | | | | | N | O | | 49285M | 11/14/2016 | 12/14/2016 | 63 | | | | | 27,480.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612947 | 21 | | | | | | N | O | | 49285N | 11/14/2016 | 12/14/2016 | 63 | | | | | 604.56 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612948 | 21 | | | | | | N | O | | 49349C | 11/14/2016 | 12/14/2016 | 63 | | | | | 2,746.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612949 | 21 | | | | | | N | O | | 49349D | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,718.90 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612950 | 21 | | | | | | N | O | | 49349G | 11/14/2016 | 12/14/2016 | 63 | | | | | 214.60 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612951 | 21 | | | | | | N | O | | 49352E | 11/14/2016 | 12/14/2016 | 63 | | | | | 23,628.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612952 | 21 | | | | | | N | O | | 49352E | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,073.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612953 | 21 | | | | | | N | O | | 49352E | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,808.80 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612954 | 21 | | | | | | N | O | | 49352J | 11/14/2016 | 12/14/2016 | 63 | | | | | 20,349.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612955 | 21 | | | | | | N | O | | 49352K | 11/14/2016 | 12/14/2016 | 62 | | | | | 1,107.99 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612956 | 21 | | | | | | N | O | | 49575B | 11/14/2016 | 12/14/2016 | 63 | | | | | 2,826.23 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612957 | 21 | | | | | | N | O | | 49573C | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,960.70 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612958 | 21 | | | | | | N | O | | 49512F | 11/14/2016 | 12/14/2016 | 63 | | | | | 280.10 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612959 | 21 | | | | | | N | O | | 49575F | 11/14/2016 | 12/14/2016 | 63 | | | | | 10,617.81 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614101 | 21 | | | | | | N | O | | 49573M | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,776.42 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614102 | 21 | | | | | | N | O | | 49441A | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,720.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614103 | 21 | | | | | | N | O | | 49441D | 11/14/2016 | 12/14/2016 | 63 | | | | | 4,266.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614104 | 21 | | | | | | N | O | | 49441F | 11/14/2016 | 12/14/2016 | 69 | | | | | 5,522.75 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614105 | 21 | | | | | | N | O | | 50081C | 11/14/2016 | 12/14/2016 | 63 | | | | | 33,904.55 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614106 | 21 | | | | | | N | O | | 50061F | 11/14/2016 | 12/14/2016 | 62 | | | | | 22,239.25 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614107 | 21 | | | | | | N | O | | 50061G | 11/14/2016 | 12/14/2016 | 63 | | | | | 2,145.60 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614108 | 21 | | | | | | N | O | | 50061O | 11/14/2016 | 12/14/2016 | 63 | | | | | 7,643.70 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614109 | 21 | | | | | | N | O | | 49368A | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,137.65 | | MAM |
| | | | | | | | | | | | 49368D | | | | | | | | 8,418.81 | | |

**Client Invoice Aging List**
(As of Date: 02/15/2017)
(Approval Type: All)
(Sorted By: Customer ID and Invoice No.)

Client: 2154  INTAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | Dis Pct(%) Cr/Int/V/A | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1614110 | 21 | | | | | N | O | 0 | 495278 | 11/14/2016 | 12/14/2016 | 63 | | | | | 5,636.40 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614111 | 21 | | | | | N | O | 0 | 495270 | 11/14/2016 | 12/14/2016 | 63 | | | | | 806.20 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614112 | 21 | | | | | N | O | 0 | 49502TE | 11/14/2016 | 12/14/2016 | 63 | | | | | 26,249.52 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614113 | 21 | | | | | N | O | 0 | 49527U | 11/14/2016 | 12/14/2016 | 63 | | | | | 241.95 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614114 | 21 | | | | | N | O | 0 | 49527K | 11/14/2016 | 12/14/2016 | 63 | | | | | 2,415.60 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614115 | 21 | | | | | N | O | 0 | 49573U | 11/14/2016 | 12/14/2016 | 63 | | | | | 1,764.28 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614116 | 21 | | | | | N | O | 0 | 49773U | 11/14/2016 | 12/14/2016 | 63 | | | | | 19,848.15 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614401 | 21 | | | | | N | O | 0 | 49841A | 11/14/2016 | 12/14/2016 | 63 | | | | | 32,661.79 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614402 | 21 | | | | | N | O | 0 | 49442C | 11/14/2016 | 12/14/2016 | 63 | | | | | 71,960.35 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614403 | 21 | | | | | N | O | 0 | 49951C | 11/14/2016 | 12/14/2016 | 63 | | | | | 99,138.75 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614404 | 21 | | | | | N | O | 0 | 49503C | 11/14/2016 | 12/14/2016 | 63 | | | | | 23,208.30 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614405 | 21 | | | | | N | O | 0 | 49542A | 11/14/2016 | 12/14/2016 | 63 | | | | | 3,394.95 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614406 | 21 | | | | | N | O | 0 | 49942B | 11/14/2016 | 12/14/2016 | 63 | | | | | 383.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614407 | 21 | | | | | N | O | 0 | 49942D | 11/14/2016 | 12/14/2016 | 63 | | | | | 15,024.63 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614408 | 21 | | | | | N | O | 0 | 4996.LA | 11/14/2016 | 12/14/2016 | 63 | | | | | 9,868.50 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614409 | 21 | | | | | N | O | 0 | 4996.LX | 11/14/2016 | 12/14/2016 | 63 | | | | | 964.92 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614410 | 21 | | | | | N | O | 0 | 49951E | 11/14/2016 | 12/14/2016 | 63 | | | | | 5,219.34 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614411 | 21 | | | | | N | O | 0 | 49893A | 11/14/2016 | 12/14/2016 | 63 | | | | | 5,325.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614412 | 21 | | | | | N | O | 0 | 49939B | 11/14/2016 | 12/14/2016 | 63 | | | | | 639.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614413 | 21 | | | | | N | O | 0 | 49937E | 11/14/2016 | 12/14/2016 | 63 | | | | | 4,302.60 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614414 | 21 | | | | | N | O | 0 | 50009B | 11/14/2016 | 12/14/2016 | 63 | | | | | 584.98 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614415 | 21 | | | | | N | O | 0 | 50003C | 11/14/2016 | 12/14/2016 | 63 | | | | | 2,659.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614416 | 21 | | | | | N | O | 0 | 5000JF | 11/14/2016 | 12/14/2016 | 63 | | | | | 17,896.07 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614417 | 21 | | | | | N | O | 0 | 5000J2 | 11/14/2016 | 12/14/2016 | 63 | | | | | 425.44 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614701 | 21 | | | | | N | O | 0 | 49329J | 11/15/2016 | 12/15/2016 | 61 | | | | | 2,152.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614702 | 21 | | | | | N | O | 0 | 49323D | 11/15/2016 | 12/15/2016 | 61 | | | | | 18,023.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614703 | 21 | | | | | N | O | 0 | 49329K | 11/15/2016 | 12/15/2016 | 61 | | | | | 150.64 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614704 | 21 | | | | | N | O | 0 | 49303A | 11/15/2016 | 12/15/2016 | 61 | | | | | 5,037.64 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614705 | 21 | | | | | N | O | 0 | 49330A | 11/15/2016 | 12/15/2016 | 61 | | | | | 8,963.08 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614706 | 21 | | | | | N | O | 0 | 49331A | 11/16/2016 | 12/16/2016 | 61 | | | | | 3,219.00 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614707 | 21 | | | | | N | O | 0 | 49341A | 11/16/2016 | 12/16/2016 | 61 | | | | | 2,882.50 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1614708 | 21 | | | | | N | O | 0 | 49341B | 11/16/2016 | 12/16/2016 | 61 | | | | | 21,562.92 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615001 | 21 | | | | | N | O | 0 | 49228A | 11/14/2016 | 12/24/2016 | 63 | | | | | 35,005.40 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615002 | 21 | | | | | N | O | 0 | 49700M | 11/14/2016 | 12/24/2016 | 63 | | | | | 804.78 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615003 | 21 | | | | | N | O | 0 | 49701L | 11/14/2016 | 12/24/2016 | 63 | | | | | 832.74 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615004 | 21 | | | | | N | O | 0 | 50222D | 11/14/2016 | 12/24/2016 | 63 | | | | | 46,024.32 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615005 | 21 | | | | | N | O | 0 | 49675A | 11/09/2016 | 12/08/2016 | 69 | | | | | 884.60 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615202 | 21 | | | | | N | O | 0 | 49675D | 11/09/2016 | 12/08/2016 | 69 | | | | | 6,249.17 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615205 | 21 | | | | | N | O | 0 | 49682G | 11/09/2016 | 12/08/2016 | 69 | | | | | 726.62 | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615211 | 21 | | | | | N | O | 0 | 49820I | 11/09/2016 | 12/08/2016 | 69 | | | | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615212 | 21 | | | | | N | O | 0 | 49261 | 11/09/2016 | 12/08/2016 | 69 | | | | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1615501 | 21 | | | | | N | O | 0 | 49939C | 11/21/2016 | 12/21/2016 | 56 | | | | 14,751.66 | 10,909.81 | | MAM |

**Client: 2154  NVAM, LLC**

Client Invoice Aging List
(As of Date : 02/15/2017)
(Optional Type : All)
( Sorted By : Customer ID and Invoice No.)

| Name | Inv No | AT | D | R | P | V | SR | LT | Of gh Inv Aled | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 20 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1615802 | 21 | | | | | | N | 0 | 0 | 491028 | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 10,907.73 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615852 | 21 | | | | | | N | 0 | 0 | 492319A | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 39,284.40 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615854 | 21 | | | | | | N | 0 | 0 | 49984A | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 2,122.20 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615805 | 21 | | | | | | N | 0 | 0 | 49984C | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 2,122.20 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615806 | 21 | | | | | | N | 0 | 0 | 49984G | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 2,122.20 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615807 | 21 | | | | | | N | 0 | 0 | 49984D | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 1,791.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615808 | 21 | | | | | | N | 0 | 0 | 49930A | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 14,855.40 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615809 | 21 | | | | | | N | 0 | 0 | 49930B | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 3,399.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615810 | 21 | | | | | | N | 0 | 0 | 49197A | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 453.20 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615811 | 21 | | | | | | N | 0 | 0 | 49730J | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 2,559.80 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615812 | 21 | | | | | | N | 0 | 0 | 500059B | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 326.72 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615813 | 21 | | | | | | N | 0 | 0 | 500050C | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 189.42 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615814 | 21 | | | | | | N | 0 | 0 | 500050F | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 1,790.88 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615815 | 21 | | | | | | N | 0 | 0 | 500053N | 11/21/2015 | 12/21/2015 | 55 | - | - | - | 2,910.18 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616501 | 21 | | | | | | N | 0 | 0 | 49944E | 11/17/2016 | 12/17/2016 | 55 | - | - | - | 1,394.82 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616502 | 21 | | | | | | N | 0 | 0 | 49702B | 11/17/2016 | 12/17/2016 | 55 | - | - | - | 319.80 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616503 | 21 | | | | | | N | 0 | 0 | 49702E | 11/17/2016 | 12/17/2016 | 55 | - | - | - | 26,395.57 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616504 | 21 | | | | | | N | 0 | 0 | 49702F | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 2,774.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616505 | 21 | | | | | | N | 0 | 0 | 49702H | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 352.86 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616506 | 21 | | | | | | N | 0 | 0 | 49702K | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 32,039.70 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616507 | 21 | | | | | | N | 0 | 0 | 49702M | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 780.59 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616508 | 21 | | | | | | N | 0 | 0 | 49643C | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 3,467.50 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616509 | 21 | | | | | | N | 0 | 0 | 49643D | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 13,800.85 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616510 | 21 | | | | | | N | 0 | 0 | 49643H | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,711.50 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616511 | 21 | | | | | | N | 0 | 0 | 49643N | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 159.74 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616512 | 21 | | | | | | N | 0 | 0 | 49643M | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 16,395.17 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616513 | 21 | | | | | | N | 0 | 0 | 49643N | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 21,088.24 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616515 | 21 | | | | | | N | 0 | 0 | 49939D | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 135.92 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616516 | 21 | | | | | | N | 0 | 0 | 49101D | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,711.50 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616517 | 21 | | | | | | N | 0 | 0 | 49102D | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 13,146.86 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616518 | 21 | | | | | | N | 0 | 0 | 49317A | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 4,623.88 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616519 | 21 | | | | | | N | 0 | 0 | 49317B | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 5,247.50 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616520 | 21 | | | | | | N | 0 | 0 | 49700C | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 28,606.65 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616521 | 21 | | | | | | N | 0 | 0 | 49700D | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 2,024.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616522 | 21 | | | | | | N | 0 | 0 | 49700G | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 128.52 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616523 | 21 | | | | | | N | 0 | 0 | 49700H | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 12,552.12 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616524 | 21 | | | | | | N | 0 | 0 | 49703H | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 15,818.67 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616525 | 21 | | | | | | N | 0 | 0 | 49703P | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 7,893.27 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616526 | 21 | | | | | | N | 0 | 0 | 49630A | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 34,124.53 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616527 | 21 | | | | | | N | 0 | 0 | 49544A | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 2,133.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616528 | 21 | | | | | | N | 0 | 0 | 49544C | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 2,607.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1616528 | 21 | | | | | | N | 0 | 0 | 49544E | 11/17/2016 | 12/17/2016 | 60 | - | - | - | 1,800.00 | - | - | MAM |

Client: 2154  NYAM, LLC

**Client Invoice Aging List**
(As of Date : 02/15/2017)
( Approval Type : All )
( Sorted By : Customer ID and Invoice No )

| Name | Inv No | AT | LT | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1616929 | 21 | N | 0 | 466444 | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 2,446.00 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1616930 | 21 | N | 0 | 4865AA | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 45,504.00 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1616931 | 21 | N | 0 | 46651 A | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 1,113.84 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1616932 | 21 | N | 0 | 46451E | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 775.55 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1616934 | 21 | N | 0 | 46451E | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 4,541.00 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1616933 | 21 | N | 0 | 46446G | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 8,937.22 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1616939 | 21 | N | 0 | 46949H | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 105.74 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173A01 | 21 | N | 0 | 469073 | 11/16/2016 | 12/16/2016 | 61 | · | · | · | · | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173A02 | 21 | N | 0 | 46507C | 11/16/2016 | 12/16/2016 | 61 | · | · | · | · | 5,100.00 | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173A03 | 21 | N | 0 | 46507F | 11/16/2016 | 12/16/2016 | 61 | · | · | · | · | 612.00 | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173A04 | 21 | N | 0 | 46507H | 11/16/2016 | 12/16/2016 | 61 | · | · | · | · | 41,920.00 | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173A05 | 21 | N | 0 | 469271 | 11/16/2016 | 12/16/2016 | 61 | · | · | · | · | 510.00 | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173A06 | 21 | N | 0 | 469270 | 11/16/2016 | 12/16/2016 | 61 | · | · | · | · | 20,043.00 | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173A07 | 21 | N | 0 | 50059A | 11/16/2016 | 12/16/2016 | 61 | · | · | · | · | 1,305.20 | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173A08 | 21 | N | 0 | 50059B | 11/16/2016 | 12/16/2016 | 61 | · | · | · | · | 1,305.20 | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B01 | 21 | N | 0 | 50059C | 11/16/2016 | 12/16/2016 | 61 | · | · | · | · | 14,588.12 | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B02 | 21 | N | 0 | 50054J | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 6,200.08 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B03 | 21 | N | 0 | 46817R | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 8,047.76 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B04 | 21 | N | 0 | 46817S | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 5,162.96 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B05 | 21 | N | 0 | 46920A | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 13,805.76 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B06 | 21 | N | 0 | 46922C | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 286.44 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B07 | 21 | N | 0 | 50054K | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 1,665.56 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B08 | 21 | N | 0 | 50054K | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 846.30 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B09 | 21 | N | 0 | 46872A | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 429.66 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B10 | 21 | N | 0 | 46872C | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 2,580.00 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B11 | 21 | N | 0 | 46872D | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 1,788.80 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B12 | 21 | N | 0 | 46872Q | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 9,356.80 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B13 | 21 | N | 0 | 46672G | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 13,160.00 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B14 | 21 | N | 0 | 46177A | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 1,300.50 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B15 | 21 | N | 0 | 46177C | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 1,503.95 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 16173B16 | 21 | N | 0 | 46177D | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 7,644.05 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1617501 | 21 | N | 0 | 46177G | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 4,053.50 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1617502 | 21 | N | 0 | 46916B | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 2,953.50 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1617503 | 21 | N | 0 | 46855B | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 4,106.50 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1617504 | 21 | N | 0 | 4695BC | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 2,034.75 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1617505 | 21 | N | 0 | 46955I | 11/17/2016 | 12/17/2016 | 60 | · | · | · | 14,585.58 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1617506 | 21 | N | 0 | 49972C | 12/08/2016 | 12/17/2016 | 60 | · | · | · | 1,643.80 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1619801 | 21 | N | 0 | 49972D | 12/08/2016 | 01/07/2017 | 39 | · | · | · | 3,780.74 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1619802 | 21 | N | 0 | 49972G | 12/08/2016 | 01/07/2017 | 39 | · | · | · | 586.40 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1619803 | 21 | N | 0 | 4907ZG | 12/08/2016 | 01/07/2017 | 39 | · | · | · | 7,105.00 | · | · | MAM |
| BCBG MAX AZRIA GROUP INC | 1616994 | 21 | N | 0 | 49072H | 12/08/2016 | 01/07/2017 | 39 | · | · | · | 45,806.90 | · | · | MAM |
| | | | | | | | | | | | | 44,254.00 | | | |

CGS.00.00 - Client Fund Availability > Client Invoice Aging List

(FRM2CREF) Client Invoice Aging List

**Client Invoice Aging List**
(As of Date: 02/15/2017)
(Approved Type: All)
(Sorted By: Customer ID and Invoice No)

Client: 2154 - NYAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | Orgin inv Amt | PO No | Dis Pct(%) | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 20 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1619805 | 21 | | | | | | N | 0 | 4497234 | 0 | 12/09/2016 | 01/07/2017 | 39 | - | - | - | 365.40 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1619806 | 21 | | | | | | N | 0 | 4497239 | 0 | 12/09/2016 | 01/07/2017 | 39 | - | - | - | 899.20 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1619807 | 21 | | | | | | N | 0 | 4497229 | 0 | 12/09/2016 | 01/07/2017 | 39 | - | - | - | 1,706.20 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1619808 | 21 | | | | | | N | 0 | 4497228 | 0 | 12/09/2016 | 01/07/2017 | 39 | - | - | - | 6,191.90 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1619809 | 21 | | | | | | N | 0 | 499928 | 0 | 12/09/2016 | 01/07/2017 | 39 | - | - | - | 469.25 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1619810 | 21 | | | | | | N | 0 | 499968 | 0 | 12/09/2016 | 01/07/2017 | 39 | - | - | - | 15,917.14 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1619811 | 21 | | | | | | N | 0 | 50305A | 0 | 12/09/2016 | 01/07/2017 | 39 | - | - | - | 1,117.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1619812 | 21 | | | | | | N | 0 | 505508 | 0 | 12/09/2016 | 01/07/2017 | 39 | - | - | - | 12,879.01 | - | - | MAM |

Total File: 785,500.66    1,097,423.33

1,883,923.99

*Recourse* (handwritten)

