**GRIFFIN HAMERSKY LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284
Scott A. Griffin
Michael D. Hamersky
Richard K. Milin

*Counsel for NYAM, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, *et al.*, | : |
| | : Case No. 17-10466 (SCC) |
| Debtors. | : |
| | : (Jointly Administered) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : |
| | : |
| DAVID MACGREEVEY, in his capacity as | : |
| PLAN ADMINISTRATOR, | : Adv. Pro. No. 17-01101 (SCC) |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NYAM, LLC, | : |
| | : |
| Defendant | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AFFIRMATION OF SERVICE OF APPELLANT'S STATEMENT OF ISSUES AND
DESIGNATION OF RECORD ON APPEAL PURSUANT TO RULE 8009 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

SOPHIA HEPHEASTOU, being sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Nassau County, New York.

1

On April 9, 2019, deponent served a copy of the Appellant's Statement of Issues and Designation of Record on Appeal Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure [Docket No. 43] (the "Document") upon the parties listed in "Exhibit "A" hereto by email and by depositing copies of the Document to the United States Postal Service for first-class, postage prepaid, mail delivery.

Dated:   New York, New York
         April 9, 2019

/s/ Sophia Hepheastou
Sophia Hepheastou, Esq.

EXHIBIT "A"

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Attn: Beth E. Levine, Esq., blevine@pszjlaw.com
       Steven William Golden, Esq., sgolden@pszjlaw.com