UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
RUNWAY LIQUIDATION                                          :    Case No. 17-10466 (SCC)
HOLDINGS, LLC, et al.,[1]                                   :
                                                            :    Jointly Administered
            Debtors.                                        :
------------------------------------------------------------x
                                                            :
DAVID MACGREEVEY, in his capacity as                        :
PLAN ADMINISTRATOR,                                         :
                                                            :    Adv. Pro. No. 17-01101 (SCC)
            Plaintiff,                                      :
                                                            :
      vs.                                                   :
                                                            :
NYAM, LLC,                                                  :
                                                            :
            Defendant.                                      :
------------------------------------------------------------x

## SCHEDULING STIPULATION RELATING TO MOTION FOR ORDER ALLOWING IMMEDIATE REGISTRATION OF JUDGMENT IN ANOTHER DISTRICT

This Scheduling Stipulation is entered into by and between plaintiff, David MacGreevey, solely in his capacity as plan administrator in the above-captioned chapter 11 cases ("Plaintiff") and Defendant NYAM, LLC ("Defendant").

WHEREAS, on May 20, 2019, Plaintiff filed its *Motion For Order Allowing Immediate Registration of Judgment In Another District* (the "Motion") [Docket No. 49]; and

WHEREAS, Defendant's deadline to respond to the Motion was June 6, 2019 (the "Response Deadline"); and

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

DOCS_NY:39219.2

WEHREAS, the hearing on the Motion (the "Hearing") is currently scheduled to take place on June 12, 2019 at 11:00 a.m. (the "Hearing Date"); and

WHEREAS, the parties have agreed to extend the Response Deadline and adjourn the Hearing Date:

IT IS HEREBY STIPULATED AND AGREED THAT

1. The Response Deadline is extended through June 20, 2019.

2. Defendant shall not file at any time prior to June 20, 2019 in any court any motion to stay the enforcement of the judgment rendered in the above-captioned adversary proceeding.

3. Plaintiff shall file any reply in the support of the Motion on or before June 24, 2019.

4. A hearing on the Motion shall take place on June 26, 2019 at 11:00 a.m.

Dated: June 6, 2019                                          Dated: June 6, 2019

***GRIFFIN HAMERSKY LLP***                    ***PACHULSKI STANG ZIEHL & JONES LLP***

*/s/ Michael D. Hamersky*                            */s/ Beth E. Levine*
Scott A. Griffin                                              Robert J. Feinstein
Michael D. Hamersky                                     Bradford J. Sandler
420 Lexington Avenue, Suite 400                   Beth E. Levine
New York, NY 10170                                     780 Third Avenue, 34th Floor
Telephone: (646) 998-5580                             New York, NY 10017
Facsimile: (646) 998-8284                              Telephone: (212) 561-7700
Email: sgriffin@grifflegal.com                       Facsimile: (212) 561-7777
           mhamersky@grifflegal.com             Email: rfeinstein@pszjlaw.com
                                                                             bsandler@pszjlaw.com
*Counsel to NYAM LLC*                              blevine@pszjlaw.com

*Counsel to the Plan Administrator*

2

DOCS_NY:39219.2

**SO ORDERED:**

June 10, 2019

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE