UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
                                                              :
BCBG MAX AZRIA GLOBAL                                         :    Case No. 17-10466 (SCC)
HOLDINGS, LLC, et al.,                                        :
                                                              :    Jointly Administered
                                                              :
         Debtors.                                             :
-------------------------------------------------------------x
                                                              :
DAVID MACGREEVEY, in his capacity as                          :
PLAN ADMINISTRATOR,                                           :    Adv. Pro. No. 17-01101 (SCC)
                                                              :
         Plaintiff,                                           :
                                                              :
    vs.                                                       :
                                                              :
NYAM, LLC,                                                    :
                                                              :
         Defendant.                                           :
-------------------------------------------------------------x

## ORDER PURSUANT TO 28 U.S.C. § 1963 ALLOWING
## IMMEDIATE REGISTRATION OF JUDGMENT IN ANOTHER DISTRICT

Upon the motion (the "Motion")[1] of the Plaintiff for entry of an order (this "Order") allowing immediate registration of the Judgment in another district, and the Court having considered the Motion and the Declaration submitted in support of the Motion, all responses to the Motion, and the arguments presented by counsel; and it appearing, for the reasons stated on the record of the hearing on the Motion held on June 26, 2019, that good cause exists to grant the relief requested in the Motion; and after due deliberation and for good cause appearing for the Motion, it is hereby:

    ORDERED that the Motion is hereby granted; and it is further

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

ORDERED that Plaintiff may immediately register the monetary judgment entered by the Court on March 14, 2019 in its favor in the United States District Court in the Central District of California and levy execution on same; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York  
Dated: June 27, 2019

/s/ Shelley C. Chapman  
THE HONORABLE SHELLEY C. CHAPMAN  
UNITED STATES BANKRUPTCY JUDGE