## Client Invoice Aging List
(As of Date : 02/15/2017)
(Approval Type : All)
(Sorted By : Customer ID and Invoice No.)

Client: 2154  NYAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | Orgm InvAmt | Dis Prq(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1608001 | 80 | | | | | | N | 0 | 0 | 8800DC | 11/28/2016 | 12/28/2016 | 49 | | | | 4,800.00 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608002 | 90 | | | | | | N | 0 | 0 | 8800TE | 11/28/2016 | 12/28/2016 | 49 | | | | 20,112.60 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608003 | 90 | | | | | | N | 0 | 0 | 8800K | 11/28/2016 | 12/28/2016 | 49 | | | | 159.74 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608004 | 90 | | | | | | N | 0 | 0 | 4594DK | 11/28/2016 | 12/28/2016 | 49 | | | | 149.94 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608005 | 90 | | | | | | N | 0 | 0 | 4597DL | 11/28/2016 | 12/28/2016 | 49 | | | | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608006 | 90 | | | | | | N | 0 | 0 | 4597DD | 11/28/2016 | 12/28/2016 | 49 | | | | 10,674.00 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608007 | 90 | | | | | | N | 0 | 0 | 4597DD | 11/28/2016 | 12/28/2016 | 49 | | | | 759.04 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608008 | 90 | | | | | | N | 0 | 0 | 4597DS | 11/28/2016 | 12/28/2016 | 49 | | | | 50,262.68 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608009 | 90 | | | | | | N | 0 | 0 | 4597DK | 11/28/2016 | 12/28/2016 | 49 | | | | 34,322.84 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608010 | 90 | | | | | | N | 0 | 0 | 4597DK | 11/28/2016 | 12/28/2016 | 49 | | | | 213.48 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608011 | 90 | | | | | | N | 0 | 0 | 4597DH | 11/28/2016 | 12/28/2016 | 49 | | | | 10,199.60 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1608012 | 90 | | | | | | N | 0 | 0 | 4597DO | 11/28/2016 | 12/28/2016 | 49 | | | | 3,331.96 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1612105 | 90 | | | | | | N | 0 | 0 | 500190 | 11/17/2016 | 12/17/2016 | 60 | | | | 2,368.30 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1616537 | 90 | | | | | | N | 0 | 0 | 494110 | 11/17/2016 | 12/17/2016 | 60 | | | | 27,212.50 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1616533 | 90 | | | | | | N | 0 | 0 | 4954AD | 11/17/2016 | 12/17/2016 | 60 | | | | 19,908.00 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1616535 | 90 | | | | | | N | 0 | 0 | 4854DL | 11/17/2016 | 12/17/2016 | 60 | | | | 10,055.50 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1616557 | 90 | | | | | | N | 0 | 0 | 4854CL | 11/17/2016 | 12/17/2016 | 60 | | | | 2,788.80 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617601 | 90 | | | | | | N | 0 | 0 | 500A6A | 12/16/2016 | 01/18/2017 | 28 | | | 34,904.08 | 1,859.20 | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617701 | 90 | | | | | | N | 0 | 0 | 500A0A | 12/19/2016 | 01/18/2017 | 28 | | | 1,039.08 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617702 | 90 | | | | | | N | 0 | 0 | 500B68A | 12/19/2016 | 01/18/2017 | 28 | | | 28,020.74 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617703 | 90 | | | | | | N | 0 | 0 | 50275A | 12/19/2016 | 01/18/2017 | 28 | | | 319.60 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617704 | 90 | | | | | | N | 0 | 0 | 50275D | 12/19/2016 | 01/18/2017 | 28 | | | 1,593.00 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617705 | 90 | | | | | | N | 0 | 0 | 50275C | 12/19/2016 | 01/18/2017 | 28 | | | 18,116.00 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617706 | 90 | | | | | | N | 0 | 0 | 500503B | 12/19/2016 | 01/18/2017 | 28 | | | 1,044.48 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617707 | 90 | | | | | | N | 0 | 0 | 50090C | 12/19/2016 | 01/18/2017 | 28 | | | 5,528.00 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617708 | 90 | | | | | | N | 0 | 0 | 50090F | 12/19/2016 | 01/18/2017 | 28 | | | 18,833.28 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617709 | 90 | | | | | | N | 0 | 0 | 50060P | 12/19/2016 | 01/18/2017 | 28 | | | 1,956.40 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617710 | 90 | | | | | | N | 0 | 0 | 50080Q | 12/19/2016 | 01/18/2017 | 28 | | | 4,760.16 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617711 | 90 | | | | | | N | 0 | 0 | 50200A | 12/19/2016 | 01/18/2017 | 28 | | | 10,167.60 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617712 | 90 | | | | | | N | 0 | 0 | 50200D | 12/19/2016 | 01/18/2017 | 28 | | | 3,286.25 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617713 | 90 | | | | | | N | 0 | 0 | 50208A | 12/19/2016 | 01/18/2017 | 28 | | | 9,470.16 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617714 | 90 | | | | | | N | 0 | 0 | 50208B | 12/19/2016 | 01/18/2017 | 28 | | | 410.40 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617715 | 90 | | | | | | N | 0 | 0 | 50208C | 12/19/2016 | 01/18/2017 | 28 | | | 7,284.60 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617716 | 90 | | | | | | N | 0 | 0 | 50095C | 12/19/2016 | 01/18/2017 | 28 | | | 53,598.24 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617717 | 90 | | | | | | N | 0 | 0 | 50208E | 12/19/2016 | 01/18/2017 | 28 | | | 3,425.84 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617718 | 90 | | | | | | N | 0 | 0 | 50005GG | 12/19/2016 | 01/18/2017 | 28 | | | 6,036.40 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617719 | 90 | | | | | | N | 0 | 0 | 50020B | 12/19/2016 | 01/18/2017 | 28 | | | 57,606.15 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617720 | 90 | | | | | | N | 0 | 0 | 50208B | 12/19/2016 | 01/18/2017 | 28 | | | 49,398.91 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1617721 | 90 | | | | | | N | 0 | 0 | 50255A | 12/19/2016 | 01/18/2017 | 28 | | | 21,999.60 | | | | MAM |
| BCBG MAX AZRIA GROUP INC | 1618301 | 90 | | | | | | N | 0 | 0 | 50317A | 12/19/2016 | 01/18/2017 | 28 | | | 17,314.40 | | | | MAM |

**Client Invoice Aging List**
( As of Date : 02/15/2017 )
( Approval Type : All )
( Sorted By : Customer ID and Invoice No. )

Client: 2154 - NYAM, LLC

| Name | Inv No | AT | LT | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1618302 | 90 | N | 0 | 50317B | 12/19/2016 | 01/16/2017 | 28 | - | - | 2,540.78 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618303 | 90 | N | 0 | 50317C | 12/19/2016 | 01/16/2017 | 28 | - | - | 18,820.00 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618304 | 90 | N | 0 | 50264A | 12/19/2016 | 01/16/2017 | 28 | - | - | 3,471.00 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618305 | 90 | N | 0 | 50264B | 12/19/2016 | 01/16/2017 | 28 | - | - | 31,160.58 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618306 | 90 | N | 0 | 50264D | 12/19/2016 | 01/16/2017 | 28 | - | - | 3,702.40 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618307 | 90 | N | 0 | 50264C | 12/19/2016 | 01/16/2017 | 28 | - | - | 995.04 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618308 | 90 | N | 0 | 50264G | 12/19/2016 | 01/16/2017 | 28 | - | - | 16,843.37 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618309 | 90 | N | 0 | 50273A | 12/19/2016 | 01/16/2017 | 28 | - | - | 1,088.50 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618310 | 90 | N | 0 | 50273B | 12/19/2016 | 01/16/2017 | 28 | - | - | 2,177.00 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618311 | 90 | N | 0 | 50273C | 12/19/2016 | 01/16/2017 | 28 | - | - | 10,941.46 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618312 | 90 | N | 0 | 50274A | 12/19/2016 | 01/16/2017 | 28 | - | - | 880.50 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618313 | 80 | N | 0 | 50274B | 12/19/2016 | 01/16/2017 | 28 | - | - | 2,641.50 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618314 | 90 | N | 0 | 50274C | 12/19/2016 | 01/16/2017 | 28 | - | - | 14,246.49 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618315 | 90 | N | 0 | 50274E | 12/19/2016 | 01/16/2017 | 28 | - | - | 6,321.99 | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618401 | 90 | N | 0 | 49209F | 01/03/2017 | 03/01/2017 | -14 | 7,021.19 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618402 | 90 | N | 0 | 49209K | 01/03/2017 | 03/01/2017 | -14 | 1,780.02 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618403 | 90 | N | 0 | 50328C | 01/03/2017 | 03/01/2017 | -14 | 3,405.60 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618404 | 90 | N | 0 | 50328D | 01/03/2017 | 03/01/2017 | -14 | 136.20 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618405 | 90 | N | 0 | 50328C | 01/03/2017 | 03/01/2017 | -14 | 19,138.10 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618406 | 50 | N | 0 | 50328L | 01/03/2017 | 03/01/2017 | -14 | 227.00 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618407 | 50 | N | 0 | 50328N | 01/03/2017 | 03/01/2017 | -14 | 431.30 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618408 | 90 | N | 0 | 50328O | 01/03/2017 | 03/01/2017 | -14 | 2,862.35 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618409 | 90 | N | 0 | 50328H | 01/03/2017 | 03/01/2017 | -14 | 19,466.50 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618410 | 90 | N | 0 | 50279C | 01/03/2017 | 03/01/2017 | -14 | 12,972.26 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618501 | 90 | N | 0 | 49955A | 11/25/2016 | 12/29/2016 | 48 | - | - | - | 15,520.85 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618502 | 90 | N | 0 | 49920B | 11/29/2016 | 12/29/2016 | 49 | - | - | - | 7,506.75 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618503 | 90 | N | 0 | 49920C | 11/29/2016 | 12/29/2016 | 49 | - | - | - | 1,000.90 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618504 | 90 | N | 0 | 49351A | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 32,546.74 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618505 | 90 | N | 0 | 50218D | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 5,917.50 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618506 | 90 | N | 0 | 50218 | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 2,451.66 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618507 | 90 | N | 0 | 50219A | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 3,317.00 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618508 | 90 | N | 0 | 50219C | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 15,190.14 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618509 | 90 | N | 0 | 50219D | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 10,135.02 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618510 | 90 | N | 0 | 50219I | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 1,718.62 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618511 | 90 | N | 0 | 50211U | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 5,748.96 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618512 | 90 | N | 0 | 50203A | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 797.25 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618513 | 90 | N | 0 | 50203D | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 3,337.20 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618514 | 90 | N | 0 | 50078A | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 565.28 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618515 | 90 | N | 0 | 50078B | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 2,513.75 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618516 | 90 | N | 0 | 50278E | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 1,910.45 | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1618517 | 90 | N | 0 | 50235A | 11/29/2016 | 12/29/2016 | 48 | - | - | - | 1,483.20 | - | - | MAM |

**Client Invoice Aging List**
(As of Date : 02/15/2017)
(Approval Type : All)
(Sorted By : Customer ID and Invoice No)

Client: 2154  NYAM, LLC

| Name | Inv No | AT | LT | Dis Pqt(%) | PO No | Inv Dt | Due Dt | Days | Current | 31 to 60 | Coll |
|------|--------|----|----|-----------|-------|--------|--------|------|---------|----------|------|
| BCBG MAX AZRIA GROUP INC | 1618518 | 90 | N | 0 | 502236 | 11/28/2016 | 12/28/2016 | 48 | | 185.40 | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618519 | 90 | N | 0 | 50235J | 11/28/2016 | 12/28/2016 | 48 | | 222.46 | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618801 | 90 | N | 0 | 50019H | 01/30/2017 | 03/01/2017 | -14 | 13,337.39 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618802 | 90 | N | 0 | 50019T | 01/30/2017 | 03/01/2017 | -14 | 12,339.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618803 | 90 | N | 0 | 497KZN | 01/30/2017 | 03/01/2017 | -14 | 2,138.17 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618804 | 90 | N | 0 | 50019C | 01/30/2017 | 03/01/2017 | -14 | 815.48 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618805 | 90 | N | 0 | 50019D | 01/30/2017 | 03/01/2017 | -14 | 3,319.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618806 | 90 | N | 0 | 50019G | 01/30/2017 | 03/01/2017 | -14 | 13,455.42 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618807 | 90 | N | 0 | 50019J | 01/30/2017 | 03/01/2017 | -14 | 267.52 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618808 | 90 | N | 0 | 50019H | 01/30/2017 | 03/01/2017 | -14 | 1,083.73 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618809 | 90 | N | 0 | 50019N | 01/30/2017 | 03/01/2017 | -14 | 1,080.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618810 | 90 | N | 0 | 50197A | 01/30/2017 | 03/01/2017 | -14 | 270.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619101 | 90 | N | 0 | 50197B | 01/30/2017 | 03/01/2017 | -14 | 2,182.52 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619102 | 90 | N | 0 | 49348N | 01/30/2017 | 03/01/2017 | -14 | 622.16 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619103 | 90 | N | 0 | 497911L | 01/30/2017 | 03/01/2017 | -14 | 547.89 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619104 | 90 | N | 0 | 49988J | 01/30/2017 | 03/01/2017 | -14 | 4,311.89 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619105 | 90 | N | 0 | 50024C | 01/30/2017 | 03/01/2017 | -14 | 760.92 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619106 | 90 | N | 0 | 50024E | 01/30/2017 | 03/01/2017 | -14 | 1,860.71 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619107 | 90 | N | 0 | 50024J | 01/30/2017 | 03/01/2017 | -14 | 424.61 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619108 | 90 | N | 0 | 50098B | 01/30/2017 | 03/01/2017 | -14 | 66,433.66 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619109 | 90 | N | 0 | 50025C | 01/30/2017 | 03/01/2017 | -14 | 5,199.62 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619110 | 90 | N | 0 | 50374C | 01/30/2017 | 03/01/2017 | -14 | 4,350.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619111 | 90 | N | 0 | 50374D | 01/30/2017 | 03/01/2017 | -14 | 217.50 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619112 | 90 | N | 0 | 50374G | 01/30/2017 | 03/01/2017 | -14 | 43,543.50 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619113 | 90 | N | 0 | 50374F | 01/30/2017 | 03/01/2017 | -14 | 1,413.75 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619114 | 90 | N | 0 | 50374G | 01/30/2017 | 03/01/2017 | -14 | 9,591.75 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619115 | 90 | N | 0 | 50426C | 01/30/2017 | 03/01/2017 | -14 | 5,175.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619116 | 90 | N | 0 | 50426N | 01/30/2017 | 03/01/2017 | -14 | 32,540.40 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619117 | 90 | N | 0 | 50426H | 01/30/2017 | 03/01/2017 | -14 | 1,159.20 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619118 | 90 | N | 0 | 50426O | 01/30/2017 | 03/01/2017 | -14 | 9,522.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619119 | 90 | N | 0 | 50548A | 01/30/2017 | 03/01/2017 | -14 | 28,716.60 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619120 | 90 | N | 0 | 50576A | 01/30/2017 | 03/01/2017 | -14 | 751.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619121 | 90 | N | 0 | 50576C | 01/30/2017 | 03/01/2017 | -14 | 5,257.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619122 | 90 | N | 0 | 50576E | 01/30/2017 | 03/01/2017 | -14 | 159.20 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618531 | 90 | N | 0 | 50265A | 01/30/2017 | 03/01/2017 | -14 | 53,784.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1618503 | 90 | N | 0 | 50031C | 01/30/2017 | 03/01/2017 | -14 | 3,739.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619503 | 90 | N | 0 | 50331 G | 01/30/2017 | 03/01/2017 | -14 | 1,867.60 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619504 | 90 | N | 0 | 50331 G | 01/30/2017 | 03/01/2017 | -14 | 44,222.40 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619505 | 90 | N | 0 | 50331 N | 01/30/2017 | 03/01/2017 | -14 | 784.35 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619506 | 90 | N | 0 | 503310 | 01/30/2017 | 03/01/2017 | -14 | 7,479.00 | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619507 | 90 | N | 0 | 50355C | 01/30/2017 | 03/01/2017 | -14 | 3,932.00 | | MAAI |

Client: 2154, NYAM, LLC

**Client Invoice Aging List**
(As of Date: 02/15/2017)
(Approval Type: All)
(Sorted By: Customer ID and Invoice No)

| Name | Inv No | AT | D | R | P | V | SR | LT | Orig Inv A | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCBG MAX AZRIA GROUP INC | 1619568 | 90 | | | | | N | O | | 0 | 5033SG | 01/30/2017 | 03/01/2017 | -14 | 707.76 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619569 | 90 | | | | | N | O | | 0 | 5033SG | 01/30/2017 | 03/01/2017 | -14 | 9,830.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619510 | 90 | | | | | N | O | | 0 | 5033SH | 01/30/2017 | 03/01/2017 | -14 | 4,402.84 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619511 | 90 | | | | | N | O | | 0 | 5033SP | 01/30/2017 | 03/01/2017 | -14 | 865.04 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619512 | 90 | | | | | N | O | | 0 | 5033SQ | 01/30/2017 | 03/01/2017 | -14 | 2,162.80 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619513 | 90 | | | | | N | O | | 0 | 5042BC | 01/30/2017 | 03/01/2017 | -14 | 3,558.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619514 | 90 | | | | | N | O | | 0 | 5042BE | 01/30/2017 | 03/01/2017 | -14 | 17,573.92 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619515 | 90 | | | | | N | O | | 0 | 5042SF | 01/30/2017 | 03/01/2017 | -14 | 34,299.20 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619516 | 90 | | | | | N | O | | 0 | 5042B1 | 01/30/2017 | 03/01/2017 | -14 | 712.16 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619517 | 90 | | | | | N | O | | 0 | 5042SC | 01/30/2017 | 03/01/2017 | -14 | 535.40 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619801 | 90 | | | | | N | O | | 0 | 5020TC | 01/30/2017 | 03/01/2017 | -14 | 2,473.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619802 | 90 | | | | | N | O | | 0 | 5020SF | 01/30/2017 | 03/01/2017 | -14 | 23,592.42 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619803 | 90 | | | | | N | O | | 0 | 5023SK | 01/30/2017 | 03/01/2017 | -14 | 642.98 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619804A | 90 | | | | | N | O | | 0 | 5031K | 01/30/2017 | 03/01/2017 | -14 | 224.10 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619805 | 90 | | | | | N | O | | 0 | 5035SL | 01/30/2017 | 03/01/2017 | -14 | 235.92 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619806 | 90 | | | | | N | O | | 0 | 5063BC | 01/30/2017 | 03/01/2017 | -14 | 23,260.00 | | | | | | MAAH |
| BCBG MAX AZRIA GROUP INC | 1619807 | 90 | | | | | N | O | | 0 | 5064PA | 01/30/2017 | 03/01/2017 | -14 | 2,202.00 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619808 | 90 | | | | | N | O | | 0 | 5064RC | 01/30/2017 | 03/01/2017 | -14 | 11,560.50 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619809 | 90 | | | | | N | O | | 0 | 5064R1 | 01/30/2017 | 03/01/2017 | -14 | 242.22 | | | | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619701 | 90 | | | | | N | O | | 0 | 4980SC | 12/14/2016 | 01/13/2017 | 33 | | | | 8,495.00 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619702 | 90 | | | | | N | O | | 0 | 4980SF | 12/14/2016 | 01/13/2017 | 33 | | | | 38,173.80 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619703 | 90 | | | | | N | O | | 0 | 4980SG | 12/14/2016 | 01/13/2017 | 33 | | | | 47,500.60 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619704 | 90 | | | | | N | O | | 0 | 4980B1 | 12/14/2016 | 01/13/2017 | 33 | | | | 4,604.10 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619705 | 90 | | | | | N | O | | 0 | 4980BM | 12/14/2016 | 01/13/2017 | 33 | | | | 11,353.83 | | | MAAI |
| BCBG MAX AZRIA GROUP INC | 1619706 | 90 | | | | | N | O | | 0 | 5020PB | 12/14/2016 | 01/13/2017 | 33 | | | | 1,656.24 | | | MAAH |
| BCBG MAX AZRIA GROUP INC | 1619707 | 90 | | | | | N | O | | 0 | 5020DC | 12/14/2016 | 01/13/2017 | 33 | | | | 5,176.75 | | | MAAH |
| BCBG MAX AZRIA GROUP INC | 1619708 | 90 | | | | | N | O | | 0 | 5020PF | 12/14/2016 | 01/13/2017 | 33 | | | | 9,661.40 | | | MAAG |
| BCBG MAX AZRIA GROUP INC | 1619709 | 90 | | | | | N | O | | 0 | 5020AL | 12/14/2016 | 01/13/2017 | 33 | | | | 652.08 | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1619710 | 90 | | | | | N | O | | 0 | 5002AK | 12/14/2016 | 01/13/2017 | 33 | | | | 20,222.93 | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622201 | 90 | | | | | N | O | | 0 | 4901BD | 01/02/2017 | 03/01/2017 | -14 | 10,843.80 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622202 | 90 | | | | | N | O | | 0 | 4901BC | 01/02/2017 | 03/01/2017 | -14 | 1,063.92 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622203 | 90 | | | | | N | O | | 0 | 4901BG | 01/02/2017 | 03/01/2017 | -14 | 63,548.76 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622204 | 90 | | | | | N | O | | 0 | 4901BH | 01/02/2017 | 03/01/2017 | -14 | 62,167.48 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622205 | 90 | | | | | N | O | | 0 | 4901BL | 01/02/2017 | 03/01/2017 | -14 | 2,250.60 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622206 | 90 | | | | | N | O | | 0 | 4901BL | 01/02/2017 | 03/01/2017 | -14 | 347.82 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622207 | 90 | | | | | N | O | | 0 | 4901BM | 01/02/2017 | 03/01/2017 | -14 | 491.04 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622208 | 90 | | | | | N | O | | 0 | 4901BN | 01/02/2017 | 03/01/2017 | -14 | 245.52 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622209 | 90 | | | | | N | O | | 0 | 4901BG | 01/02/2017 | 03/01/2017 | -14 | 369.28 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622210 | 90 | | | | | N | O | | 0 | 4901BS | 01/02/2017 | 03/01/2017 | -14 | 1,370.62 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622211 | 90 | | | | | N | O | | 0 | 4901BT | 01/02/2017 | 03/01/2017 | -14 | 8,184.00 | | | | | | MAAM |
| BCBG MAX AZRIA GROUP INC | 1622212 | 90 | | | | | N | O | | 0 | 4954SA | 01/02/2017 | 03/01/2017 | -14 | 573.12 | | | | | | MAAM |

## Client Invoice Aging List
( As of Date : 03/15/2017 )
( Approval Type : All )
( Sorted By : Customer ID and Invoice No. )

Client: 2154   NVAM, LLC

| Name | Inv No | AT | D | R | P | V | SR | LT | Orgn inv V Amt | Dis Pct(%) | PO No | Inv Dt | Due Dt | Days | Current | 1 to 15 | 16 to 30 | 31 to 60 | 61 to 90 | Over 90 | Coll |
|------|--------|----|---|---|---|---|----|----|----|----|-------|--------|--------|------|---------|---------|----------|----------|----------|---------|------|
| BCBG MAX AZRIA GROUP INC | 1622213 | 90 | | | | | | N | 0 | 0 | 4954AC | 01/30/2017 | 03/01/2017 | -14 | 7,356.24 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1622214 | 90 | | | | | | N | 0 | 0 | 5035AA | 01/30/2017 | 03/01/2017 | -14 | 1,205.00 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1622215 | 90 | | | | | | N | 0 | 0 | 5005B6 | 01/30/2017 | 03/01/2017 | -14 | 1,747.25 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1622216 | 90 | | | | | | N | 0 | 0 | 5003BC | 01/30/2017 | 03/01/2017 | -14 | 11,507.75 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1622217 | 90 | | | | | | N | 0 | 0 | 5003BD | 01/30/2017 | 03/01/2017 | -14 | 5,977.40 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1524501 | 90 | | | | | | N | 0 | 0 | 509.10C | 01/30/2017 | 03/01/2017 | -14 | 12,722.40 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1919610 | 90 | | | | | | N | 0 | 0 | 5054RJ | 01/30/2017 | 03/01/2017 | -14 | 1,321.20 | - | - | - | - | - | MAM |
| BCBG MAX AZRIA GROUP INC | 1615810-NA | 90 | | | | | | N | 0 | 0 | 499666 | 12/08/2016 | 01/07/2017 | 30 | | | | 26,864.18 | - | - | MAM |
| | | | | | | | | | | | | | | | 787,951.14 | | 475,095.62 | 26,864.18 | | | |
| | | | | | | | | | | | | | | | | | | 490,468.76 | | | |

Total File

1,754,149.50

# EXHIBIT B

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612101 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49411C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | RND61K16 | WOVEN EVENING DRESS | 77.75 | 23,325.00 |

| | Total | $23,325.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612102 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49411D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 16 | RND61K16 | WOVEN EVENING DRESS | 77.75 | 1,244.00 |

| | | | **Total** | $1,244.00 |
|--|--|--|-----------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612103 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49411G | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 475 | RND61K16 | WOVEN EVENING DRESS | 77.75 | 36,931.25 |

| | **Total** | $36,931.25 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612104 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49411N | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5 | RND61K16 | WOVEN EVENING DRESS | 77.75 | 388.75 |

| | **Total** | **$388.75** |
|--|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612105 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49411O | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | RND61K16 | WOVEN EVENING DRESS | 77.75 | 27,212.50 |

| | **Total** | $27,212.50 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612106 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49593A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | OJZ3G358 | WOVEN SPORTSWEAR SKIRT | 35.04 | 1,752.00 |

| | **Total** | $1,752.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612107 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49593B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | OJZ3G358 | WOVEN SPORTSWEAR SKIRT | 35.04 | 350.40 |

| | | | **Total** | $350.40 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612108 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49593D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 241 | OJZ3G358 | WOVEN SPORTSWEAR SKIRT | 35.04 | 8,444.64 |

| | Total | $8,444.64 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612109 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49593H | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | OJZ3G358 | WOVEN SPORTSWEAR SKIRT | 35.04 | 350.40 |

| | Total | $350.40 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612110 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
               Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49593I | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 210 | OJZ3G358 | WOVEN SPORTSWEAR SKIRT | 35.04 | 7,358.40 |

| | **Total** | $7,358.40 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612111 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 497491 | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 69 | MHF61K38 | WOVEN COCKTAIL DRESS | 56.04 | 3,866.76 |

| | Total | $3,866.76 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612112 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49749J | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 35 | MHF61K38 | WOVEN COCKTAIL DRESS | 56.04 | 1,961.40 |

| | Total | $1,961.40 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 11/17/2016 | 1612113 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 49791C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 200 | MHF1X728 | WOVEN SPORTSWEAR TOP | 22.22 | 4,444.00 |

| | **Total** | $4,444.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612114 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49791D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | MHF1X728 | WOVEN SPORTSWEAR TOP | 22.22 | 222.20 |

| | **Total** | $222.20 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612115 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49791F | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,279 | MHF1X728 | WOVEN SPORTSWEAR TOP | 22.22 | 28,419.38 |

| | **Total** | $28,419.38 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612116 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49791Q | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 129 | MHF1X728 | WOVEN SPORTSWEAR TOP | 22.22 | 2,866.38 |

| | Total | $2,866.38 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1612117 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49791R | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 258 | MHF1X728 | WOVEN SPORTSWEAR TOP | 22.22 | 5,732.76 |

| | **Total** | $5,732.76 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612903 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49576G | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,446 | JVY4J339 | WOVEN SPORTSWEAR JACKET | 52.59 | 76,045.14 |

| | Total | $76,045.14 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 11/14/2016 | 1612904 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 49629H | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 473 | FKF62K86 | WOVEN COCKTAIL DRESS | 59.50 | 28,143.50 |

| | Total | $28,143.50 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612905 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49229D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,308 | RND2G655 | WOVEN CITY PANTS | 27.97 | 36,584.76 |

| | Total | $36,584.76 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612906 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49230F | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 224 | RND2G693 | WOVEN CITY PANTS | 28.74 | 6,437.76 |

| | **Total** | $6,437.76 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612907 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49272C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | | 37.00 | 2,960.00 |
| 80 | RND41778 | WOVEN CITY JACKET | | |

| | Total | $2,960.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612908 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49272D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | RND41778 | WOVEN CITY JACKET | 37.00 | 1,480.00 |

| | **Total** | $1,480.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612909 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49285H | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,289 | RND3G286 | WOVEN SPORTSWEAR SKIRT | 27.48 | 35,421.72 |

| | Total | $35,421.72 |
|---|-------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612910 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49286C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 40 | RND4J316 | WOVEN SPORTSWEAR JACKET | 36.70 | 1,468.00 |

| | | | **Total** | $1,468.00 |
|---|---|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612911 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
  Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
  Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49286D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | RND4J316 | WOVEN SPORTSWEAR JACKET | 36.70 | 367.00 |

| | | | **Total** | $367.00 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 11/14/2016 | 1612912 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 49286G | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | | | 9,175.00 |
| 250 | RND4J316 | WOVEN SPORTSWEAR JACKET | 36.70 | |

| | Total | $9,175.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612913 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49286L | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20 | RND4J316 | WOVEN SPORTSWEAR JACKET | 36.70 | 734.00 |

| | **Total** | **$734.00** |
|--|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612914 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49349H | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 118 | RND1X741 | WOVEN SPORTSWEAR HALTER | 21.46 | 2,532.28 |

| | | | **Total** | $2,532.28 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612915 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49376B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 80 | RND4I882 | WOVEN CITY JACKET | 37.00 | 2,960.00 |

| | Total | $2,960.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612916 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49376C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 30 | RND41882 | WOVEN CITY JACKET | 37.00 | 1,110.00 |

| | Total | $1,110.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612917 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49531B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 120 | RND65J91 | WOVEN EVENING DRESS | 43.78 | 5,253.60 |

| | **Total** | $5,253.60 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612918 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49531D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | | 43.78 | 8,756.00 |
| 200 | RND65J91 | WOVEN EVENING DRESS | | |

| | Total | $8,756.00 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612919 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49531H | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | RND65J91 | WOVEN EVENING DRESS | 43.78 | 788.04 |

| | | | Total | $788.04 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612920 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 495311 | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | RND65J91 | WOVEN EVENING DRESS | 43.78 | 437.80 |

| | **Total** | $437.80 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612921 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49576B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | JVY4J339 | WOVEN SPORTSWEAR JACKET | 52.59 | 5,259.00 |

| | Total | $5,259.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | invoice # |
|------|-----------|
| 11/14/2016 | 1612922 |

This invoice is assigned to, owned by, and payable only to:

HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49576C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | | 52.59 | 525.90 |
| 10 | JVY4J339 | WOVEN SPORTSWEAR JACKET | | |

| | Total | $525.90 |
|---|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612923 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49576F | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | | 52.59 | 22,876.65 |
| 435 | JVY4J339 | WOVEN SPORTSWEAR JACKET | | |

| | Total | $22,876.65 |
|--|-------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612924 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49576L | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 14 | JVY4J339 | WOVEN SPORTSWEAR JACKET | 52.59 | 736.26 |

| | Total | $736.26 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612925 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49576M | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 30 | JVY4J339 | WOVEN SPORTSWEAR JACKET | 52.59 | 1,577.70 |

| | Total | $1,577.70 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612926 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49629C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | FKF62K86 | WOVEN COCKTAIL DRESS | 59.50 | 11,900.00 |

| | Total | $11,900.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612927 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49629D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | FKF62K86 | WOVEN COCKTAIL DRESS | 59.50 | 1,071.00 |

| | **Total** | $1,071.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612928 |

| Bill To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| Ship To |
|---------|
| BCBG<br>2761 Fruitland Ave<br>Vernon, CA 90058 |

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49629G | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 945 | FKF62K86 | WOVEN COCKTAIL DRESS | 59.50 | 56,227.50 |

| | **Total** | $56,227.50 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612929 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49629L | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6 | FKF62K86 | WOVEN COCKTAIL DRESS | 59.50 | 357.00 |

| | **Total** | $357.00 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612930 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49199C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,200 | RND2G564 | WOVEN SPORTSWEAR PANTS | 25.97 | 31,164.00 |

| | **Total** | **$31,164.00** |
|--|-----------|----------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612931 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49199J | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 49 | RND2G564 | WOVEN SPORTSWEAR PANTS | 25.97 | 1,272.53 |

| | **Total** | $1,272.53 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612932 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49229B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | RND2G655 | WOVEN CITY PANTS | 27.97 | 1,398.50 |

| | **Total** | $1,398.50 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612933 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49229C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | RND2G655 | WOVEN CITY PANTS | 27.97 | 335.64 |

| | **Total** | $335.64 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612934 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49230C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | RND2G693 | WOVEN CITY PANTS | 28.74 | 1,437.00 |

| | **Total** | $1,437.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612935 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49230D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 17 | RND2G693 | WOVEN CITY PANTS | 28.74 | 488.58 |

| | **Total** | $488.58 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612936 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49230E | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 240 | RND2G693 | WOVEN CITY PANTS | 28.74 | 6,897.60 |

| | **Total** | $6,897.60 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612937 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49230K | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 33 | RND2G693 | WOVEN CITY PANTS | 28.74 | 948.42 |

| | **Total** | $948.42 |
|---|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612938 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49230L | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 60 | RND2G693 | WOVEN CITY PANTS | 28.74 | 1,724.40 |

| | **Total** | $1,724.40 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612939 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49284B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 67 | RND2G683 | WOVEN CITY PANTS | 23.42 | 1,569.14 |

| | Total | $1,569.14 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612940 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49284C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 16 | RND2G683 | WOVEN CITY PANTS | 23.42 | 374.72 |

| | Total | $374.72 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612941 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49284K | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 46 | RND2G683 | WOVEN CITY PANTS | 23.42 | 1,077.32 |

| | **Total** | $1,077.32 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612942 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49284L | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 75 | RND2G683 | WOVEN CITY PANTS | 23.42 | 1,756.50 |

| | Total | $1,756.50 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612943 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49285C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 60 | RND3G286 | WOVEN SPORTSWEAR SKIRT | 27.48 | 1,648.80 |

| | **Total** | $1,648.80 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612944 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49285D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 16 | RND3G286 | WOVEN SPORTSWEAR SKIRT | 27.48 | 439.68 |

| | **Total** | $439.68 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612945 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49285G | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,000 | RND3G286 | WOVEN SPORTSWEAR SKIRT | 27.48 | 27,480.00 |

| | **Total** | $27,480.00 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612946 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
             Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
             Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49285M | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 22 | RND3G286 | WOVEN SPORTSWEAR SKIRT | 27.48 | 604.56 |

| | **Total** | $604.56 |
|---|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612947 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49285N | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | RND3G286 | WOVEN SPORTSWEAR SKIRT | 27.48 | 2,748.00 |

| | **Total** | $2,748.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612948 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49349C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 80 | RND1X741 | WOVEN SPORTSWEAR HALTER | 21.46 | 1,716.80 |

| | **Total** | $1,716.80 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 11/14/2016 | 1612949 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                 Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                  Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 49349D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10 | RND1X741 | WOVEN SPORTSWEAR HALTER | 21.46 | 214.60 |

| | Total | $214.60 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612950 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49349G | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,100 | RND1X741 | WOVEN SPORTSWEAR HALTER | 21.46 | 23,606.00 |

| | **Total** | **$23,606.00** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612951 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49349O | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | RND1X741 | WOVEN SPORTSWEAR HALTER | 21.46 | 1,073.00 |

| | Total | $1,073.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612952 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49526C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 80 | RND2G697 | WOVEN CITY PANTS | 22.61 | 1,808.80 |

| | **Total** | $1,808.80 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612953 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49526E | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 900 | RND2G697 | WOVEN CITY PANTS | 22.61 | 20,349.00 |

| | **Total** | $20,349.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612954 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49526J | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 49 | RND2G697 | WOVEN CITY PANTS | 22.61 | 1,107.89 |

| | **Total** | $1,107.89 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612955 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49526K | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 125 | RND2G697 | WOVEN CITY PANTS | 22.61 | 2,826.25 |

| | **Total** | $2,826.25 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612956 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49575B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 70 | JVY2G686 | WOVEN SPORTWEAR PANTS | 28.01 | 1,960.70 |

| | **Total** | $1,960.70 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612957 |

| Bill To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG |
| 2761 Fruitland Ave |
| Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49575C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | JVY2G686 | WOVEN SPORTWEAR PANTS | 28.01 | 280.10 |

| | **Total** | $280.10 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612958 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49575F | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 381 | JVY2G686 | WOVEN SPORTWEAR PANTS | 28.01 | 10,671.81 |

| | Total | $10,671.81 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1612959 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49575M | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 42 | JVY2G686 | WOVEN SPORTWEAR PANTS | 28.01 | 1,176.42 |

| | **Total** | $1,176.42 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614101 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 49441A | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5 | QGO8C991 | KNITTED OUTERWEAR COAT | 224.00 | 1,120.00 |

| | **Total** | $1,120.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614102 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49441D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 19 | QGO8C991 | KNITTED OUTERWEAR COAT | 224.00 | 4,256.00 |

| | **Total** | $4,256.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 11/14/2016 | 1614103 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 50061C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 265 | QVV3G418 | KNITTED SKIRT | 22.35 | 5,922.75 |

| | Total | $5,922.75 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614104 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50061F | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,517 | QVV3G418 | KNITTED SKIRT | 22.35 | 33,904.95 |

| | Total | $33,904.95 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614105 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50061G | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 995 | QVV3G418 | KNITTED SKIRT | 22.35 | 22,238.25 |

| | **Total** | $22,238.25 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614106 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50061N | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 96 | QVV3G418 | KNITTED SKIRT | 22.35 | 2,145.60 |

| | Total | $2,145.60 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614107 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50061O | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 342 | QVV3G418 | KNITTED SKIRT | 22.35 | 7,643.70 |

| | **Total** | $7,643.70 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614108 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49369A | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5 | WMN8D001 | WOVEN OTWR COAT | 227.53 | 1,137.65 |

| | Total | $1,137.65 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614109 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49369D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 37 | WMN8D001 | WOVEN OTWR COAT | 227.53 | 8,418.61 |

| | **Total** | $8,418.61 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614110 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49527B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 70 | FOY4J364 | KNITTED SPORTSWEAR JACKET | 80.52 | 5,636.40 |

| | Total | $5,636.40 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614111 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49527C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | FOY4J364 | KNITTED SPORTSWEAR JACKET | 80.52 | 805.20 |

| | **Total** | $805.20 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614112 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49527E | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 326 | FOY4J364 | KNITTED SPORTSWEAR JACKET | 80.52 | 26,249.52 |

| | **Total** | **$26,249.52** |
|--|-----------|----------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614113 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49527J | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3 | FOY4J364 | KNITTED SPORTSWEAR JACKET | 80.52 | 241.56 |

| | **Total** | $241.56 |
|---|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614114 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49527K | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 30 | FOY4J364 | KNITTED SPORTSWEAR JACKET | 80.52 | 2,415.60 |

| | **Total** | $2,415.60 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614115 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 497781 | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 28 | JGK60K22 | WOVEN EVENING DRESS "JANETTE" | 63.01 | 1,764.28 |

| | **Total** | $1,764.28 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614116 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49778J | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 315 | JGK60K22 | WOVEN EVENING DRESS "JANETTE" | 63.01 | 19,848.15 |

| | Total | $19,848.15 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614401 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49941A | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,021 | ZBA4G520 | WOVEN CITY JACKET | 31.99 | 32,661.79 |

| | Total | $32,661.79 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614402 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
           Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
           Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49442C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4,135 | WQR1X753 | WOVEN SPORTSWEAR TANK TOP | 17.41 | 71,990.35 |

| | **Total** | **$71,990.35** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614403 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 49951C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4,475 | WQR69K96 | WOVEN CASUAL DRESS | 21.93 | 98,136.75 |

| | | | **Total** | $98,136.75 |
|--|--|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614404 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49993C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,091 | WQR1Y082 | WOVEN SPORTSWEAR TOP | 21.30 | 23,238.30 |

| | **Total** | **$23,238.30** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614405 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon. CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49942A | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 195 | WQR1X753 | WOVEN SPORTSWEAR TANK TOP | 17.41 | 3,394.95 |

| | **Total** | **$3,394.95** |
|--|-----------|---------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614406 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 49942B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 22 | WQR1X753 | WOVEN SPORTSWEAR TANK TOP | 17.41 | 383.02 |

| | Total | $383.02 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614407 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49942D | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 863 | WQR1X753 | WOVEN SPORTSWEAR TANK TOP | 17.41 | 15,024.83 |

| | **Total** | **$15,024.83** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614408 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49951A | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 450 | WQR69K96 | WOVEN CASUAL DRESS | 21.93 | 9,868.50 |

| | **Total** | $9,868.50 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614409 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49951B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 44 | WQR69K96 | WOVEN CASUAL DRESS | 21.93 | 964.92 |

| | **Total** | **$964.92** |
|---|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614410 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49951E | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 238 | WQR69K96 | WOVEN CASUAL DRESS | 21.93 | 5,219.34 |

| | **Total** | **$5,219.34** |
|--|-----------|---------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614411 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49993A | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 250 | WQR1Y082 | WOVEN SPORTSWEAR TOP | 21.30 | 5,325.00 |

| | **Total** | **$5,325.00** |
|--|-----------|---------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614412 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49993B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 30 | WQR1Y082 | WOVEN SPORTSWEAR TOP | 21.30 | 639.00 |

| | **Total** | **$639.00** |
|--|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614413 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49993E | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 202 | WQR1Y082 | WOVEN SPORTSWEAR TOP | 21.30 | 4,302.60 |

| | **Total** | $4,302.60 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614414 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50003B | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 22 | NIJ2G656 | WOVEN SPORTSWEAR PANTS | 26.59 | 584.98 |

| | **Total** | $584.98 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614415 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50003C | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 100 | NIJ2G656 | WOVEN SPORTSWEAR PANTS | 26.59 | 2,659.00 |

| | **Total** | $2,659.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1617501 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49616B | Net 30 | | 11/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 66 | RND41873 | WOVEN SPORTSWEAR JACKET | 44.75 | 2,953.50 |

| | **Total** | $2,953.50 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1617502 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49655B | Net 30 | | 11/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | OJZ61K59 | WOVEN EVENING DRESS "DELANA" | 82.19 | 4,109.50 |

| | **Total** | $4,109.50 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1617503 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49655C | Net 30 | | 11/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 25 | OJZ61K59 | WOVEN EVENING DRESS "DELANA" | 82.19 | 2,054.75 |

| | **Total** | $2,054.75 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1617504 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49655F | Net 30 | | 11/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 182 | OJZ61K59 | WOVEN EVENING DRESS "DELANA" | 82.19 | 14,958.58 |

| | **Total** | $14,958.58 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1617505 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 496551 | Net 30 | | 11/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 46 | OJZ61K59 | WOVEN EVENING DRESS "DELANA" | 82.19 | 3,780.74 |

| | **Total** | $3,780.74 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1617506 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
           Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
           Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49655J | Net 30 | | 11/15/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20 | OJZ61K59 | WOVEN EVENING DRESS "DELANA" | 82.19 | 1,643.80 |

| | **Total** | $1,643.80 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619801 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072C | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | RIQ1X511 | KNITTED TOP | 20.30 | 7,105.00 |

| | | **Total** | $7,105.00 |
|--|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619802 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072D | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 28 | RIQ1X511 | KNITTED TOP | 20.30 | 568.40 |

| | **Total** | **$568.40** |
|--|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619803 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                                  Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072G | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,263 | RIQ1X511 | KNITTED TOP | 20.30 | 45,938.90 |

| | Total | $45,938.90 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619804 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072H | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,180 | RIQIX511 | KNITTED TOP | 20.30 | 44,254.00 |

| | **Total** | $44,254.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619805 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072M | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18 | RIQ1X511 | KNITTED TOP | 20.30 | 365.40 |

| | Total | $365.40 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619806 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072P | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 44 | RIQ1X511 | KNITTED TOP | 20.30 | 893.20 |

| | Total | $893.20 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619807 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
        DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072R | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 84 | RIQ1X511 | KNITTED TOP | 20.30 | 1,705.20 |

| | **Total** | $1,705.20 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619808 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49072S | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 305 | RIQ1X511 | KNITTED TOP | 20.30 | 6,191.50 |

| | **Total** | **$6,191.50** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619809 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49992E | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 25 | WQR1Y030 | WOVEN SPTWR TANK TO | 18.77 | 469.25 |

| | Total | $469.25 |
|---|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619810 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49966B | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,812 | EYK64F95 | KNITTED CASUAL DRESS "AYANA" | 23.61 | 42,781.32 |

| | **Total** | **$42,781.32** |
|--|-----------|----------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619811 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50350A | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | YDM69G48 | KNITTED CASUAL DRESS | 11.17 | 1,117.00 |

| | **Total** | $1,117.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 1619812 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50350B | Net 30 | | 12/7/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,153 | YDM69G48 | KNITTED CASUAL DRESS | 11.17 | 12,879.01 |

| | Total | $12,879.01 |
|--|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614416 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50003F | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 673 | N1J2G656 | WOVEN SPORTSWEAR PANTS | 26.59 | 17,895.07 |

| | **Total** | **$17,895.07** |
|--|-----------|----------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/14/2016 | 1614417 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50003J | Net 30 | | 11/10/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 16 | NIJ2G656 | WOVEN SPORTSWEAR PANTS | 26.59 | 425.44 |

| | Total | $425.44 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 1614701 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|-----------|
| 49329B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | EYK1C530 | KNITTED SPORTWEAR TOP "BRYNNE" | 10.76 | 2,152.00 |

| | **Total** | $2,152.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 1614702 |

| Bill To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

| Ship To |
|---------|
| BCBG
2761 Fruitland Ave
Vernon, CA 90058 |

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
        DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49329D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,675 | EYK1C530 | KNITTED SPORTWEAR TOP "BRYNNE" | 10.76 | 18,023.00 |

| | Total | $18,023.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 1614703 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49329J | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 14 | EYK1C530 | KNITTED SPORTWEAR TOP "BRYNNE" | 10.76 | 150.64 |

| | Total | $150.64 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 1614704 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49329K | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 839 | EYK1C530 | KNITTED SPORTWEAR TOP "BRYNNE" | 10.76 | 9,027.64 |

| | **Total** | $9,027.64 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 1614705 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49330A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 833 | EYK1C530 | KNITTED SPORTWEAR TOP "BRYNNE" | 10.76 | 8,963.08 |

| | **Total** | $8,963.08 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 1614706 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49331A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 300 | EYK1E924 | KNITTED SPORTSWEAR TOP "JAN" | 10.73 | 3,219.00 |

| | **Total** | $3,219.00 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|---|---|
| 11/16/2016 | 1614707 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                      Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                         Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|---|---|---|---|---|---|---|
| 49341A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 250 | EYK1E924 | KNITTED SPORTSWEAR TOP "JAN" | 10.73 | 2,682.50 |

| | **Total** | $2,682.50 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 1614708 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49341B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,004 | EYK1E924 | KNITTED SPORTSWEAR TOP "JAN" | 10.73 | 21,502.92 |

| | **Total** | $21,502.92 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 1615211 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48682g | Net 30 | | 11/3/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 47 | XYE9D454 | KNITTED SPTWR JUMPER | 15.46 | 726.62 |

| | Total | $726.62 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 1615212 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 492081 | Net 30 | | 11/3/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 109 | PBH65J30 | KNITTED EVENING DRESS "VEIRA" | 100.09 | 10,909.81 |

| | **Total** | $10,909.81 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615801 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48939C | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 651 | ONW1X943 | KNITTED TOP | 22.66 | 14,751.66 |

| | Total | $14,751.66 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615802 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49192B | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 589 | ONW2G681 | KNITTED PANTS | 18.57 | 10,937.73 |

| | Total | $10,937.73 |
|--|-------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615803 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
    DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49219A | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,504 | URF6P239 | KNITTED DRESS | 26.10 | 39,254.40 |

| | | | **Total** | $39,254.40 |
|--|--|--|--|--|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615804 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49984A | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 90 | MGD61144 | KNITTED EVENING DRESS | 23.58 | 2,122.20 |

| | **Total** | **$2,122.20** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615805 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49984C | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 90 | MGD61I44 | KNITTED EVENING DRESS | 23.58 | 2,122.20 |

| | **Total** | **$2,122.20** |
|--|-----------|---------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615806 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49984G | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 75 | MGD61I44 | KNITTED EVENING DRESS | 23.88 | 1,791.00 |

| | **Total** | $1,791.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615807 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
       Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49984D | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 630 | MGD61I44 | KNITTED EVENING DRESS | 23.58 | 14,855.40 |

| | **Total** | **$14,855.40** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615808 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
           Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
           Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48939A | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 150 | ONW1X943 | KNITTED TOP | 22.66 | 3,399.00 |

| | | | **Total** | $3,399.00 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615809 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48939B | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20 | ONW1X943 | KNITTED TOP | 22.66 | 453.20 |

| | | | Total | $453.20 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615810 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49192A | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 140 | ONW2G681 | KNITTED PANTS | 18.57 | 2,599.80 |

| | Total | $2,599.80 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615811 |

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49703O | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 32 | AQA1X767 | KNITTED TOP | 10.21 | 326.72 |

| | **Total** | $326.72 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615812 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50005B | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 11 | JQA2G734 | KNITTED PANTS | 17.22 | 189.42 |

| | Total | $189.42 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615813 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50005C | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 104 | JQA2G734 | KNITTED PANTS | 17.22 | 1,790.88 |

| | **Total** | **$1,790.88** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615814 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50005F | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 169 | JQA2G734 | KNITTED PANTS | 17.22 | 2,910.18 |

| | **Total** | **$2,910.18** |
|--|-----------|---------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/21/2016 | 1615815 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 5005N | Net 30 | | 11/18/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 81 | JQA2G734 | KNITTED PANTS | 17.22 | 1,394.82 |

| | Total | $1,394.82 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616501 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49444E | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | CGV62K24 | KNITTED CITY DRESS "ADELE" | 26.65 | 319.80 |

| | **Total** | $319.80 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616502 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49702B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,831 | APS1X690 | KNITTED SPORTSWEAR TOP "BRINNE" | 13.87 | 25,395.97 |

| | Total | $25,395.97 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616503 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49702E | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | APS1X690 | KNITTED SPORTSWEAR TOP "BRINNE" | 13.87 | 2,774.00 |

| | **Total** | $2,774.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616504 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49702F | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 24 | APS1X690 | KNITTED SPORTSWEAR TOP "BRINNE" | 13.87 | 332.88 |

| | Total | $332.88 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616505 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49702H | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,310 | APS1X690 | KNITTED SPORTSWEAR TOP "BRINNE" | 13.87 | 32,039.70 |

| | Total | $32,039.70 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616506 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49702M | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 57 | APS1X690 | KNITTED SPORTSWEAR TOP "BRINNE" | 13.87 | 790.59 |

| | **Total** | **$790.59** |
|--|-----------|-------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616507 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49702N | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 250 | APS1X690 | KNITTED SPORTSWEAR TOP "BRINNE" | 13.87 | 3,467.50 |

| | **Total** | $3,467.50 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616508 |

This invoice is assigned to, owned by, and payable only to:
      HANA FINANCIAL, INC.
         DEPT LA 24406
      PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49883B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 995 | APS1X690 | KNITTED SPORTSWEAR TOP "BRINNE" | 13.87 | 13,800.65 |

| | **Total** | $13,800.65 |
|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616509 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49643C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 150 | CEP1E924 | KNITTED SPORTSWEAR TOP "JAN" | 11.41 | 1,711.50 |

| | Total | $1,711.50 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616510 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49643D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 14 | CEP1E924 | KNITTED SPORTSWEAR TOP "JAN" | 11.41 | 159.74 |

| | **Total** | $159.74 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616511 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
     Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49643G | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,437 | CEP1E924 | KNITTED SPORTSWEAR TOP "JAN" | 11.41 | 16,396.17 |

| | Total | $16,396.17 |
|-|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616512 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49643H | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,864 | CEP1E924 | KNITTED SPORTSWEAR TOP "JAN" | 11.41 | 21,268.24 |

| | | **Total** | $21,268.24 |
|--|--|-----------|------------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616513 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49643M | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | CEP1E924 | KNITTED SPORTSWEAR TOP "JAN" | 11.41 | 136.92 |

| | Total | $136.92 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616514 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49643N | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 150 | CEP1E924 | KNITTED SPORTSWEAR TOP "JAN" | 11.41 | 1,711.50 |

| | Total | $1,711.50 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616515 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48939D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 551 | ONW1X943 | KNITTED TOP | 23.86 | 13,146.86 |

| | **Total** | **$13,146.86** |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616516 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49192D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 244 | ONW2G681 | KNITTED PANTS | 19.77 | 4,823.88 |

| | **Total** | $4,823.88 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616517 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49317A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | DTP2E963 | KNITTED PANTS | 17.85 | 6,247.50 |

| | **Total** | $6,247.50 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616518 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49317B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,569 | DTP2E963 | KNITTED PANTS | 17.85 | 28,006.65 |

| | Total | $28,006.65 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616519 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49703C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 190 | AQA1X767 | KNITTED TOP | 10.71 | 2,034.90 |

| | Total | $2,034.90 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616520 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
            Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
            Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49703D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | AQA1X767 | KNITTED TOP | 10.71 | 128.52 |

| | Total | $128.52 |
|--|-------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616521 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49703G | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,172 | AQA1X767 | KNITTED TOP | 10.71 | 12,552.12 |

| | Total | $12,552.12 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616522 |

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
             Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
             Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49703H | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,477 | AQA1X767 | KNITTED TOP | 10.71 | 15,818.67 |

| | Total | $15,818.67 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616523 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49703P | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 737 | AQA1X767 | KNITTED TOP | 10.71 | 7,893.27 |

| | Total | |
|---|-------|---|
| | | $7,893.27 |

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616524 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49630A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 721 | NNH68H61 | KNITTED EVENING DRESS "SALOME" | 47.33 | 34,124.93 |

| | Total | $34,124.93 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616525 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-------------------|------------|
| 49544A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 90 | MGD61I44 | KNITTED EVENING DRESS | 23.70 | 2,133.00 |

| | **Total** | $2,133.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616526 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-----------------|-----------|
| 49544C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 110 | MGD61144 | KNITTED EVENING DRESS | 23.70 | 2,607.00 |

| | **Total** | $2,607.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616528 |

### Bill To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

### Ship To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49544E | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 75 | MGD61144 | KNITTED EVENING DRESS | 24.00 | 1,800.00 |

| | **Total** | $1,800.00 |
|---|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616529 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction :
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49544F | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 102 | MGD61144 | KNITTED EVENING DRESS | 24.00 | 2,448.00 |

| | Total | $2,448.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616530 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49506A | Net 30 | | 11/13/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,920 | MGD61144 | KNITTED EVENING DRESS | 23.70 | 45,504.00 |

| | Total | $45,504.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616531 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49451A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | PGZ9D564 | KNITTED SPORTSWEAR JUMPER | 15.47 | 1,113.84 |

| | **Total** | $1,113.84 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616532 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49451B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | PGZ9D564 | KNITTED SPORTSWEAR JUMPER | 15.47 | 773.50 |

| | **Total** | $773.50 |
|--|-----------|---------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616534 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49451E | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | PGZ9D564 | KNITTED SPORTSWEAR JUMPER | 15.47 | 4,641.00 |

| | **Total** | $4,641.00 |
|--|-----------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616538 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49449G | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 742 | YDM68J07 | KNITTED COCKTAIL DRESS | 11.91 | 8,837.22 |

| | Total | $8,837.22 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 1616539 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49449H | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 14 | YDM68J07 | KNITTED COCKTAIL DRESS | 11.91 | 166.74 |

| | **Total** | $166.74 |
|--|-----------|---------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 16173A01 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49307B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | EUP62J60 | KNITTED CKTL DRESS "BRIONY" | 51.00 | 5,100.00 |

| | Total | $5,100.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 16173A02 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49307C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 12 | EUP62J60 | KNITTED CKTL DRESS "BRIONY" | 51.00 | 612.00 |

| | Total | $612.00 |
|--|-------|---------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 16173A03 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49307F | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 820 | EUP62J60 | KNITTED CKTL DRESS "BRIONY" | 51.00 | 41,820.00 |

| | **Total** | $41,820.00 |
|--|-----------|------------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 16173A04 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 493071 | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | EUP62J60 | KNITTED CKTL DRESS "BRIONY" | 51.00 | 510.00 |

| | Total | $510.00 |
|--|-------|---------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 16173A05 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49307G | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 393 | EUP62J60 | KNITTED CKTL DRESS "BRIONY" | 51.00 | 20,043.00 |

| | **Total** | $20,043.00 |
|--|-----------|------------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 16173A06 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50059A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 130 | YDM61G57 | KNITTED DRESS | 10.04 | 1,305.20 |

| | Total | $1,305.20 |
|--|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 16173A07 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                       Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50059B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 130 | YDM61G57 | KNITTED DRESS | 10.04 | 1,305.20 |

| | Total | $1,305.20 |
|--|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | 16173A08 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50059C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,453 | YDM61G57 | KNITTED DRESS | 10.04 | 14,588.12 |

| | Total | $14,588.12 |
|--|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B01 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48817R | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 302 | PUG2F745 | KNITTED PANTS | 20.53 | 6,200.06 |

| | **Total** | $6,200.06 |
|--|-----------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B02 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48817S | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 392 | PUG2F745 | KNITTED PANTS | 20.53 | 8,047.76 |

| | Total | $8,047.76 |
|---|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B03 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                    Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49523A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 221 | DTP2G745 | KNITTED PANTS | 23.36 | 5,162.56 |

| | **Total** | $5,162.56 |
|--|-----------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B04 |

Bill To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Ship To

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49523C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 591 | DTP2G745 | KNITTED PANTS | 23.36 | 13,805.76 |

| | Total | $13,805.76 |
|--|-------|------------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B05 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|-------------------|------------|
| 50054A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 22 | WCJ1W485 | KNITTED TOP | 13.02 | 286.44 |

| | Total | $286.44 |
|--|-------|---------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B06 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
　　　　　Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
　　　　　Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50054B | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 128 | WCJ1W485 | KNITTED TOP | 13.02 | 1,666.56 |

| | Total | $1,666.56 |
|--|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B07 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
        Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50054J | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 65 | WCJ1W485 | KNITTED TOP | 13.02 | 846.30 |

| | Total | $846.30 |
|--|-------|---------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B08 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                    Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 50054K | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 33 | WCJ1W485 | KNITTED TOP | 13.02 | 429.66 |

| | **Total** | $429.66 |
|---|---|---|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B09 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment.  collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48672A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 150 | KYT60K95 | KNITTED DRESS | 17.20 | 2,580.00 |

| | Total | $2,580.00 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B10 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48672C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 104 | KYT60K95 | KNITTED DRESS | 17.20 | 1,788.80 |

| | **Total** | $1,788.80 |
|--|-----------|-----------|

# Invoice

**NYAM, LLC / Mega-Link**
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B11 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                              Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                              Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48672D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 544 | KYT60K95 | KNITTED DRESS | 17.20 | 9,356.80 |

| | Total | $9,356.80 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B12 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
          Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
          Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 48672G | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 752 | KYT60K95 | KNITTED DRESS | 17.50 | 13,160.00 |

| | Total | $13,160.00 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B13 |

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Bill To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**
BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49177A | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 90 | YDM9C641 | KNITTED JUMPER | 14.45 | 1,300.50 |

| | Total | $1,300.50 |
|--|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B14 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49177C | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 111 | YDM9C641 | KNITTED JUMPER | 14.45 | 1,603.95 |

| | Total | $1,603.95 |
|---|-------|-----------|

# Invoice

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B15 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49177D | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 529 | YDM9C641 | KNITTED JUMPER | 14.45 | 7,644.05 |

| | Total | $7,644.05 |
|---|-------|-----------|

NYAM, LLC / Mega-Link
8527 Melrose Ave
West Hollywood, CA 90069

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2016 | 16173B16 |

**Bill To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

**Ship To**

BCBG
2761 Fruitland Ave
Vernon, CA 90058

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections
to payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor
                     Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600
                        Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

| P.O. Number | Terms | Rep | Ship | Via | Bill of Lading # | Approval # |
|-------------|-------|-----|------|-----|------------------|------------|
| 49177G | Net 30 | | 11/11/2016 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 275 | YDM9C641 | KNITTED JUMPER | 14.74 | 4,053.50 |

| | **Total** | **$4,053.50** |
|--|-----------|---------------|

# EXHIBIT C

Unpaid BCBG Invoices from Megalink/NYAM
Factored At Hana Financial and Recourse to Hana Financial

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | Hana Claim $ |
|---|---|---|---|---|---|---|---|
| MN16090015 | $ 127,658 | 1612101 | $ 23,325 | 49411c | Hana | 11/17/16 | $ 23,325 |
| | | 1612102 | 1,244 | 49411d | Hana | 11/17/16 | 1,244 |
| | | 1612103 | 36,931 | 49411g | Hana | 11/17/16 | 36,931 |
| | | 1612104 | 389 | 49411h | Hana | 11/17/16 | 389 |
| | | 1612106 | 1,752 | 49593a | Hana | 11/17/16 | 1,752 |
| | | 1612107 | 350 | 49593b | Hana | 11/17/16 | 350 |
| | | 1612108 | 8,445 | 49593d | Hana | 11/17/16 | 8,445 |
| | | 1612109 | 351 | 49593h | Hana | 11/17/16 | 351 |
| | | 1612110 | 7,359 | 49593i | Hana | 11/17/16 | 7,359 |
| | | 1612111 | 3,867 | 49749i | Hana | 11/17/16 | 3,867 |
| | | 1612112 | 1,961 | 49749j | Hana | 11/17/16 | 1,961 |
| | | 1612113 | 4,444 | 49791c | Hana | 11/17/16 | 4,444 |
| | | 1612114 | 222 | 49791d | Hana | 11/17/16 | 222 |
| | | 1612115 | 28,419 | 49791f | Hana | 11/17/16 | 28,419 |
| | | 1612116 | 2,866 | 49791q | Hana | 11/17/16 | 2,866 |
| | | 1612117 | 5,733 | 49791r | Hana | 11/17/16 | 5,733 |
| | | | 127,658 | | | | |
| MN16090020 | 45,372 | 1612903 | 17,228 | 49576g | Hana | 11/14/16 | 17,228 |
| | | 1612904 | 28,144 | 49629h | Hana | 11/14/16 | 28,144 |
| | | | 45,372 | | | | |
| MN16090019 | 216,997 | 1612905 | 36,585 | 49229d | Hana | 11/14/16 | 36,585 |
| | | 1612906 | 6,438 | 49230f | Hana | 11/14/16 | 6,438 |
| | | 1612907 | 2,960 | 49272c | Hana | 11/14/16 | 2,960 |
| | | 1612908 | 1,480 | 49272d | Hana | 11/14/16 | 1,480 |
| | | 1612909 | 35,421 | 49285h | Hana | 11/14/16 | 35,421 |
| | | 1612910 | 1,468 | 49286c | Hana | 11/14/16 | 1,468 |
| | | 1612911 | 367 | 49286d | Hana | 11/14/16 | 367 |
| | | 1612912 | 9,175 | 49286g | Hana | 11/14/16 | 9,175 |
| | | 1612913 | 734 | 49286i | Hana | 11/14/16 | 734 |
| | | 1612914 | 2,532 | 49349h | Hana | 11/14/16 | 2,532 |
| | | 1612915 | 2,960 | 49376b | Hana | 11/14/16 | 2,960 |
| | | 1612916 | 1,110 | 49376c | Hana | 11/14/16 | 1,110 |
| | | 1612917 | 5,254 | 49531b | Hana | 11/14/16 | 5,254 |
| | | 1612918 | 8,756 | 49531d | Hana | 11/14/16 | 8,756 |
| | | 1612919 | 788 | 49531h | Hana | 11/14/16 | 788 |
| | | 1612920 | 438 | 49531i | Hana | 11/14/16 | 438 |
| | | 1612921 | 5,259 | 49576b | Hana | 11/14/16 | 5,259 |
| | | 1612922 | 526 | 49576c | Hana | 11/14/16 | 526 |
| | | 1612923 | 22,876 | 49576f | Hana | 11/14/16 | 22,876 |

Unpaid BCBG Invoices from Megalink/NYAM
Factored At Hana Financial and Recourse to Hana Financial

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | Hana Claim $ |
|---|---|---|---|---|---|---|---|
| | | 1612924 | 736 | 49576l | Hana | 11/14/16 | 736 |
| | | 1612925 | 1,578 | 49576m | Hana | 11/14/16 | 1,578 |
| | | 1612926 | 11,900 | 49639c | Hana | 11/14/16 | 11,900 |
| | | 1612927 | 1,071 | 49629d | Hana | 11/14/16 | 1,071 |
| | | 1612928 | 56,228 | 49629g | Hana | 11/14/16 | 56,228 |
| | | 1612929 | 357 | 49629l | Hana | 11/14/16 | 357 |
| | | | 216,997 | | | | |
| | | | | | | | |
| MN16090018 | 150,157 | 1612930 | 31,164 | 49199c | Hana | 11/14/16 | 31,164 |
| | | 1612931 | 1,273 | 49199j | Hana | 11/14/16 | 1,273 |
| | | 1612932 | 1,399 | 49229b | Hana | 11/14/16 | 1,399 |
| | | 1612933 | 335 | 49229c | Hana | 11/14/16 | 335 |
| | | 1612934 | 1,437 | 49230c | Hana | 11/14/16 | 1,437 |
| | | 1612935 | 489 | 49230d | Hana | 11/14/16 | 489 |
| | | 1612936 | 6,897 | 49230e | Hana | 11/14/16 | 6,897 |
| | | 1612937 | 948 | 49230k | Hana | 11/14/16 | 948 |
| | | 1612938 | 1,724 | 49230l | Hana | 11/14/16 | 1,724 |
| | | 1612939 | 1,569 | 49284b | Hana | 11/14/16 | 1,569 |
| | | 1612940 | 375 | 49284c | Hana | 11/14/16 | 375 |
| | | 1612941 | 1,077 | 49284k | Hana | 11/14/16 | 1,077 |
| | | 1612942 | 1,757 | 49284l | Hana | 11/14/16 | 1,757 |
| | | 1612943 | 1,649 | 49285c | Hana | 11/14/16 | 1,649 |
| | | 1612944 | 440 | 49285d | Hana | 11/14/16 | 440 |
| | | 1612945 | 27,480 | 49285g | Hana | 11/14/16 | 27,480 |
| | | 1612946 | 605 | 49285m | Hana | 11/14/16 | 605 |
| | | 1612947 | 2,748 | 49285n | Hana | 11/14/16 | 2,748 |
| | | 1612948 | 1,717 | 49349c | Hana | 11/14/16 | 1,717 |
| | | 1612949 | 214 | 49349d | Hana | 11/14/16 | 214 |
| | | 1612950 | 23,606 | 49349g | Hana | 11/14/16 | 23,606 |
| | | 1612951 | 1,073 | 49349o | Hana | 11/14/16 | 1,073 |
| | | 1612952 | 1,809 | 49526c | Hana | 11/14/16 | 1,809 |
| | | 1612953 | 20,349 | 49526e | Hana | 11/14/16 | 20,349 |
| | | 1612954 | 1,108 | 49526j | Hana | 11/14/16 | 1,108 |
| | | 1612955 | 2,826 | 49526k | Hana | 11/14/16 | 2,826 |
| | | 1612956 | 1,961 | 49575b | Hana | 11/14/16 | 1,961 |
| | | 1612957 | 280 | 49575c | Hana | 11/14/16 | 280 |
| | | 1612958 | 10,672 | 49575f | Hana | 11/14/16 | 10,672 |
| | | 1612959 | 1,176 | 49575m | Hana | 11/14/16 | 1,176 |
| | | | 150,157 | | | | |

Page 2

Unpaid BCBG Invoices from Megalink/NYAM
Factored At Hana Financial and Recourse to Hana Financial

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Date Delivered | Hana Claim $ |
|---|---|---|---|---|---|---|---|
| MN16100001 | $ 122,136 | 1614101 | 1,120 | 49441a | Hana | 11/14/16 | 1,120 |
| | | 1614102 | 4,256 | 49441d | Hana | 11/14/16 | 4,256 |
| | | 1614103 | 5,923 | 50061c | Hana | 11/14/16 | 5,923 |
| | | 1614104 | 33,905 | 50061f | Hana | 11/14/16 | 33,905 |
| | | 1614105 | 22,238 | 50061g | Hana | 11/14/16 | 22,238 |
| | | 1614106 | 2,146 | 50061n | Hana | 11/14/16 | 2,146 |
| | | 1614107 | 7,644 | 50061o | Hana | 11/14/16 | 7,644 |
| | | 1614108 | 1,137 | 49369a | Hana | 11/14/16 | 1,137 |
| | | 1614109 | 8,419 | 49369d | Hana | 11/14/16 | 8,419 |
| | | 1614110 | 5,636 | 49527b | Hana | 11/14/16 | 5,636 |
| | | 1614111 | 805 | 49527c | Hana | 11/14/16 | 805 |
| | | 1614112 | 26,250 | 49527e | Hana | 11/14/16 | 26,250 |
| | | 1614113 | 242 | 49527j | Hana | 11/14/16 | 242 |
| | | 1614114 | 2,415 | 49527k | Hana | 11/14/16 | 2,415 |
| | | | 122,136 | | | | |
| MN1610002 | 21,612 | 1614115 | 1,764 | 49778I | Hana | 11/14/16 | 1,764 |
| | | 1614116 | 19,848 | 49778J | Hana | 11/14/16 | 19,848 |
| | | | 21,612 | | | | |
| MN1610003 | 226,027 | 1614401 | 32,662 | 49941a | Hana | 11/14/16 | 32,662 |
| | | 1614402 | 71,990 | 49442c | Hana | 11/14/16 | 71,990 |
| | | 1614403 | 98,137 | 49951c | Hana | 11/14/16 | 98,137 |
| | | 1614404 | 23,238 | 49993c | Hana | 11/14/16 | 23,238 |
| | | | 226,027 | | | | |
| MN16100004 | 66,687 | 1614405 | 3,395 | 49942a | Hana | 11/14/16 | 3,395 |
| | | 1614406 | 383 | 49942b | Hana | 11/14/16 | 383 |
| | | 1614407 | 15,025 | 49942d | Hana | 11/14/16 | 15,025 |
| | | 1614408 | 9,869 | 49951a | Hana | 11/14/16 | 9,869 |
| | | 1614409 | 965 | 49951b | Hana | 11/14/16 | 965 |
| | | 1614410 | 5,219 | 49951e | Hana | 11/14/16 | 5,219 |
| | | 1614411 | 5,325 | 49993a | Hana | 11/14/16 | 5,325 |
| | | 1614412 | 639 | 49993b | Hana | 11/14/16 | 639 |
| | | 1614413 | 4,303 | 49993e | Hana | 11/14/16 | 4,303 |
| | | 1614414 | 585 | 50003b | Hana | 11/14/16 | 585 |
| | | 1614415 | 2,659 | 50003c | Hana | 11/14/16 | 2,659 |
| | | 1614416 | 17,895 | 50003f | Hana | 11/14/16 | 17,895 |
| | | 1614417 | 425 | 50003j | Hana | 11/14/16 | 425 |
| | | | 66,687 | | | | |

Unpaid BCBG Invoices from Megalink/NYAM
Factored At Hana Financial and Recourse to Hana Financial

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Delivered | Hana Claim $ |
|---|---|---|---|---|---|---|---|
| MN16100006 | $ 65,721 | 1614701 | 2,152 | 49329b | Hana | 11/16/16 | 2,152 |
| | | 1614702 | 18,023 | 49329d | Hana | 11/16/16 | 18,023 |
| | | 1614703 | 151 | 49329j | Hana | 11/16/16 | 151 |
| | | 1614704 | 9,028 | 49329k | Hana | 11/16/16 | 9,028 |
| | | 1614705 | 8,963 | 49330a | Hana | 11/16/16 | 8,963 |
| | | 1614706 | 3,219 | 49331a | Hana | 11/16/16 | 3,219 |
| | | 1614707 | 2,682 | 49341a | Hana | 11/16/16 | 2,682 |
| | | 1614708 | 21,503 | 49341b | Hana | 11/16/16 | 21,503 |
| | | | 65,721 | | | | |
| MN16100005 | 35,005 | 1615001 | 35,005 | 49224A | Hana | 11/14/16 | 35,005 |
| MN16100007 | 41,652 | 1615002 | 805 | 49708M | Hana | 11/14/16 | 805 |
| | | 1615003 | 823 | 49707L | Hana | 11/14/16 | 823 |
| | | 1615004 | 40,024 | 50222d | Hana | 11/14/16 | 40,024 |
| | | | 41,652 | | | | |
| MN6100009 | 9,865 | 1615202 | 889 | 48675a | Hana | 11/8/16 | 889 |
| | | 1615205 | 8,249 | 48675b-d | Hana | 11/8/16 | 8,249 |
| | | 1615211 | 727 | 48682g | Hana | 11/8/16 | 727 |
| | | | 9,865 | | | | |
| MN16100010 | 10,910 | 1615212 | 10,910 | 49208l | Hana | 11/8/16 | 10,910 |
| MN16100012 | 64,944 | 1615801 | 14,752 | 49939C | Hana | 11/21/16 | 14,752 |
| | | 1615802 | 10,938 | 49192B | Hana | 11/21/16 | 10,938 |
| | | 1615803 | 39,254 | 49219A | Hana | 11/21/16 | 39,254 |
| | | | 64,944 | | | | |
| MN16100013 | 20,891 | 1615804 | 2,122 | 49984A | Hana | 11/21/16 | 2,122 |
| | | 1615805 | 2,122 | 49984C | Hana | 11/21/16 | 2,122 |
| | | 1615806 | 1,791 | 49984G | Hana | 11/21/16 | 1,791 |
| | | 1615807 | 14,856 | 49984D | Hana | 11/21/16 | 14,856 |
| | | | 20,891 | | | | |
| MN16100011 | 13,064 | 1615808 | 3,399 | 48939A | Hana | 11/21/16 | 3,399 |
| | | 1615809 | 453 | 48939B | Hana | 11/21/16 | 453 |
| | | 1615810 | 2,600 | 49192A | Hana | 11/21/16 | 2,600 |
| | | 1615811 | 327 | 49703O | Hana | 11/21/16 | 327 |
| | | 1615812 | 189 | 50005B | Hana | 11/21/16 | 189 |
| | | 1615813 | 1,791 | 50005C | Hana | 11/21/16 | 1,791 |
| | | 1615814 | 2,910 | 50005F | Hana | 11/21/16 | 2,910 |
| | | 1615815 | 1,395 | 50005N | Hana | 11/21/16 | 1,395 |
| | | | 13,064 | | | | |

Page 4

Unpaid BCBG Invoices from Megalink/NYAM

Factored At Hana Financial and Recourse to Hana Financial

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Delivered | Hana Claim $ |
|---|---|---|---|---|---|---|---|
| MN16110001 | $ 120,305 | 1616501 | 320 | 49444E | Hana | 11/17/16 | 320 |
| | | 1616502 | 25,396 | 49702B | Hana | 11/17/16 | 25,396 |
| | | 1616503 | 2,774 | 49702E | Hana | 11/17/16 | 2,774 |
| | | 1616504 | 333 | 49702F | Hana | 11/17/16 | 333 |
| | | 1616505 | 32,040 | 49702H | Hana | 11/17/16 | 32,040 |
| | | 1616506 | 791 | 49702M | Hana | 11/17/16 | 791 |
| | | 1616507 | 3,467 | 49702N | Hana | 11/17/16 | 3,467 |
| | | 1616508 | 13,801 | 49883B | Hana | 11/17/16 | 13,801 |
| | | 1616509 | 1,711 | 49643C | Hana | 11/17/16 | 1,711 |
| | | 1616510 | 160 | 49643D | Hana | 11/17/16 | 160 |
| | | 1616511 | 16,396 | 49643G | Hana | 11/17/16 | 16,396 |
| | | 1616512 | 21,268 | 49643H | Hana | 11/17/16 | 21,268 |
| | | 1616513 | 137 | 49643M | Hana | 11/17/16 | 137 |
| | | 1616514 | 1,711 | 49643N | Hana | 11/17/16 | 1,711 |
| | | | 120,305 | | | | |
| MN16110002 | 90,652 | 1616515 | 13,146 | 48939D | Hana | 11/17/16 | 13,146 |
| | | 1616516 | 4,824 | 49192D | Hana | 11/17/16 | 4,824 |
| | | 1616517 | 6,247 | 49317A | Hana | 11/17/16 | 6,247 |
| | | 1616518 | 28,007 | 49317B | Hana | 11/17/16 | 28,007 |
| | | 1616519 | 2,035 | 49703C | Hana | 11/17/16 | 2,035 |
| | | 1616520 | 129 | 49703D | Hana | 11/17/16 | 129 |
| | | 1616521 | 12,552 | 49703G | Hana | 11/17/16 | 12,552 |
| | | 1616522 | 15,819 | 49703H | Hana | 11/17/16 | 15,819 |
| | | 1616523 | 7,893 | 49703P | Hana | 11/17/16 | 7,893 |
| | | | 90,652 | | | | |
| MN16110003 | 34,125 | 1616524 | 34,125 | 49630A | Hana | 11/17/16 | 34,125 |
| MN16110004 | 70,024 | 1616525 | 2,133 | 49544A | Hana | 11/17/16 | 2,133 |
| | | 1616526 | 2,607 | 49544C | Hana | 11/17/16 | 2,607 |
| | | 1616528 | 1,800 | 49544E | Hana | 11/17/16 | 1,800 |
| | | 1616529 | 2,448 | 49544F | Hana | 11/17/16 | 2,448 |
| | | 1616530 | 45,504 | 49506A | Hana | 11/17/16 | 45,504 |
| | | 1616531 | 1,114 | 49451A | Hana | 11/17/16 | 1,114 |
| | | 1616532 | 773 | 49451B | Hana | 11/17/16 | 773 |
| | | 1616534 | 4,641 | 49451E | Hana | 11/17/16 | 4,641 |
| | | 1616538 | 8,837 | 49449G | Hana | 11/17/16 | 8,837 |
| | | 1616539 | 167 | 49449H | Hana | 11/17/16 | 167 |
| | | | 70,024 | | | | |

## Unpaid BCBG Invoices from Megalink/NYAM
### Factored At Hana Financial and Recourse to Hana Financial

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Delivered | Hana Claim $ |
|---|---|---|---|---|---|---|---|
| MN16110005 | $ 68,085 | 16173A01 | 5,100 | 49307B | Hana | 11/16/16 | 5,100 |
| | | 16173A02 | 612 | 49307C | Hana | 11/16/16 | 612 |
| | | 16173A03 | 41,820 | 49307F | Hana | 11/16/16 | 41,820 |
| | | 16173A04 | 510 | 49307I | Hana | 11/16/16 | 510 |
| | | 16173A05 | 20,043 | 49307G | Hana | 11/16/16 | 20,043 |
| | | | 68,085 | | | | |
| MN16110006 | 17,199 | 16173A06 | 1,305 | 50059A | Hana | 11/16/16 | 1,305 |
| | | 16173A07 | 1,305 | 50059B | Hana | 11/16/16 | 1,305 |
| | | 16173A08 | 14,588 | 50059C | Hana | 11/16/16 | 14,588 |
| | | | 17,198 | | | | |
| MN16110007 | 77,933 | 16173B01 | 6,200 | 48817R | Hana | 11/17/16 | 6,200 |
| | | 16173B02 | 8,048 | 48817S | Hana | 11/17/16 | 8,048 |
| | | 16173B03 | 5,162 | 49523A | Hana | 11/17/16 | 5,162 |
| | | 16173B04 | 13,806 | 49523C | Hana | 11/17/16 | 13,806 |
| | | 16173B05 | 286 | 50054A | Hana | 11/17/16 | 286 |
| | | 16173B06 | 1,667 | 50054B | Hana | 11/17/16 | 1,667 |
| | | 16173B07 | 846 | 50054J | Hana | 11/17/16 | 846 |
| | | 16173B08 | 430 | 50054K | Hana | 11/17/16 | 430 |
| | | 16173B09 | 2,580 | 48672A | Hana | 11/17/16 | 2,580 |
| | | 16173B10 | 1,789 | 48672C | Hana | 11/17/16 | 1,789 |
| | | 16173B11 | 9,357 | 48672D | Hana | 11/17/16 | 9,357 |
| | | 16173B12 | 13,160 | 48672G | Hana | 11/17/16 | 13,160 |
| | | 16173B13 | 1,300 | 49177A | Hana | 11/17/16 | 1,300 |
| | | 16173B14 | 1,604 | 49177C | Hana | 11/17/16 | 1,604 |
| | | 16173B15 | 7,644 | 49177D | Hana | 11/17/16 | 7,644 |
| | | 16173B16 | 4,054 | 49177G | Hana | 11/17/16 | 4,054 |
| | | | 77,933 | | | | |
| MN16110008 | 29,501 | 1617501 | 2,954 | 49616B | Hana | 11/17/16 | 2,954 |
| | | 1617502 | 4,109 | 49655B | Hana | 11/17/16 | 4,109 |
| | | 1617503 | 2,055 | 49655C | Hana | 11/17/16 | 2,055 |
| | | 1617504 | 14,959 | 49655F | Hana | 11/17/16 | 14,959 |
| | | 1617505 | 3,780 | 49655I | Hana | 11/17/16 | 3,780 |
| | | 1617506 | 1,644 | 49655J | Hana | 11/17/16 | 1,644 |
| | | | 29,501 | | | | |

Unpaid BCBG Invoices from Megalink/NYAM
Factored At Hana Financial and Recourse to Hana Financial

| Megalink Inv # | $ Amount | NYAM Inv # | $ Amount | P.O. # | Recourse | Delivered | Hana Claim $ |
|---|---|---|---|---|---|---|---|
| MN16110030 | 107,021 | 1619801 | 7,105 | 49072C | Hana | 12/8/16 | 7,105 |
| | | 1619802 | 568 | 49072D | Hana | 12/8/16 | 568 |
| | | 1619803 | 45,939 | 49072G | Hana | 12/8/16 | 45,939 |
| | | 1619804 | 44,254 | 49072h | Hana | 12/8/16 | 44,254 |
| | | 1619805 | 365 | 49072m | Hana | 12/8/16 | 365 |
| | | 1619806 | 893 | 49072p | Hana | 12/8/16 | 893 |
| | | 1619807 | 1,705 | 49072r | Hana | 12/8/16 | 1,705 |
| | | 1619808 | 6,192 | 49072s | Hana | 12/8/16 | 6,192 |
| | | | 107,021 | | | | |
| MN16110031 | 469 | 1619809 | 469 | 49992E | Hana | 12/8/16 | 469 |
| MN16110032 | 15,917 | 1619810 | 15,917 | 49966B | Hana | 12/8/16 | 15,917 |
| MN16110033 | 13,996 | 1619811 | 1,117 | 50350A | Hana | 12/8/16 | 1,117 |
| | | 1619812 | 12,879 | 50350B | Hana | 12/8/16 | 12,879 |
| | | | 13,996 | | | | |

Total Hana Claim                                            $  1,883,924

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

**INVOICE of**      LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.      BY SEA

From    HONG KONG To USA

L/C No.

Payment      NET 30 days

Date    : 21-Sep-2016

Invoice No. : MN16090015

Sailing On/About : 26-Sep-2016

Cargo Rec. Date : 21-Sep-2016

Estimated DDP Delivery : 18-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 1771 PIECES OF HANGING GARMENTS FOR PO#49411C/D/G/N/O, 49593A/B/D/H/I, 49749I/J AND 51 CARTONS FOR PO#49791C/D/F/Q/R | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| NO MARK HANGING GARMENTS | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411C Style No. : RND61K16 | 300 | 77.75 | 23,325.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411D Style No. : RND61K16 | 16 | 77.75 | 1,244.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411G Style No. : RND61K16 | 475 | 77.75 | 36,931.25 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411N Style No. : RND61K16 | 5 | 77.75 | 388.75 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS P/O : 49411O Style No. : RND61K16 | 350 | 77.75 | 27,212.50 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593A Style No. : OJZ3G358 | 50 | 35.04 | 1,752.00 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593B Style No. : OJZ3G358 | 10 | 35.04 | 350.40 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593D Style No. : OJZ3G358 | 241 | 35.04 | 8,444.64 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593H Style No. : OJZ3G358 | 10 | 35.04 | 350.40 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR SKIRT P/O : 49593I Style No. : OJZ3G358 | 210 | 35.04 | 7,358.40 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC     8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of**          LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.       BY SEA
From   HONG KONG To USA
L/C No.
Payment              NET 30 days

Date  : 21-Sep-2016
Invoice No. : MN16090015

Sailing On/About  :26-Sep-2016

Cargo Rec. Date   :21-Sep-2016
Estimated DDP Delivery :18-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN COCKTAIL DRESS P/O : 49749I Style No. : MHF61K38 | 69 | 56.04 | 3,866.76 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN COCKTAIL DRESS P/O : 49749J Style No. : MHF61K38 | 35 | 56.04 | 1,961.40 |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791C Style No. : MHF1X728 | 200 | 22.22 | 4,444.00 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791D Style No. : MHF1X728 | 10 | 22.22 | 222.20 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791F Style No. : MHF1X728 | 1,279 | 22.22 | 28,419.38 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791Q Style No. : MHF1X728 | 129 | 22.22 | 2,866.38 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR TOP P/O : 49791R Style No. : MHF1X728 | 258 | 22.22 | 5,732.76 |
| | TOTAL | 3,647 PCS | | 154,870.22 |

SAY TOTAL US DOLLARS ONE HUNDRED FIFTY FOUR THOUSAND EIGHT HUNDRED
SEVENTY AND CENTS TWENTY TWO ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
   DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC   8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

       2761 FRUITLAND AVE VERNON

       CALIFORNIA 90058, USA.

INVOICE of      LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.    BY SEA

From  DALIAN, CHINA To USA

L/C No.

Payment        NET 30 days

Date : 24-Sep-2016

Invoice No. : MN16090018

Sailing On/About : 28-Sep-2016

Cargo Rec. Date : 24-Sep-2016

Estimated DDP Delivery : 22-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 213 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 49199C Style No. : RND2G564 | 1,200 | 25.97 | 31,164.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 49199J Style No. : RND2G564 | 49 | 25.97 | 1,272.53 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49229B Style No. : RND2G655 | 50 | 27.97 | 1,398.50 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49229C Style No. : RND2G655 | 12 | 27.97 | 335.64 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49230C Style No. : RND2G693 | 50 | 28.74 | 1,437.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49230D Style No. : RND2G693 | 17 | 28.74 | 488.58 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49230E Style No. : RND2G693 | 240 | 28.74 | 6,897.60 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49230K Style No. : RND2G693 | 33 | 28.74 | 948.42 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49230L Style No. : RND2G693 | 60 | 28.74 | 1,724.40 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49284B Style No. : RND2G683 | 67 | 23.42 | 1,569.14 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49284C Style No. : RND2G683 | 16 | 23.42 | 374.72 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

**INVOICE of**     LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.     BY SEA

From    DALIAN, CHINA To USA

L/C No.

Payment     NET 30 days

Date   : 24-Sep-2016

Invoice No.: MN16090018

Sailing On/About : 28-Sep-2016

Cargo Rec. Date   : 24-Sep-2016

Estimated DDP Delivery : 22-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49284K Style No. : RND2G683 | 46 | 23.42 | 1,077.32 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49284L Style No. : RND2G683 | 75 | 23.42 | 1,756.50 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR SKIRT P/O : 49285C Style No. : RND3G286 | 60 | 27.48 | 1,648.80 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR SKIRT P/O : 49285D Style No. : RND3G286 | 16 | 27.48 | 439.68 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR SKIRT P/O : 49285G Style No. : RND3G286 | 1,000 | 27.48 | 27,480.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR SKIRT P/O : 49285M Style No. : RND3G286 | 22 | 27.48 | 604.56 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR SKIRT P/O : 49285N Style No. : RND3G286 | 100 | 27.48 | 2,748.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR HALTER P/O : 49349C Style No. : RND1X741 | 80 | 21.46 | 1,716.80 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR HALTER P/O : 49349D Style No. : RND1X741 | 10 | 21.46 | 214.60 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR HALTER P/O : 49349G Style No. : RND1X741 | 1,100 | 21.46 | 23,606.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR HALTER P/O : 49349O Style No. : RND1X741 | 50 | 21.46 | 1,073.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49526C Style No. : RND2G697 | 80 | 22.61 | 1,808.80 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49526E Style No. : RND2G697 | 900 | 22.61 | 20,349.00 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
                                   2761 FRUITLAND AVE VERNON
                                   CALIFORNIA 90058, USA.

INVOICE of                    LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.              BY SEA
From    DALIAN, CHINA To USA
L/C No.
Payment                       NET 30 days

Date : 24-Sep-2016
Invoice No.: MN16090018

Sailing On/About : 28-Sep-2016

Cargo Rec. Date : 24-Sep-2016
Estimated DDP Delivery : 22-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49526J Style No. : RND2G697 | 49 | 22.61 | 1,107.89 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49526K Style No. : RND2G697 | 125 | 22.61 | 2,826.25 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR PANTS P/O : 49575B Style No. : JVY2G686 | 70 | 28.01 | 1,960.70 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR PANTS P/O : 49575C Style No. : JVY2G686 | 10 | 28.01 | 280.10 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR PANTS P/O : 49575F Style No. : JVY2G686 | 381 | 28.01 | 10,671.81 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR PANTS P/O : 49575M Style No. : JVY2G686 | 42 | 28.01 | 1,176.42 |
| | TOTAL | 6,010 PCS | | 150,156.76 |

SAY TOTAL US DOLLARS ONE HUNDRED FIFTY THOUSAND ONE HUNDRED FIFTY SIX
AND CENTS SEVENTY SIX ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
    HANA FINANCIAL, INC.
    DEPT LA 24406
    PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

        2761 FRUITLAND AVE VERNON

        CALIFORNIA 90058, USA.

**INVOICE of**        LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.        BY SEA

From    DALIAN, CHINA To USA

L/C No.

Payment        NET 30 days

Date : 24-Sep-2016

Invoice No. : MN16090019

Sailing On/About : 28-Sep-2016

Cargo Rec. Date : 24-Sep-2016

Estimated DDP Delivery : 22-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 2656 PIECES OF HANGING GARMENTS FOR PO#49286C/D/G/L, 49376B/C, 49272C/D/, 49576B/C/F/L/M, 49629C/D/G/L, 49531B/D/H/I AND 99 CARTONS FOR PO#49285H, 49349H, 49230F, 49229D | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49229D Style No. : RND2G655 | 1,308 | 27.97 | 36,584.76 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY PANTS P/O : 49230F Style No. : RND2G693 | 224 | 28.74 | 6,437.76 |
| NO MARK HANGING GARMENTS | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY JACKET P/O : 49272C Style No. : RND4I778 | 80 | 37.00 | 2,960.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY JACKET P/O : 49272D Style No. : RND4I778 | 40 | 37.00 | 1,480.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR SKIRT P/O : 49285H Style No. : RND3G286 | 1,289 | 27.48 | 35,421.72 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR JACKET P/O : 49286C Style No. : RND4J316 | 40 | 36.70 | 1,468.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR JACKET P/O : 49286D Style No. : RND4J316 | 10 | 36.70 | 367.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR JACKET P/O : 49286G Style No. : RND4J316 | 250 | 36.70 | 9,175.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR JACKET P/O : 49286L Style No. : RND4J316 | 20 | 36.70 | 734.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR HALTER P/O : 49349H Style No. : RND1X741 | 118 | 21.46 | 2,532.28 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
          2761 FRUITLAND AVE VERNON
          CALIFORNIA 90058, USA.

**INVOICE of**      LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.
From   DALIAN, CHINA To USA    BY SEA
L/C No.
Payment        NET 30 days

Date   : 24-Sep-2016
Invoice No. : MN16090019

Sailing On/About : 28-Sep-2016

Cargo Rec. Date   : 24-Sep-2016
Estimated DDP Delivery : 22-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY JACKET<br>P/O : 49376B Style No. : RND4I882 | 80 | 37.00 | 2,960.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY JACKET<br>P/O : 49376C Style No. : RND4I882 | 30 | 37.00 | 1,110.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS<br>P/O : 49531B Style No. : RND65J91 | 120 | 43.78 | 5,253.60 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS<br>P/O : 49531D Style No. : RND65J91 | 200 | 43.78 | 8,756.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS<br>P/O : 49531H Style No. : RND65J91 | 18 | 43.78 | 788.04 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN EVENING DRESS<br>P/O : 49531I Style No. : RND65J91 | 10 | 43.78 | 437.80 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR JACKET<br>P/O : 49576B Style No. : JVY4J339 | 100 | 52.59 | 5,259.00 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR JACKET<br>P/O : 49576C Style No. : JVY4J339 | 10 | 52.59 | 525.90 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR JACKET<br>P/O : 49576F Style No. : JVY4J339 | 435 | 52.59 | 22,876.65 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR JACKET<br>P/O : 49576L Style No. : JVY4J339 | 14 | 52.59 | 736.26 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR JACKET<br>P/O : 49576M Style No. : JVY4J339 | 30 | 52.59 | 1,577.70 |
| | LADIES' 68% POLYESTER 32% COTTON WOVEN COCKTAIL DRESS<br>P/O : 49629C Style No. : FKF62K86 | 200 | 59.50 | 11,900.00 |
| | LADIES' 68% POLYESTER 32% COTTON WOVEN COCKTAIL DRESS<br>P/O : 49629D Style No. : FKF62K86 | 18 | 59.50 | 1,071.00 |

**"This shipment does not contains any solid wood packing material"**

Invoice No.: MN16090019

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date  :  24-Sep-2016

Invoice No.:  MN16090019

**INVOICE of**              **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.              BY SEA
From   DALIAN, CHINA To USA
L/C No.
Payment              NET 30 days

Sailing On/About :28-Sep-2016

Cargo Rec. Date  :24-Sep-2016
Estimated DDP Delivery  :22-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
|  | LADIES' 68% POLYESTER 32% COTTON WOVEN COCKTAIL DRESS P/O : 49629G Style No. : FKF62K86 | 945 | 59.50 | 56,227.50 |
|  | LADIES' 68% POLYESTER 32% COTTON WOVEN COCKTAIL DRESS P/O : 49629L Style No. : FKF62K86 | 6 | 59.50 | 357.00 |
|  | TOTAL | 5,595 PCS |  | 216,996.97 |

SAY TOTAL US DOLLARS TWO HUNDRED SIXTEEN THOUSAND NINE HUNDRED NINETY
SIX AND CENTS NINETY SEVEN ONLY ***
COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

Page No.:   3

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

Date : 24-Sep-2016
Invoice No. : MN16090020

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

INVOICE of           LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.      BY SEA
From  DALIAN, CHINA To USA
L/C No.
Payment              NET 30 days

Sailing On/About :28-Sep-2016

Cargo Rec. Date : 24-Sep-2016
Estimated DDP Delivery :22-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty PCS | Unit Price USD | Total Amount DELIVERED DUTY PAID USD |
|---|---|---|---|---|
| | 4511 PIECES OF HANGING GARMENTS | | | |
| NO MARK HANGING GARMENTS | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY JACKET P/O : 49272A Style No. : RND4I778 | 1,518 | 37.00 | 56,166.00 |
| | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN CITY JACKET P/O : 49376E Style No. : RND4I882 | 1,074 | 37.00 | 39,738.00 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR JACKET P/O : 49576G Style No. : JVY4J339 | 1,446 | 52.59 | 76,045.14 |
| | LADIES' 68% POLYESTER 32% COTTON WOVEN COCKTAIL DRESS P/O : 49629H Style No. : FKF62K86 | 473 | 59.50 | 28,143.50 |
| | TOTAL | 4,511 PCS | | 200,092.64 |

SAY TOTAL US DOLLARS TWO HUNDRED THOUSAND NINETY TWO AND CENTS SIXTY FOUR ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

Page No.:    1

Invoice No.: MN16090020

# MEGA-LINK C/O NYAM, LLC

**8527 Melrose Ave**

**West Hollywood, CA 90069**

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

INVOICE of          LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.          BY SEA

From          HONG KONG To USA

L/C No.

Payment          NET 30 days

Date : 7-Oct-2016

Invoice No. : MN16100001

Sailing On/About : 9-Oct-2016

Cargo Rec. Date : 7-Oct-2016

Estimated DDP Delivery : 1-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 103 CARTONS FOR PO#49369A/D, 49441A/D, 50061C/F/G/N/O AND 439 PIECES OF HANGING GARMENTS FOR PO#49527B/C/E/J/K | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 75% POLYESTER 25% WOOL KNITTED OUTERWEAR COAT P/O : 49441A Style No. : QGO8C991 | 5 | 224.00 | 1,120.00 |
| | LADIES' 75% POLYESTER 25% WOOL KNITTED OUTERWEAR COAT P/O : 49441D Style No. : QGO8C991 | 19 | 224.00 | 4,256.00 |
| | LADIES' 94% POLYESTER 6% SPANDEX KNITTED SKIRT P/O : 50061C Style No. : QVV3G418 | 265 | 22.35 | 5,922.75 |
| | LADIES' 94% POLYESTER 6% SPANDEX KNITTED SKIRT P/O : 50061F Style No. : QVV3G418 | 1,517 | 22.35 | 33,904.95 |
| | LADIES' 94% POLYESTER 6% SPANDEX KNITTED SKIRT P/O : 50061G Style No. : QVV3G418 | 995 | 22.35 | 22,238.25 |
| | LADIES' 94% POLYESTER 6% SPANDEX KNITTED SKIRT P/O : 50061N Style No. : QVV3G418 | 96 | 22.35 | 2,145.60 |
| | LADIES' 94% POLYESTER 6% SPANDEX KNITTED SKIRT P/O : 50061O Style No. : QVV3G418 | 342 | 22.35 | 7,643.70 |
| | LADIES' 44% WOOL 32% POLYESTER 24% ACRYLIC WOVEN OTWR COAT P/O : 49369A Style No. : WMN8D001 | 5 | 227.53 | 1,137.65 |
| | LADIES' 44% WOOL 32% POLYESTER 24% ACRYLIC WOVEN OTWR COAT P/O : 49369D Style No. : WMN8D001 | 37 | 227.53 | 8,418.61 |
| NO MARK HANGING GARMENTS | LADIES' 100% POLYESTER KNITTED SPORTSWEAR JACKET P/O : 49527B Style No. : FOY4J364 | 70 | 80.52 | 5,636.40 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

Date  :  7-Oct-2016

Invoice No. :  MN16100001

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

INVOICE of          LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.          BY SEA

From    HONG KONG To USA

L/C No.

Payment          NET 30 days

Sailing On/About  :9-Oct-2016

Cargo Rec. Date  :7-Oct-2016

Estimated DDP Delivery  :1-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 100% POLYESTER KNITTED SPORTSWEAR JACKET P/O : 49527C Style No. : FOY4J364 | 10 | 80.52 | 805.20 |
| | LADIES' 100% POLYESTER KNITTED SPORTSWEAR JACKET P/O : 49527E Style No. : FOY4J364 | 326 | 80.52 | 26,249.52 |
| | LADIES' 100% POLYESTER KNITTED SPORTSWEAR JACKET P/O : 49527J Style No. : FOY4J364 | 3 | 80.52 | 241.56 |
| | LADIES' 100% POLYESTER KNITTED SPORTSWEAR JACKET P/O : 49527K Style No. : FOY4J364 | 30 | 80.52 | 2,415.60 |
| | TOTAL | 3,720 PCS | | 122,135.79 |

SAY TOTAL US DOLLARS ONE HUNDRED TWENTY TWO THOUSAND ONE HUNDRED

THIRTY FIVE AND CENTS SEVENTY NINE ONLY ***

COUNTRY OF ORIGIN    . CHINA

This invoice is assigned to, owned by, and payable only to:

HANA FINANCIAL, INC.

DEPT LA 24406

PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to

payment. Payment made to any other party does not

constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial

Beneficiary Account#: 80880-10577

Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los

Angeles, CA 90017

Receiving Bank Name: East West Bank

Receiving Bank Address: 135 N. Robles Ave, Suite 600,

Pasadena, CA 91101

Bank Routing# (Domestic): 322-070-381

Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

Date  : 6-Oct-2016

Invoice No. : MN16100002

**INVOICE of**       **LADIES WEARING APPAREL MERCHANDISE**

Shipped Per s.s.      BY SEA

From   HONG KONG To USA

L/C No.

Payment        NET 30 days

Sailing On/About : 9-Oct-2016

Cargo Rec. Date  : 6-Oct-2016

Estimated DDP Delivery : 1-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 343 PIECES OF HANGING GARMENTS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| NO MARK HANGING GARMENTS | LADIES' 100% POLYESTER WOVEN EVENING DRESS "JANETTE" P/O : 49778I Style No. : JGK60K22 | 28 | 63.01 | 1,764.28 |
| | LADIES' 100% POLYESTER WOVEN EVENING DRESS "JANETTE" P/O : 49778J Style No. : JGK60K22 | 315 | 63.01 | 19,848.15 |
| | TOTAL | 343 PCS | | 21,612.43 |

SAY TOTAL US DOLLARS TWENTY ONE THOUSAND SIX HUNDRED TWELVE AND CENTS
FORTY THREE ONLY ***

COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:

HANA FINANCIAL, INC.

DEPT LA 24406

PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial

Beneficiary Account#: 80880-10577

Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017

Receiving Bank Name: East West Bank

Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101

Bank Routing# (Domestic): 322-070-381

Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

Date : 10-Oct-2016

Invoice No. : MN16100003

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

**INVOICE of**      **LADIES WEARING APPAREL MERCHANDISE**

Shipped Per s.s.      **BY SEA**

From   SHANGHAI, CHINA To USA

L/C No.

Payment      NET 30 days

Sailing On/About : 14-Oct-2016

Cargo Rec. Date : 10-Oct-2016

Estimated DDP Delivery : 3-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 217 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN CITY JACKET P/O : 49941A Style No. : ZBA4G520 | 1,021 | 31.99 | 32,661.79 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TANK TOP P/O : 49942P Style No. : WQR1X753 | 4,135 | 17.41 | 71,990.35 |
| | LADIES' 100% POLYESTER WOVEN CASUAL DRESS P/O : 49951C Style No. : WQR69K96 | 4,475 | 21.93 | 98,136.75 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TOP P/O : 49993C Style No. : WQR1Y082 | 1,091 | 21.30 | 23,238.30 |
| | **TOTAL** | 10,722 PCS | | 226,027.19 |

SAY TOTAL US DOLLARS TWO HUNDRED TWENTY SIX THOUSAND TWENTY SEVEN

AND CENTS NINETEEN ONLY ***

COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:

HANA FINANCIAL, INC.

DEPT LA 24406

PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial

Beneficiary Account#: 80880-10577

Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017

Receiving Bank Name: East West Bank

Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101

Bank Routing# (Domestic): 322-070-381

Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

West Hollywood, CA 90069

# COMMERCIAL INVOICE

**For account and Risk of :** BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of**          **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.          BY SEA
From    SHANGHAI, CHINA To USA
L/C No.
Payment          NET 30 days

Date  : 10-Oct-2016
Invoice No.: MN16100004

Sailing On/About :14-Oct-2016

Cargo Rec. Date  :10-Oct-2016
Estimated DDP Delivery :3-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 76 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TANK TOP P/O : 49942A Style No. : WQR1X753 | 195 | 17.41 | 3,394.95 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TANK TOP P/O : 49942B Style No. : WQR1X753 | 22 | 17.41 | 383.02 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TANK TOP P/O : 49942D Style No. : WQR1X753 | 863 | 17.41 | 15,024.83 |
| | LADIES' 100% POLYESTER WOVEN CASUAL DRESS P/O : 49951A Style No. : WQR69K96 | 450 | 21.93 | 9,868.50 |
| | LADIES' 100% POLYESTER WOVEN CASUAL DRESS P/O : 49951B Style No. : WQR69K96 | 44 | 21.93 | 964.92 |
| | LADIES' 100% POLYESTER WOVEN CASUAL DRESS P/O : 49951E Style No. : WQR69K96 | 238 | 21.93 | 5,219.34 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TOP P/O : 49993A Style No. : WQR1Y082 | 250 | 21.30 | 5,325.00 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TOP P/O : 49993B Style No. : WQR1Y082 | 30 | 21.30 | 639.00 |
| | LADIES' 100% POLYESTER WOVEN SPORTSWEAR TOP P/O : 49993E Style No. : WQR1Y082 | 202 | 21.30 | 4,302.60 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50003B Style No. : NIJ2G656 | 22 | 26.59 | 584.98 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50003C Style No. : NIJ2G656 | 100 | 26.59 | 2,659.00 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date  :  10-Oct-2016
Invoice No. : MN16100004

**INVOICE of**      **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.      BY SEA
From   SHANGHAI, CHINA To USA
L/C No.
Payment        NET 30 days

Sailing On/About :14-Oct-2016

Cargo Rec. Date  :10-Oct-2016
Estimated DDP Delivery  :3-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50003F Style No. : NIJ2G656 | 673 | 26.59 | 17,895.07 |
| | LADIES' 63% POLYESTER 32% RAYON 5% SPANDEX WOVEN SPORTSWEAR PANTS P/O : 50003J Style No. : NIJ2G656 | 16 | 26.59 | 425.44 |
| | TOTAL | 3,105 PCS | | 66,686.65 |

SAY TOTAL US DOLLARS SIXTY SIX THOUSAND SIX HUNDRED EIGHTY SIX AND CENTS
SIXTY FIVE ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave
West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date : 13-Oct-2016
Invoice No. : MN16100005

INVOICE of        LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.      BY SEA
From    HONG KONG To USA
L/C No.
Payment        NET 30 days

Sailing On/About : 16-Oct-2016

Cargo Rec. Date : 13-Oct-2016
Estimated DDP Delivery : 7-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 60 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 68% RAYON 27% NYLON 5% SPANDEX KNITTED PANTS P/O : 49224A Style No. : PUG2G143 | 1,810 | 19.34 | 35,005.40 |
| | TOTAL | 1,810 PCS | | 35,005.40 |

SAY TOTAL US DOLLARS THIRTY FIVE THOUSAND FIVE AND CENTS FORTY ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC
**8527 Melrose Ave**
**West Hollywood, CA 90069**

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of**     LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.     A VESSEL
From    HONG KONG To USA
L/C No.
Payment     NET 30 days

Date : 12-Oct-2016
Invoice No. : MN16100006

Sailing On/About : 16-Oct-2016

Cargo Rec. Date : 12-Oct-2016
Estimated DDP Delivery : 8-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 68 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 93% RAYON 7% SPANDEX KNITTED SPORTSWEAR TOP "BRYNNE" P/O : 49329B Style No. : EYK1C530 | 200 | 10.76 | 2,152.00 |
| | LADIES' 93% RAYON 7% SPANDEX KNITTED SPORTSWEAR TOP "BRYNNE" P/O : 49329D Style No. : EYK1C530 | 1,675 | 10.76 | 18,023.00 |
| | LADIES' 93% RAYON 7% SPANDEX KNITTED SPORTSWEAR TOP "BRYNNE" P/O : 49329J Style No. : EYK1C530 | 14 | 10.76 | 150.64 |
| | LADIES' 93% RAYON 7% SPANDEX KNITTED SPORTSWEAR TOP "BRYNNE" P/O : 49329K Style No. : EYK1C530 | 839 | 10.76 | 9,027.64 |
| | LADIES' 93% RAYON 7% SPANDEX KNITTED SPORTSWEAR TOP "BRYNNE" P/O : 49330A Style No. : EYK1C530 | 833 | 10.76 | 8,963.08 |
| | LADIES' 92% VISCOSE 8% ELASTANE KNITTED SPORTSWEAR TOP "JAN" P/O : 49331A Style No. : EYK1E924 | 300 | 10.73 | 3,219.00 |
| | LADIES' 92% VISCOSE 8% ELASTANE KNITTED SPORTSWEAR TOP "JAN" P/O : 49341A Style No. : EYK1E924 | 250 | 10.73 | 2,682.50 |
| | LADIES' 92% VISCOSE 8% ELASTANE KNITTED SPORTSWEAR TOP "JAN" P/O : 49341B Style No. : EYK1E924 | 2,004 | 10.73 | 21,502.92 |
| | TOTAL | 6,115 PCS | | 65,720.78 |

SAY TOTAL US DOLLARS SIXTY FIVE THOUSAND SEVEN HUNDRED TWENTY AND
CENTS SEVENTY EIGHT ONLY ***
COUNTRY OF ORIGIN     : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON

CALIFORNIA 90058, USA.

Date : 13-Oct-2016

Invoice No.: MN16100007

**INVOICE of**        LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.      A VESSEL

From   HONG KONG To USA

L/C No.

Payment          NET 30 days

Sailing On/About : 16-Oct-2016

Cargo Rec. Date : 13-Oct-2016

Estimated DDP Delivery : 8-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 66 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A COUNTRY OF ORIGIN : CHINA | LADIES' 55% ACRYLIC 35% RAYON 10% WOOL KNITTED SPORTSWEAR TOP "ANAIS" P/O : 49708M Style No. : SKW1X766 | 59 | 13.64 | 804.76 |
| | LADIES' 55% ACRYLIC 35% RAYON 10% WOOL KNITTED SPORTSWEAR TOP "BRYNNE" P/O : 49707L Style No. : SKW1X469 | 62 | 13.27 | 822.74 |
| | LADIES' 62%RAYON 32%NYLON 6%SPANDEX KNIT SPTWR TOP "ALEA" P/O : 50222D Style No. : RIQ1X921 | 2,978 | 13.44 | 40,024.32 |
| | TOTAL | 3,099 PCS | | 41,651.82 |

SAY TOTAL US DOLLARS FORTY ONE THOUSAND SIX HUNDRED FIFTY ONE AND CENTS
EIGHTY TWO ONLY ***

COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:

HANA FINANCIAL, INC.

DEPT LA 24406

PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial

Beneficiary Account#: 80880-10577

Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017

Receiving Bank Name: East West Bank

Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101

Bank Routing# (Domestic): 322-070-381

Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC   8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
    2761 FRUITLAND AVE VERNON
    CALIFORNIA 90058, USA.

**INVOICE of**    **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.    BY AIR
From  HONG KONG To USA
L/C No.
Payment    NET 30 days

Date : 18-Oct-2016
Invoice No. : MN16100009

Sailing On/About : 24-Oct-2016

Cargo Rec. Date : 18-Oct-2016
Estimated DDP Delivery : 29-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 127 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 50284A Style No. : GKI9D396 | 569 | 15.74 | 8,956.06 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 48675A Style No. : GKI9D396 | 60 | 14.81 | 888.60 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 48675B Style No. : GKI9D396 | 8 | 14.81 | 118.48 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 48675C Style No. : GKI9D396 | 103 | 14.81 | 1,525.43 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 48675D Style No. : GKI9D396 | 557 | 14.81 | 8,249.17 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 48675F Style No. : GKI9D396 | 510 | 15.10 | 7,701.00 |
| | LADIES' 96% POLYESTER 4%SPANDEX KNIT SPTWR JUMPER P/O : 48682A Style No. : XYE9D454 | 90 | 15.16 | 1,364.40 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 48682C Style No. : XYE9D454 | 118 | 15.16 | 1,788.88 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 48682D Style No. : XYE9D454 | 1,056 | 15.16 | 16,008.96 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 48682F Style No. : XYE9D454 | 662 | 15.46 | 10,234.52 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 48682G Style No. : XYE9D454 | 47 | 15.46 | 726.62 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC     8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date  :  18-Oct-2016
Invoice No. :  MN16100009

INVOICE of      LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.      BY AIR
From   HONG KONG To USA
L/C No.
Payment      NET 30 days

Sailing On/About :24-Oct-2016

Cargo Rec. Date  :18-Oct-2016
Estimated DDP Delivery :29-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL | 3,780 PCS | | 57,562.12 |

SAY TOTAL US DOLLARS FIFTY SEVEN THOUSAND FIVE HUNDRED SIXTY TWO AND
CENTS TWELVE ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date : 18-Oct-2016
Invoice No. : MN16100010

INVOICE of          LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.          BY AIR
From   HONG KONG To USA
L/C No.
Payment          NET 30 days

Sailing On/About :24-Oct-2016

Cargo Rec. Date : 18-Oct-2016
Estimated DDP Delivery : 31-Oct-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 3 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 100% NYLON KNITTED EVENING DRESS "VEIRA" P/O : 49208L Style No. : PBH65J30 | 109 | 100.09 | 10,909.81 |
| | TOTAL | 109 PCS | | 10,909.81 |

SAY TOTAL US DOLLARS TEN THOUSAND NINE HUNDRED NINE AND CENTS EIGHTY ONE ONLY ***
COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material!"**

# MEGA-LINK C/O NYAM, LLC     8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**

                **2761 FRUITLAND AVE VERNON**
                **CALIFORNIA 90058, USA.**

Date    : 27-Oct-2016
Invoice No. :  MN16100011

**INVOICE of**        **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.       **BY SEA**
From   HONG KONG To USA
L/C No.
Payment          NET 30 days

Sailing On/About : 31-Oct-2016

Cargo Rec. Date  : 27-Oct-2016
Estimated DDP Delivery : 22-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 23 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED  TOP P/O : 48939A Style No. : ONW1X943 | 150 | 22.66 | 3,399.00 |
| | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED TOP P/O : 48939B Style No. : ONW1X943 | 20 | 22.66 | 453.20 |
| | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED  PANTS P/O : 49192A Style No. : ONW2G681 | 140 | 18.57 | 2,599.80 |
| | LADIES' 86% NYLON 8% METALLIC 6% SPANDEX KNITTED TOP P/O : 49703O Style No. : AQA1X767 | 32 | 10.21 | 326.72 |
| | LADIES' 95% NYLON 5% SPANDEX KNITTED PANTS P/O : 50005B Style No. : JQA2G734 | 11 | 17.22 | 189.42 |
| | LADIES' 95% NYLON 5% SPANDEX KNITTED PANTS P/O : 50005C Style No. : JQA2G734 | 104 | 17.22 | 1,790.88 |
| | LADIES' 95% NYLON 5% SPANDEX KNITTED PANTS P/O : 50005F Style No. : JQA2G734 | 169 | 17.22 | 2,910.18 |
| | LADIES' 95% NYLON 5% SPANDEX KNITTED PANTS P/O : 50005N Style No. : JQA2G734 | 81 | 17.22 | 1,394.82 |
| | TOTAL | 707 PCS | | 13,064.02 |

SAY TOTAL US DOLLARS THIRTEEN THOUSAND SIXTY FOUR AND CENTS TWO ONLY
***
    COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
  **HANA FINANCIAL, INC.**
  **DEPT LA 24406**
  **PASADENA, CA 91185-4406**
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

**Wire Instruction:**

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date    : 27-Oct-2016
Invoice No. : MN16100012

**INVOICE of**        **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.        BY SEA
From    HONG KONG To USA
L/C No.
Payment        NET 30 days

Sailing On/About  :31-Oct-2016

Cargo Rec. Date  :27-Oct-2016
Estimated DDP Delivery :22-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 84 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED TOP P/O : 48939C Style No. : ONW1X943 | 651 | 22.66 | 14,751.66 |
| | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED PANTS P/O : 49192B Style No. : ONW2G681 | 589 | 18.57 | 10,937.73 |
| | LADIES' 96% ACETATE 4% SPANDEX KNITTED DRESS P/O : 49219A Style No. : URF6P239 | 1,504 | 26.10 | 39,254.40 |
| | TOTAL | 2,744 PCS | | 64,943.79 |

SAY TOTAL US DOLLARS SIXTY FOUR THOUSAND NINE HUNDRED FORTY THREE AND
CENTS SEVENTY NINE ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
   DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

Date : 27-Oct-2016
Invoice No. : MN16100013

**For account and Risk of : BCBG MAX AZRIA GROUP, LLC**
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of**      **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.      A VESSEL
From   HONG KONG To USA
L/C No.
Payment      NET 30 days

Sailing On/About : 31-Oct-2016

Cargo Rec. Date : 27-Oct-2016
Estimated DDP Delivery : 22-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 27 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49984A Style No. : MGD61I44 | 90 | 23.58 | 2,122.20 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49984C Style No. : MGD61I44 | 90 | 23.58 | 2,122.20 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49984G Style No. : MGD61I44 | 75 | 23.88 | 1,791.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49984D Style No. : MGD61I44 | 630 | 23.58 | 14,855.40 |
| | TOTAL | 885 PCS | | 20,890.80 |

SAY TOTAL US DOLLARS TWENTY THOUSAND EIGHT HUNDRED NINETY AND CENTS EIGHTY ONLY ***
COUNTRY OF ORIGIN : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC     8527 Melrose Ave
### West Hollywood, CA 90069

## COMMERCIAL INVOICE

**For account and Risk of : BCBG MAX AZRIA GROUP, LLC**
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of**          LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.       BY AIR
From    HONG KONG To USA
L/C No.
Payment                NET 30 days

Date   : 5-Nov-2016
Invoice No.: MN16110001

Sailing On/About :7-Nov-2016

Cargo Rec. Date  :5-Nov-2016
Estimated DDP Delivery  :12-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 89 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 95%POLYESTER 5%SPANDEX KNIT CITY DRESS "ADELE" P/O : 49444E Style No. : CGV62K24 | 12 | 26.65 | 319.80 |
| | LADIES' 51%POLYESTER 28%RAYON 11%NYLON 10%M KNIT SPTWR TOP "BRINNE" P/O : 49702B Style No. : APS1X690 | 1,831 | 13.87 | 25,395.97 |
| | LADIES' 51%POLYESTER 28%RAYON 11%NYLON 10%M KNIT SPTWR TOP "BRINNE" P/O : 49702E Style No. : APS1X690 | 200 | 13.87 | 2,774.00 |
| | LADIES' 51%POLYESTER 28%RAYON 11%NYLON 10%M KNIT SPTWR TOP "BRINNE" P/O : 49702F Style No. : APS1X690 | 24 | 13.87 | 332.88 |
| | LADIES' 51%POLYESTER 28%RAYON 11%NYLON 10%M KNIT SPTWR TOP "BRINNE" P/O : 49702H Style No. : APS1X690 | 2,310 | 13.87 | 32,039.70 |
| | LADIES' 51%POLYESTER 28%RAYON 11%NYLON 10%M KNIT SPTWR TOP "BRINNE" P/O : 49702M Style No. : APS1X690 | 57 | 13.87 | 790.59 |
| | LADIES' 51%POLYESTER 28%RAYON 11%NYLON 10%M KNIT SPTWR TOP "BRINNE" P/O : 49702N Style No. : APS1X690 | 250 | 13.87 | 3,467.50 |
| | LADIES' 51%POLYESTER 28%RAYON 11%NYLON 10%M KNIT SPTWR TOP "BRINNE" P/O : 49883B Style No. : APS1X690 | 995 | 13.87 | 13,800.65 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED SPORTSWEAR TOP "JAN" P/O : 49643C Style No. : CEP1E924 | 150 | 11.41 | 1,711.50 |

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of**       LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.     BY AIR
From    HONG KONG To USA
L/C No.
Payment              NET 30 days

Date  : 5-Nov-2016
Invoice No. : MNJ6110001

Sailing On/About : 7-Nov-2016

Cargo Rec. Date  : 5-Nov-2016
Estimated DDP Delivery : 12-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED SPORTSWEAR TOP "JAN" P/O : 49643D Style No. : CEP1E924 | 14 | 11.41 | 159.74 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED SPORTSWEAR TOP "JAN" P/O : 49643G Style No. : CEP1E924 | 1,437 | 11.41 | 16,396.17 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED SPORTSWEAR TOP "JAN" P/O : 49643H Style No. : CEP1E924 | 1,864 | 11.41 | 21,268.24 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED SPORTSWEAR TOP "JAN" P/O : 49643M Style No. : CEP1E924 | 12 | 11.41 | 136.92 |
| | LADIES' 95% TENCEL 5% SPANDEX KNITTED SPORTSWEAR TOP "JAN" P/O : 49643N Style No. : CEP1E924 | 150 | 11.41 | 1,711.50 |
| | TOTAL | 9,306 PCS | | 120,305.16 |

SAY TOTAL US DOLLARS ONE HUNDRED TWENTY THOUSAND THREE HUNDRED FIVE
AND CENTS SIXTEEN ONLY ***
COUNTRY OF ORIGIN     : CHINA

This invoice is assigned to, owned by, and payable only to:
   HANA FINANCIAL, INC.
   DEPT LA 24406
   PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

**8527 Melrose Ave**

**West Hollywood, CA 90069**

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of**      LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.      BY AIR
From    HONG KONG To USA
L/C No.
Payment      NET 30 days

Date   : 5-Nov-2016
Invoice No. : MN16110002

Sailing On/About : 7-Nov-2016

Cargo Rec. Date : 5-Nov-2016
Estimated DDP Delivery : 11-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 130 CARTONS | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED TOP P/O : 48939D Style No. : ONW1X943 | 551 | 23.86 | 13,146.86 |
| | LADIES' 65% RAYON 30% NYLON 5% SPANDEX KNITTED PANTS P/O : 49192D Style No. : ONW2G681 | 244 | 19.77 | 4,823.88 |
| | LADIES' FACE 100% POLYURETHANE BACK 91% POLYESTER 9% SPANDEX KNITTED PANTS P/O : 49317A Style No. : DTP2E963 | 350 | 17.85 | 6,247.50 |
| | LADIES' FACE 100% POLYURETHANE BACK 91% POLYESTER 9% SPANDEX KNITTED PANTS P/O : 49317B Style No. : DTP2E963 | 1,569 | 17.85 | 28,006.65 |
| | LADIES' 86% NYLON 8% METALLIC 6% SPANDEX KNITTED TOP P/O : 49703C Style No. : AQA1X767 | 190 | 10.71 | 2,034.90 |
| | LADIES' 86% NYLON 8% METALLIC 6% SPANDEX KNITTED TOP P/O : 49703D Style No. : AQA1X767 | 12 | 10.71 | 128.52 |
| | LADIES' 86% NYLON 8% METALLIC 6% SPANDEX KNITTED TOP P/O : 49703G Style No. : AQA1X767 | 1,172 | 10.71 | 12,552.12 |
| | LADIES' 86% NYLON 8% METALLIC 6% SPANDEX KNITTED TOP P/O : 49703H Style No. : AQA1X767 | 1,477 | 10.71 | 15,818.67 |
| | LADIES' 86% NYLON 8% METALLIC 6% SPANDEX KNITTED TOP P/O : 49703P Style No. : AQA1X767 | 737 | 10.71 | 7,893.27 |
| | TOTAL | 6,302 PCS | | 90,652.37 |

SAY TOTAL US DOLLARS NINETY THOUSAND SIX HUNDRED FIFTY TWO AND CENTS THIRTY SEVEN ONLY ***
COUNTRY OF ORIGIN : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406

"This shipment does not contains any solid wood packing material"

Invoice No.: MN16110002

Page No.:   1

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

Date : 5-Nov-2016

Invoice No. : MN16110003

**For account and Risk of : BCBG MAX AZRIA GROUP, LLC**
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

**INVOICE of**     **LADIES WEARING APPAREL MERCHANDISE**

Shipped Per s.s.     BY AIR

From   HONG KONG To USA

L/C No.

Payment     NET 30 days

Sailing On/About : 7-Nov-2016

Cargo Rec. Date : 5-Nov-2016

Estimated DDP Delivery : 12-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 35 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 95%POLYESTER 5%SPANDEX KNIT EVENING DRESS "SALOME" P/O : 49630A Style No. : NNH68H61 | 721 | 47.33 | 34,124.93 |
| | TOTAL | 721 PCS | | 34,124.93 |

SAY TOTAL US DOLLARS THIRTY FOUR THOUSAND ONE HUNDRED TWENTY FOUR AND CENTS NINETY THREE ONLY ***

COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
**DEPT LA 24406**
**PASADENA, CA 91185-4406**
To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600, Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave
West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

         2761 FRUITLAND AVE VERNON

         CALIFORNIA 90058, USA.

INVOICE of        LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.      BY AIR

From    HONG KONG To USA

L/C No.

Payment            NET 30 days

Date   : 5-Nov-2016

Invoice No. : MN16110004

Sailing On/About :7-Nov-2016

Cargo Rec. Date :5-Nov-2016

Estimated DDP Delivery :12-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 174 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544A Style No. : MGD61I44 | 90 | 23.70 | 2,133.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544C Style No. : MGD61I44 | 110 | 23.70 | 2,607.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544D Style No. : MGD61I44 | 840 | 23.70 | 19,908.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544E Style No. : MGD61I44 | 75 | 24.00 | 1,800.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49544F Style No. : MGD61I44 | 102 | 24.00 | 2,448.00 |
| | LADIES' 52% RAYON 27% COTTON 21% NYLON KNIT EVENING DRESS P/O : 49506A Style No. : MGD61I44 | 1,920 | 23.70 | 45,504.00 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED SPORTSWEAR JUMPER P/O : 49451A Style No. : PGZ9D564 | 72 | 15.47 | 1,113.84 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT SPTWR JUMPER P/O : 49451B Style No. : PGZ9D564 | 50 | 15.47 | 773.50 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED SPORTSWEAR JUMPER P/O : 49451C Style No. : PGZ9D564 | 650 | 15.47 | 10,055.50 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT SPTWR JUMPER P/O : 49451E Style No. : PGZ9D564 | 300 | 15.47 | 4,641.00 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED COCKTAIL DRESS P/O : 49449A Style No. : YDM68J07 | 240 | 11.62 | 2,788.80 |

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC
8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

Date    : 5-Nov-2016
Invoice No.: MN16110004

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058. USA.

**INVOICE of**        **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.        BY AIR                    Sailing On/About : 7-Nov-2016
From   HONG KONG To USA
L/C No.                                          Cargo Rec. Date  : 5-Nov-2016
Payment            NET 30 days                   Estimated DDP Delivery : 12-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED COCKTAIL DRESS P/O : 49449C Style No. : YDM68J07 | 160 | 11.62 | 1,859.20 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED COCKTAIL DRESS P/O : 49449D Style No. : YDM68J07 | 608 | 11.62 | 7,064.96 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CKTL DRESS P/O : 49449G Style No. : YDM68J07 | 742 | 11.91 | 8,837.22 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CKTL DRESS P/O : 49449H Style No. : YDM68J07 | 14 | 11.91 | 166.74 |
| | TOTAL | 5,973 PCS | | 111,700.76 |

SAY TOTAL US DOLLARS ONE HUNDRED ELEVEN THOUSAND SEVEN HUNDRED AND
CENTS SEVENTY SIX ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

INVOICE of        LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.

From   CHINA To USA

L/C No.

Payment        NET 30 days

Date   : 9-Nov-2016
Invoice No. : MN16110005

Sailing On/About   : 11-Nov-2016

Cargo Rec. Date   : 9-Nov-2016
Estimated DDP Delivery : 18-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 45 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 55%VISCOSE 26%COTTON 19%NYLON KNIT CKTL DRESS "BRIONY" P/O : 49307B Style No. : EUP62J60 | 100 | 51.00 | 5,100.00 |
| | LADIES' 55%VISCOSE 26%COTTON 19%NYLON KNIT CKTL DRESS "BRIONY" P/O : 49307C Style No. : EUP62J60 | 12 | 51.00 | 612.00 |
| | LADIES' 55%VISCOSE 26%COTTON 19%NYLON KNIT CKTL DRESS "BRIONY" P/O : 49307F Style No. : EUP62J60 | 820 | 51.00 | 41,820.00 |
| | LADIES' 55%VISCOSE 26%COTTON 19%NYLON KNIT CKTL DRESS "BRIONY" P/O : 49307I Style No. : EUP62J60 | 10 | 51.00 | 510.00 |
| | LADIES' 55%VISCOSE 26%COTTON 19%NYLON KNIT CKTL DRESS "BRIONY" P/O : 49307G Style No. : EUP62J60 | 393 | 51.00 | 20,043.00 |
| | TOTAL | 1,335 PCS | | 68,085.00 |

SAY TOTAL US DOLLARS SIXTY EIGHT THOUSAND AND EIGHTY FIVE  ONLY ***
COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:

HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:

Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC   8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**
        2761 FRUITLAND AVE VERNON
        CALIFORNIA 90058, USA.

**INVOICE of**    **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.   BY AIR
From HONG KONG To USA
L/C No.
Payment     NET 30 days

Date : 9-Nov-2016
Invoice No.: MN16110006

Sailing On/About : 11-Nov-2016

Cargo Rec. Date : 9-Nov-2016
Estimated DDP Delivery : 16-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 49 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 96% POLYESTER 4% SPANDEX KNITTED DRESS P/O : 50059A Style No. : YDM61G57 | 130 | 10.04 | 1,305.20 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED DRESS P/O : 50059B Style No. : YDM61G57 | 130 | 10.04 | 1,305.20 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED DRESS P/O : 50059C Style No. : YDM61G57 | 1,453 | 10.04 | 14,588.12 |
| | TOTAL | 1,713 PCS | | 17,198.52 |

SAY TOTAL US DOLLARS SEVENTEEN THOUSAND ONE HUNDRED NINETY EIGHT AND
CENTS FIFTY TWO ONLY ***
COUNTRY OF ORIGIN : CHINA

This invoice is assigned to, owned by, and payable only to:
 **HANA FINANCIAL, INC.**
 **DEPT LA 24406**
 **PASADENA, CA 91185-4406**
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date : 9-Nov-2016

Invoice No. : MN16110007

INVOICE of          LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    BY AIR

Sailing On/About : 12-Nov-2016

From   HONG KONG To USA
L/C No.

Cargo Rec. Date : 9-Nov-2016

Payment            NET 30 days

Estimated DDP Delivery : 16-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 137 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 68% RAYON 27% NYLON 5% SPANDEX KNITTED PANTS P/O : 48817R Style No. : PUG2F745 | 302 | 20.53 | 6,200.06 |
| | LADIES' 68% RAYON 27% NYLON 5% SPANDEX KNITTED PANTS P/O : 48817S Style No. : PUG2F745 | 392 | 20.53 | 8,047.76 |
| | LADIES' FACE: 100% POLYURETHANE BACKING 91% POLYESTER KNITTED PANTS P/O : 49523A Style No. : DTP2G745 | 221 | 23.36 | 5,162.56 |
| | LADIES' FACE: 100% POLYURETHANE BACKING 91% POLYESTER KNITTED PANTS P/O : 49523C Style No. : DTP2G745 | 591 | 23.36 | 13,805.76 |
| | LADIES' 100% RAYON KNITTED TOP P/O : 50054A Style No. : WCJ1W485 | 22 | 13.02 | 286.44 |
| | LADIES' 100% RAYON KNITTED TOP P/O : 50054B Style No. : WCJ1W485 | 128 | 13.02 | 1,666.56 |
| | LADIES' 100% RAYON KNITTED TOP P/O : 50054J Style No. : WCJ1W485 | 65 | 13.02 | 846.30 |
| | LADIES' 100% RAYON KNITTED TOP P/O : 50054K Style No. : WCJ1W485 | 33 | 13.02 | 429.66 |
| | LADIES' 94% NYLON 6% SPANDEX KNITTED DRESS P/O : 48672A Style No. : KYT60K95 | 150 | 17.20 | 2,580.00 |
| | LADIES' 94% NYLON 6% SPANDEX KNITTED DRESS P/O : 48672C Style No. : KYT60K95 | 104 | 17.20 | 1,788.80 |
| | LADIES' 94% NYLON 6% SPANDEX KNITTED DRESS P/O : 48672D Style No. : KYT60K95 | 544 | 17.20 | 9,356.80 |
| | LADIES' 94% NYLON 6% SPANDEX KNITTED DRESS P/O : 48672G Style No. : KYT60K95 | 752 | 17.50 | 13,160.00 |

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : **BCBG MAX AZRIA GROUP, LLC**
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058, USA.

Date    : 9-Nov-2016
Invoice No. : MN16110007

**INVOICE of**       **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.      BY AIR
From   HONG KONG To USA
L/C No.
Payment               NET 30 days

Sailing On/About  : 12-Nov-2016

Cargo Rec. Date     : 9-Nov-2016
Estimated DDP Delivery  : 16-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 49177A Style No. : YDM9C641 | 90 | 14.45 | 1,300.50 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 49177C Style No. : YDM9C641 | 111 | 14.45 | 1,603.95 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 49177D Style No. : YDM9C641 | 529 | 14.45 | 7,644.05 |
| | LADIES' 96% POLYESTER 4% SPANDEX KNITTED JUMPER P/O : 49177G Style No. : YDM9C641 | 275 | 14.74 | 4,053.50 |
| | TOTAL | 4,309 PCS | | 77,932.70 |

SAY TOTAL US DOLLARS SEVENTY SEVEN THOUSAND NINE HUNDRED THIRTY TWO
AND CENTS SEVENTY ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
   **HANA FINANCIAL, INC.**
   **DEPT LA 24406**
   **PASADENA, CA 91185-4406**
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

"This shipment does not contains any solid wood packing material"

Invoice No.: MN16110007

Page No.:    2

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

Date  :  12-Nov-2016

2761 FRUITLAND AVE VERNON

Invoice No.:  MN16110008

CALIFORNIA 90058, USA.

**INVOICE of**      LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.    BY AIR

Sailing On/About  : 13-Nov-2016

From   HONG KONG To USA

L/C No.

Cargo Rec. Date  : 12-Nov-2016

Payment      NET 30 days

Estimated DDP Delivery  : 18-Nov-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 16 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 80% POLYESTER 14% RAYON 6% SPANDEX WOVEN SPORTSWEAR JACKET "KEANU" P/O : 49616B Style No. : RND41873 | 66 | 44.75 | 2,953.50 |
| | LADIES' 100% POLYESTER WOVEN EVENING DRESS "DELANA" P/O : 49655B Style No. : OJZ61K59 | 50 | 82.19 | 4,109.50 |
| | LADIES' 100% POLYESTER WOVEN EVENING DRESS "DELANA" P/O : 49655C Style No. : OJZ61K59 | 25 | 82.19 | 2,054.75 |
| | LADIES' 100%POLYESTER WOVEN EVENING DRESS "DELANA" P/O : 49655F Style No. : OJZ61K59 | 182 | 82.19 | 14,958.58 |
| | LADIES' 100% POLYESTER WOVEN EVENING DRESS "DELANA" P/O : 49655I Style No. : OJZ61K59 | 46 | 82.19 | 3,780.74 |
| | LADIES' 100% POLYESTER WOVEN EVENING DRESS "DELANA" P/O : 49655J Style No. : OJZ61K59 | 20 | 82.19 | 1,643.80 |
| | TOTAL | 389 PCS | | 29,500.87 |

SAY TOTAL US DOLLARS TWENTY NINE THOUSAND FIVE HUNDRED AND CENTS
EIGHTY SEVEN ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
 HANA FINANCIAL, INC.
 DEPT LA 24406
 PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC

        2761 FRUITLAND AVE VERNON

        CALIFORNIA 90058, USA.

| | |
|---|---|
| Date : | 30-Nov-2016 |
| Invoice No.: | MN16110030 |

INVOICE of      LADIES WEARING APPAREL MERCHANDISE

Shipped Per s.s.    BY AIR

From   HONG KONG To USA

L/C No.

Payment        NET 30 days

Sailing On/About : 2-Dec-2016

Cargo Rec. Date : 30-Nov-2016

Estimated DDP Delivery : 7-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 113 CARTONS | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 62% RAYON 32% NYLON 6% SPANDEX KNITTED TOP P/O : 49072C Style No. : RIQ1X511 | 350 | 20.30 | 7,105.00 |
| | LADIES' 62% RAYON 32% NYLON 6% SPANDEX KNITTED TOP P/O : 49072D Style No. : RIQ1X511 | 28 | 20.30 | 568.40 |
| | LADIES' 62% RAYON 32% NYLON 6% SPANDEX KNITTED TOP P/O : 49072G Style No. : RIQ1X511 | 2,263 | 20.30 | 45,938.90 |
| | LADIES' 62% RAYON 32% NYLON 6% SPANDEX KNITTED TOP P/O : 49072H Style No. : RIQ1X511 | 2,180 | 20.30 | 44,254.00 |
| | LADIES' 62% RAYON 32% NYLON 6% SPANDEX KNITTED TOP P/O : 49072M Style No. : RIQ1X511 | 18 | 20.30 | 365.40 |
| | LADIES' 62% RAYON 32% NYLON 6% SPANDEX KNITTED TOP P/O : 49072P Style No. : RIQ1X511 | 44 | 20.30 | 893.20 |
| | LADIES' 62% RAYON 32% NYLON 6% SPANDEX KNITTED TOP P/O : 49072R Style No. : RIQ1X511 | 84 | 20.30 | 1,705.20 |
| | LADIES' 62% RAYON 32% NYLON 6% SPANDEX KNITTED TOP P/O : 49072S Style No. : RIQ1X511 | 305 | 20.30 | 6,191.50 |
| | TOTAL | 5,272 PCS | | 107,021.60 |

SAY TOTAL US DOLLARS ONE HUNDRED SEVEN THOUSAND TWENTY ONE AND CENTS SIXTY ONLY ***

COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:

  HANA FINANCIAL, INC.

  DEPT LA 24406

  PASADENA, CA 91185-4406

To whom prompt notice must be given of any objections to payment. Payment made to any other party does not constitute valid payment. collection@hanafinancial.com

Wire Instruction:

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC   8527 Melrose Ave
### West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
                           2761 FRUITLAND AVE VERNON
                           CALIFORNIA 90058, USA.

**Date** : 30-Nov-2016
**Invoice No.** : MN16110031

INVOICE of       LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.    BY AIR
From   CHINA To USA
L/C No.
Payment         NET 30 days

Sailing On/About : 2-Dec-2016

Cargo Rec. Date : 30-Nov-2016
Estimated DDP Delivery : 7-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | 1 CARTON | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 100% POLYESTER WOVEN SPTWR TANK TOP P/O : 49992E Style No. : WQR1Y030 | 25 | 18.77 | 469.25 |
| | TOTAL | 25 PCS | | 469.25 |

SAY TOTAL US DOLLARS FOUR HUNDRED SIXTY NINE AND CENTS TWENTY FIVE ONLY
***
COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:
  HANA FINANCIAL, INC.
  DEPT LA 24406
  PASADENA, CA 91185-4406
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# MEGA-LINK C/O NYAM, LLC

**8527 Melrose Ave**

**West Hollywood, CA 90069**

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
2761 FRUITLAND AVE VERNON
CALIFORNIA 90058. USA.

Date : 30-Nov-2016
Invoice No. : MN16110032

**INVOICE of**     LADIES WEARING APPAREL MERCHANDISE
Shipped Per s.s.     BY AIR
From    HONG KONG To USA
L/C No.
Payment          NET 30 days

Sailing On/About : 2-Dec-2016

Cargo Rec. Date : 30-Nov-2016
Estimated DDP Delivery : 9-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 55 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 93%RAYON 7%SPANDEX KNIT CASUAL DRESS "AYANA" P/O : 49966B Style No. : EYK64F95 | 1,812 | 23.61 | 42,781.32 |
| | TOTAL | 1,812 PCS | | 42,781.32 |

SAY TOTAL US DOLLARS FORTY TWO THOUSAND SEVEN HUNDRED EIGHTY ONE AND
CENTS THIRTY TWO ONLY ***
COUNTRY OF ORIGIN    : CHINA

This invoice is assigned to, owned by, and payable only to:
**HANA FINANCIAL, INC.**
**DEPT LA 24406**
**PASADENA, CA 91185-4406**
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

---

"This shipment does not contains any solid wood packing material"

# MEGA-LINK C/O NYAM, LLC    8527 Melrose Ave

West Hollywood, CA 90069

## COMMERCIAL INVOICE

For account and Risk of : BCBG MAX AZRIA GROUP, LLC
                  2761 FRUITLAND AVE VERNON
                  CALIFORNIA 90058, USA.

**INVOICE of**        **LADIES WEARING APPAREL MERCHANDISE**
Shipped Per s.s.      BY AIR
From   HONG KONG To USA
L/C No.
Payment          NET 30 days

Date   : 30-Nov-2016
Invoice No. : MN16110033

Sailing On/About : 2-Dec-2016

Cargo Rec. Date : 30-Nov-2016
Estimated DDP Delivery : 9-Dec-2016

| Marks/Nos. | Full Description of Goods | Qty | Unit Price | Total Amount |
|---|---|---|---|---|
| | TOTAL : 35 CARTONS ONLY | | | |
| | | PCS | USD | DELIVERED DUTY PAID USD |
| AZ3, INC. DISTRIBUTION CENTER U.S.A. COUNTRY OF ORIGIN : CHINA | LADIES' 96%POLYESTER 4%SPANDEX KNIT CASUAL DRESS P/O : 50350A Style No. : YDM69G48 | 100 | 11.17 | 1,117.00 |
| | LADIES' 96%POLYESTER 4%SPANDEX KNIT CASUAL DRESS P/O : 50350B Style No. : YDM69G48 | 1,153 | 11.17 | 12,879.01 |
| | TOTAL | 1,253 PCS | | 13,996.01 |

SAY TOTAL US DOLLARS THIRTEEN THOUSAND NINE HUNDRED NINETY SIX AND CENT ONE ONLY ***
COUNTRY OF ORIGIN   : CHINA

This invoice is assigned to, owned by, and payable only to:
  **HANA FINANCIAL, INC.**
  **DEPT LA 24406**
  **PASADENA, CA 91185-4406**
To whom prompt notice must be given of any objections to
payment. Payment made to any other party does not
constitute valid payment. collection@hanafinancial.com

Wire Instruction:
Beneficiary Name: Hana Financial
Beneficiary Account#: 80880-10577
Beneficiary Address: 1000 Wilshire Blvd, 20th Floor, Los
Angeles, CA 90017
Receiving Bank Name: East West Bank
Receiving Bank Address: 135 N. Robles Ave, Suite 600,
Pasadena, CA 91101
Bank Routing# (Domestic): 322-070-381
Bank Swift Code (International): EWBKUS66XXX

**"This shipment does not contains any solid wood packing material"**

# EXHIBIT D

Unpaid BCBG Invoices from Prime Apparel, Inc

Factored At and Guaranteed By Hana Financial

PRIME APPAREL UNPAID INVOICES

| Prime Invoice # | Invoice Date | Date Delivered | $ Amount | |
|---|---|---|---|---|
| PRO478BG | 11/10/16 | 11/10/16 | 1,090 | |
| PRO479BG | 11/16/16 | 11/16/16 | 647 | |
| PRO481BG | 12/13/16 | 12/13/16 | 247 | |
| PRO487BG | 1/18/16 | 1/18/16 | 842 | |
| PRO490BG | 2/2/17 | 2/2/17 | 105,171 | |
| Prime Apparel Total | | | 107,997 | 107,997 |

**Prime Apparel, Inc.**

5667 Mansfield Way
Bell,  CA 90201

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/10/2016 | PR0478BG |

| Bill To |
|---------|
| BCBG MAX AZRIA GROUP, LLC<br>2761 Fruitland Avenue<br>Vernon, CA 90058<br>323-277-7376 |

| Ship To |
|---------|
| BCBG MAX AZRIA GROUP, LLC<br>4701 Santa Fe Avenue<br>Vernon, CA 90058 |

| P. O. No. | Terms | Due Date |
|-----------|-------|----------|
| As Stated | Net 60 | 1/8/2017 |

| Style # | Description | Quantity | Rate | Amount |
|---------|-------------|----------|------|--------|
| KXG62K01 | KNIT CASUAL DRESSBLACK/COMB-50379B | 60 | 8.41 | 504.60 |
| KRK1X964 | KNIT CASUAL DRESSOPTIC WHITE-50389B | 45 | 4.77 | 214.65 |
| KRK67K90 | KNIT SPRWK TOPBLACK-50465B | 45 | 8.24 | 370.80 |

This Invoice is assigned to, Owned by, and Payable
only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
to whom prompt notice must be given of any
objection to payment. Payment made to any other
party does not constitute valid payment.
collection@hanafinancial.com

| | Total | $1,090.05 |
|--|-------|-----------|

**Prime Apparel, Inc.**

5667 Mansfield Way
Bell,  CA 90201

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2016 | PR0479BG |

| Bill To |
|---------|
| BCBG MAX AZRIA GROUP, LLC.<br>2761 Fruitland Avenue<br>Vernon, CA 90058<br>323-277-7376 |

| Ship To |
|---------|
| BCBG MAX AZRIA GROUP, LLC.<br>4701 Santa Fe Avenue<br>Vernon, CA 90058 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
|          | Net 60 | 1/14/2017 |

| Style # | Description | Quantity | Rate | Amount |
|---------|-------------|----------|------|--------|
| KXG62K01 | KNIT CASUAL DRESSBLACK/COMB-50379E | 25 | 8.41 | 210.25 |
| KRK1X963 | KNIT SPTWR TOP   ROSE SMOKE-50388D | 45 | 4.77 | 214.65 |
| KRK1X964 | KNIT CASUAL DRESSOPTIC WHITE-50389E | 45 | 4.94 | 222.30 |

This Invoice is assigned to, Owned by, and Payable
only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
to whom prompt notice must be given of any
objection to payment. Payment made to any other
party does not constitute valid payment.
collection@hanafinancial.com

| Total | $647.20 |
|-------|---------|

**Prime Apparel, Inc.**

5667 Mansfield Way
Bell,   CA 90201

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/13/2016 | PR0481BG |

| Bill To |
|---------|
| BCBG MAX AZRIA GROUP, LLC
2761 Fruitland Avenue
Vernon, CA 90058
323-277-7376 |

| Ship To |
|---------|
| BCBG MAX AZRIA GROUP, SAS
625 Route DeBlanchelaine
26600 Mercurol, France |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| 50440D | Net 60 | 2/11/2017 |

| Style # | Description | Quantity | Rate | Amount |
|---------|-------------|----------|------|--------|
| KRK1X811 | KNIT SPORTSWEAR TOP - BLACK | 50 | 4.94 | 247 00 |

This Invoice is assigned to, Owned by, and Payable
only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
to whom prompt notice must be given of any
objection to payment. Payment made to any other
party does not constitute valid payment.
collection@hanafinancial.com

| | Total | $247.00 |
|--|-------|---------|

**Prime Apparel, Inc.**

5667 Mansfield Way
Bell,   CA 90201

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2017 | PR0487BG |

| Bill To | Ship To |
|---------|---------|
| BCBG MAX AZRIA GROUP, LLC<br>2761 Fruitland Avenue<br>Vernon, CA 90058<br>323-277-7376 | BCBG MAXAZRIA JAPAN CO LTD<br>3-10-7 TOWA BLDG.6F<br>GINZA, CHUO-KU<br>TOKYO, JAPAN 104-0061 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| 51002G, 51524D | Net 60 | 3/18/2017 |

| Style # | Description | Quantity | Rate | Amount |
|---------|-------------|----------|------|--------|
| KRK1Y263 | KNIT SPRWR TOP-ROSE SMOKE | 40 | 5.81 | 232.40 |
| KRK1Y263 | KNIT SPRWR TOP-BLACK | 40 | 5.81 | 232.40 |
| WCX4D509 | KNIT SPRWR TOP-SHWADOW BLUE | 60 | 6.29 | 377.40 |

This Invoice is assigned to, Owned by, and Payable
only to:
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
to whom prompt notice must be given of any
objection to payment. Payment made to any other
party does not constitute valid payment.
collection@hanafinancial.com

| | Total | $842.20 |
|--|-------|---------|

# PRIME APPAREL INC.

5667 Mansfield Way, Bell, CA90201
T: 323-269-6106~7, F: 323-269-6102

| MANUFACTURE NAME & ADDRESS : | | Invoice Number | : PR0490BG | |
|---|---|---|---|---|
| KWANGLIM PHILS MFG CORP. | | Date | : 2-Feb-17 | |
| BLDG.E1 & E2 J.Y. COMP.PHASE III | | | | |
| FCIE-SEZ.BRGY.LANGKAAN DASMARIÑAS CAVITE | | PAYMENT TERM | : NET 60 | |
| MID NO: | | | | |

| Seller (other than shipper) : | FOB Point | : PHILIPPINES |
|---|---|---|
| Prime Apparel Inc. | Discharge Port | : Los Angeles, CA |
| 5667 Mansfield Way | Ship Mode | : BY SEA |
| Los Angeles, CA 90201 | | |

| BILL TO | Final Destination | : Los Angeles, CA |
|---|---|---|
| BCBG MAX AZRIA GROUP, INC. | | |
| 2761 FRUITLAND AVENUE | Ref | : PRM-17PH-001 |
| VERNON, CALIFORNIA 90058 U.S.A. | | |

| SHIP TO: | Notify Party | : |
|---|---|---|
| BCBG MAX AZRIA GROUP, INC | PACIFIC CROSSING LOGISTICS, INC. | |
| 2761 FRUITLAND AVENUE | 24424 S. Main St. suite 701 | |
| VERNON, CALIFORNIA 90058 U.S.A. | Carson, CA 90745 | |
| Forwarder Agent : | TEL: 310-241-6930 FAX: 310-241-6934 | |

| PO# | Style # | Quantity in Pieces | Description | Unit Price US$ | Extended Cost US$ |
|---|---|---|---|---|---|
| | | | DIVISION: BCBgeneration | | FOB PH |
| | | | SEASON: S37 | | |
| 51005A | ONN1Y373 | 42 | | 7.28 | $ 305.76 |
| 51005B | ONN1Y373 | 10 | | 7.28 | $ 72.80 |
| 51005C | ONN1Y373 | 90 | | 7.28 | $ 655.20 |
| 51005D | ONN1Y373 | 975 | | 7.28 | $ 7,098.00 |
| 51005E | ONN1Y373 | 261 | LADIES KNIT SPRTWR TOP | 7.50 | $ 1,957.50 |
| 51003A | KRK1Y372 | 48 | 97% RAYON 3% SPANDEX | 6.70 | $ 321.60 |
| 51003B | KRK1Y372 | 12 | | 6.70 | $ 80.40 |
| 51003C | KRK1Y372 | 110 | | 6.70 | $ 737.00 |
| 51003D | KRK1Y372 | 800 | | 6.70 | $ 5,360.00 |
| 51003E | KRK1Y372 | 150 | | 6.92 | $ 1,038.00 |
| | | | | | |
| 1Y263 | 51002A | 192 | | 7.34 | $ 1,409.28 |
| 1Y263 | 51002B | 42 | | 7.34 | $ 308.28 |
| 1Y263 | 51002D | 408 | LADIES KNIT SPRTWR TANK | 7.34 | $ 2,994.60 |
| 1Y263 | 51002E | 3625 | 97% RAYON 3% SPANDEX | 7.34 | $ 26,607.50 |
| 1Y263 | 51002H | 2377 | | 7.54 | $ 17,922.58 |
| | | | | | |
| 60J60 | 51551A | 100 | | 8.70 | $ 870.00 |
| 60J60 | 51551B | 1277 | | 8.70 | $ 11,109.90 |
| 67K90 | 51016A | 90 | | 9.83 | $ 884.70 |
| 67K90 | 51016B | 30 | | 9.83 | $ 294.90 |
| 67K90 | 51016C | 600 | LADIES KNIT CASUAL DRESS | 10.03 | $ 6,018.00 |
| 67K90 | 51096A | 60 | 97% RAYON 3% SPANDEX | 11.31 | $ 678.60 |
| 67K90 | 51096B | 24 | | 11.31 | $ 271.44 |
| 67K90 | 51096D | 110 | | 11.31 | $ 1,244.10 |
| 67K90 | 51096E | 800 | | 11.31 | $ 9,048.00 |
| 67K90 | 51096F | 690 | | 11.31 | $ 7,803.90 |
| | | | | | |
| | **Total Units** | **12,915pcs** | | **Total** | **105,171.44** |

**\*\*\*We hereby certify that this shipment does not contains solid wood packing materials\*\*\***

This Invoice is assigned To, Owned by, and Payable only to;
HANA FINANCIAL, INC.
DEPT LA 24406
PASADENA, CA 91185-4406
to whom prompt notice must be given of any objection to payment.
Payment made to any other party does not constitute valid payment.
collection@hanafinancial.com

# WHITEFORD, TAYLOR & PRESTON L.L.P.

THE RENAISSANCE CENTRE, SUITE 500
405 NORTH KING STREET
WILMINGTON, DE 19801-3700

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302) 661-7950

STEPHEN B. GERALD
DIRECT LINE (302) 357-3282
DIRECT FAX (410) 223-4178
SGerald@wtplaw.com

BALTIMORE, MD
BETHANY BEACH, DE*
BETHESDA, MD
COLUMBIA, MD
DEARBORN, MI
FALLS CHURCH, VA
LEXINGTON, KY
ROANOKE, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

August 10, 2017

**Via: Federal Express**

Donlin, Recano & Company, Inc.
Re:  BCBG Max Azria Global Holdings, LLC, et al.
6201 15th Avenue
Brooklyn, NY 11219

> Re:   **In re: BCBG Max Azria Global Holding, LLC, et al.;**
> **Case No.: 17-10466**

Dear Sir/Madam:

Enclosed for filing, please find an original and one copy of the Amended Proof of Claim for Hana Financial Inc., with regard to the above-captioned case.  Please date stamp the copy and return same to the undersigned in the enclosed, self-addressed envelope.

Thank you for your assistance with this filing.

Very truly yours,

Stephen B. Gerald

SBG/cl

Enclosures

Whiteford, Taylor & Preston L.L.P. is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.
2257171v1

E2 FBTA

TRK# 0201
7799 1764 3300

FRI - 11 AUG 3:00P
STANDARD OVERNIGHT

11219
NY-US
EWR

TO    DONLIN, RECANO & COMPANY, INC.
DONLIN, RECANO & COMPANY, INC.
6201 15TH AVENUE

BROOKLYN NY 11219
(212) 481-1411

REF: BCBG 094267 1/2
INV:
PO:
DEPT:

ORIGIN ID:ZWA    (302) 357-3264
ROSE CHIFFONS
WHITEFORD TAYLOR PRESTON LLP
THE RENAISSANCE CENTRE
405 N KING STREET, SUITE 500
WILMINGTON DE 19801
UNITED STATES US

SHIP DATE: 10AUG17
ACTWGT: 3.00 LB
CAD: 813608/NET13920

BILL SENDER

549J1/577E/104C

FedEx
Express

J172017062901uv

## After printing this label:

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.